UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION,
d/b/a PEMBROKE PINES HOSPITAL, a
foreign corporation,

    Defendant.
_____/



FILED by    D.C.
FEB 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## NOTICE OF COURT PRACTICE IN REMOVAL CASES

THIS CAUSE came before the Court upon Notice of Removal by Defendant (**D.E. No. 1**), filed on **February 16, 2000**.

Counsel for the non-removing party must file a motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction within 30 days after the filing of the notice of removal under 28 U.S.C. §1446(b).

Counsel for the removing party is directed to file and serve an original removal status report ("Removal Status Report") and one file stamped courtesy copy with the Clerk of Court by **Monday, March 20, 2000**. Failure to file a timely Removal Status Report shall be grounds for remand.

In addition to the Removal Status Report, Counsel for the removing party must file with the clerk copies of all records and proceedings in such state court by the above mentioned date.

The Removal Status Report in removal cases shall contain the following:

1. A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.

2. A plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third party claim.

3. The list of any pending motions.

4. A brief statement by each Defendant explaining whether or not each has joined the notice of removal.

5. State whether the Defendant has removed the action within 30 days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

If the removing party has provided some or all of the information requested above, briefly summarize the information requested and direct the Court to the location of the information in the record. Failure of the removing party or parties to timely provide the information requested in the removal status report above or required pursuant to 28 U.S.C. §1446(a) may result in remand of the action.

Counsel for the removing party shall provide copies of this Notice to all concerned parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of February, 2000.

FEDERICO A. MORENO

                                                  UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V. Hannah, Esq.
  Becker & Poliakoff, P.A.
  3111 Stirling Road
  Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
  Law Offices of John F. Janowski, Jr.
  Cornerstone One, Suite 220
  1200 South Pine Island Road
  Plantation, FL 33324

Alexander D. Del Russo, Esq.
  Levy, Kneen, Mariani, Curtin, Kornfeld, & Del Russo, P.A.
  1400 Centrepark Boulevard, #1000
  West Palm Beach, FL 33401