UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign cor-
poration,

    Defendant.
_____/



FILED by ___ D.C.

FEB 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER GRANTING DEFENDANT'S MOTION FOR TEN-DAY ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

This cause came before the Court upon the Motion by Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., d/b/a PEMBROKE PINES HOSPITAL, for a ten (10) day enlargement of time to respond to the Complaint. Upon consideration and review, it is hereby

Ordered and Adjudged as follows:

1.     That Defendant's Motion for Enlargement of Time is granted.

2.     That the Defendant shall up through and until March 4, 2000, within which to file a response to the Complaint in this cause.

Done and Ordered in Miami, Florida, this 29th day of February, 2000.

_____
United States District Judge

Copies furnished to:

Alexander D. del Russo, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312

John F. Jankowski, Jr., Esq.
Law Offices of John F. Jankowski, Jr.
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, Florida 33324-4406

F:\Data\LIT4\4871.042\order.mot.enlg.comp.doc