FILED BY_____D.C.

2000 MAR -9 AM 9: 50

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

      Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign cor-
poration,

      Defendant.

_____/

## DEFENDANT'S REMOVAL STATUS REPORT

The Defendant GALEN HOSPITAL-PEMBROKE PINES, INC., d/b/a PEMBROKE

PINES HOSPITAL, pursuant to this Court's Notice of Court Practice in Removal Cases dated

February 22, 2000, hereby submits the following information in connection with its timely

removal of this action on February 16, 2000.

### Nature of Claim

This is an action in which the Plaintiff, JACQUELINE IAIA, seeks to recover damages

for alleged age discrimination in violation of the Florida Civil Rights Act of 1992, Chapter

760.01 et seq. and the Age Discrimination in Employment Act, 28 U.S.C. § 621 et seq.



Although the Complaint in state court seeks damages in excess of $15,000, that reference is for purposes of state court jurisdiction, and the amount of damages otherwise sought is unclear.

### Grounds for Removal

Defendant removed this action under 28 U.S.C. 1331 (federal question jurisdiction) since the action alleged facts which would constitute a violation of the laws of the United States, specifically the Age Discrimination in Employment Act, 28 U.S.C. § 621 et seq.

### Joinder/Consent of all Defendants

There is only one Defendant in this action. There are no additional defendants that have not joined or consented to the Notice of Removal.

### Timeliness of Removal

Defendant removed this action within 30 days after receipt of service. Defendant was served with process on February 3, 2000, and thereafter removed this action 13 days later on February 16, 2000.

The information provided in this Removal Status Report is a summary of information contained in the Notice of Removal by Defendant (D.E. # 1), and Defendant would direct this court to that Notice for a full recitation of the information requested.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _6_ day of March, 2000, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., 3111 Stirling Road, Ft. Lauderdale, Florida 33312; and to John F. Jankowski, Jr., Esq., Law Offices of John F. Jankowski, Jr., Cornerstone One, Suite 220, 1200 South Pine Island Road, Plantation, Florida 33324-4406.

2

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

By: _____
   Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida   33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273

F:\Data\LIT4\4871\042\removal statusreport.doc

3