UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION, d/b/a PEMBROKE PINES HOSPITAL, a foreign corporation,

    Defendant.
_____/



FILED by _____ D.C.
MAR 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER SETTING TRIAL

1. This case is set for trial commencing the two-week period of **October 9, 2000**, in Miami, Florida.

2. The parties may bring all matters relating to the scheduled trial date to the attention of the Court at **calendar call on Tuesday, October 3, 2000, at 2:00 p.m.**, at which counsel must appear, in the United States Courthouse, Courtroom 4, 10th Floor, Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132. If the parties request in advance, the pre-trial conference addressed in Federal Rule of Civil Procedure 16(a) and Southern District of Florida Local Rule 16.1(C) will be held immediately following calendar call. Otherwise, a pre-trial conference shall not be scheduled.

3. Plaintiff shall provide Defendant, by either fax or hand delivery, a copy of Plaintiff's witness and exhibit lists no later than **Wednesday, September 20, 2000, at 5:00 p.m.** Plaintiff's witness and exhibit lists shall include all of the witnesses that Plaintiff intends to call at trial and all of the exhibits that Plaintiff intends to use at trial.

4. Defendant shall provide Plaintiff, by either fax or hand delivery, a copy of Defendant's witness and exhibit lists no later than **Friday, September 22, 2000, at 5:00 p.m.** Defendant's witness and exhibit lists shall only include exhibits and witnesses that Plaintiff's list does not include.

5. Both parties shall pre-mark the exhibits and set forth the number and description of each exhibit. The parties shall refer to specific items and shall not include blanket statements such as "all exhibits produced during depositions" or "Plaintiff reserves the use of any other relevant evidence."

6. The parties SHALL file a pretrial stipulation, as required by Southern District of Florida Local Rule 16.1(E), and their witness and exhibit lists no later than **Tuesday, September 26, 2000**.

7. Plaintiff's counsel shall notify any attorneys not listed below of this notice of trial and advise the Court, through a written notice submitted to the Clerk's office, of any attorney not listed in the certificate of service.

8. A motion for a continuance or a stipulation of settlement must be in writing and accompanied by self-addressed stamped envelopes. Unless the Court grants the

motion in writing, counsel **shall** appear at the calendar call.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V. Hannah, Esq.
 BECKER & POLIAKOFF, P.A.
 3111 Stirling Road
 Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
 LAW OFFICES OF JOHN F. JANOWSKI, JR.
 Cornerstone One, Suite 220
 1200 South Pine Island Road
 Plantation, FL 33324

Alexander D. Del Russo, Esq.
 LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.
 1400 Centrepark Boulevard, #1000
 West Palm Beach, FL 33401