UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION,
d/b/a PEMBROKE PINES HOSPITAL, a
foreign corporation,

    Defendant.
_____/



FILED by _____ D.C.

MAR 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER NOTIFYING PARTIES OF APPLICABILITY OF
## S.D. FLA. LR. 16.1 AND COMPELLING SCHEDULING CONFERENCE

THIS CAUSE came before the Court upon a <u>sua sponte</u> examination of the record and Defendant's answer to the complaint. The Court notifies all parties that S.D. Fla. LR. 16.1 shall apply to this case. Therefore, it is

ADJUDGED that the parties shall hold a scheduling conference no later than **April 14, 2000**. The conference may be held via telephone. In the conference, the parties shall comply with the following agenda that the Court adopts from Southern District of Florida Local Rule 16.1. The Court may **SANCTION** a party who fails to comply with this order.

    1.    The parties shall determine the procedure for exchanging the following information:

        a.    A copy of or a description by category and location of all documents that are reasonably available and that a party expects to offer or may offer if the need arises. S.D. Fla. LR. 16.1(B)(1).

        i.    Documents include computations of the nature and extent of any category of damages claimed by the disclosing party unless the computations are privileged or otherwise protected from disclosure. S.D. Fla. LR. 16.1(B)(1) (requiring disclosure because computations of damages are used in support of the allegations of damage in the pleading filed by the disclosing party).

        ii.    Documents include insurance agreements which may be at issue with the satisfaction of the judgment. S.D. Fla. LR. 16.1(B)(5) (requiring disclosure because a "good faith" discussion of settlement requires disclosure of the funds that are available for a settlement).

    b.    The name, address, and telephone number of each individual known to have knowledge of the facts supporting the material allegations of the pleading filed by the party. S.D. Fla. LR. 16.1(B)(4).

2.    The parties have a continuing obligation to disclose the above information. Failure to exchange information listed above may result in the exclusion of that information at the time of trial. S.D. Fla. LR. 16.1(B)(1).

3.    **To the extent that the parties request modification of the Court's scheduling order, the parties shall also file either a "Motion to Continue Trial" or a "Motion to Continue Pretrial Deadlines."**

4.    The parties shall discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. S.D. Fla. LR.

16.1(B)(5). The parties shall file a notice of settlement with the Clerk of Court immediately upon reaching a settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V. Hannah, Esq.
 BECKER & POLIAKOFF, P.A.
 3111 Stirling Road
 Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
 LAW OFFICES OF JOHN F. JANOWSKI, JR.
 Cornerstone One, Suite 220
 1200 South Pine Island Road
 Plantation, FL 33324

Alexander D. Del Russo, Esq.
 LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.
 1400 Centrepark Boulevard, #1000
 West Palm Beach, FL 33401