UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

      Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION,
d/b/a PEMBROKE PINES HOSPITAL, a
foreign corporation,

      Defendant.

_____/



FILED by ___ D.C.

MAR 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## SCHEDULING ORDER

THE COURT issues this order in accordance with S.D. Fla. LR. 16.1. The parties

shall comply with the following procedures:

1.    The trial in this case is set for the two week period beginning **October 9,**

**2000**.

2.    The parties shall hold a scheduling conference no later than **April 14, 2000**.

**To the extent that the parties request modification of the Court's scheduling order,**

**the parties shall also file either a "Motion to Continue Trial" or a "Motion to Continue**

**Pretrial Deadlines."**

3.    The deadline to join additional parties and amend the pleadings is **April 28,**

**2000**.

4.    The parties shall complete all discovery no later than **June 16, 2000**.

5.    The parties shall file all motions for summary judgment no later than **July 7,**

**2000**.

6.    The parties shall file all other pretrial motions no later than **August 11, 2000**.

7.    The parties shall file a joint pretrial stipulation no later than **September 26, 2000**.

8.    Calendar call is scheduled for **October 3, 2000**.

9.    **When submitting motions, the parties shall submit only one original proposed order attached to the Judge's copy. See Southern District of Florida Local Rule 7.1 A.2. Counsel shall omit the word "Proposed" from the title of the suggested order.**

10.    Depositions are limited to six hours absent court order or agreement of the parties and any affected non-party witnesses.  See Southern District of Florida Local Rule 26.1(K).

11.    The practice of filing multiple motions for partial summary judgment which are collectively intended to dispose of the case (as opposed to one comprehensive motion for summary judgment) in order to evade memorandum page limitations is specifically prohibited.  See Administrative Order 97-06 (S.D. Fla. Jan. 31, 1997) (amending Local Rule 7.1 C.2).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V. Hannah, Esq.
 BECKER & POLIAKOFF, P.A.
 3111 Stirling Road
 Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
 LAW OFFICES OF JOHN F. JANOWSKI, JR.
 Cornerstone One, Suite 220
 1200 South Pine Island Road
 Plantation, FL 33324

Alexander D. Del Russo, Esq.
 LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.
 1400 Centrepark Boulevard, #1000
 West Palm Beach, FL 33401