**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

      Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION,
d/b/a PEMBROKE PINES HOSPITAL, a
foreign corporation,

      Defendant.

_____/



## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE

THIS CAUSE came before the Court upon Defendant's Motion to Strike Portions of Plaintiff's Complaint **(D.E. No. 6)**, filed on **March 9, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion is **GRANTED**. Plaintiff's demand for emotional damages in Paragraph D of Count II of Plaintiff's Complaint shall be stricken.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of March, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V. Hannah, Esq.
 BECKER & POLIAKOFF, P.A.
 3111 Stirling Road
 Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
 LAW OFFICES OF JOHN F. JANOWSKI, JR.
 Cornerstone One, Suite 220
 1200 South Pine Island Road
 Plantation, FL 33324

Alexander D. Del Russo, Esq.
 LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.
 1400 Centrepark Boulevard, #1000
 West Palm Beach, FL 33401