UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

00-6227

CASE NO. ~~99-1789~~-CIV-MORENO
Magistrate Judge Dube

JACQUELINE IAIA,

　　Plaintiff,

vs.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
Corporation,

　　Defendants.
_____/



## JOINT MOTION FOR SIXTY-DAY CONTINUANCE

The parties, by and through their undersigned counsel, hereby jointly move that this Court grant a **sixty (60)** day continuance of the trial which is presently scheduled during the trial calendar commencing in October 2000, as well as an accompanying enlargement of the pretrial deadlines established in this Court's Scheduling Order. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law.

### Memorandum of Law

This is an action for age discrimination brought under the Florida Civil Rights Act of 1992 and the Age Discrimination in Employment Act, 28 U.S.C. § 621 et seq. The Complaint was served on February 3, 2000, and Defendant filed its Answer on March 6, 2000. Thereafter, by Order dated March 9, 2000 (D.E. # 8), this Court scheduled the trial of this case during the two-week calendar commencing on October 9, 2000. At the same time, this Court entered its Scheduling Order (D.E. # 11), which established the following pretrial deadlines:

- Discovery cut-off date                June 16, 2000
- Deadline for summary judgment motions    July 7, 2000

The parties have conferred on the scheduling of discovery and have concluded, in good faith, that they are unable to complete discovery within this three-month period. The existence of scheduling conflicts, as well as the location of witnesses and information dealing with events dating back to 1993, make it unrealistic to investigate and complete pretrial discovery within this period. For instance, current scheduling conflicts with Plaintiff's counsel prevent the Plaintiff from being deposed until May 2000. Similarly, because the alleged discriminatory acts took place in 1993-1994, the Defendant anticipates a difficult time locating witnesses and documents from this time period. Based upon the foregoing, and after consultations between counsel for the parties, the parties have agreed to jointly request that this Court continue the trial for a period of sixty (60) days until the next jury docket in December 2000. Additionally, this request includes a similar extension of the pretrial deadlines for sixty (60) days. The proposed discovery deadline would become August 16, 2000, and the deadline for filing dispositive motions would become September 6, 2000. These proposed dates are well within the timetable for either standard or expedited track cases.

This is the first trial calendar upon which this case has appeared and, consequently, the first Motion for a Continuance filed by any party. Pursuant to Local Rule 6.1, the parties have attached hereto and support this Motion by the Affidavit of Defendant's counsel setting forth a showing of good cause for the continuance.

WHEREFORE, Plaintiff and Defendant join in respectfully requesting this Court grant this Motion for a sixty-day continuance of trial and enlargement of the pretrial deadlines.

2

Dated this 17 day of April, 2000.

| | |
|---|---|
| LEVY, KNEEN, MARIANI, CURTIN, KORNFELD & DEL RUSSO, P.A.<br><br>By: _____<br>Alexander D. del Russo<br>1400 Centrepark Boulevard<br>Suite 1000<br>West Palm Beach, Florida 33401<br>(561) 478-4744<br>Fax (561) 478-5811<br>Florida Bar No. 350273<br><br>Attorneys for Defendant | LAW OFFICES OF JOHN F. JANKOWSKI, JR., Esq., P.A.<br><br>By: _____<br>John F. Jankowski, Jr.<br>Cornerstone One, Suite 220<br>1200 South Pine Island Road<br>Plantation, Florida 33324-4406<br>(954) 370-1026<br>Florida Bar No. 833533<br><br>BECKER & POLIAKOFF, P.A.<br><br>By: _____<br>Roderick V. Hannah, Esq.<br>3111 Stirling Road<br>Ft. Lauderdale, Florida 33312<br>(954) 985-4145<br>Florida Bar No. 435384<br><br>Attorneys for Plaintiff |

\\LAW_SERVER\SYS\DATA\LIT4\4871.042\joint mot cont 60.doc