UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE
CORPORATION, d/b/a PEMBROKE PINES
HOSPITAL, a foreign corporation,

    Defendant.
_____/



FILED by ___ D.C.
APR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## REVISED SCHEDULING ORDER

THIS CAUSE came before the Court upon the parties Joint Motion for Sixty-Day Continuance **(D.E. No. 15)**, filed on **April 20, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion is **GRANTED in part**. The parties shall comply with the following procedures:

    1.    The trial in this case is set for the two week period beginning **October 9, 2000**.

    2.    The deadline to join additional parties and amend the pleadings is **June 28, 2000**.

    3.    The parties shall complete all discovery no later than **August 16, 2000**.

    4.    The parties shall file all motions for summary judgment no later than **August 30, 2000**.

5. The parties shall file all other pretrial motions no later than **September 11, 2000**.

6. The parties shall file a joint pretrial stipulation no later than **September 26, 2000**.

7. Calendar call is scheduled for **October 3, 2000**.

8. This order shall supersede only the inconsistent provisions of previous scheduling orders.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
3111 Stirling Road
Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
**LAW OFFICES OF JOHN F. JANOWSKI, JR.**
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, FL 33324

Alexander D. Del Russo, Esq.
**LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.**
1400 Centrepark Boulevard, #1000
West Palm Beach, FL 33401