

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation,

    Defendant.

_____/



### DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

The Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., d/b/a PEMBROKE PINES HOSPITAL, by and through its undersigned attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure respectfully request this Court grant a ten (10) day enlargement of time to respond to discovery served upon it by plaintiff. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law.

### Memorandum of Law

On March 31, 2000, Plaintiff served upon Defendant its First Request for Production of Documents and its First Set of Interrogatories. Under the Rules of Procedure, responses or objections to these discovery requests are due on or before May 3, 2000, so that this Motion is timely filed.

MAY 0 8 2000

Rec'd in MIA Dkt _____

Defendant requests that this Court grant it a ten (10) day enlargement of time to respond to these discovery requests. The discovery sought is significant, and this request is made due to current commitments of the undersigned counsel. The undersigned has contacted the office of John Jankowski, Esq., as counsel for the Plaintiff, who has indicated that he no objection to this enlargement of time.

ACCORDINGLY, Defendant requests that this Court grant an enlargement of ten (10) days up through May 13, 2000, within which to respond to these discovery requests.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3rd day of May, 2000, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., 3111 Stirling Road, Ft. Lauderdale, Florida 33312; and to John F. Jankowski, Jr., Esq., Law Offices of John F. Jankowski, Jr., Cornerstone One, Suite 220, 1200 South Pine Island Road, Plantation, Florida 33324-4406.

LEVY, KNEEN, MARIANI, CURTIN, KORNFELD & DEL RUSSO, P.A.

By: _____
Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida  33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273

F:\Data\LIT4\4871.042\mot 10-dayenlargement discovery.doc