UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/

FILED by ___ D.C.
MAY 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

This cause came before the Court upon Defendant's Motion for Enlargement of Time to Respond to Discovery Requests served by the Plaintiff. Upon consideration and review, and noting that this Order has been agreed to by the parties, it is hereby

ORDERED and ADJUDGED as follows:

1. That the Motion by Defendant for Enlargement of Time is granted.

2. That the Defendant shall have an additional ten (10) days, up through and until May 13, 2000, within which to respond to Plaintiff's First Set of Interrogatories and First Request for Production of Documents.

Done and Ordered in Miami, Florida, this ___ day of _____, 2000.

_____
United States District Judge

Copies furnished to:

Alexander D. del Russo, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312

John F. Jankowski, Jr., Esq.
Law Offices of John F. Jankowski, Jr.
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, Florida 33324-4406

F:\Data\LIT4\4871.042\order.mot.enlg.discovery.doc