**COPIES NOT PROVIDED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED by _____ D.C.
MAY 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/

NON-COMPLIANCE OF S.D. fla. L.R. 5.1a+b

### NOTICE OF UNAVAILABILITY

The undersigned hereby serves notice that he will be unavailable between June 4, 2000 through June 14, 2000, July 8, 2000 through July 18, 2000, and July 31, 2000 through August 10, 2000. The undersigned will be out of town, and requests that no hearings, depositions or discovery be set during that period of time.

### CERTIFICATE OF SERVICE

I hereby certify that on this 24TH day of May, 2000, a true and correct copy of the foregoing was served via United States mail to Alexander David Del Russo, Esquire, Levy Kneen Mariani, 1400 Centrepark Boulevard, Suite 1000, West Palm Beach, Florida 33401.

COMPLIANCE OF S.D. fla. L.R. 5.1a+b

John F. Jankowski, Jr., Esq., P.A.
Attorneys for Plaintiff
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, Florida 33324-4402
Tel: (954) 370-1026

By: _____
JOHN F. JANKOWSKI, JR.
FLA. BAR NO. 833533

**COPIES NOT PROVIDED**

JUN - 1 2000
Rec'd in MIA Dkt _____

Cornerstone One, 1200 South Pine Island Road, Suite 220, Plantation, Florida 33324 * (954) 370-1026