UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/



FILED by ____ D.C.
JUN 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
### TO FILE AMENDMENT TO ANSWER

This cause came before the Court upon Defendant's Motion for Leave to File Amendment to Answer. Upon consideration and noting that the parties have agreed to the relief sought in this Motion, it is hereby

ORDERED and ADJUDGED as follows:

1.    That Defendant's Motion for Leave to File Amendment to Answer is hereby granted.

2.    That Defendant's Amendment to Answer which asserts a new Eighth Affirmative Defense is deemed filed as of the date of this Order.



Done and Ordered in Miami, Florida, this 13th day of June, 2000.

_____
United States District Judge

Copies furnished to:

Alexander D. del Russo, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312

John F. Jankowski, Jr., Esq.
Law Offices of John F. Jankowski, Jr.
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, Florida 33324-4406

F:\Data\LIT4\4871.042\order.granting.mot.leave.file.amend.ans..doc