

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

00-6227

CASE NO. ~~99-1789-C~~IV-MORENO
Magistrate Judge Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/

### JOINT MOTION TO CONTINUE PRETRIAL DEADLINES TO AMEND PLEADINGS AND JOIN ADDITIONAL PARTIES

The parties, by and through their undersigned counsel, hereby jointly move this Court to Continue Pretrial Deadlines in order to grant a thirty (30) day continuance and enlargement of time of the Court's pretrial deadline which is presently scheduled for June 28, 2000. The grounds for good cause under this Motion are set forth in the accompanying Memorandum of Law.

### Memorandum of Law

This is an action for age discrimination brought under the Florida Civil Rights Act of 1992 and the Age Discrimination in Employment Act, 28 U.S.C. § 621 et seq. The Court entered its Revised Scheduling Order on April 20, 2000, which established the following pretrial deadline:

    —   Deadline to join additional parties and amend the pleadings:     June 28, 2000

NON-COMPLIANCE OF S.D. fla. L.R. 5.16

CASE NO. 99-1789-CIV-MORENO

The parties have conferred on the scheduling of discovery and the scheduling of depositions. The existence of scheduling conflicts, as well as the location of witnesses and information dealing with events dating back to 1993, have made it difficult to investigate and complete pretrial discovery in order to ascertain the necessity for amending the pleadings and joining additional parties at this time. Plaintiff has reason to believe that the Defendant has gone through several acquisitions, mergers and/or name changes during relevant times pertinent to the issues in this case. Based upon the foregoing, the parties have agreed to jointly request that this court continue the deadline period for thirty (30) days in an abundance of caution. The proposed discovery deadline to join additional parties and amend the pleadings would become July 28, 2000.

This Motion is being filed pursuant to Local Rule 7.1, the parties have set forth above a showing of good cause to support this Motion Continue Pretrial Deadlines and enlargement of time and respective counsel have agreed to same as indicated herein.

**WHEREFORE,** Plaintiff and Defendant join in respectfully requesting this Court to grant this Motion for a thirty-day continuance and enlargement of the pretrial discovery deadline to join additional parties and to amend the pleadings to July 28, 2000.

CASE NO. 99-1789-CIV-MORENO

Dated this 28 day of June, 2000.

| | |
|---|---|
| **LEVY, KNEEN, MARIANI, CURTIN, KORNFELD & DEL RUSSO, P.A.** | **LAW OFFICES OF JOHN F. JANKOWSKI, JR., ESQ., P.A.** |
| By: _____<br>Alexander D. del Russo<br>1400 Centrepark Boulevard<br>Suite 1000<br>West Palm Beach, Florida 33401<br>(561) 478-4744<br>Fax 9561) 478-5811<br>Florida Bar No. 350273<br><br>Attorneys for Defendant | By: _____<br>John F. Jankowski, Jr.<br>Cornerstone One, Suite 220<br>1200 South Pine Island Road<br>Plantation, Florida 33324-4406<br>(954) 370-1026<br><br>Florida Bar No. 833533<br><br>**BECKER & POLIAKOFF, P.A.**<br>By: _____<br>Roderick V. Hannah, Esq.<br>3111 Stirling Road<br>Ft. Lauderdale, Florida 33312<br>(954) 985-4145<br>Florida Bar No. 435384<br><br>Attorneys for Plaintiff |