UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign cor-
poration,

    Defendant.

_____/



FILED by _____ D.C.

JUN 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

**STIPULATION AND ORDER FOR CONFIDENTIALITY
OF EMPLOYEE RECORDS**

The Plaintiff, JACQUELINE IAIA, and the Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., d/b/a PEMBROKE PINES HOSPITAL by and through respective counsel, hereby agree and stipulate that the Defendant shall produce certain employee records of Mrs. Monique Monteiro pursuant to Plaintiff's Request for Production, subject to an agreement of the parties that all information provided in these files shall be kept confidential and will be disseminated solely to the parties, their

Jacqueline Iara v. Columbia Healthcare Corp
Case No. 00-6227-CIV-MORENO
Stipulation and Order for Confidentiality of Employee Records

attorneys and representatives, and experts retained for the purposes of this case.

Dated: June 23, 2000.

| LEVY, KNEEN, MARIANI, CURTIN, KORNFELD & DEL RUSSO, P.A. | LAW OFFICE OF JOHN F. JANKOWSKI, P.A. |
|---|---|
| By: _____ <br> Christopher C. Copeland <br> 1400 Centrepark Boulevard <br> Suite 1000 <br> West Palm Beach, Florida 33401 <br> (561) 478-4744 <br> Florida Bar No. 350273 | By: _____ <br> John F. Jankowski <br> Cornerstone One, Suite 220 <br> 1200 South Pine Island Road <br> Plantation, Florida 33324-4406 <br> (954) 370-1026 <br> Florida Bar No. 833533 |

## ORDER OF CONFIDENTIALITY

THIS CAUSE came before the Court upon the above Stipulation. Upon consideration, it is hereby

ORDERED that the personnel files of Mrs. Monique Monteiro identified in Plaintiff's First Request for Production of Documents shall be produced by Defendant, but that all information and documents within these files shall be kept confidential and solely disseminated to the parties, their attorneys and representatives and experts retained for the purpose of this litigation for use in this case.

DONE and ORDERED in ~~West Palm Beach~~ MIAMI, Florida, this 30th day of _____, 2000.

_____
United States District Judge

F:\DATA\LIT1\4871\042\STIPORDERCONFID.DOC

Jacqueline Iaia v. Columbia Healthcare Corp
Case No. 00-6227-CIV-MORENO
Stipulation and Order for Confidentiality of Employee Records

Christopher C. Copeland, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401

John F. Jankowski, Jr., Esq.
John F. Jankowski, Jr., P.A.
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, Florida 33324-4406

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, FL 33312