*NON-COMPLIANCE OF S.D. Fla. L.R. 5.1b*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/



## NOTICE OF CHANGE OF ADDRESS

The undersigned hereby serves notice that effective July 1, 2000, his new address will be as follows:

JOHN F. JANKOWSKI, JR., ESQ., P.A.
2 South University Drive
Suite 265
Plantation, Florida 33324

All further pleadings and correspondence should be directed to the new address.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address has been furnished via U. S. Mail this 30 day of June, 2000, to: Alexander d. del Russo, Esq., Levy, Kneen, Mariani, Curtin, Kornfeld & del Russo, P.A. Attorneys for Defendant, 1400 Centrepark Boulevard, Suite 1000, West Palm Beach, Florida 33401; and to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., co-counsel for Plaintiff, 3111 Stirling Road, Ft. Lauderdale, Florida 33312.

LAW OFFICES OF JOHN F. JANKOWSKI, JR., ESQ., P.A.
Attorneys for Plaintiff
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, Florida 33324-4402
(954) 370-1026

By: _____
    John F. Jankowski, Jr., Esq.