UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION,
d/b/a PEMBROKE PINES HOSPITAL, a
foreign corporation,

    Defendant.
_____/



FILED by ____ D.C.

JUL - 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### REVISED SCHEDULING ORDER AND
### ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DEADLINES

THIS CAUSE came before the Court upon the parties Joint Motion to Continue Pretrial Deadlines to Amend Pleadings and Join Additional Parties **(D.E. No. 22)**, filed on **June 30, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that for good cause shown, the motion is **GRANTED**.

(1)     **Trial Date** - The trial of this matter shall remain set for the two-week period commencing **October 9, 2000**. Counsel must appear at Calendar Call on **Tuesday, October 3, 2000, at 2:00 P.M.**

(2)     **Revised Pretrial Deadlines** - The deadline to join additional parties and amend the pleadings shall be **July 28, 2000**.



(3) **Previous Scheduling Orders** - This order shall supersede only the inconsistent provisions of previous scheduling orders.

DONE AND ORDERED in Chambers at Miami, Florida, this __6__ day of July, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
3111 Stirling Road
Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
**LAW OFFICES OF JOHN F. JANOWSKI, JR., P.A.**
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, FL 33324

Alexander D. Del Russo, Esq.
**LEVY, KNEEN, MARIANI, CURTIN,
 KORNFELD, & DEL RUSSO, P.A.**
1400 Centrepark Boulevard, #1000
West Palm Beach, FL 33401