UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dubé

JACQUELINE IAIA,

       Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign cor-
poration,

       Defendant.
_____/

## DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES

Pursuant to Local Rule 16.1(K) of the Local Rules for the United States District Court

for the Southern District of Florida, the Defendant, GALEN HOSPITAL-PEMBROKE

PINES, INC., d/b/a PEMBROKE PINES HOSPITAL, hereby discloses the following expert

witnesses which it may utilize at trial:

1.    James T. McClave, Ph.D.
      President, Info Tech, Inc.
      5700 S.W. 34th Street, Suite 1235
      Gainesville, Florida 32608-5371

2.    Toby Chabon-Berger
      Berke Durant & Associates
      2600 North Military Trail, Suite 410
      Boca Raton, Florida 33431

Pursuant to Local Rule 16.1(K), expert witness summaries and CVs are attached hereto.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _11_ day of July, 2000, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

LEVY, KNEEN, MARIANI, CURTIN, KORNFELD & DEL RUSSO, P.A.

By: _____
Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida   33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273

## Summary of Expert Testimony of James T. McClave, Ph.D.

Dr. McClave is a statistician and the founder and President of Info Tech. He is a recognized expert in Econometric and Statistical Analysis. Dr. McClave is expected to testify in the following areas concerning the employee work force at Pembroke Pines Hospital:

1.  That he was provided with employee lists for Pembroke Pines Hospital for the 1993 and 1994 calendar years. That these lists contained the dates of birth and termination dates of all employees through this period.

2.  That he analyzed the data to determine if, among the employees on October 1, 1993, more employees who were forty or more years of age as of October 1, 1993 departed employment with Pembroke Pines Hospital prior to June 30, 1994 than would have been expected in an age neutral setting. He found that there was no statistically significant difference between the number of age forty or older terminations and the number expected in an age neutral setting. In fact, there were slightly fewer age forty or older employees terminated than expected.

3.  That he analyzed the data to determine if, among the employees on October 1, 1993, the ages of the employees still employed on June 30, 1994 and those employees departing between October 1, 1993 and June 30, 1994 was statistically different. He found that there was no statistically significant difference between the ages of the employees remaining and those departing. In fact, he found that the average age of the departing employees was less than the average age of the retained employees.

A copy of Dr. McClave's curriculum vitae is attached hereto.

## Summary of Expert Testimony of Toby Chabon-Berger

Ms. Chabon-Berger is a vocational expert and professional recruiter in the areas of sales, marketing, and public relations. She is fully familiar with the job market in South Florida and generally familiar with the availability of jobs within these areas from 1993 through present. Ms. Chabon-Berger is expected to testify in the following areas:

1.  The availability for jobs in the fields of sales, marketing or in the area of public relations, and the respective salary ranges for these professions from 1993 through present.

2.  The reasonable job search efforts/search strategies for finding employment, including the use of ads, employment agencies, and networking through informal job markets.

3.  That Plaintiff did not engage in reasonable efforts to find suitable, alternative employment after her termination of employment in October of 1993.

    A copy of Ms. Chabon-Berger's curriculum vitae is attached hereto.

4

**CURRICULUM VITA OF JAMES T. McCLAVE, Ph.D.**
**President**
**Info Tech, Inc.**
5700 S.W. 34th Street, Suite 1235
Gainesville, FL 32608-5371
Telephone: 352-375-7624
Fax: 352-373-9586
E-Mail: jim.mcclave@infotechfl.com

## Areas of Specialization

Statistics, Econometrics, Statistical and Econometric Modeling, Time Series and Regression Analysis, Forecasting, Biostatistics, Antitrust Liability Analysis and Damage Estimation, Employment Discrimination Analysis (Liability and Damages), Calculation of Business Damages, Collusion Detection Software Development and Training.

## Professional Background

President, Info Tech: Statistical Consulting, Information Systems Software Development, Data Management, Computer Analysis, Litigation Support, Expert Testimony, 1977-present.

Adjunct Professor, Business and Economic Statistics, Graduate School of Business, University of Florida, 1989-present.

Associate Professor, Department of Decision and Information Sciences, University of Florida, 1986-1989.

Associate Professor, College of Business Administration, University of Florida, 1981-1986.

Associate Professor, Department of Statistics, University of Florida, 1977-1981.

Assistant Professor, Department of Statistics, University of Florida, 1973-1977.

Visiting Assistant Professor, Department of Statistics, State University of New York at Buffalo, 1972-1973.

Assistant Professor, Department of Statistics, University of Florida 1971-1972.

Graduate Teaching Assistant, Department of Statistics, University of Florida, 1966-1971.

## Education

| | | | |
|------|------|------------|----------------------|
| 1971 | Ph.D. | Statistics | University of Florida |
| 1966 | B.S. | Physics | Bucknell University |



Curriculum Vita of James T. McClave, Ph.D.

## Partial List of Courses Taught

Statistics and Econometric Modeling (TV Course for approximately 1000 students per term)
Statistics and Econometrics for MBA's
Introduction to Probability and Statistics
Engineering Statistics
Statistics for Computer Sciences
Mathematical Statistics
Statistical Methods for Social Sciences
Statistical Methods for Business
Statistical Methods for Biological Sciences
Applied Time Series Modeling and Forecasting
Stochastic Processes
Advanced Time Series Analysis

## Publications

### Books

A First Course in Business Statistics, 7th Edition, Prentice Hall, 1998 (with G. Benson and T. Sincich).

Statistics, 7th Edition, Prentice Hall, 1997 (with F. Dietrich and T. Sincich).

Statistics for Business and Economics, 7th Edition, Prentice Hall, 1997 (with G. Benson).

A First Course in Statistics, 6th Edition, Prentice Hall, 1997 (with T. Sincich).

Statistics for Engineers, 4th Edition, Duxbury Publishing Company, 1994 (with R. Scheaffer).

A Second Course in Business Statistics: Regression Analysis, Dellen Publishing Company, 1981 (with W. Mendenhall).

### Publications in Refereed Statistics and Economic Journals

Blair, R. D., Kaserman, D. L., and McClave, J. T., "Competition on trial: Florida deregulates trucking." Challenge, 30(4), 60-64, 1987.

Blair, R. D., Kaserman, D. L., and McClave, J. T., "Motor carrier deregulation: the Florida experiment." The Review of Economics and Statistics, 68, 159-164, 1986.

McClave, J. T., and Tipton, J., "Time series modeling: a comparison of the maximum chi-square and Box-Jenkins approaches." Time Series Analysis: Theory and Practice, 4, 155-161, 1983.

Spreen, T. H., Mayer, R. E., Simpson, J. R., and McClave, J. T., "Forecasting monthly slaughter cow prices with a subset autoregressive model." Southern Journal of Agricultural Economics, 11, 127-131, 1979.



**info tech**
The Information Technology Company

2

Curriculum Vita of James T. McClave, Ph.D.

Littell, R. C., McClave, J. T., and Offen, W. W., "Goodness of fit tests for the two parameter Weibull distribution." Communications in Statistics, B8(3), 257-269, 1979.

McClave, J. T., "Choosing the order of a moving average process: the max chi-square." Communications in Statistics, A7, 259-276, 1978.

Wackerly, D. D., McClave, J. T., and Rao, P. V., "Measuring nominal scale agreement between a rate and a known standard." Psychometrika, 43, 213-223, 1978.

McClave, J. T., "Choosing the order of an autoregressive process: the max chi-square technique." Journal of the American Statistical Association, 73, 122-128, 1978.

McClave, J. T., and Marks, R. G., "Predicting hospital census using time series regression methods." Communications in Statistics, A6 (No. 12), 1187-1206, 1977.

McClave, J. T., "Subset Autoregression." Technometrics, 17, 213-220, 1975.

McClave, J. T., "A comparison of moving average estimation procedures." Communications in Statistics, 3(9), 865-883, 1974.

McClave, J. T., "On the bias of autoregressive approximations to moving averages." Biometrika, 60, 559-605, 1973.

## Other Publications

Hodgson, T.J., King, R.E., McClave, J.T., Sullivan, J.H., and Zegel, W.C., "Analysis and Modeling of a Proposed Mining and Benefication Process," Industrial and Engineering Chemical Research, 26, 2223-2228, 1987.

Newman, J. R., Novakova, I. E., and McClave, J. T., "The influence of industrial air emissions on the nesting ecology of the House Martin (Delichon urbica) in Czechoslovakia." Biological Conservation, 31, 229-248, 1985.

Doering, P. L., Brackbill, Y., McManus, K., Woodward, L., and McClave, J.T., "Prenatal drugs: patient information and its source." Contemporary Pharmacy Practice, 5(2), 112-119, 1982.

McClave, J. T., Sullivan, J. H., and Pearson, J. G., "Statistical analysis of fish chronic toxicity test data." Aquatic Toxicology and Hazard Assessment, Proceedings of the Fourth Annual Symposium on Aquatic Toxicology, ASTM, 1981.

Winchester, B. J., Delotelle, R. S., Newman, J. R., and McClave, J. T., "Ecology and management of the colonial pocket gopher: a progress report." Proceedings of the Rare and Endangered Wildlife Symposium, 1979.

Rothrock, T. P., McClave, J. T., and Ailstock, J. P., "A computerized economic and statistical investigation of the Florida school bread market." Southeast Antitrust Review, 1, 13-54. 1978.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

McLean, J.E., Ware, W.B., and McClave, J.T., "How analysis of covariance can yield misleading results in educational experiments - a Monte Carlo study." Proceedings of the American Statistical Association, 548-553, 1975.

## Consulting Experience

### Antitrust Litigation & Consulting

Dekalb Tire vs. Michelin, N.A. Damage analysis in a price discrimination claim, 1999.

Polypropylene Carpets MDL Litigation. Damage analysis for national class action price-fixing case, 1998-present.

AGES Group. Damage calculations regarding penalties paid by AGES due to allegedly attempts to monopolize by Raytheon, 1998-1999.

Minnesota Milk. Econometric analysis of class certification issues in a price-fixing allegation, 1998.

Arch Aluminum vs. Bevel Master. Damage analysis in a price discrimination case, 1998.

Maris vs. Anheuser-Busch. Damage analysis in a case alleging illegal restraint of trade regarding A-B's prohibition of public ownership of its distributorships' equity. 1998-present.

Ford Motor Company, General Motors Corporation, Chrysler Corporation, USX Corporation (U.S. Steel Group) and Republic Engineered Steels, Inc. Damage analysis re: ferrosilicon alloy price-fixing conspiracy, 1997-1998.

Louisiana Attorney General. Damage analysis for school milk case, 1996.

Michigan Attorney General. Liability and damage analysis re: school milk bidrigging case, 1995-1996

Michigan Attorney General. Damage analysis re: school bus bidrigging case, 1995-1997.

Florida Attorney General. Damage analysis re: alleged price fixing among disposable contact lens manufacturers. 1995-1997.

Alabama Contact Lens Litigation. Liability and damage analysis for State class action, 1995-1997.

Durden and Oliver vs. Abbott Labs, et al. Liability and damage analysis re: Alabama infant formula action, 1994-1995.

Nestle/Carnation Company. Consultant re: cartelization and boycott allegations in the infant formula industry, 1994-1995.

Jacksonville Retina Specialists. Liability and damage analyses re: alleged boycott and attempted monopolization in Jacksonville, FL retina surgery market, 1994-1996.

Cranbrook Properties Co. Sample survey design and implementation re: relevant geographic market determination in monopolization complaint, 1994-1996.



Cabletron Systems, Inc.  Liability and damage analysis re: price fixing and unlawful termination allegations, 1994.

Carbon Dioxide MDL Litigation.  Liability analysis for national class action alleging customer allocation.  Damage analysis for State of Florida, plaintiff.  1993-1996.

Ohio Attorney General.  Liability and damage analyses for chlorine bidrigging, 1993-1997.

ICI America.  Consultant for defendants regarding Florida Attorney General's antitrust investigation regarding pesticide sales to distributors, 1993.

Oklahoma School Districts.  Analysis of class certification issues for school milk case, 1993-1994.

Alabama Attorney General.  Liability and damage analysis of price-fixing allegations re: catfish processor transactions, 1993-1996.

Alabama Attorney General.  Liability and damages analyses for below-cost pricing cases brought against major oil companies, 1993.

Virginia Attorney General.  Liability and damage analyses of school bids for bidrigging in the Roanoke market, 1992-1994.

Florida Attorney General, Albertson's, Safeway, and American Stores.  Liability and damage analyses of infant formula price-fixing, 1991-1993.

New York Attorney General.  Damage analysis for alleged antitrust violations in the construction of the New York City Convention Center, 1991-1997.

King Enterprises.  Liability and damages analyses of attempted monopolization, 1991-1993.

Alabama Municipalities.  Liability and damage analyses of alleged chlorine bidrigging, 1992-present.

Texas Attorney General.  Liability and damage analyses of school milk bidrigging, 1992-1993.

Gleim vs. Wiley.  Liability and damage analyses in connection with an attempted monopolization allegation in the publishing industry, 1991-1993.

Kentucky Attorney General.  Liability and damage analyses of school milk bidrigging, 1991-1996.

Coleman vs. Cannon Oil.  Damage analysis of alleged price-fixing in the retail gasoline market in Dothan, Alabama, 1991-1992.

Pennsylvania Attorney General.  Damage analyses of school milk price-fixing in the Philadelphia market, 1991-1993.

Pennsylvania Attorney General.  Liability and damage analyses of mobile home sales for alleged tying behavior, 1991-1992.

Virginia Attorney General.  Liability and damage analyses of school bids for bidrigging in the Tidewater market, 1991-1992.


**info tech**
The Information Technology Company

5

Curriculum Vita of James T. McClave, Ph.D.

Ohio Attorney General. Liability and damage analyses of school milk bids for bidrigging investigation and litigation, 1990-1997.

Radiofone vs. Bell South. Damage analysis for business interference and attempted monopolization allegations before FTC, 1990-1997.

Tennessee Attorney General. Liability and damage analyses of school milk bidrigging, 1990-1994.

Safemark, Inc. Damage analysis caused by alleged anticompetitive conduct of Safekeeper, Inc. in the hotel room safe industry, 1990.

Florida Attorney General. Liability and damage analyses of chlorine bids for alleged bidrigging and price-fixing, 1990-1992.

Mississippi Attorney General. Liability and damage analyses of school milk bids for bidrigging and price fixing, 1990-1992.

Alabama Attorney General. Liability and damage analyses of school milk bids for bidrigging and price fixing, 1989-1991.

Georgia Attorney General. Liability and damage analyses of school milk bids for bidrigging and price fixing, 1989-1992.

Pennsylvania Attorney General. Bid monitoring of bids submitted on various commodities to the school districts, 1989-1995.

Washington Attorney General. Liability analysis of highway contract data for possible bidrigging and price fixing behavior, 1989-1993.

Maryland Attorney General. Liability and damage analyses for antitrust allegations re: asbestos removal contract, 1989-90.

Central Florida Clinics vs. Beverly. Expert witness consultation on market definition and antitrust allegations, 1989.

New Jersey Attorney General. Analytical support for a bidrigging and territorial allocation allegations involving the trash-hauling industry, 1988-1991.

Alaska Attorney General. Analysis of Alaska highway contracts using BAMS/DSS for detection of bidrigging, 1988-1991.

Florida Attorney General. Liability and damage analysis of school milk bids submitted to Florida School Districts for alleged bidrigging in 1970s and 1980s, 1987-89. Resulted in largest recovery in single state antitrust history, $33.5 million.

Lazzara Oil Company. Analysis of pricing behavior of Florida jobber accused of establishing prices of self-serve gasoline for retail lessees, 1986-1988.

Pennsylvania Attorney General. Analysis of home fuel oil industry in Bucks county for alleged price-fixing in 1986-87, 1987-1988.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Florida Attorney General. Estimation of damages resulting from alleged trash hauler bidrigging and territorial allocation conspiracy in South Florida, 1987.

Colorado Attorney General. Analysis of ready mix concrete pricing patterns in order to estimate damages caused by alleged price-fixing in the Ft. Collins-Greeley market between 1972 and 1982, 1987-1991.

Lancaster Water and Sewer District. Analysis of sewer contracts let by Lancaster (South Carolina) Water and Sewer District; estimation of damages caused by alleged bidrigging, 1986-1987.

Colorado Attorney General. Analysis of highway contract bid information for detection of collusive behavior and estimation of damages, 1985-1987.

Lake Shore vs. Johns. Analysis of cryogenics market regarding allegations of restraint of trade and tying arrangements, 1987.

Maryland Attorney General. Liability analysis for antitrust charges brought against car towers in Prince George's County, 1986-1987.

Pennsylvania Attorney General. Analysis of highway contract bid information for detection of collusive behavior and estimation of damages, 1983-1986.

Pennsylvania Attorney General. Analysis of annual asphalt purchases by Pennsylvania Department of General Services for collusive bidding and damage calculations, 1983-1986.

Virginia Attorney General. Analysis of highway contract bid information for detection of collusive behavior, 1984.

Florida Attorney General. Statistical and computer consulting for antitrust cases brought against various highway contractors, 1980-1985.

General Portland Cement Company. Analysis of General Portland invoice records re:  uniform pricing allegations, 1983-1984.

Delaware Attorney General. Analysis of liquid asphalt bid and price data to State of Delaware for damage calculations regarding alleged collusive bidding, 1982-1983.

Inspector General, Federal Department of Transportation. Analysis of sealed bid markets in highway construction to discover potentially collusive behavior and to focus investigations on specific markets and vendors, 1982.

Eastern Airlines, Delta Airlines, and the City of Atlanta. Analysis of bidding data for cement and asphalt work during construction of Atlanta's Hartsfield Airport regarding alleged collusive bidding, 1981-1983.

MDL-150, State of Florida Petroleum Products Antitrust Litigation, 1980. Analysis of retail gasoline prices in Florida during 1968-80 for evidence of price-fixing, analysis of defendant's experts' reports and testimony, damage calculations, 1979-1993.


**info tech**
The Information Technology Company

State of Alabama vs. Chevron, U.S.A., Inc., et al.  Analysis of asphalt pricing for evidence of price-fixing, 1979-1980.

Development of Bid Monitoring System.  Analysis of sealed bid markets for Florida Attorney General to establish bid monitoring system.  Resulted in seminar and manual on bid monitoring, 1978-1979.

State of Florida Bid Monitoring Project, Antitrust Division, Attorney General's Office.  Establishment of bid monitoring system to detect presence of anti-competitive behavior, 1976-1979.

## Employment Discrimination Litigation & Consulting

Duvall vs. O'Donnell Corp.  Damage analysis re: age discrimination allegation, 1999.

Slaughter vs. City of Melbourne.  Damage analysis re: age discrimination allegation, 1999.

Hoffman, et al vs. Honda.  Damage analysis re: class action gender discrimination allegation, 1999.

Hull vs. Cash America.  Damage analysis re: age discrimination, 1999.

Meehan vs. Northlake Foods.  Liability analysis re: sexual discrimination and hiring practices, 1999.

Velazquez vs. Shoney's.  Damage analysis re: national origin discrimination/wrongful termination, 1998-1999.

Frawley vs. McArthur Dairy.  Damage analysis re: wrongful discharge termination allegation, 1998.

Frederick vs. McDonnell Douglas Corp.  Damage analysis re: employment-related injury, 1998.

Whitman vs. Rubin.  Liability and damage analysis re: age discrimination allegation, 1998.

Moyer vs. Bellsouth.  Damage analysis re: disability discrimination/demotion/wrongful termination, 1998.

Michaels vs. AAA.  Liability analysis re: age discrimination, 1998.

Leon vs. Barnett Bank.  Damage analysis re: age discrimination/wrongful termination, 1998.

Sands vs. Barnett Bank.  Damage analysis re: racial discrimination/promotion, 1998.

Bazile vs. USA.  Damage analysis re: national origin discrimination/wrongful termination, 1998.

DeHart/Weeks vs. Columbia Hospital.  Damage analysis re: allegations of sexual harassment, constructive discharge, wrongful termination, 1997-1999.

Bowman vs. Orange County.  Damage and liability analyses re: wrongful termination, age discrimination, 1997.

Connelly vs Hernando County.  Liability analysis re: age and hiring discrimination, 1997.



Curriculum Vita of James T. McClave, Ph.D.

Bernosky vs. Sanford.  Liability analysis re: hiring and promotion discrimination, 1997.

Mesa-Pelly vs. 3M.  Liability analysis re: hiring and promotion, 1997.

Allen vs. Serve-Air.  Liability and damage analyses re: race discrimination/wrongful termination, 1997.

DeRasmo vs. City of Gainesville.  Damage analysis re: wrongful termination, 1997.

Milano vs. Nestor Sales.  Damage analysis re: wrongful termination, 1997.

Dawkins vs. Sun Bank.  Liability analysis re: allegations of racial discrimination in mortgage lending, 1997.

Christy, et al. vs. Bloomingdale's.  Gender discrimination, damage estimation, 1997.

Carol E. Jackson vs. Walt Disney World.  Damage analysis re: wrongful termination, 1997.

Nolan vs. Willett Olds.  Damage analysis, 1997.

Logsdon vs. Wal-Mart.  Damage analysis re:  wrongful termination, 1997.

Gary Kane et al vs. Andy Freeman et al.  Gender discrimination, 1997.

Wiggins, et al vs. Delta Airlines.  Age discrimination, damage estimation, 1997.

Zamsky vs. Walt Disney World.  Damage analysis re: sex and disability discrimination, 1997.

Becker, et al. vs. Orange County, et al.   Liability and damage analysis re: age discrimination, 1996.

Jonia Williamson Nicco vs. AAA.   Liability analysis re: racial discrimination, 1996.

Brooks, et al. vs. GTE Florida, Inc.  Liability analysis re: age discrimination, 1996.

Klie vs. BOC.  Liability analysis re: age discrimination, 1996.

Beneke, et al. vs. AT&T, et al.   Liability analysis re: gender discrimination, 1996.

Wilson, et al. vs. UPS.  Liability analysis re: gender discrimination, 1996.

Boyce vs. UPS.  Liability analysis re: race discrimination, 1996-1997.

Puentes, et al. vs. UPS.  Damage analysis re: racial discrimination, 1996-1997.

Bealls vs. Haworth.  Damage analysis re: wrongful termination, 1996.

Giacobbe  vs. National Council on Compensation, Inc.  Damage analysis re: age discrimination, 1996.

Barbitta, Biggs, et al. vs. Lockeed Martin.  Liability analysis re: age discrimination, 1996-1997.



Curriculum Vita of James T. McClave, Ph.D.

Marie & Hull vs. CDI, et al. Damage analysis re: sexual harassment, 1996-1997.

Marjason vs. VSA, et al. Damage analysis re: sexual discrimination, 1996.

Equal Employment Opportunity Commission vs. Joe's Stone Crab Restaurant, Inc. Liability analysis re: sexual discrimination in hiring, 1996-1997.

Pamela Lang, Barbara Brown & Michelle Bartley vs. Reedy Creek Improvement District & Walt Disney World. Damage analysis re: sexual harassment and constructive discharge, 1995-1996.

Lois Bednarcik , et al. vs. Tarmac Florida, Inc. and Tarmac America, Inc. Liability analysis re: age discrimination, 1995-1996.

Arthur M. Brown vs. British Airways PLC Corporation. Damage analysis re: unlawful termination/age discrimination, 1995-1996.

Constance Smith vs. UPS. Damage analysis re: sexual harassment, 1995.

Laura A. Quigley vs. Baker & Hostetler. Damage analysis re: sexual harassment-discrimination, 1995-1996.

Jane Bush vs. Barnett Bank of Pinellas County. Damage analysis re: unlawful termination, 1995-1996.

James Higgins vs. Met Life. Damage analysis re: age discrimination/unlawful termination, 1995-1997.

Leroy Parrish vs. Kmart Corp. Damage analysis re: race discrimination allegations, 1995-1996.

Lori Ronan vs. Globe Communications Corp, et al. Damage analysis re: unlawful termination, 1995-1996.

Sussman vs. Salem et al. Damage analysis re: unlawful termination/age discrimination, 1995-1996.

Carmichael, et al. vs. Martin Marietta, et al. Liability  analysis re: age discrimination, 1995-1996.

Scholz vs. Orlando Magic. Damage analysis for race discrimination and defamation allegations, 1995-1996.

Wright vs. Winter Park. Damage analysis for sexual harassment and gender discrimination allegations, 1995.

Sherri Lynn Urquiola vs. Linen Supermarket, Inc. et al. Damage analysis for sexual harassment and unlawful termination allegations, 1995.

Wooten/O'Callaghan vs. Lennar Homes, Inc. Damage analysis for gender discrimination allegations, 1994-1995.

Holt vs. Tarmac. Liability analysis for age discrimination allegations, 1994-1995.



Curriculum Vita of James T. McClave, Ph.D.

Millard and Schweitzer vs. Baxter Diagnostics, Inc., Baxter Healthcare Corporation and Baxter International Inc. Liability and damage analysis for age discrimination allegations, 1994-1996.

Nolin et al. vs Orange County et al. Liability and damage analysis for race discrimination allegations, 1994-1997.

Szostak, et al., vs. Georgia Tech. Liability and damage analyses for gender and age discrimination allegations, 1994-1998.

Malone vs. Tennessee Board of Regents. Liability and damage analysis for age and gender discrimination allegations, 1994-1996.

Reno Wells/Joy Wyly vs. City of Palm Beach Gardens, Fl. Liability and damage analyses regarding race discrimination allegations, 1993-1994.

Wayne A. Fogel vs. Philip Crosby Associates, Inc., et al. Damage analysis regarding unlawful termination allegation, 1993-1994.

Francis Eddins, et al. vs. Bay Bank. Liability and damage analysis for age discrimination allegations, 1993-1996.

Barrio Nuevo vs. United Parcel Service, EEOC Charge. Liability analysis for racial discrimination allegation, 1993-1994.

Thornquest, et al. vs. King, et al. Damage analysis regarding unlawful termination allegation, 1993.

Dalvan M. Coger, et al. vs. Tennessee Board of Regents; Memphis State University, et al. Liability and damage analysis for age discrimination allegations, 1993-1996.

Kimbrough vs. Sears. Damage analysis regarding unlawful termination allegation, 1993-1994.

William B. Gormin et al. vs. Brown-Forman, Inc. Liability and damage analysis for age discrimination allegation, 1991-1995.

Blue vs. Square D Company. Statistical analysis of age discrimination allegations, 1990-1993.

Duval et al. vs. Maas Brothers, Inc. Statistical analysis of age discrimination allegations; econometric estimation of back pay, front pay, and pension losses, 1989-1993.

Castle/Papastrat, et al. vs. Sangamo Weston, Inc. Back pay, front pay, and pension loss calculations for age discrimination allegations, 1988-1989.

Cherney vs. Tupperware. Statistical analysis for liability and damages related to gender discrimination allegation, 1988-1992.

Schwartz vs. Florida Board of Regents. Statistical analysis of Florida's Equity Pay Act for evidence of sex/race discrimination, 1985-1988.

Perry vs. Veteran's Administration. Statistical analysis of VA hiring and promotion data re: allegations of sex/race discrimination, 1985-1986.


**info tech**
The Information Technology Company

Florida Department of Education. Analysis of passing rates for Florida high school diploma testing in support of legislation requiring students pass the test for graduation, re: allegations of racially discriminatory testing, 1983.

Berry, et al. vs. Commander. Analysis of hiring and promotion records of Lake County, Florida, schools relative to racial discrimination allegations, 1977-1985.

Slugocki, et al. vs. U.S. Analysis of earnings and daily logs of U.S. Marshals in Southern Florida District relative to underpayment overtime underpayment allegations, 1979-1980.

Copper, et al. vs. Florida Power & Light. Analysis of promotion and pay data relative to charges of racial discrimination, 1979-1980.

Carr, et al. vs. U.S. Analysis of earnings and daily logs of U.S. Marshals in Mid-District of Florida relative to overtime underpayment allegations, 1978-1979.

## Biostatistical/Environmental Consulting & Litigation

Florida Institute of Phosphate Research. Statistical modeling in a meta-analysis of various sources of data collected on amounts of radioactivity in foods grown on Florida lands, 1999-present.

PEPCO. Development of long-term $NO_x$ emissions limit, 1998-1999.

Motorola, Groundwater Pollution Case. Statistical analysis of alleged damage to property values, 1997.

Rocky Flats Case. Statistical analysis of alleged damage to property values, 1997.

CF Industries adv. US EPA. Analysis of air quality measurements re: EPA allegations of exceedences, 1996.

West Coast Regional Water Supply Authority and City of St. Petersburg vs. Southwest Florida Water Management District. Statistical modeling of lake and aquifer water levels vs. rainfall, evaporation, and pumpage in wellfields, 1995-1996.

KBN Engineering. FPL, Manatee Salinity Analysis, Orimulsion Conversion Project. Time series analysis relating salinity to flow, upstream distance, and tide, 1995.

Alvarez, Lehman & Associates. Statistical research into EPA methods for analyzing toxicity bioassays, 1993-1994.

Committee for Responsible Water Use of Southwest Florida, Inc. Review of statistical procedures used by Southwest Florida Water Management District to analyze saltwater intrusion into wells, 1993-1995.

Montgomery Alabama Water Management Board. Statistical analysis of concrete pipe test results to determine quality of water and sewage lines, 1993.

Florida Litter Survey. Design of sample survey to determine extent of litter on Florida roadways and beaches, 1993-present.

Sugar Cane Growers Cooperative of Florida vs. South Florida Water Management District. Statistical analysis of water quality data in the Everglades. 1992-present.

KBN Engineering. Statistical analysis of Everglades National Park water quality data in re: litigation among U.S., State of Florida, and agricultural interests, 1991-1994.

CH2M Hill. Statistical analysis of concrete pipe test results to determine quality of Hillsborough and Pinellas County water lines, 1990-1996

Water and Air Research. Statistical analysis of data from Isleworth development near Orlando, 1990-91.

KBN Engineering - U.S. EPA Ecological Effects Branch. Compilation, review and evaluation of data to assess the ecological risk associated with pesticide use, 1986-1990.

Florida Electric Power Consulting Group. Statistical analysis of water quality data to evaluate compliance with Department of Environmental Regulation secondary standards, 1986-1987.

Florida Electric Power Consulting Group and Environmental Science and Engineering. Statistical analysis for Florida Acid Deposition Project, 1982-90.

Florida Institute of Phosphate Research. Statistical modeling of amounts of radioactivity in foods grown on mined and reclaimed land, 1984-1991.

Gardinier Phosphate Company. Analysis of radioactivity data collected near phosphate waste piles to assess potential risk, 1984.

Florida Acid Rain Deposition Project, Environmental Science and Engineering. Analysis of acid rain data collected over five year period in Florida, 1983-1986.

Florida Power & Light, Environmental Science and Engineering. Analysis of air pollution data collected during experiments to determine effects of fuel oil characteristics, 1983.

Environmental Science and Engineering - Environmental Protection Agency, Pesticides BAT Phase II project. Analysis of discharge of pesticides plants to determine "Best Available Technology" for controlling pollutants, 1981-1985.

Biological Data Management System, Environmental Science and Engineering. Development of software to provide user friendly environment for analysis of biological data, 1982.

Atlantic Electric Power Company. Analysis of environmental data as part of plant site approval process, 1981.

E. C. Jordan Company, Technical Analysis of Effluent Guidelines. Developing and documenting seasonal time series analysis of effluent data for pulp and paper industry, 1981.


**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Timber Effluent Guidelines Review, Environmental Protection Agency.  Analysis of effluent data from timber processing plants in order to assess effects of seasonality and time-dependence on the data.  Developed alternative methodology for establishing effluent guidelines, 1980-1981.

Water and Air Research - Corps of Engineers, Tennessee River DDT project.  Analysis of DDT in fish, water and sediment near former DDT plant on Tennessee River in Alabama, 1980-1981.

Water and Air Research - Minnesota Bioassay.  Bioassay analyses to determine effects of chlorination on fish, 1980-1981.

Environmental Science and Engineering - Environmental Protection Agency.  Project to produce fish, sediment and biological quality control samples.  Production of analysis samples to be used in quality control analyses by EPA in evaluating various laboratories, 1979-1981.

Schlitz vs. Burk Pest Control.  Design of sampling scheme to detect presence of pesticides in cans, 1979-1980.

Environmental Science and Engineering.  Site evaluations for power plants, Southern Illinois Power Corp. and Florida Power Corp.  Use of "delphi" technique to evaluate relative merits of various sites for possible power plant location, 1979-1980.

Environmental Science and Engineering - Environmental Protection Agency.  Project to study sugar refineries' discharge.  Analysis of discharge of sugar refineries to determine "Best Available Technology" for controlling pollutants, 1979-1980.

Timber Processors Water Discharge Regulations.  Analysis of water samples from major timber processing plants to allow EPA to recommend regulations, 1979-1980.

Environmental Protection Agency (EPA) - Florida Power Environmental Impact Study.  Data management and analysis for two million dollar study, involving over a million bits of information, 1977-1980.

Species Delineation of Pocket Gophers.  Multivariate analysis of skull measurements to determine species delineation for endangered pocket gophers, 1978-1979.

Survey of Printing and Publishing Industry.  Design and analysis of survey of printing and publishing industry to aid EPA in establishing water discharge regulations for the industry, 1978-1979.

Bioassay Analyses.  Re-analysis of bioassay data for Army Medical Corps relative to toxicity of certain chemicals in water discharge of munitions plants, 1978-1979.

Plankton Density and Diversity Analyses.  Determination of optimal sampling method for determining plankton density and diversity, for Army Medical Corps, 1977-1979.

Seminar on Toxicity Analyses.  Two-day presentation to EPA-Duluth Fisheries Laboratory relative to the design and analysis of toxicity experiments, 1978.

Evaluation of White Phosphorus Effects.  Determination of toxicity effects of white phosphorus on marine life, for Army Medical Corps, 1977-1978.


info tech
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Feasibility of Sea Grant Data Management. Study of data management needs for Florida Sea Grant program, 1976.

## Other Litigation Consultations

Braishfield vs. McCahill. Damage analysis for a tortious interference claim, 1999.

Couch Construction vs. Columbia County. Damage analysis in a breach of due process claim, 1999.

Orlando SMSA vs. Orange County (Bell South). Damage analysis in a tax fraud claim, 1999.

DOJ Investigation of Vitreo-Retinal Consultants. Statistical sampling and analysis for Medicare fraud investigation, 1998-1999.

Buckley Powder vs. State of Colorado. Analysis of proposed sampling plan to recover unconstitutionally collected interstate trucking taxes, 1998-present.

Kalifeh vs. AmSouth Bank. Analysis of insufficient fund charges, 1998-1999.

Universal Business Systems vs. Disney Vacation. Damage analysis in a breach of contract case regarding timeshare software, 1998-1999.

Cutler vs. Orkin. Damage analysis in a breach of contract case involving termite inspections, 1998-1999.

State of Washington vs. American Tobacco, et al. Damage analysis, 1998.

State of Oklahoma vs. R. J. Reynolds Tobacco Company, et al. Damage analysis, 1998.

State of Arizona vs. American Tobacco Co., Inc., et al. Damage analysis, 1998.

State of Texas vs. The American Tobacco Company, et al. Damage analysis, 1998.

Ocala Pari-Mutuel. Analysis of "Live Handle" and "Inter-track" wagering at pari-mutuel franchises in Florida, 1997.

Exit Information Guide. Damage analysis re: wrongful termination dispute, 1997.

Hansford vs. Big Bend. Liability analysis re: race discrimination in the scheduling of Medicaid transportation, 1997.

Lloyd Noland Hospital vs. Konica Medical Corporation. Statistical analysis of the deterioration rate of x-ray film, 1997.

Anheuser-Busch, Inc. vs. Leonard E. Williams and Wayne Densch, Inc. Liability and damage analysis, 1997.



Curriculum Vita of James T. McClave, Ph.D.

Marketing Agents vs. MCI. Damage analysis re: breach of contract, 1997.

Maris Distributing vs. Anheuser-Busch, Inc. Liability and damage analysis re: alleged improper termination of distributorship, 1997.

State of Florida, et al., vs. American Tobacco Company, et al. Damage analysis, 1997.

Volusia County Sheriff's Election Challenge. Analysis of absentee voting results re: alleged fraud in counting ballots, 1997.

Benn vs. BancBoston. Analysis of bank escrow settlement re: alleged unfair treatment of certain class members, 1996

Young Oil vs. Racetrac Petroleum. Analysis of retail gasoline pricing re: Alabama below-cost pricing allegations, 1996-present.

Catalina vs. Hauser. Liability and damage analysis re: violation of non-compete agreement, 1996-1997.

Brook Bernard damage study re: personal injury. 1996

Browder vs. Catalina. Damage analysis in an unlawful termination claim and SEC violation counterclaim, 1996-1997.

Johnson vs. United Companies Financial Corp. Damage and liability analysis in a class-action escrow requirements case, 1996-1997.

Judy Naef, et al vs. Masonite Corporation, et al. Analysis of customer claims involving alleged deficiencies in hardboard siding manufactured by Masonite, 1996-1997.

Visiting Nurses Assoc. Dade vs. USA. Estimation of overcharges in Medicare fraud case, 1996-1997.

Holmes Products Corp. vs. Dana Lighting, Inc., et al. Damage analysis re: alleged business interference. 1995-1997.

Blue Cross/Blue Shield vs. AHCA and Unisys, State of Florida. Statistical and econometric analysis of proposals for State of Florida employees' health insurance contract, 1995.

Ansell R. Arscott vs. Humana Hospital, Daytona Beach. Damage analysis re: alleged overcharges to full-pay patients, 1995.

Marnan Group, Inc. d/b/a Coastal Termite & Pest Control., a Florida Corporation vs. Orkin Exterminating Co., Inc. Damage analysis re: alleged business interruption, 1995.

E.D.S. Federal Corporation, a foreign corporation, vs. State of Florida Department of Health and Rehabilitative Services, and Gerald A. Lewis, as Comptroller of the State of Florida. Statistical analysis of system response time for a contract dispute regarding the FLORIDA system, 1994-1995.


**info tech**
The Information Technology Company

16

Curriculum Vita of James T. McClave, Ph.D.

Whiland Co., et al. vs. Trans Atlantic.  Damage analysis regarding international contract dispute, 1994-1995.

USA vs. Principal Nursing Services.  Statistical analysis of Medicaid fraud allegations, 1994-1995.

Florida Book Store vs. University of Florida.  Statistical survey and analysis regarding trademark infringement allegations, 1994-1997.

American Honda vs. Salvian and Clark.  Damage analysis for dealer contract dispute, 1995.

State of Florida.  Liability and damage analysis regarding mortgage industry violations re: escrow funds, 1994-1995.

Scamp and Dollar Rent-A-Car.  Design statistical sampling for accounts receivable validation and perform damage analyses, 1994.

Exxon Corp. Statistical analyses of Alaskan land appraisals in connection with Valdez oil spill litigations, 1993-1994.

Ecolab, Inc.  Damage analysis regarding patent infringement allegations, 1993-1995.

AVT vs. Marriott.  Damage analysis relating to breach of contract dispute for hotel convention support services, 1991-1993.

White Labs vs. Humphrey, et al.  Estimation of business damages related to alleged illegal behavior of officer, 1992-1993.

Deckard vs. Boutwell Construction.  Statistical analysis of traffic counts in a personal injury case, 1991.

Jaguar Motor Cars.  Dealership valuation related to alleged violation of Dealer Protection Laws, 1990-1991.

Holt vs. Holt.  Business valuation in connection with a breach of contract, 1991-1992.

Woodrow Construction vs. Lakewood Development.  Econometric consulting and damage analysis relating to alleged failure to meet contractual obligations in real estate development project, 1989-1992.

Washington Department of Revenue.  Consulting provided on statistical methodology used to evaluate county property appraisers' performance, and on litigation regarding State's appraisal of railroad property, 1989-1993.

Advantage vs. GTE.  Damage analysis relating to allegations of tortious business interference, 1988-1996.

Pennsylvania Attorney General.  Damage analysis connected with fraud allegations against contractors on state capitol building refurbishing, 1988-1989.

Home Shopping Network.  Econometric analysis of stock price fluctuations to respond to shareholder suits alleging fraudulent behavior, 1988-1992.


info tech
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Florida Department of Revenue.  Consulting provided on statistical methodology used to evaluate county property appraisers' performance, and on litigation regarding State's appraisal of railroad property, 1988-1992.

Trotter vs. Department of Navy.  Risk analysis of air accidents in Accident Potential Zones at Barber's Point Naval Air Station (Hawaii) for litigation regarding Navy's attempt to control zoning of Campbell Estate property, 1987-1988.

Omnivision vs. Tropel.  Analysis of damages caused by alleged patent and trademark infringement connected with manufacture, sale and leasing of specialized optical lenses, 1987-1988.

Steinbrenner and Roe vs. Warren R. Haught, et al.  Analysis of damages resulting from alleged fraudulent misrepresentation of natural gas drilling investment, 1987-1988.

Isaly-Klondike vs. Kraft.  Analysis of damages caused by trademark infringement by Kraft on Klondike bars, 1987.

Florida Health and Rehabilitative Services (HRS).  Analysis of proposals for HRS MMIS Medicaid Payment system ($40 million dollar contract).  Dispute among offerors involving appropriate evaluation of proposals, 1987.

Southeast Bank.  Analysis of real estate market in Southeast Florida in early 1980's regarding allegations by a developer that he was damaged by the bank's failure to loan the full amount of a promised line of credit, 1987.

General Motors.  Review of dealer plaintiff's expert witness' lost earnings and compensation analysis, 1987.

Vital Industries.  Damage analysis for September 1985 fire to high technology firm, 1986-1992.

Natural Gas Investors.  Damage analysis for investors in a well-drilling partnership, 1985-1992.

Florida Department of Administration.  Analysis of effects of a court award on Florida governmental agencies, 1986.

Escambia County Property Appraiser vs. Florida Department of Revenue.  Analysis and testimony on the Department of Revenue's "non-in-depth" review of County appraisals, 1985.

Broward County Condominium Collapse.  Survey of county registered voters in support of the defendant's motion for change of venue because of excessive negative publicity, 1984.

Bishop Estate, Ashford and Wriston, Hawaii.  Statistical modeling of leased fee market values for Hawaii land owned by the Bishop estate, for condemnation proceedings conducted by Hawaiian Housing Authority, 1981-1986.

Florida Attorney General's Office, State of Florida & Bureau of Census vs. Indiana.  Analysis of 1980 Census data and the relevant statistical methodology for a lawsuit disputing the assignment of the 435th U.S. House of Representative's seat to Florida, 1981-1982.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Ormond Beach Hospital Certificate of Need.  Analysis of State population and hospital occupancy statistics in support of Certificate of Need, 1980-1981.

Florida Health Care Association vs. State of Florida Department of Health and Rehabilitative Services. Extensive statistical and economic analysis of Florida Medicaid Reimbursement Plan to determine economic impact on Florida's nursing home industry, 1979-1983.

Volusia Jai Alai vs. Silicone Coating Systems, et al.  Analysis of jai alai attendance and total dollar volume to estimate damages to Volusia Jai Alai while it was closed due to fire damage, 1980-1981.

ITT vs. Fireman's.  Analysis of data relative to charges of faulty road construction in ITT's Palm Coast development, Flagler County, Florida, 1979-1980.


## Other Consultations

Nokia.  Design, implementation, and analysis of a market survey, 1998-1999.

US Department of Justice.  Various statistical consulting tasks related to DOJ investigations of Medicaid and Medicare providers, 1997-1999.

Market Source.  Design, implementation, and analysis of sample survey of computer retail managers, 1997.

Agency for Health Care Administration.  Consultation regarding relevant statistical and evaluation processes utilized in the proposal evaluation process re: prescription drugs, 1996.

Agency for Health Care Administration.  Consultation regarding statistical and evaluation processes utilized in the proposal evaluation process re: prepaid health care, 1996.

New Jersey Health Care Association. Consultation on the development of Medicaid reimbursement rate methodology for nursing homes and special care facilities, 1994-1995.

Florida Health and Rehabilitative Services, Medicaid Program Integrity.  Development of statistical sampling and estimation procedures for discovering fraud and abuse of the Medicaid program, and for estimating overpayments to Medicaid providers, 1991-1996.

Gainesville Gas Company.  Perform valuation of Gainesville Gas Co., 1989-1990.

Seminole County School District.  Evaluation of zoning and bus routing software and analysis of Seminole County's system requirements, 1987.

Florida Banking Analyses.  Assistance to various groups applying for state and national charters.  Study of current state of Florida banking industry, 1986-1988.


**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Florida Property Appraisers' Association. Consultation on technical legislative issues affecting Florida's property appraisers, including equalization taxes and Department of Revenue review of appraisals, 1985-1993.

Alachua County School Board. Statistical and programming consultant for rezoning to meet racial and socioeconomic goals in County's K-12 schools, 1984-1985.

Alachua County Property Appraiser. Review of Florida Department of Revenue ad valorem tax administration procedures, 1984.

Shands Teaching Hospital, University of Florida. Economic and statistical analysis of hospital and demographic data in support of Shands' Certificate of Need application, 1983-1985.

ARCO Oil Company. Statistical analysis of well survey methodologies with the objective of estimating well intersection probabilities, 1983.

Florida Association of Rehabilitative Facilities. Analysis of Medicaid Cost Reimbursement plan for facilities caring for mentally retarded, 1983-1985.

Florida Attorney General's Office: Trucking Deregulation. Analysis of intrastate shipping rates before and after July 1, 1980, to determine effects of deregulation, 1982-1983.

Blue Cross/Blue Shield, Corporate Research Division, Florida. Training in SAS/GRAPH; provide consulting on SAS and general statistical problems, 1982.

LIFO Inventory Sampling Project. Designed sampling experiment for large Florida company inventory analysis, 1980-1981.

Feasibility of Self-Insurance for Florida Schools. Analysis of premium and claim history for Florida Department of Education, to determine feasibility of self-insurance of schools and community colleges, 1978-1979.

Design and Analysis of Alachua County Manpower Survey. Survey of employers and general population in Alachua County to obtain manpower profiles, 1975-1976.

## Expert Witness Testimony

Maris Distributing Company vs. Anheuser Busch, Inc., U.S. District Court, Ocala, Florida, Case No. 97-15-CIV-OC-10-C. Testify at deposition re: damages. June 23, 1999. Retained by plaintiff.

Joseph Duvall vs. Timothy J. O'Donnell Corp., Ninth Circuit, Orange County, Florida, Case No. CI 97-8396. Testify in court re: damages in an unlawful termination in retaliation for a workman's compensation claim. June 18, 1999. Retained by plaintiff.

Polypropylene Carpet Antitrust Litigation, MDL Docket No. 1075, Master File: 4:95-CV-193-HLM. Testify at deposition re: damages in a price fixing conspiracy claim. May 22-23, 1999. Retained by plaintiffs.


**info tech**
The Information Technology Company

20

Curriculum Vita of James T. McClave, Ph.D.

Universal Business Systems vs. Disney Vacation Club, Ninth Circuit, Orange County, Florida. Case No.CIO 95-3614. Testify in court re: damages and lost profits in a breach of contract case. May 19, 1999. Retained by Defendant.

Helon H. Cutler, et al. vs. Orkin Exterminating Company, Inc., et al., Circuit Court, Houston County, Alabama. Case No. 96-184. Testify in deposition re: review of plaintiffs' expert's sampling methodology. April 29, 1999. Retained by Defendant.

Universal Business Systems vs. Disney Vacation Club, Ninth Circuit, Orange County, Florida. Case No. CIO 95-3614, Testify in deposition re: damages and lost profits in a breach of contract case. April 27, 1999. Retained by Defendant.

Thomas E. Slaughter vs. City of Melbourne, U.S. District Court, Middle District of Florida, Orlando Division, Case No. 97-946-CIV-ORL-19. Testify in court re: damages in an age discrimination claim. March 30, 1999. Retained by plaintiff.

Amilkar Velazquez vs. Shoney's, Inc., District Court, Orlando, FL, Case No. 97-1540-CIV-ORL-22C. Testify in deposition re: damages in a national origin discrimination case, February 19, 1999. Retained by plaintiff.

Sugar Cane Growers Cooperative of Florida vs. South Florida Water Management District, Division of Administrative Hearings, Florida, Case No. 92-303. Testify at hearing re: statistical analysis of phosphorus levels in the Everglades. February 17, 1999. Retained by plaintiff.

Buckley Powder vs. State of Colorado, District Court, Denver, Colorado, Case No. 93CV450. Testify in court re: damage calculation methodology in an unconstitutional taxation matter. February 12, 1999. Retained by Defendant.

Vicki DeHart/Edith Weeks vs. Columbia Bartow Regional Memorial Healthcare System, District Court, Tampa, Florida, Case No. 97-1300-CIV-T-23C. Testify in deposition re: damages in a sexual harassment case. February 4, 1999. Retained by plaintiff.

Paul Kalifeh vs. Amsouth Bank, N.A., Circuit Court, Mobile County, Alabama, Case No. CV-98-2022. Testify in deposition re: extraction of data from AmSouth's database for analysis of insufficient funds charges. January 22, 1999. Retained by Plaintiff.

Thomas E. Slaughter vs. City of Melbourne, U.S. District Court, Middle District of Florida, Orlando Division, Case No. 97-946-CIV-ORL-19C. Testimony at deposition regarding damages in an age discrimination claim. November 11, 1998. Retained by plaintiff.

State of Washington vs. American Tobacco, et al. Superior Court for the State of Washington, King County Case No. 96-2-15056-8 SEA. Testimony in deposition re: damages in fraud case. September 16-17, 1998. Retained by defendant.

The AGES Group vs. Raytheon Aircraft Co., Inc. and the Wackenhut Corp., United States District Court, Southern Division, Alabama, Case No. 96-A-1514-N. Testimony in deposition re: damages. August 13, 1998. Retained by Plaintiff.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Kelly DeRasmo vs. City of Gainesville, United States District Court, Northern District of Florida, Gainesville Division, Case No. 1:97-CV118MMP. Testimony in deposition re: damages in a gender discrimination claim. July 8, 1998. Retained by plaintiff.

Woodrow Allen, et al. vs. Serve-Air Skycap Service, Inc., et al., U.S. District Court, Middle District of Florida, Tampa Division, Case No. 96-1306-CIV-T-23E. Testimony at trial regarding liability and damages in a racial discrimination claim. June 18, 1998. Retained by defendant.

Equal Employment Opportunity Commission vs. Joe's Stone Crab, U.S. District Court, Southern District of Florida, West Palm Beach Division, Case No. 93-1082-CIV-Hurley. Testimony at trial regarding liability and damages in a gender and age discrimination case. April 23, 1998. Retained by defendant.

John L. Bowman, et al. vs. Orange County, U.S. District Court, Middle District of Florida, Orlando Div., Case No. 96-1316-CIV-ORL-22. Testimony in deposition regarding liability and damages in an age and race discrimination case. April 9, 1998. Retained by plaintiffs.

Rosemarie Szostak, Mary Ann Burke and Martha Ann Stegar vs. Board of Regents/GA Tech, U.S. District Court, Northern District of Georgia, Case Nos. 1-93-CV-2762-RCF, 1-94-CV-0594-RCF; and 1-94-CV-0592-RCF. Testimony at trial regarding damages in a gender and age discrimination case. March 18, 1998. Retained by plaintiffs.

H. Thomas Lane, Jr. vs. Exit Information Guide, Inc., Circuit Court, 8th Judicial Circuit, Case No. 96-3873-CA, Div. K. Testimony at trial regarding damages in a wrongful termination claim. March 11-12, 1998. Retained by defendant.

Equal Employment Opportunity Commission vs. Joe's Stone Crab, U.S. District Court, Southern District of Florida, West Palm Beach Division, Case No. 93-1082-CIV-Hurley. Testimony in deposition regarding liability and damages in a gender and age discrimination case. February 10, 1998. Retained by defendant.

H. Thomas Lane, Jr. vs. Exit Information Guide, Inc., Circuit Court, 8th Judicial Circuit, Case No. 96-3873-CA, Div. K. Testimony in deposition regarding damages in a wrongful termination claim. February 9, 1998. Retained by defendant.

Tamara Christy, et al. vs. Bloomingdale's, Inc. and William Hearst, Circuit Court, 11th Circuit, Dade County, Florida, Case No. 96-24971. Testimony in deposition regarding damages in a sexual harassment, gender discrimination and wrongful termination case. January 15, 1998. Retained by defendant.

Ford Motor Company, General Motors Corporation, Chrysler Corporation, et al. vs. American Alloys, et al. U.S. District Court, Western District of Pennsylvania, 97-0389 CIV and Master Case 95-2104-CIV. Testimony in deposition regarding damages in an alleged price-fixing conspiracy. December 4-5, 1997. Retained by plaintiff.

H. Thomas Lane, Jr., vs. Exit Information Guide, Inc. Circuit Court, 8th Circuit, Alachua County, Florida. 96-3873-CA. Testimony in deposition regarding damages in wrongful termination case. November 18, 1997. Retained by defendant.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

State of New York vs. Cedar Park Concrete Corp., et al., U.S. District Court, Southern District of New York, 85 Civ. 1987 (LAP). Testimony at trial regarding damages in a bid-rigging case re: Jacob Javits Convention Center. September 16 and 18, 1997. Retained by plaintiff.

State of Florida, et al vs. American Tobacco Company, et al. Circuit Court, 15th Judicial Circuit, Palm Beach County, CL 95-1466AH. Testimony in deposition regarding plaintiff's damage calculations. August 22, 1997. Retained by defendant.

Phyllis E. Marie & Debora S. Hull vs. CDI Total Office Furniture Today, Inc., U.S. District Court, Southern District of Florida, West Palm Beach Division, 95-8531-CIV. Testimony in deposition regarding damages in sexual harassment case. July 3, 1997. Retained by defendant.

Lloyd Noland Hospital vs. Konica Medical Corporation, Northern District of Alabama (Southern Division), CV-95-3268-S. Testimony in deposition regarding liability re: alleged breach of contract. July 14, 1997. Retained by defendant.

State of New York vs. Cedar Park Concrete Corp., et al., U.S. District Court, Southern District of New York, 85 Civ. 1987 (LAP). Testimony in deposition regarding damages in a bid-rigging case re: Jacob Javits Convention Center. June 18, 1997. Retained by plaintiff.

Dawkins vs. Sun Bank/Tallahassee, N.A., Suntrust Mortgage, Inc., Circuit Court, Second Judicial Circuit, Leon County, Florida, Case No. 93-3845. Testimony in trial regarding liability in a racial discrimination mortgage lending case. June 9, 1997. Retained by defendant.

Dawkins vs. Sun Bank/Tallahassee, N.A., Suntrust Mortgage, Inc., Circuit Court, Second Judicial Circuit, Leon County, Florida, Case No. 93-3845. Testimony in deposition regarding liability in a racial discrimination mortgage lending case. May 27, 1997. Retained by defendant.

Puentes, et al. vs. UPS. U.S. District Court, Southern District of Florida, Case No. 94-250-Ungaro-Benages. Testimony in deposition regarding damages. April 25, 1997. Retained by defendant.

John H. Browder vs. Catalina Lighting, Inc. et al., Circuit Court, Dade County Florida, Case No. 91-23683 CA 10. Testimony at trial regarding damages. February 14, 1997. Retained by defendants.

Volusia County Sheriff's Election Challenge. Circuit Court, Volusia County, Florida. Testimony at trial regarding alleged misconduct in vote counts. February 7, 1997. Retained by Volusia County (defendant).

Florida Book Store vs. University of Florida, Circuit Court, Eighth Judicial Circuit, Alachua County, Florida, Case No. 92-4103-CA. Testimony in trial regarding survey of students regarding identification of bookstore locations. January 30-31, 1997. Retained by plaintiff.

Nolin, et al. Vs. Orange County and Orange County Fire and Rescue, U.S. District Court, Middle District of Florida, Case No. 94-620-CIV-ORL-19. Testimony in deposition regarding liability and damages for alleged discrimination in hiring and promotion. January 15, 1997. Retained by plaintiffs.



*Curriculum Vita of James T. McClave, Ph.D.* 

Michael P. Johnston, et al. vs. United Companies Financial Corporation, et al., Circuit Court, Washington County, Alabama, Civil Action No. CV 91019B. Testimony in deposition regarding damage and liability analysis in a class-action escrow requirements case, December 18, 1996. Retained by defendant.

The Commonwealth of Kentucky vs. U.C. Milk Company, Inc., et al., U.S. District Court, Western Division, Owensboro, KY, Case No. 92-0047-0(C). Testimony at trial regarding liability and damage analyses of alleged school milk bidrigging and price-fixing in western Kentucky. December 4-5, 1996. Retained by plaintiffs.

Equal Employment Opportunity Commission vs. Joe's Stone Crab, Inc., U.S. District Court, Southern District of Florida, Case No. 93-10082-CIV-Hurley. Testimony in trial regarding alleged gender discrimination in hiring, December 3, 1996. Retained by defendant.

Richard L. Bordner vs. Lockheed Martin Corporation, U.S. District Court, Middle District of Florida, 11th Circuit, Case No. 95-805-CIV-ORL-18; Roger A. Purcell v. Lockheed Martin Corporation, U.S. District Court, Middle District of Florida, 11th Circuit, Case No. 95-810-CIV-ORL-22; Robert G. Swanson vs. Lockheed Martin Corporation, U.S. District Court, Middle District of Florida, 11th Circuit, Case No. 95-813-CIV-ORL-22; Marlon K. Tarter vs. Lockheed Martin Corporation, U.S. District Court, Middle District of Florida, 11th Circuit, Case No. 95-814-CIV-ORL-19. Testimony in deposition regarding liability in age discrimination cases, November 11, 1996. Retained by plaintiffs.

James Black vs. Lockheed Martin Corporation, U.S. District Court, Middle District of Florida, 11th Circuit, Case No. 95-804-CIV-ORL-18; Constantino A. Barbitta vs. Lockheed Martin Corporation, U.S. District Court, Middle District of Florida, 11th Circuit, Case No. 95-806-CIV-ORL-22; and David B. Pool vs. Lockheed Martin Corporation, Lockheed Martin Corporation, U.S. District Court, Middle District of Florida, 11th Circuit, Case No. 95-809-CIV-ORL-19. Testimony in deposition regarding liability in age discrimination cases, October 28, 1996. Retained by plaintiffs.

Commonwealth of Kentucky, et al. vs. Louis Trauth Dairy, Inc., et al., U.S. District Court, Eastern Division of Kentucky, Civil Action No. 92-50. Testimony at trial regarding liability and damage analyses of alleged school milk bidrigging and price fixing in northern Kentucky. October 22-23, 1996. Retained by plaintiffs.

West Coast Regional Water Supply Authority, et al. vs. Southwest Florida Water Management District, Administrative Hearing, Case No. 95-1520-28. Testimony regarding time series models of lake and aquifer levels, September 24, 1996. Retained by Petitioners.

West Coast vs. CH2M Hill Pipe, et al., Circuit Court, Pinellas County, FL, Case No. 88-5627-C1II and 89-9987C1II (consolidated). Testimony in deposition regarding statistical analysis of PCP pipe reliability, August 20-21, 1996. Retained by defendants.

West Coast Regional Water Supply Authority, et al. vs. Southwest Florida Water Management District, Administrative Hearing, Case Nos.: 95-1520-28. Testimony in trial regarding time series models of lake and aquifer levels, August 2, 1996. Retained by Petitioners.

Judy Naef, et al. vs. Masonite Corporation, et al., Circuit Court, Mobile County, Case No. CV 94-4033. Testimony in deposition regarding analysis of customer claims involving alleged deficiencies in hardboard siding manufactured by Masonite, July 12, 1996. Retained by plaintiffs.


**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Equal Employment Opportunity Commission vs. Joe's Stone Crab, Inc., U.S. District Court, Southern District of Florida, Case No. 93-10082-CIV-Hurley. Testimony in deposition regarding alleged gender discrimination in hiring, July 17, 1996. Retained by defendant.

West Coast Regional Water Supply Authority, et al. vs. Southwest Florida Water Management District, Administrative Hearing, Case Nos.: 95-1520-28. Testimony in deposition regarding time series models of lake and aquifer levels, June 20, 1996. Retained by Petitioners.

Cranbrook Development Co., and SNF, Inc. vs. Bonita Bay Properties, Inc. and Bonita Bay Realty, Inc., Case No. 92-230-CIV-FTM15D, U.S. District Court, Middle District of Florida. Testimony in court about sample survey design and analysis regarding relevant geographic market issue, June 3, 1996. Retained by plaintiffs.

Browder vs. Catalina, Circuit Court, Dade County FL, Case No. 91-23683 CA 10. Testimony in deposition regarding damages in unlawful termination case, April 16, 1996. Retained by defendant.

Malone vs. Tennessee Board of Regents, U.S. District Court, Case No. 91-2073 MI/A, Western District of Tennessee. Testimony in court regarding gender discrimination allegations, April 2, 1996. Retained by defendant.

Carmichael, et al. vs. Martin Marietta, et al., U.S. District Court, Middle District of Florida, Case No. 93-0434ORL-19. Testimony in deposition regarding liability in age discrimination case, February 9, 1996. Retained by plaintiffs.

George W. Scholz vs. RDV Sports, Inc., Circuit Court, Ninth Judicial Circuit, Orange County, Florida. Case No. CI 92-7508. Testimony in trial regarding damages in race discrimination case, February 7, 1996. Retained by plaintiff.

George W. Scholz vs. RDV Sports, Inc., Case No. CI 92-7508, Circuit Court, Ninth Judicial Circuit, Orange County, Florida. Testimony in deposition regarding damages in race defamation case. December 15, 1995. Retained by plaintiff.

Retina Associates, P.A. vs. Southern Baptist Hospital of Florida, Inc., District Court, Middle District of Florida, Case No. 94-255-CIV-J-10. Testimony in deposition regarding liability and damages in boycott and attempted monopolization case. December 6 and 7, 1995. Retained by plaintiff.

Carmichael, et al. vs. Martin Marietta, et al., U.S. District Court, Middle District of Florida, Case No. 93-0434ORL-19. Testimony in deposition regarding liability in age discrimination case. November 21, 1995. Retained by plaintiffs.

United States of America vs. South Florida Water Management District et al., U.S. District Court, Southern District, Florida, Case No. 88-1886-CIV-WMH. Testimony at hearing regarding statistical analysis of proposed phosphorus limits in Florida Everglades. November 7, 1995. Retained by Sugarcane Growers Coop of Florida.

Lang, Brown and Bartley vs. Reedy Creek Improvement District and Walt Disney World Co., U.S. District Court, Middle District, Florida Case No. 94-693-CIV-ORL-19. Testimony in deposition regarding damages in sexual discrimination/harassment case. November 15, 1995. Retained by plaintiffs.


**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Carbon Dioxide Industry Antitrust Litigation, US District Court, Middle District of Florida, MDL Docket 940. Testimony in deposition regarding liability and damages in customer allocation and price fixing case. August 16, 1995. Retained by plaintiff.

Blue Cross/Blue Shield vs. AHCA & Unisys Corp., State of Florida Administrative Hearings, Case No. 95-3635BID. Testimony at Administrative Hearing regarding statistical analysis of evaluation process for selection of administrator of Florida State employees' health insurance. August 7, 1995. Retained by plaintiff.

Blue Cross/Blue Shield vs. AHCA & Unisys Corp., State of Florida Administrative Hearings, Case No. 95-3635BID. Testimony in deposition regarding statistical analysis of evaluation process for selection of administrator of Florida State employees' health insurance, July 31, 1995. Retained by plaintiff.

Charles C. Millard and Drew J. Schweitzer vs. Baxter Diagnostics,Inc., et al., U.S. District Court, Southern District of Florida, Case No. 93-0429-CIV-Ungaro-Benages. Testimony in deposition regarding damages in an age discrimination case, June 12-13, 1995. Retained by defendants.

State of Ohio Ex Rel. Lee Fisher, Attorney General vs. Louis Trauth Dairy, Inc. et al., U. S. District Court, Southern District of Ohio, Case No. C-1-93-0553. Testimony in deposition regarding liability in a school milk antitrust case. May 17-19, 1995, September 5-6 & 21, 1995. Retained by plaintiffs.

Linda Wolfe Wright vs. City of Winter Park, District Court, Middle District of Florida, Case No. 94-435-CIV-ORL-18. Testimony in deposition regarding damages in gender discrimination and sexual harassment case. June 9, 1995. Retained by plaintiff.

Rosemarie Szostak, Mary Ann Burke and Martha Ann Stegar vs. Board of Regents/GA Tech, U.S. District Court, Northern District of Georgia Case Nos. 1-93-CV-2762-RCF, 1-94-CV-0594-RCF; and 1-94-CV-0592-RCF. Testimony in deposition regarding damage analysis in gender and age discrimination case. June 7, 1995. Retained by plaintiffs.

E.D.S. Federal Corporation vs. State of Florida HRS, Case No. 92-3618. Testimony in binding arbitration about analyses of system reaction time in contract dispute regarding the FLORIDA System, March, 1995. Retained by defendants.

Linton Holt et al. vs. Tarmac Florida, Inc., U.S. District Court, Southern District of Florida. Testimony in deposition about liability re: age discrimination allegations, March, 1995. Retained by plaintiffs.

Earl Hollingshead and Floyd Childress etc., et al. vs. Delta Pride Catfish, Inc., et al., Circuit Court, Mobile, AL, Case No. CV-92-1711. Testimony in deposition regarding class certification issues in an Alabama antitrust litigation. February, 1995. Retained by plaintiffs.

Sherri Lynn Urquiola vs. Linen Supermarket, Inc., et al., District Court, Middle District of Florida, Case No. 94-14-CIV-ORL-19. Testimony in deposition regarding damages in sexual harassment and unlawful termination case. January, 1995. Retained by plaintiff.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

State of Ohio Ex Rel. Lee Fisher, Attorney General vs. Louis Trauth Dairy, Inc. et al., U.S. District Court, Southern District of Ohio, Case No. C-1-93-0553. Testimony in deposition regarding database issues in a school milk antitrust case. October-December, 1994. Retained by plaintiffs.

Wooten/O'Callaghan vs. Lennar Homes, Inc., U.S. District Court, Middle District, FL, Case No. 94-326 and 327-CIV-ORL-19. Testimony in deposition regarding damages in gender discrimination case. November, 1994. Retained by defendants.

City of Tuscaloosa, et al. and Auburn Water Works Board et al. vs. Harcros Chemicals, Inc., et al., U.S. District Court, Northern District of Alabama, Western Division, Case No. 92-G-1614-S. Testimony in deposition regarding liability and damages for chlorine antitrust litigation. August 1994. Retained by plaintiffs.

The Commonwealth of Kentucky vs. U.C. Milk Company, Inc., et al., U.S. District Court, Western Division, Owensboro, KY. Case No. 92-0047-0(C). Testimony in deposition regarding liability and damage analyses of alleged school milk bidrigging and price fixing in western Kentucky. July, 1994. Retained by plaintiffs.

Cranbrook Development Co., and SNF, Inc. vs. Bonita Bay Properties, Inc. and Bonita Bay Realty, Inc., U.S. District Court, Middle District of Florida, Case No. 92-230-CIV-FTM15D. Testimony in deposition about sample survey design and analysis regarding relevant geographic market issue. June, 1994. Retained by plaintiffs.

Scamp Auto Rental, Inc. and Dollar Systems, Inc. vs. Sigma Four International Marketing, Inc., ARB No. 3 2199 00490 93. Testimony before Arbitration Board regarding statistical sampling and damages from breach of contract. June 1994. Retained by plaintiffs.

David F. Kimbrough vs. Sears, Roebuck and Co., Circuit Court, 11th Judicial Circuit, Dade County, FL, Case No. 92-03039. Testimony in court regarding actual and punitive damages resulting from unlawful termination. May 1994. Retained by plaintiff.

Scamp Auto Rental, Inc. and Dollar Systems, Inc. vs Sigma Four International Marketing, Inc., ARB No. 3 2199 00490 93. Testimony in deposition regarding statistical sampling and damages. May 1994. Retained by plaintiffs.

Reno L. Wells/Joy Wyly vs. City of Palm Beach Gardens, et al., U.S. District Court for the Southern District of Florida, Case Nos. 91-8461 and 91-8460. Testimony in court regarding race discrimination damages. March 1994. Retained by defendants.

Independent School District I-158 of Tillman County, et al. vs. Borden, Inc. and Preston Dairy, Inc., U.S. District Court for the Western District of Oklahoma, Case No.CIV-93-669-R. Testimony in court regarding class certification. March 1994. Retained by plaintiff.

Exxon Valdez Oil Spill Litigation: All Cases Consolidated, U.S. District Court, Alaska, Case No. A-89-095. Testimony in deposition regarding damages related to the Valdez spill. March 1994. Retained by defendants.



<u>Sugar Cane Growers Cooperative of Florida vs. South Florida Water Management District</u>, Division of Administrative Hearings, Florida, Case No. 92-303. Testimony in deposition regarding various statistical issues and analyses pertaining to water quality in the Everglades. March 1994. Retained by plaintiffs.

<u>Frances Eddins, et al. vs. Bay Bank and Trust Company, a Florida Banking Corporation</u>, U.S. District Court, Panama City, FL, Case No. 93-50031-LAC. Testimony in deposition regarding age discrimination liability and damages. March 1994. Retained by defendants.

<u>Reno L. Wells/Joy Wyly vs. City of Palm Beach Gardens, et al.</u>, U.S. District Court, Southern District of Florida Case Nos. 91-8461 and 91-8460. Testimony in deposition regarding race discrimination damages. February 1994. Retained by defendants.

<u>Independent School District I-158 of Tillman County, et al., vs. Borden, Inc. and Preston Dairy, Inc.</u>, District Court, Oklahoma, Case No. CIV-93-669-R. Testimony in deposition regarding class certification. February 1994. Retained by plaintiffs.

<u>Commonwealth of Kentucky, et al. vs. Southern Belle Dairy Co., et al.</u>, U.S. District Court, Eastern District of Kentucky, Civil Action No. 90-46. Testimony in deposition regarding liability and damage analyses of school milk bidrigging and price fixing in southern Kentucky. January 1994. Retained by plaintiffs.

<u>David F. Kimbrough vs. Sears, Roebuck and Co.</u>, Circuit Court, 11th Circuit, Dade County, Florida. Case No. 92-03039, Testimony in deposition regarding calculation of damages resulting from an unlawful termination. January 1994. Retained by plaintiffs.

<u>Wayne A. Fogel vs. Philip Crosby Associates, Inc. and Alexander Proudfoot Company World Headquarters</u>, Case No. CL 91-1101 AJ. Testimony in deposition regarding calculation of damages resulting from an unlawful termination. December 1993. Retained by plaintiffs.

<u>Independent School District of Tillman County, Oklahoma, et al. vs. Borden, Inc., et al.</u>, Case No. CIV-93-669-R. Testimony in deposition regarding analysis of class certification issues. December, 1993. Retained by plaintiff.

<u>State of Alabama, ex. rel. vs. Exxon Corporation</u>, Case No. CV-91-108-D. Testimony in deposition regarding below cost gasoline pricing by major oil companies. October 1993. Retained by plaintiffs.

<u>Dalvan M. Coger, et al., vs. Board of Regents; Memphis State University, et al.</u>, U.S. District Court, Western Division, Tennessee, Case No. 89-2374-GA. Testimony in deposition regarding age discrimination allegations related to faculty salary increases. October 1993. Retained by defendants.

<u>State of Tennessee</u>. Testimony before Grand Jury regarding school milk bidrigging in west Tennessee. July 1993.

<u>Commonwealth of Kentucky, et al., vs. Louis Trauth Dairy, Inc., et al.</u>, U.S. District Court, Eastern Division of Kentucky, Civil Action No. 92-50. Testimony in deposition regarding liability and damage analyses of alleged school milk bidrigging and price fixing in northern Kentucky. July 1993. Retained by plaintiffs.


The Information Technology Company

28

Curriculum Vita of James T. McClave, Ph.D.

City of Tuscaloosa, et al., vs. Harcros Chemicals, et al., U.S. District Court, Northern District of Alabama, Case No. CV-92-G-1614-W. Testimony in deposition regarding confidentiality issues in re: chlorine bidrigging. April 1993. Retained by plaintiffs.

Audio Visual Techniques vs. Marriott, et al., Circuit Court, Orange County, FL, Case No. 92-3579. Testimony in deposition regarding damage analysis relating to breach of contract dispute for hotel convention support services. March 1993. Retained by plaintiffs.

King Provision Corp. vs. Burger King Corp., et al., Case No. 90-05718. Testimony in mediation hearing regarding damages for attempted monopolization claim in fast-food supply industry. January 1993. Retained by plaintiffs.

Ad-Vantage Telephone Directory Consultants, Inc. vs. GTE Directories Corp., Case No. 82-968-CIV-T-GC. Testimony in Florida's Middle District Federal Court regarding damages from alleged business interference. January 1993. Retained by defendants.

Sugar Cane Growers Cooperative of Florida, et al, vs. South Florida Water Management District, et al., Division of Administrative Hearings, FL, Case Nos. 92-3038, 92-3039, 93-3040. Testimony in deposition regarding statistical analyses of water quality data from the Florida Everglades in setting compliance standards. December 1992. Retained by plaintiffs.

King Provision Corp. vs. Burger King Corp., et al., U.S. District Court, Northern District of Florida, Case No. 90-05718. Testimony in deposition regarding damages in attempted monopolization allegations in the fast-food supply industry. October 1992. Retained by plaintiffs.

Ad-Vantage Telephone Directory Consultants, Inc. vs. GTE Directories Corp., U.S. District Court, Middle District of Florida, Case No. 82-968-CIV-T-GC. Testimony regarding damages from alleged business interference. September 1992. Retained by defendants.

State of Florida, et al., vs. Abbott Laboratories, et al., U.S. District Court, Northern District of Florida, Case No. 91-40002. Testimony in deposition regarding damages in alleged infant formula price-fixing conspiracy. September 1992. Retained by plaintiffs.

Commonwealth of Pennsylvania vs. Milk Industry Management Corp., et al., U.S. District Court, Eastern District of Pennsylvania, Civil Action 91-CV-7328. Testimony in deposition regarding damages in alleged school milk bidrigging in Philadelphia. August 1992. Retained by plaintiff.

T. R. Coleman, et al. vs. Cannon Oil Company, et al., U.S. District Court, Middle District of Alabama, Civil Action No. 90-T-414-S. Testimony in deposition and Alabama District Court regarding damages in retail gasoline price-fixing case. March and May 1992. Retained by defendants.

State of Tennessee. Testimony before Grand Jury regarding alleged school milk bidrigging in east Tennessee. March 1992. Retained by State of Tennessee.

Sue L. Holt vs. Charles T. Holt, Case No. 89-18312-CA Division CV-I. Testimony before circuit court judge regarding business valuation in breach of contract case. March 1992. Retained by plaintiff.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

Commonwealth of Virginia and Caroline County School Board, et al. vs. Embassy Dairy, Inc, et al., U.S. District Court, East Div. of VA, Civil Action No. 91-510-N. Testimony in deposition regarding liability and damages associated with school milk bidrigging in the Virginia Tidewater market. January 1991. Retained by plaintiffs.

Bonnie Sue Deckard, as guardian of Roger Lee Deckard, II, incompetent vs. Boutwell Construction Company and Alachua County, Circuit Court, Alachua County, FL, Case No. 89-2838-CA, Testimony in deposition and trial regarding statistical analysis of traffic counts in a personal injury case. October 1991. Retained by plaintiff.

Safekeeper Systems, Inc. vs. Safemark Corporation, Safecorp Enterprises, Mr. Charles Lewis, and Mr. Joseph C. Lewis, U.S. District Court, Middle District of Florida, Civil Action No. 89-0071-CIV-ORL-19. Testimony in deposition regarding damages associated with alleged anticompetitive behavior. July 1990. Retained by defendant/counter-plaintiff.

State of Alabama vs. Borden, Inc. et al., U.S. District Court, Middle District of Alabama. Testimony in deposition regarding liability and damages associated with bidrigging in the Alabama school milk market. September 1990. Retained by plaintiff.

Ronald E. Duval vs. Maas Brothers, Inc., Case No. 88-2026-CIV-T-15C. Testimony in deposition regarding liability and damages associated with alleged age discrimination. November 1990. Retained by defendants.

Richard L. Walters and Royal Jaguar, Inc. vs. Jaguar Cars, Inc., U.S. District Court, Southern District of Florida, Case No. 86-6632-CIV-ZLOCH. Testimony in deposition regarding damages associated with denial of Jaguar dealership. May 1990. Retained by defendants.

Commonwealth of Pennsylvania vs. Carl H. Lunderstadt, et al., Testimony in state court regarding damages associated with alleged fraudulent behavior of contractors in state capitol refurbishing project. June 1989. Retained by plaintiff.

Schwartz vs. Florida Board of Regents, U.S. District Court, Northern District of Florida, Case No. 85-3975. Testimony following Appeals Court remand to Northern District of Florida Federal Court regarding Florida Equal Pay Act. May 1988. Retained by plaintiff.

Trotter vs. Department of Navy, U.S. District Court, Hawaii. Testimony in deposition regarding risk analysis associated with aircraft accidents at Barber's Point Naval Air Station. June 1988. Retained by plaintiffs.

GTE Data Services vs. Health and Rehabilitative Services, Florida Administrative Hearing. Testimony regarding evaluation of technical and business proposals submitted to HRS for Medicaid Information System. September 1987. Retained by defendants.

Lancaster County Water and Sewer District vs. Preston Carroll Company, Inc., et al., U.S. District Court, South Carolina, Civil Action Number 0:85-1357-0. Testimony in deposition regarding damage estimates for allegedly rigged sewer construction contracts in Lancaster County, South Carolina. July 1987. Retained by plaintiffs.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

State of Colorado vs. Asphalt Paving Company and William Keller, U.S. District Court, Colorado, Civil Action Number 84-Z-1223. Testimony regarding damages in highway bidrigging case. April 1987. Retained by plaintiffs.

State of Colorado and City of Colorado Springs, Colorado vs. Walter R. Schmidt, Thomas Ledgerwood and Schmidt-Tiago Construction Company, US District Court, Colorado, Case Number 84-Z-1224. Testimony regarding damages in highway bidrigging case. March 1987. Retained by plaintiffs.

State of Colorado and City of Greeley, Colorado, vs. George Goddell, Ronald J. Luttrell and Goddell Bros., Inc., U.S. District Court, Colorado, Case No. 84-A-803. Testimony regarding damages in highway bidrigging case. February 1987. Retained by plaintiffs.

Figliuolo vs. General Motors, U.S. District Court, Middle District of Florida. Testimony in deposition regarding plaintiff's damage theory in a denied dealership case. February 1987. Retained by defendants.

State of Colorado and City of Greeley, Colorado, vs. George Goddell, Ronald J. Luttrell and Goddell Bros., Inc., U.S. District Court, District of Colorado, Case No. 84-A-803. Testimony in deposition regarding damage calculations for allegedly rigged highway contracts. October 1986. Retained by plaintiffs.

State of Colorado vs. Asphalt Paving Co., Schmidt-Tiago Construction Co., and Peter Kiewit Sons Co., U.S. District Court, District of Colorado. Testimony in deposition regarding damage calculations for allegedly rigged highway contracts. September 1986. Retained by plaintiffs.

Schwartz vs. Florida Board of Regents, U.S. District Court, Northern District of Florida, Case No. 85-3975. Testimony regarding Florida Equal Pay Act. January 1986. Retained by plaintiff.

Long vs. Florida Department of Administration, U.S. District Court, Northern District of Florida. Testimony regarding effect of court award for Retirement System discrimination on governmental contributing agencies. March 1986. Retained by defendants.

Jones vs. Florida Department of Revenue. Testimony in Florida State Court regarding DOR's analysis of property appraisers' tax roles. September 1985. Retained by plaintiff: Escambia County Property Appraiser.

Hawaii Housing Authority vs. Lyman, et al., Maunaloa Triangle, Hawaii State Court, Civil No. 64685. Testimony on economic value of leased fee interest of private residences in Hawaii Kai tract of Maunaloa. January 1985. Retained by defendants: Bishop Estate.

Hawaii Housing Authority vs. Lyman, et al., Kokohead, Hawaii State Court, Civil No. 61385. Testimony on economic value of leased fee interest of private residences in Hawaii Kai tract of Kokohead. April 1985. Retained by defendants: Bishop Estate.

Hawaii Housing Authority vs. Lyman, et al., Lunalilo Park, Hawaii State Court, Civil No. 63246. Testimony on economic value of leased fee interest of private residences in Hawaii Kai tract of Lunalilo Park. April 1985. Retained by defendants: Bishop Estate.


**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

MDL-296, in re:  Cement and Concrete Antitrust Litigation.  Testimony in deposition on statistical analysis of price data related to allegations of uniform pricing. March 1984.  Retained by defendant:  General Portland Cement Company.

Gardinier Phosphate Application for Development Approval and Rezoning, before Hillsborough County Board of County Commissioners. Testimony to Board of Commissioners on statistical analysis of radioactive wastes and potential risks to human health. April 1984. Retained by applicant: Gardinier Phosphate Company.

K & R Golf Cars, Inc. vs. SGL Batteries Manufacturing Company, U.S. District Court, Northern District of Florida. Testimony regarding the sampling methodology and statistical analysis of plaintiffs' experts. April 1984. Retained by defendants.

The City of Atlanta, et al. vs. Ashland Warren, Inc., et al., U.S. District Court, Northern District of Georgia, Civil Action File No. C81-106A. Testimony in deposition regarding statistical analysis of bidding data for Atlanta's Hartsfield Airport antitrust suit.  December 1982.  Retained by plaintiffs:  Eastern Airlines, Delta Airlines, City of Atlanta.

Hawaii Housing Authority vs. Frank Midkiff, et al., Kamiloiki Tract, Hawaii State Court, Civil No. 63408. Testimony in during October 1982 (two days testimony, four weeks of consultation during trial). Statistical and economic analysis of Hawaii land values to assess leased fee interest of land values owned by largest Hawaiian estate, the Bishop Estate. Retained by defendants: Bishop Estate.  Deposition given in same case during early 1982.

Ormond Beach Hospital Certificate of Need, Florida Administrative Hearing.  Testimony at Health and Rehabilitative Service hearing on regional and state hospital bed need methodology regarding additional bed request by Ormond Beach Hospital.  Retained by applicant:  Ormond Beach Hospital, 1981.

Robert C. Alvarez, et al vs. United States of America,  U.S. District Court, District of Arizona,  No. CIV-77-233-TUC-RWB.  Testimony in Title V case brought by U.S. Marshals in Arizona District against U.S. for alleged failure to adequately compensate for overtime worked. Testified about statistical patterns in hours worked and potential damages.  Retained by plaintiffs, 1981.

Slugocki, et al vs. U.S., U.S. District Court, Southern District of Florida, No. 77-1242-Civ-WMH. Testimony in Title V case brought by U.S. Marshals in Southern Florida District vs. U.S. for alleged failure to adequately compensate for overtime worked.  Testified about statistical patterns in hours worked and potential damages.  Retained by plaintiffs, 1980, 1982.

Berry, et al vs. Commander, U.S. District Court, Middle District of Florida, C.A. No. 73-25-Civ-OC. Testimony in Title VII case brought against Lake County (Florida) School Board for alleged discriminatory hiring and promotion practices.  Testified about statistical analysis of hiring and promotion data over fifteen year period.  Retained by defendants.

Swanholm Nursing Home vs. State of Florida's Department of Health and Rehabilitative Services. Testimony at hearing regarding the adjustments to Swanholm's Medicaid reimbursement rate. Retained by plaintiff.



**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

## Professional Activities

### University of Florida Committees

Business Leaders Forum, 1994-present.

College of Business Undergraduate Curriculum Committee, 1988-1989.

College of Business Teaching Committee, 1987-1988.

College of Business Associate Dean Search Committee, 1987.

College of Business and Liberal Arts and Sciences Task Force, 1986-1989

College of Business Computing Committee, 1986-1989.

University Senate, 1979-1980.

College of Liberal Arts and Sciences Tenure and Promotion Committee, 1978-1979, 1979-1980.

College of Arts and Sciences Curriculum Committee, member, 1976-1980.

College of Arts and Sciences Computer Sciences Committee Member, 1973-76; Chairman, 1974-1975.

Instruction and Research Users Committee, NERDC, member, 1974-1975.

### Council for Economic Outreach

### State of Florida Department of Education Committee

Statewide Common Course Designation and Number Project, Statistics Task Force Member, 1974-1981.

### Professional Associations

American Statistical Association
American Bar Association - Associate Member - Section of Antitrust Law


**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

## Training and Presentations

Virginia Beach Fraud Conference, "Basics of Fraud and Collusion Detection," and "Computerized Fraud and Collusion Detection," May 5-7, 1999.

"Collusion Detection Training," Short course in computerized collusion detection, Gainesville, Florida, February 23-25, 1999.

"Collusion Detection Training," Colorado DOT, December 7-8, 1998.

"Top Ten Collusion Indicators for Estimators," Transportation Estimators Association, Portland, Maine, October 26-28, 1998.

"Collusion Detection Training," Texas DOT, September 1-2, 1998.

"Collusion Detection Training," Short course in computerized collusion detection, Gainesville, Florida, February 24-26, 1998.

"Collusion Detection Training," Colorado DOT, December 18-19, 1997.

"Collusion Detection Training," Vermont DOT, November 4-5, 1997.

"Bid Collusion Detection," AASHTO TRNS.PORT Users Group Conference, Portland, Oregon, October 4-7, 1997.

"Using Expert Witness to Prove Damages in a Business Torts Case," Business Torts Seminar, Asheville, North Carolina, October 10, 1997.

"Collusion Detection Training," New Mexico DOT, June 26-27, 1997.

"Collusion Detection Training," Missouri DOT, May 1-2, 1997

"Collusion Detection Training," Short course in computerized collusion detection, Gainesville, Florida, February 4-6, 1997.

"Collusion Detection Training," Indiana DOT, September 16-17, 1996.

"Entrepreneurism," Fast Trac II course, sponsored by University of Florida and North Florida Technology Innovation Center, April to July 1996.

"Collusion Detection Training," Short course in computerized collusion detection. April 23-25, 1996, Gainesville, Florida.

"Collusion Detection Training," Austin, TX, January 31-February 1, 1996.

"Collusion Detection Training," Nebraska DOT, Lincoln, Nebraska, November 28-30, 1995.

"Using On-Site Service Units for Collusion Detection Projects," BAMS User's Group Meeting, Mobile, Alabama, October 11, 1995.


**info tech**
The Information Technology Company

Curriculum Vita of James T. McClave, Ph.D.

"Statistical Methods for Medicaid Investigations," Medicaid Program Integrity Unit, Florida Health Care Administration.  One-half day training in Tallahassee, FL, June 1995.

"Collusion Detection Training," New Mexico State Highway and Transportation Department, Santa Fe, New Mexico, September 1994.

"Collusion Detection Using BAMS," BAMS User's Group Meeting.  One day training course in Columbus, Ohio, October 1994.

"Collusion Detection Seminar," Connecticut Department of Transportation.  One day training course, December 1993.

"Collusion Detection Seminar," Colorado Department of Transportation.  One day training course, November 1993.

Ohio Bar Association, "Computerized Analyses in Antitrust Investigations," CLE Course, October 1993.

Florida Attorney General.  Provided a one-day training seminar to state procurement officials on the use of analytical tools to detect bidrigging and price fixing, October 1993.

"Collusion Detection Seminar," Virginia Department of Transportation,  One day training course, February 1993.

United States General Services Administration, Inspector General's Office.  Provide training in bid/price analysis and collusion detection, 1992.

California Department of Transportation.  Provide training in bid analysis and collusion detection using BAMS, 1992.

New York City Department of Investigations.  Three-day training program conducted on the use of computerized techniques to detect collusive behavior, 1990.

Florida Attorney General.  Provided a one-day training seminar to state procurement officials on the use of analytical tools to detect bidrigging and price fixing, 1989.

Texas Department of Transportation.  Three days training provided to the bid analysis and collusion detection unit for the Texas DOT on the use of BAMS/DSS for collusion detection in bidding on highway contracts, 1989.

Virginia Department of Transportation.  Three days training provided to the bid analysis and collusion detection unit for the Virginia DOT on the use of BAMS/DSS for collusion detection in bidding on highway contracts, 1989.

"Training Session: Use of Computerized Techniques in Bid Monitoring and Collusion Detection," FHWA Antitrust and Transportation Legal Affairs Meeting, Lake George, New York, November 1989.

"Market Analysis and Adaptive Estimation Impact on Construction Cost," BAMS Users' Group, San Antonio, Texas, February 1989.


info tech
The Information Technology Company

"BAMS/DSS Collusion Detection Training: An Overview," BAMS Users' Group, San Antonio, Texas, February 1989.

"Special Address: Expert Systems and Cost Estimation," Cost Estimation Workshop, Columbus, Ohio, November 1988.

Florida Department of Transportation. Three days training provided to the bid analysis and collusion detection unit for the Florida DOT on the use of BAMS/DSS for collusion detection in bidding on highway contracts, 1988.

"Statistical Techniques for Item Level Price Estimation," BAMS Users' Group, Gainesville, Florida, March 1987.

"Detecting Collusion in Highway Contracting: An Evaluation of Statistical Methods," BAMS Users' Group, Gainesville, Florida, March 1987.

"The Role of the Textbook in Introductory Business Statistics Courses: The Efficient Market Hypothesis," Invited Paper, American Statistical Association Winter Meetings, January 1987.

"Damage Estimation at the Line Item Level for Highway Contracts," BAMS Users' Group, Gainesville, Florida, March 1986.

"Analysis of Toxicity Data," American Society of Testing and Measurement, Chicago, October 1979.

"Testing Goodness of Fit for Linear Time Series Models," American Statistical Association, National Meetings, Washington, D.C., August 1979.

"Analysis of a Sealed Bid Market Using a Statistical Model," TAMS-OSSA National Meeting, New Orleans. Presented by T. Rothrock, 1979.

"Analysis of Toxicity Data to Determine No-Effect Levels," presented at the EPA Fisheries Laboratory, Duluth, 1978.

"Another Look at Some Famous Time Series - the Max Chi-Square Technique," Poster Session, American Statistical Association National Meeting, San Diego, 1978.

"Choosing the Order of Autoregressive and Moving Average Models: The Max Chi-Square Technique," National American Statistical Association Meeting, Boston, 1976.

"Subset Autoregression," invited paper presented to the Department of Statistical Science, State University of New York at Buffalo, 1975.

"Regression and Smoothing in Time Series," invited paper, University Statisticians of Southern Experiment Stations Conference, Gainesville, 1974.

"Introductory Statistics: The Normal Approach," Eastern Regional Meeting of the Institute of Mathematical Statistics, Blacksburg, 1972.

"On Estimation Problems for Stochastic Growth Processes," Joint National Meetings of the Institute of Mathematical Statistics and the American Statistical Association, Fort Collins, 1971.



Curriculum Vita of James T. McClave, Ph.D.

"On Some Problems of Estimation and Prediction for a Class of Growth Process," Joint National Meetings of the Institute of Mathematical Statistics and the American Statistical Association, Laramie, 1970.

"On Some Problems of Estimation and Prediction for Stationary Time Series," Regional Meetings of the American Statistical Association, Tallahassee, 1970.

## Others

Acting Department Chairman, Department of Statistics, University of Florida, Summers of 1974, 1975, 1976.

Invited discussant in Time Series Session, Regional Meetings of the American Statistical Association and the Biometric Society, Rochester, 1975.

Session Chairman, Joint Regional Meetings of the American Statistical Association and the Institute of Mathematical Statistics and the Biometric Society, Tallahassee, 1974.

June 1999


**info tech**
The Information Technology Company

CURRICULUM VITAE

TOBY CHABON-BERGER

## EXECUTIVE SUMMARY

Record of excellence in education, government, not for profit and the private sectors in areas of career development, management training, and human resources consulting.. Experienced in program development, public relations, and community relationships focused on working with business, and civic leaders to facilitate partnerships and collaborative efforts. Excellent interpersonal, organizational, and problem solving skills with ability to design and deliver instructional and organizational development programs. Experienced communicator with demonstrated leadership competencies recognized by community achievements. Additional competencies include public speaking, grant writing and publication of written materials.

Certified to administer psychological assessments in areas of career and vocational development and human resources. Experience also includes vocational expert testimony.

## EDUCATION

| | |
|---|---|
| **M.Ed.** | Guidance and Counseling, The University of Toledo, Toledo, Ohio |
| **M.Ed.** | Curriculum Development, The University of Toledo, Toledo, Ohio |
| **BA** | Language and Literature; Michigan State University, East Lansing, Michigan |

## CERTIFICATION

| | |
|---|---|
| **Fellow** | Instate of International Association of Career Management and Outplacement Professionals |
| **N.C.C.** | American Association of Counseling and Development, Certified Counselor |
| **N.C.C.C.** | National Career Development Association, Certified Career Counselor. |

## CONTINUING EDUCATION

Vocational Rehabilitation for the Physically Impaired Client; One Hundred Twenty Hours *Directions in Mental Health Counseling* 1991, 1992, 1993, 1994; 1995, 1996, Leadership Training, University of North Florida; Grant Writing, Florida State Department of Vocational Education; Training Techniques, Workforce 2000, Organizational Development; Team Building; Excellence in the Workplace; Team Approach to Training; Cultural Diversity in the Workplace; Succession Planning, Dealing Effectively with Angry People; Strategic Planning; Increasing Productivity in the Workplace; Supervisory Styles; Creating High Performance in the Workplace; Entrepreneurship Within the Organization, Designing Training Programs; Career Development Within the Organization: American Society of Training and Development; Substance Abuse and the Neurologically Impaired Patient; Anger As An Emotional Disorder; The Role of Anxiety in Behaviors; Stress Management in the Workplace; Strategic Vision, The Leader's Edge; Essentials for Designing and Evaluating Training Programs; Adult Learning; Training for Quality; Training and Learning Styles; Interactive Communication Styles; Assessment and Intervention of Substance Abusers.

# PROFESSIONAL CAREER HIGHLIGHTS

- Developed professional business entity providing individual and group professional transition programs and management development training in the public and private sectors for fifteen years in Southeast Florida. Awarded multiple contracts for outplacement and career and staff training programs working with culturally diverse populations. Designed and facilitated tailored programs to deal effectively with organizational development issues, cultural diversity training, crisis situations in the work-setting, employee assistance, stress management, conflict resolution, and management development programs in the private and public sectors including the Western Communities, multiple Chambers of Commerce, United Way and affilliated agencies. Conducted Train the Trainer Courses in Cultural Diversity for United Way Boardwalk Training Program. Coached community business and civic leaders for individual goal achievement.

- Served as Director for Palm Beach Community College Continuing Education Grant program. Designed and implemented Entrepreneur and Homebased Business Training creating collaborative efforts with National Association of women Business Owners, the Small Business Development Center, S.C.O.R.E, Palm Beach County and the City of of West Palm Beach Economic Development Department. Created Train the Trainer program for Suncoast Chamber of Commerce Education partnership for disadvantaged youth and awarded special recognition awards for two years for pro bono work.

- Established, marketed and coordinated educational and professional development services including individual and group counseling for community college. Developed and managed new programs, redesigned and marketed existing programs for secondary school systems, community colleges, social service agencies, financial institutions, and government organizations.

- Recognized nationally for designing and coordinating Entrepreneur/Entrepreneur Training Programs by the Small Business Administration & Council for Economic Action, Bank of Boston. Quoted in the *New York Times, Kiplinger Report, the Miami Herald, Ft. Lauderdale Sun Sentinel, the Detroit News,* and other media sources around the country on related issues.

- Wrote and coordinated successful state funded grants for pilot and ongoing projects with the Department of Elder Affairs and the Department of Vocational Education, State of Florida to serve economically disadvantaged workers, special needs and minority populations.

- Co-founded and served as President of the American Society of Training and Development and led Chapter to National Excellence Award. One of sixteen Chapters out of a total of 150 Chapters to excel in all six management areas. Facilitated and participated in "train the trainer" seminars and workshops and Leadership Conferences for the American Society for Training and Development

- Worked pro bono as court appointed reviewer and advocate for abused, neglected and abandoned children for six years dealing directly with case workers and service providers in

the juvenile justice system.  Served as volunteer patient advocate and counselor in hospital working with patients, families, social services, and physicians in all departments including ICU, CCU, and Surgery for four years.

- Owned and managed multi-food service units. Responsible for daily operations including hiring, training, supervising staff, promotions and public relations.  Created and developed marketing and customer service strategies for telephone answering paging and Cellular Telephone Company.  Hired and supervised staff.  Developed computer support business for small businesses. Responsible for marketing, staff supervision, promotions, public relations, and contracts and proposal writing.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **1998 – Present** | Managing Director of Professional Development Services. Merged Company with Berke Durant & Associates, A Career Management and Human resources Consulting Company in Boca Raton, Florida |
| **1984 - 1998** | Principal, Private Practice Chabon &Associates, Inc. Career Development Education & Human Resources Consultants, West Palm Beach, Florida |
| **1984 - 1988** | Director of Career Services and Entrepreneur Training Programs, Continuing Education, Palm Beach Community College Lake Worth, Florida |
| **1984** | Specialist, Miami Jewish Vocational Services, Miami, Florida and Jewish Family Services Palm Beach County |

*Previous Employment includes: Adult Services Director, Jewish Community Center and Jewish Family Services, Sylvania, Ohio; Program Coordinator, Lucas County Board of Education, CETA Grant, Toledo, Ohio; Teacher, English, Speech, Journalism, Psychology, and English as a Second Language in urban and suburban school districts. Vice President, Chabon Enterprises, Toledo Ohio, includes Computer support, Telecommunications, and Food Services Companies*

## PROFESSIONAL AND CIVIC AFFILIATIONS

Business Development Board of Palm Beach County, Business Services Task Force
Executive Association of Palm Beach County
Boca Chamber of Commerce, Business Development Committee
United Way of Palm Beach County, Agency Relations Committee and Team Leader
Palm Beach Community College Advisory Commitee
Board of Directors, Women's Chamber of Commerce of Palm Beach County
Past President and Board of Directors, Executive Women of the Palm Beaches
Board of Governors, Past President and Chapter Founder American Society of Training
    and Development, Gold Coast Chapter
Leadership Palm Beach County (Class of 1991) Business Day Chair for two years and
    Retreat Facilitator, 1996
FormerAdvisory Board of Directors, Foster Care Citizens Review Board of Palm Beach County
Society for Human Resources Management, Palm Beach County; Career Development Program
    Facilitator, Roosevelt Junior High School.
National Association of Women Business Owners, Former Board Member
Former Board Member, Area Agency of Aging Palm Beach/Treasure Coast, Inc.
Past President and Board of Directors, Center for Children in Crisis Palm Beach, Martin,
    and Okeechobee Counties
Participant in Economic Council Projects involving Education Partnerships Forums related to
    School Board Candidates and Superintendent Search Forum
Advisory Board and former Executive Committee, Volunteer Bureau, United Way of Palm
    Beach County
Former Secretary, Board of Directors, Consumer Credit Counseling Services, Palm Beach
    Martin, and Okeechobee Counties
Action Team Leader, Career Options, Strategic Planning, Palm Beach County School Board
Former Advisory Board Member, Single Parent Project, Palm Beach County School Board
Palm Beach County Task Force, Economic Development and Business Strategic Planning
    Board for Women and Minorities
Former Executive Policy Board of the Economic Business Development Council, City of
West Palm Beach

# HONORS AND AWARDS

First Year Recipient, Giraffe Award, Women's Chamber of Commerce, Palm Beach County

First Recipient of Business Mentor of the Year Award, State of Florida, Small Business Development Centers

First Recipient of Athena Award from Oldsmobile Division of General Motors & the Chamber of Commerce of the Palm Beaches for Business Person with Outstanding Community Service

Congressional Appointment, White House Conference on Small Business and Health Care Reform

Who's Who in America; Who's Who in Finance and Industry; Who's Who Executive Women in America; Who's Who American Human Services Professionals; Who's Who in the South and Southwest

Listed in Richard Bolles, What Color Is Your Parachute?

First Honorary Member of Palm Beach County Chapter of the National Association of Women Business Owners

State Senatorial Appointment, Florida Conference on Small Business, Florida Chamber of Commerce

Silver Award, Community Service, United Way of South County

Community Service, Suncoast Chamber of Commerce; Professional Achievement, Mental Health Association; Volunteer Appreciation Award, YWCA

Pi Lambda Theta Honorary Society

Kappa Delta Pi Honorary Society

Outstanding Woman of the Year, St. Vincent's Medical Center, Toledo, Ohio

# PUBLICATIONS

**Free Lance Articles published by a variety of local Associations, Newletters, Palm Beach Post.**

**RESUMES AND INTERVIEW STRATEGIES FOR WINNING JOBS, University Essential Study Guides,** BarGraph Publications, 1995-1999

**"Networking for Success",** Private Industry Council Quarterly; 1995

**Career and Job Strategies Weekly Advice Column,** Palm Beach Post, 1990 to 1994

**A JOB SEARCHERS GUIDE TO GREAT PERFORMANCES,** CCW Publications, 1991

**"If You Don't Know Where You're Going, You'll Wind Up Somewhere Else",** The Quantum Leap, IBM Retirement Journal 1990

**"Training and Education: A Challenge for Business",** North Palm Beach Chamber of Commerce Newsletter, 1990

**"Small Business Talks",** Chamber of Commerce of the Palm Beaches, Monthly Newsletters, West Palm Beach, 1987-1988

**"Retirement Counseling",** The Palm Beaches Business Digest, 1987

**Entrepreneur and Homebased Business Training Curriculum,** Small Business Administration and The Ohio State University  Division of Vocational Education, U.S. Handbook, Entrepreneurial Education Volume 2, 1987

**How to Get That Job!** Outplacement Manual for Job Seekers, published by Palm Beach Junior College's Center for the Continuing Education for Women and HRS Crossroads Program

**Training Manual Chapter,** Published by the National Displaced Homemaker Network in Washington, D.C., 1985

## SEMINAR LEADER/TRAINER/CONSULTANT/SPEAKER

Adult Education Center of Palm Beach County
American Association of University Women
American Lung Association of Southeastern Florida
American Women in Radio and Television
A T & T Career Development Alliance
Bank Atlantic
Bank of Boston
Barnett Bank of Palm Beach County
Business Owners Success Skills, National Association of Women
Business Owners and the Small Business Administration
Cardinal Newman High School
Child Protection Team Board of Directors
Children's Services Council
City of Lantana
Claims Adjuster Association of Palm Beach County
Crossroads Project Displaced Homemakers Project
Department of Labor, State of Florida
Fairbanks Communications, Inc.
First United Bank
Credit Union of Palm Beach County
Florida Atlantic University, Small Business Development Eastern Caribbean Entrepreneurial
Training Program
Hazleton Florida, Inc., Division of Corning Glass
HearX, Ltd.
Hope House, Inc. Board of Directors
Insurance Women of America, Palm Beach County
Institute of Governments, Palm Beach Community College
Jewish Community Center, Woman's Day Collaborations
Jupiter American Women in Business Association
League of Women Voters
Martin Luther King Caregivers Foundation
MacArthur Foundation
Mental Health Association
Motorola Corporation
Nelle Smith Foundation
National Association of Women Business Owners Broward County
National Association Women Business Owners Palm Beach County
Palm Beach County Library System In-service Training
Palm Beach County Library Association
Palm Beach County Clerk of Circuit Courts Management Team
Palm Beach County Circuit Court Staff Development
Professional Secretaries International Association
Private Industry Council of Palm Beach County and Martin county

Public Relations Society of Palm Beach County and Regional Conference
Regional Conference, American Business Women's Association
Republic Security Bank, Governor's Bank Transition
Snelling Personnel Services
Solid Waste Authority of Palm Beach County
South Florida Water Management District
Sterling Drugs/Eastman Kodak
State of Florida, Department of Health & Rehabilitative Services Unit
Tropical Shipping Inc., Division of Birdsall
United Way of South Palm Beach County Loaned Executive and Campaign Chairmen Training
United Way Community Chest of Palm Beach

## MEDIA APPEARANCES

THE PHIL DONAHUE SHOW

KIPLINGER FINANCIAL VIDEO MAGAZINE, SYNDICATED SHOW, 45 MARKETS ACROSS THE U.S. Multiple appearances, area resource on career related issues

WPBF TV Channel 25, Regular Weekly Guest appearances as Professional Development Expert.

WPBR AM RADIO  Co-host, Small Business Monthly Reports and Weekly Show, "Business and Career Advice, Call in

WJNO AM RADIO  Professional Development Issues

WPBT TV  Channel 2  Palm Beach County Report, Names in the News

Continuing appearances as area "expert" on career related issues:

WPTV TV    Channel 5

WPEC TV    Channel 12



CASE:      1:97-cv-01314
DOCUMENT: 53
DATE:      07/14/00

CLERK:     sk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

**ASSOCIATION FOR DISABLED AMERICANS, INC., et al.**

    **Plaintiffs,**

              **Case No. 97-1314-CIV-MORENO**

**vs.**


**PALMETTO HOLDING, CORP.,**

    **Defendants.**

_____/


## MOTION TO DISMISS

  COMES NOW, Defendant PALMETTO HOLDING, CORP.. by and through its undersigned Counsel files this *Motion to Dismiss* based on the grounds of mootness and shows:


1.  This Court on January 21, 2000, issued an *Order* reinstating the *Stay* in this proceeding until July 14, 2000, pending the sale and razing of the motel facility, which is the subject matter of this cause;


2.  The sale of subject property was closed on July 7, 2000, as evidenced by the attached Warranty Deed  (Exhibit "A") conveying said property to *Richard Brandon – Pinecrest, LLC*, a Florida limited liability company (hereinafter "*Brandon*").

3.      The contract for sale of subject property was executed on October 21, 1999, by and between Defendant, *Palmetto Holding Corp*. and *Westway Incorporated*, a Florida corporation and *Westway Limited*, a Florida limited partnership by one L. Richard Mattaway, President of *Westway Incorporated* and General Partner of *Westway Limited*. This contract was subsequently assigned by *Westway Limited* to *Richard Brandon – Pinecrest, LLC*, a Florida Limited Liabilty Company (ultimate purchaser of said property) by the *Assignment of Contract* attached hereto and made a part hereof as Exhibit "B".

4.      One of the principals of the Buyer, "*Brandon*", L. Richard Mattaway, is the same L. Richard Mattaway who executed the Affidavit dated November 23, 1999, on behalf of *Westway Incorporated* and *Westway Limited*, attached hereto as Exhibit "C". In that Affidavit Richard Mattaway attests that the Buyer will not operate a motel or hotel on subject property and warranted that the Buyer will demolish the motel improvements on subject property after the closing of the sale in order to construct multi-family residential housing units on subject property. The Affiant acknowledges that the intention of the Buyer to demolish the exsisting improvements on said property will be relied upon by this Court in this proceeding;

5.      The President of Defendant asserts in an Affidavit attached hereto as Exhibit "D", that said property was conveyed to "*Brandon*" on July 7, 2000 and as of that time the motel facility permanently ceased all operations;

6.  As further evidence of the intentions of the Buyer of subject property to demolish

the existing improvements on the property, a letter contract has been executed by the

attorney for the Buyer, Jonathan D. Beloff and John T Prahl, President of Defendant,

attached hereto as Exhibit "E";


WHEREFORE, based on the foregoing and the enclosed, Defendant

respectfully asserts that the action filed in this matter concerning compliance with the

Americans with Disabilities Act by subject property is now moot and this action should

be dismissed.

Respectfully submitted,


BARE & ASSOCIATES
Counsel for Defendant


By _____
Samuel L. Bare, III
FL. Bar No.:003420
6601 S.W. 80th Street
Suite # 109
Miami, Florida 33143
PH:(305) 661-7411
FX:(305) 661-1655

DITTMAR & HAUSER
FL. Bar No, 353906
Co-Counsel for Defendant          &
3250 Mary Street
Suite # 400
Coconut Grove, FL. 33133


### Certificate of Service
I HEREBY CERTIFY that a true copy of the foregoing was mailed to William
Charouis & Associates, 2770 First Union Financial Center, 200 S. Biscayne Blvd.,
Miami, FL. 33131 this 13th day of July, 2000.


_____
Samuel L. Bare, III

THIS INSTRUMENT PREPARED BY:
John T. Prahl, Esq.
2801 Ponce De Leon Blvd., #1155
Coral Gables, FL 33134
(305)443-7890

TAX FOLIO NUMBER: 20- 5002-008-0110

## WARRANTY DEED

THIS INDENTURE, made this 7 day of July, 2000, between Palmetto Holding Corp., a Florida corporation, of the County of Miami-Dade, in the State of Florida, party of the first part and Richard Brandon-Pinecrest, LLC, a Florida Limited Liability Company, whose address is 4960 sw 72 Ave., Svik 422, Miami, Fl. 33155 in the County of Miami-Dade, in the State of Florida, party of the second part, whose FEI number is: Applied for .

WITNESSETH, That the said party of the first part, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), to in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said party of the second part, its heirs and assigns forever, the following described land, situate, and being in the County of Miami-Dade, State of Florida, to-wit:

Lots 2, 3, and 4 in Block 2 of corrected plat of Flagler Groves Estates Section One, according to the Plat thereof, as recorded in Plat Book 40 at Page 71, of the Public Records of Miami-Dade County, Florida.

SUBJECT TO:

1.     Conditions, restrictions, easements, limitations, and reservations of record, if any, but it is not Grantor's intention to reimpose same, and facts that would be disclosed by an accurate survey or inspection of the Property.

2.     Taxes for the year 2000 and subsequent years.

And the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.



IN WITNESS WHEREOF, the said party of the first part has hereunto set its hands and seals the day and year first above written.

Signed, sealed and delivered
in the presence of:

Print Name: _____

Print Name: _____

Palmetto Holding Corp., a Florida corporation

By: _____
    John T. Prahl, President

Attest:

By: _____
    H. William Prahl, III, Secretary

Address:    2801 Ponce de Leon Blvd.
            Suite 1155
            Coral Gables, FL 33134

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 7 day of July, 2000, by John T. Prahl, the President of Palmetto Holding Corp., and H. William Prahl, III, the Secretary of Palmetto Holding Corp., who are personally known to me or who produced __Dr. Lic.__ and __Dr. Lic.__ as identification.

My Commission Expires:

_____
Notary Public

C:\OFFICE\WPWIN\WPDOCS\CLOSING\PalmettoHoldingCorpRichardBrandonPinecrestLLCSellerDocs.doc

## ASSIGNMENT OF CONTRACT

**KNOW ALL MEN BY THESE PRESENTS:**  That WESTWAY LIMITED, A Florida Limited Partnership, party of the first part, in consideration of the sum of Ten ($10.00) Dollars, lawful money of the United States, to him, in hand paid by RICHARD BRANDON-PINECREST, LLC, party of the second part, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, assigned, transferred and sets over and by these presents to it grants, bargains, sells, assigns, transfers and sets over unto the said party of the second part, a certain Contract For Sale and Purchase bearing date the 21st day of October, 1999, as amended, between WESTWAY LIMITED, as Buyer, and PALMETTO MANAGEMENT CORP., as Seller, together with all deposits and the right to close thereunder.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal, this 7th day of July, 2000.

Signed, sealed and delivered
in the presence of:

Print Name: _Jonathan Graff_

Print Name: _Michael Denker_

WESTWAY, LTD., by Westway, Inc., its General Partner

By: _____

Brandon Lurie, Authorized Representative

Acknowledged and Accepted this 7th day of July, 2000.

RICHARD BRANDON-PINECREST, LLC
By: The Richard Brandon Company, Manager

By: _____

Brandon Lurie, Vice President



United States District Court
Southern District of Florida
Miami Division

Association for Disabled Americans,
Inc., et al.,

      Plaintiffs

vs.

Palmetto Holding Corp.

      Defendant

Case No. 97-1814-C.V-MORENO

This instrument prepared by:
John T. Prahl, Esq.,
2801 Ponce De Leon Blvd., Suite 1165
Coral Gables, FL 33134
305-443-7690

## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF Miami Dade

      BEFORE ME, the undersigned authority, personally appeared L. Richard Mattaway, who is President of Westway Incorporated, a Florida corporation, General Partner of Westway Limited, a Florida Limited Partnership, who being by me first duly sworn, on oath, deposes and says:

      1.     That Westway Limited, a Florida Limited Partnership has entered into a contract with Palmetto Holding Corp. and Palmetto Management Corp. on October 21, 1999 (the "Contract") to purchase the following described real property, to wit:

      Lots 2, 3, and 4, Block 2, of Flagler Groves Estates Section One, as recorded in Plat Book 40, at Page 71, of the Public Records of Dade County, Florida.

      2.     That such Contract provides for an inspection period of 45 days after the date of the Contract, which inspection period expires on December 6, 1999. The Contract thereafter provides for the closing to occur on or before 30 days following the inspection period, subject to the Buyer's right to extend for up to 6 additional 30 day periods upon payment of various sums which are non-refundable when paid.



Ex. "C"

3. That Westway Limited, if it closes on the property described above pursuant to the terms of the Contract, does not intend to operate a motel or hotel on the property and has warranted in the Contract that if it closes on the property, it will demolish, at its sole cost and expense, all of the motel improvements on the subject property, and on the adjoining property of Seller.

4. It is Westway Limited's intent, if it closes, as stated in the Contract, to construct multi-family residential housing units on the property in accordance with all applicable laws.

5. The undersigned Affiant gives this affidavit in connection with the above styled action and the contents of this affidavit will be relied upon by the court and by the litigants therein as being true and correct. In no event, however, shall this be deemed a covenant running with the land. Nothing herein shall be deemed to limit, restrict, contravene, modify or amend the provisions of said Contract and/or the rights of Westway Limited or its assigns thereunder.

6. Affiant further states that he is familiar with the nature of an oath and with the penalties as provided by the laws of the State of Florida for falsely swearing to statements made in an instrument of this nature. Affiant further certifies that he has read the full facts of this affidavit and understands the context thereof.

FURTHER AFFIANT SAYETH NAUGHT.

Print Name: ANN E. EVANS

Print Name: Brandenburg

L. Richard Mattaway, President

STATE OF FLORIDA
COUNTY OF Miami Dade

SWORN TO AND SUBSCRIBED before me this 23 day of November, 1999, by L. Richard Mattaway, who has produced _____ as identification or who is personally known to me.

My Commission Expires:

DEBRA A. SARGENT
MY COMMISSION # CC 761834
EXPIRES: July 13, 2003
Bonded Thru Notary Public Underwriters

Notary Public

G:\OFFICE\WPWIN\WPDOCS\AFFIDAVT\LRichardMattaway.doc

United States District Court
Southern District of Florida
Miami Division

Association for Disabled Americans,
Inc., et al.,

      Plaintiffs

vs.

Palmetto Holding Corp.

      Defendant
_____/

Case No. 97-1314-CIV-MORENO

## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF Miami- Dade

      BEFORE ME, the undersigned authority, personally appeared, John T. Prahl, President of Palmetto Holding Corp., who being by me first duly sworn, on oath, deposes and says:

      1.     That pursuant to its contract dated October 21,1999, Palmetto Holding Corp. sold on July 7,2000 the following described real property:

      Lots 2, 3, and 4, Block 2, of Amended Plat of Flagler Groves Estates, Section One, according to the plat thereof, as recorded in Plat Book 40, at Page 71, of the Public Records of Dade County, Florida.

      2.     Such real estate included improvements, which were known as a Howard Johnson's Motor Lodge and on the date of sale were known as Palmetto Inn.

      3.     That as of July 7,2000, the subject motel has ceased operations permanently.

      4.     That Palmetto Holding Corp. sold the property to Richard Brandon – Pinecrest, LLC, being an assignee of the purchaser, Westway Limited as described in the Contract dated October 21, 1999. A copy of the Assignment of Contract is attached to this Affidavit. The Assignment of Contract appears to comply with the restriction


Ex. "D"

on assignments contained in the original Contract that assignment may be made "only to an entity in which the principal of Westway Limited or Brandon Lurie has a controlling interest".

5.    It is the understanding of the undersigned Affiant that the " Richard" in Richard Brandon- Pinecrest LLC is Richard Mattaway, the Affiant of that certain Affidavit dated November 23, 1999 wherein Richard Mattaway, the Affiant for Westway Limited, stated that the buyer would not operate the motel improvements as a motel or other public accommodation and intended to demolish the improvements in their entirety. Nothing has occurred since the date of that Affidavit, which in any way leads the undersigned to believe that the intent of the buyer has changed.

6.    That Affiant knows that this Affidavit will be relied upon by the United States District Court Southern District of Florida in the matter of Association for Disabled Americans, Inc., et al., vs. Palmetto Holding Corp., Case # 97-1314-CIV-MORENO.

FURTHER AFFIANT SAYETH NAUGHT.

John T. Prahl

STATE OF FLORIDA
COUNTY OF Miami-Dade

SWORN TO AND SUBSCRIBED before me this 11 day of July 2000, by John T. Prahl, President of Palmetto Holding Corp., who has produced Pers. Known as identification or who is personally known to me and did not take an oath.

My Commission Expires:

MISTY MILLER
MY COMMISSION # CC 757238
EXPIRES: July 8, 2002
Bonded Thru Notary Public Underwriters

Notary Public Misty Miller

C:\OFFICE\WPWIN\WPDOCS\AFFIDAVI\ADA post closingaff

# BELOFF & SCHWARTZ
## ATTORNEYS AT LAW

JONATHAN D. BELOFF, ESQ.

1111 LINCOLN ROAD
SUITE 800
MIAMI BEACH, FLORIDA 33139

TELEPHONE (305) 673-1101
FACSIMILE   (305) 673-5505

July 7, 2000

**Via Fax #305-443-7505
& U.S. Mail**

John T. Prahl, Esq.
2801 Ponce de Leon Boulevard, Suite 1155
Coral Gables, FL 33134

**Re: Westway Limited or assigns Purchase from Palmetto Holding Corp.**

Dear John:

This will confirm our understanding and agreement with respect to the pending ADA litigation, in Re: Association for Disabled Americans, Inc., Edward Resnick et al. vs. Palmetto Holding Corp., Case No. 97-1314-CIV-Moreno. While it is acknowledged that the lis pendens has been discharged from the subject Property, it shall be the continuing obligation of Palmetto Holding Corp. to obtain a dismissal with prejudice of the pending litigation which is scheduled to be heard on July 14, 2000. This will confirm, pursuant to the Affidavit previously delivered to you by the Buyer, that the Buyer shall cease operating the improvements as a Hotel immediately, and shall take all steps reasonably necessary in order the demolish the existing improvements on the Property.

If the foregoing is in accordance with your understanding and agreement, please sign below.

Very truly yours,

Jonathan D. Beloff

The foregoing is hereby acknowledged, accepted and agreed to this __7__ day of July, 2000.

PALMETTO HOLDING CORP.

By: _____

JDB/cae
cc: Westway Limited - Mr. L. Richard Mattaway - via fax
        - Mr. Brandon Lurie - via fax

Ex. "E"