UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/



FILED by SC D.C.

AUG 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDMENT TO ANSWER

This cause came before the Court upon Defendant's Motion for Leave to File Amendment to Answer. Upon consideration and for good cause shown, it is hereby

ORDERED and ADJUDGED that Defendant's Motion is granted, and that the Amendment to Answer annexed as Exhibit "1" to Defendant's Motion shall be deemed filed as of the date of this Order.

Done and Ordered in Miami, Florida, this 14 day of August, 2000.

_____
United States District Judge

Copies furnished to:

Alexander D. del Russo, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
P.O. Box 9057
Ft. Lauderdale, Florida 33310-9057

John F. Jankowski, Jr., Esq.
John F. Jankowski, Jr., P.A.
2 South University Drive, Suite 265
Plantation, Florida 33324

F:\Data\LIT4\4871.042\order.mot.leave.file.amend.answer.doc