UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dubé

JACQUELINE IAIA,

   Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation,

   Defendant.
_____/



### DEFENDANT'S AMENDMENT TO ANSWER

The Defendant, GALEN HOSPITAL—PEMBROKE PINES, INC., d/b/a PEMBROKE PINES HOSPITAL, hereby files this Amendment to its Answer as follows:

6.   With respect to Paragraph 6, Defendant admits that it commenced a reduction in force. All remaining allegations in Paragraph 6 are denied.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of August, 2000, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box



9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq, John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

                                                 LEVY, KNEEN, MARIANI, CURTIN,
                                                 KORNFELD & DEL RUSSO, P.A.

By: _____
      Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida   33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273

F:\DATA\LIT4\4871.042\proposedamend.answer.doc

2