NON-COMPLIANCE OF S.D. fla. L.R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

Defendant.

_____/



## PLAINTIFF'S NOTICE OF CONFLICT

NOTICE IS HEREBY GIVEN that the undersigned counsel for Plaintiff has conflicts

with the trial in the above-styled cause which is presently scheduled for the two wek trial period

commencing October 9, 2000:

1.      Sanchez v. AT&T, et al., Case No. 98-2123-CIV-JORDAN.

2.      Morgan   v.   Houston's   Restaurants,   Inc.,   Case   No.   99-6970-CIV-

DIMITROULEAS.

With regard to the Sanchez case, the trial is scheduled based on its third continuance.

With regard to the Morgan case, the trial was originally scheduled by Order dated October 4,

1999, which predates the Revised Scheduling Order dated April 26, 2000,in the instant case.

Rescheduling of the trial in the instant case is respectfully requested pursuant to Local Rule 16.3.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail

to: Alexander D. del Russo, Esq., Levy, Kneen, Mariani, Curtin, Kornfeld & Del Russo, P.A.,

AUG 1 8 2000

Rec'd in MIA Dkt _____

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 3111 STIRLING ROAD • FT. LAUDERDALE, FLORIDA 33312
TELEPHONE (954) 987-7550



Counsel for Defendant, 1400 Centrepark Boulevard, West Palm Beach, FL 33401; and John F.

Jankowski, Jr., Esq., Co-Counsel for Plaintiff, 2 South University Drive, Plantation, FL 33324,

this _15th_ day of ___August___, 2000.

> **BECKER & POLIAKOFF, P.A.**
> Attorneys for Plaintiff
> 3111 Stirling Road
> Ft. Lauderdale, FL 33312
> Tel. (954) 985-4145
>
> By: _____
>     Roderick V. Hannah, Esq.
>     Fla. Bar No. 435384

592984_1.DOC