UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/

### PLAINTIFF'S REQUEST FOR PRETRIAL CONFERENCE

Plaintiff, JACQUELINE IAIA, by and through undersigned counsel, hereby files her Request for Pretrial Conference pursuant to the Order Setting Trial and Federal Rule of Civil Procedure 16(a) and Southern District of Florida Local Rule 16.1(c).

### CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was mailed this ___ day of August, 2000, to: Alexander David Del Russo, Esquire, LEVY, KNEEN, MARIANI, CURTIN, KORNFIELD & DEL RUSSO, P.A., 1400 Centrepark Boulevard, Suite 1000, West Palm Beach, Florida 33401.

| | |
|---|---|
| Roderick V. Hannah, Esquire<br>BECKER & POLIAKOFF, P.A.<br>Co-counsel for Plaintiff<br>P.O. Box 9057<br>Fort Lauderdale, Florida 33310-9057 | JOHN F. JANKOWSKI, JR., ESQ., P.A.<br>Attorneys for Plaintiff<br>2 South University Drive<br>Suite 265<br>Plantation, Florida 3332<br>Tel: (954) 370-1026 |

By:_____
John F. Jankowski, Jr., Esq.
FLA. BAR NO. 833533