UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign cor-
poration,

    Defendant.
_____/

### DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES

Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, opposes Plaintiff's second motion, dated August 16, 2000, for a continuance and enlargement of pretrial deadlines. Plaintiff's first motion for continuance, of which the second is duplicative, was filed August 15, 2000. Defendant's memorandum in opposition to that motion was filed August 18, 2000. For the reasons set forth in Defendant's memorandum in opposition to Plaintiff's first continuance request, Defendant respectfully requests that both of Plaintiff's motions for continuance be denied.[1]

---

[1] Defendant is constrained to correct one inaccuracy in Plaintiff's second motion, which states erroneously that defense counsel recently advised Plaintiff's counsel of Defendant's intent to seek a continuance, and that Plaintiff agreed to same. In fact, defense counsel at one time suggested that the parties consider a joint motion for continuance, but was told that that Plaintiff wanted her day in court and thus was opposed to any continuance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of August, 2000, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq, John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

By: *[signature]*
Jerel C. Dawson
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida  33401
(561) 478-4700
Fax (561) 478-5811
Florida Bar No. 0152390

I:\JEREL\Iaia\continuance opp 2.doc