UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION, d/b/a PEMBROKE PINES HOSPITAL, a foreign corporation,

    Defendant.
_____/



FILED by ____ D.C.
AUG 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER OF CONTINUANCE

THIS CAUSE came before the Court upon Plaintiff's Motion for Continuance of Trial and Pre-Trial Deadlines **(D.E. No. Unknown)**, filed on **August 16, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that for good cause shown, the motion is **GRANTED**.

(1) **Trial Date** - The trial is **CONTINUED** from the two-week period commencing **October 9, 2000**, to the two-week period commencing **April 9, 2001**, in Miami, Florida.

(2) **Calendar Call** - Counsel must appear at Calendar Call which shall take place before the undersigned at the United States Courthouse, Federal Justice Building, Courtroom IV, 10th Floor, 99 Northeast 4th Street, Miami, Florida 33132, on **Tuesday, April 3, 2001, at 2:00 P.M.** The parties need not appear at Calendar Call. At Calendar Call counsel may bring all matters relating to the scheduled trial date to the attention of the Court.

(3) **Plaintiff's Witness and Exhibit Lists** - Plaintiff shall provide Defendant, by either fax or hand delivery, a copy of Plaintiff's Witness List and a copy of Plaintiff's Exhibit List no later than **Wednesday, March 21, 2001, at 5:00 P.M.**

(4) **Defendant's Witness and Exhibit Lists** - Defendant shall provide Plaintiff, by either fax or hand delivery, a copy of Defendant's Witness List and a copy of Defendant's Exhibit List no later than **Friday, March 23, 2001, at 5:00 P.M.**

(5) **Pretrial Stipulation** - Pursuant to S.D. Fla. L.R. 16.1.E., the parties shall filed a Pretrial Stipulation no later than **Tuesday, March 27, 2001**. The Pretrial Stipulation shall conform to the requirements of S.D. Fla. L.R. 16.1.E. The parties shall attach to the Pretrial Stipulation copies of the witness and exhibit lists along with any objections as allowed for under S.D. Fla. L.R 16.1.E.9.

(6) **Other Pretrial Deadlines**

    a. **Discovery** - The parties shall complete all discovery no later than **October 20, 2000**.

    b. **Summary Judgment** - The parties shall file all motions for summary judgment no later than **November 3, 2000**.

    c. **Pretrial Motions** - The parties shall file all other pretrial motions no later than **January 12, 2001**.

(7) **Previous Scheduling Orders** - This order shall supersede only the inconsistent provisions of previous scheduling orders.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2000.

```
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
```

copies provided:

Roderick V. Hannah, Esq.
 BECKER & POLIAKOFF, P.A.
 3111 Stirling Road
 Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
 LAW OFFICES OF JOHN F. JANOWSKI, JR.
 Cornerstone One, Suite 220
 1200 South Pine Island Road
 Plantation, FL 33324

Alexander D. Del Russo, Esq.
 LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.
 1400 Centrepark Boulevard, #1000
 West Palm Beach, FL 33401