UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION,
d/b/a PEMBROKE PINES HOSPITAL, a
foreign corporation,

    Defendant.
_____/



FILED by ___ D.C.
AUG 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER SETTING PRETRIAL CONFERENCE
### (PALM BEACH COUNTY)

THIS CAUSE came before the Court upon Plaintiff's Request for Pretrial Conference **(D.E. No. 34)**, filed on **August 18, 2000**. It is

ADJUDGED that a pretrial conference shall take place before the undersigned, United States District Judge Moreno, at the **United States Courthouse, 701 Clematis Street, Second Floor, West Palm Beach, Florida 33401** on **Wednesday, September 13, 2000, at 9:15 a.m.** The Court may, depending on the circumstances, hear argument on any other pending motion that the Court has not referred to a magistrate judge.

    DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of August, 2000.

/s/ Federico A. Moreno
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

39

copies provided:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
3111 Stirling Road
Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
**LAW OFFICES OF JOHN F. JANOWSKI, JR.**
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, FL 33324

Alexander D. Del Russo, Esq.
**LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.**
1400 Centrepark Boulevard, #1000
West Palm Beach, FL 33401