## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION,
d/b/a PEMBROKE PINES HOSPITAL, a
foreign corporation,

    Defendant.

_____/



FILED by _____ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ADMINISTRATIVE ORDER

    THIS CAUSE came before the Court upon Plaintiff's Motion for Enlargement of Time and to Continue Pretrial Deadline **(D.E. No. 35)**, filed on **August 18, 2000**.

    THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    ADJUDGED that the motion is DENIED as moot in light of this Court's Order of Continuance **(D.E. No. 38)**, filed on **August 21, 2000**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of August, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V.  Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
3111 Stirling Road
Fort Lauderdale, FL 33312

John F.  Janowski, Jr., Esq.
**LAW OFFICES OF JOHN F.  JANOWSKI, JR.**
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, FL 33324

Alexander D.  Del Russo, Esq.
**LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.**
1400 Centrepark Boulevard, #1000
West Palm Beach, FL 33401