UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/



### PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, responds to Defendant's Motion for Reconsideration of Order Granting Plaintiff's Motion for Continuance as follows:

Defendant's Motion suffers from three misconceptions which warrant the Motion's denial. First, the grounds for continuance of the trial and of the pre-trial deadlines (in particular the discovery deadline) were more than just undersigned counsel's trial conflicts. The continuance was also necessary given the difficulty in locating witnesses for deposition, a fact caused by Defendant in that it had sold its operations and had a paucity of information regarding relevant witness locations. Indeed, counsel for Defendant in an earlier motion for continuance (in which Plaintiff joined) had made a similar representation to this Court as grounds for more time to take discovery.

Second, the letter sent to opposing counsel regarding the scheduling of depositions for potentially available dates in September and October was not a representation by the undersigned that he, alone, was available for all of the proposed dates. The undersigned has a competent co-counsel in this case, John Jankowski, who will be taking many of the proposed depositions. The dates given to Mr. del Russo in the undersigned's correspondence were dates that *either* the undersigned or Mr. Jankowski were available. Mr. del Russo's representations to this Court in his Motion are, therefore, either disingenuous or he simply forgot about Mr. Jankowski's involvement.[1]

Third, the undersigned made accurate and truthful representations to this Court regarding his trial conflicts. While Mr. Del Russo may have taken the liberty to call the clerk's office regarding the undersigned's trial in Morgan v. Houston's Restautrants, the fact that the case has been taken off the trial docket is news to the undersigned. As of this date, the undersigned has received no Order from Judge Dimitrouleas removing the case from the October 9, 2000 trial docket. As such, the undersigned has been actively preparing the case, as well as preparing a response to the defendant's lengthy and detailed motion for summary judgment filed in that case. Furthermore, the undersigned is still expecting at the present time, based on statements made by Judge Jordan at the calendar call, to proceed to trial some time in October 2000 in the case of Sanchez v. AT&T. Moreover, and not addressed by Mr. del Russo in his Motion, the undersigned is still expecting to proceed to trial on September 11, 2000, in the case of Wilson v. City of Miami Beach, and has been actively preparing for the same.

This Court had ample good cause grounds to grant Plaintiff's Motion for Continuance and did so accordingly. Those good cause grounds still exist. The Court thus exercised its

---

[1] The latter would be surprising in that Mr. Jankowski has been involved in most of the depositions taken to date by Mr. del Russo and his office.

2

discretion appropriately in granting the continuance. Defendant's motion should be denied. A proposed Order denying Defendant's Motion is attached for this Court's convenience

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Levy, Kneen, Mariani, Curtin, Kornfeld & Del Russo, P.A., Counsel for Defendant, 1400 Centrepark Boulevard, West Palm Beach, FL 33401; and John F. Jankowski, Jr., Esq., Co-Counsel for Plaintiff, 2 South University Drive, Plantation, FL 33324, this 1st day of September, 2000.

                        **BECKER & POLIAKOFF, P.A.**
                        Attorneys for Plaintiff
                        3111 Stirling Road
                        Ft. Lauderdale, FL 33312
                        Tel. (954) 985-4145

                        By: _____
                        Roderick V. Hannah, Esq.
                        Fla. Bar No. 435384

596316_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE**

THIS CAUSE, having come before the Court on Defendant's Motion for Reconsideration of Order Granting Plaintiff's Motion for Continuance, and the Court, having reviewed the Motion and the record herein, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of _____, 2000.

                              _____
                              UNITED STATES DISTRICT JUDGE

Copies furnisghed to:
    Roderick V. Hannah, Esq.
    Alexander D. del Russo, Esq.
    John F. Jankowski, Jr., Esq.

596367_1.DOC

EXHIBIT __A__