UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

COLUMBIA HEALTHCARE CORPORATION,
d/b/a PEMBROKE PINES HOSPITAL, a
foreign corporation,

    Defendant.
_____/



## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER AND ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon Defendant's Motion to Transfer Trial to West Palm Beach Division **(D.E. No. 41)**, filed on **September 1, 2000**; and upon Defendant's Motion for Reconsideration of Order Granting Plaintiff's Motion for Continuance **(D.E. No. 42)**, filed on **September 1, 2000**.

THE COURT has considered the motion, response and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that Defendant's Motion to Transfer **(D.E. No. 41)** is **GRANTED**. The trial of this matter shall take place during the two-week period commencing **April 9, 2001**, at the **West Palm Beach Courthouse, 701 Clematis Street, Second Floor, West Palm Beach, FL 33401**. Counsel must appear at Calendar Call which shall take place before the undersigned at the **United States Courthouse, Federal Justice Building, Courtroom IV, 10th Floor, 99 Northeast 4th Street, Miami, Florida 33132**, on **Tuesday, April 3,**

**2001, at 2:00 P.M.** The parties need not appear at Calendar Call. At Calendar Call counsel may bring all matters relating to the scheduled trial date to the attention of the Court. It is also

ADJUDGED that Defendant's Motion for Reconsideration **(D.E. No. 42)** is **DENIED**. This order shall supersede only the inconsistent provisions of previous scheduling orders.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of September, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
3111 Stirling Road
Fort Lauderdale, FL 33312

John F. Janowski, Jr., Esq.
LAW OFFICES OF JOHN F. JANOWSKI, JR.
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, FL 33324

Alexander D. Del Russo, Esq.
**LEVY, KNEEN, MARIANI, CURTIN, KORNFELD, & DEL RUSSO, P.A.**
1400 Centrepark Boulevard, #1000
West Palm Beach, FL 33401