UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/



## DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

The Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, through undersigned counsel, hereby files this Reply Memorandum in Support of its Motion for Reconsideration of Order Granting Plaintiff's Motion for Continuance (D.E. # 41).

Defense counsel certainly accepts the representation by Plaintiff's counsel, Mr. Hannah, that he is currently unaware of any continuance in the trial of *Morgan v. Houston Restaurants, Inc.*, Case No. 98-6970-Civ-Dimitrouleas. However, the Clerk's Office has confirmed that this case has been removed from the trial docket in October.

Additionally, defense counsel does not question the competence or capabilities of Mr. Hannah's co-counsel, Mr. John Jankowski. However, since Plaintiff's Motion for Continuance

was based upon Mr. Hannah's conflicts and not those of Mr. Jankowski, Defendant presumed that it was Mr. Hannah himself who needed to attend to these pretrial matters.

Defendant stands by its Motion for Reconsideration for the reasons stated therein. If Plaintiff's counsel, whether through Mr. Hannah or Mr. Jankowski, is otherwise available to take pretrial discovery during four consecutive calendar weeks—from September 11, through October 6, 2000 (with the exception of two business days)—then Plaintiff should be similarly available to attend to any pretrial preparations as well.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 5th day of September, 2000, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq, John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

By: _____
Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida  33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273

F:\Data\LIT4\4871.042\reply.memo.mot.consideration.doc