UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign cor-
poration,

    Defendant.
_____/

### STIPULATION FOR SUBSTITUTION OF NAMED DEFENDANT

The parties, by and through their undersigned counsel, and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby agree and stipulate to substitute GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL as the named defendant in this case in place of COLUMBIA HEALTHCARE CORPORATION, on the grounds that GALEN HOSPITAL-PEMBROKE PINES, INC. is the real party in interest. The parties request that this substitution be approved by this Court and made *nunc pro tunc* as of the date of the filing of the Complaint herein.

Dated October 6, 2000.

| | |
|---|---|
| _____ | _____ |
| ALEXANDER D. DEL RUSSO, ESQ | RODERICK V. HANNAH, ESQ. |
| Attorney for Defendant | Attorney for Plaintiff |
| Levy, Kneen, Mariani, Curtin, | Becker & Poliakoff, P.A. |
| Kornfeld & del Russo, P.A. | P. O. Box 9057 |
| 1400 Centrepark Blvd, Ste 1000 | Ft. Lauderdale, FL 33310-9057 |
| West Palm Beach, FL 33401 | Florida Bar No.: 435384 |
| Florida Bar No.: 350273 | |

F:\DATA\LIT1\4871.042\substitdefendant.doc