UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES, INC.,
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/

FILED by ___ D.C.
OCT 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER SUBSTITUTING NAMED DEFENDANT

THIS CAUSE came before the Court upon the Stipulation for Substitution of Named Defendant filed by the parties. Upon consideration and review, it is hereby

ORDERED AND ADJUDGED as follows:

1. That the Stipulation for Substitution of Named Defendant is hereby approved by the Court, and

2. That Defendant herein shall be known as GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a PEMBROKE HOSPITAL, with this substitution to be *nunc pro tunc* as of the date of the filing of the Complaint herein, and the Clerk of this Court shall hereafter note the substitution in the style of this cause.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Alexander D. del Russo, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Blvd.
Suite 1000
West Palm Beach, FL  33401

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
P.O. Box 9057
Ft. Lauderdale, FL  33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL  33324

F:\DATA\LIT1\4871.042\ordstitudefendant.doc