NIGHT BOX
FILED

NOV -3 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.

_____/

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, GALEN HOSPITAL—PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, by and through its undersigned attorneys, and pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, hereby moves that this Court enter summary judgment in its favor. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law, along with Defendant's Statement of Undisputed Materials Facts, and the depositions and Affidavits filed herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3rd day of November, 2000, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box

49

9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq, John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

LEVY, KNEEN, MARIANI, CURTIN,<br>
KORNFELD & DEL RUSSO, P.A.<br>
<br>
By: _____<br>
Alexander D. del Russo<br>
1400 Centrepark Boulevard<br>
Suite 1000<br>
West Palm Beach, Florida   33401<br>
(561) 478-4700<br>
(561) 478-4744<br>
Fax (561) 478-5811<br>
Florida Bar No. 350273

F:\Data\LIT4\4871.042\motion.sj.doc