UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



NOV -3 2000

CLARENCE MADDOX
CLERK, USDC / SD. FLA.

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

     Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

     Defendant.

_____/

### DEFENDANT'S NOTICE OF FILING AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The Defendant, GALEN HOSPITAL—PEMBROKE PINES, INC., f/d/b/a PEMBROKE

PINES HOSPITAL, hereby gives notice of the filing of the following Affidavit in support of its

Motion for Summary Judgment.

    1.    Affidavit of Pam Corliss.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3rd day

of November, 2000, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057,

Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq, John F. Jankowski, Jr.,

P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

By: _____
    Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida   33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273

F:\Data\LIT4\4871.042\affd.not.filg.affd.corliss.doc

2