UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



NIGHT BOX
FILED
NOV -3 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign cor-
poration,

    Defendant.
_____/

### AFFIDAVIT OF PAM CORLISS

STATE OF FLORIDA    )
    )
COUNTY OF VOLUSIA    )

    BEFORE ME, the undersigned authority, personally appeared **Pam Corliss** who upon being duly sworn, deposes and states as follows:

    1.    My name is **Pam Corliss.** I am currently employed as the Chief Executive Officer of Atlantic Regional Medical Center which is located in Daytona Beach, Florida. I have personal knowledge of the fact stated within this Affidavit.

    2.    Between November, 1993, and June, 1995, I was employed at Pembroke Pines Hospital as the Chief Operating Officer.

3. As the Chief Operating Officer, I reported to the Hospital's Chief Executive Officer. At the time I began, the CEO was Mr. Jerry Sutphin. Mr. Sutphin left shortly after I started and was replaced by Mr. Rick O'Connell.

4. At the time I started, the Hospital was going through a reduction in force due to its low patient census and financial condition.

5. In connection with this employee reduction, hospital directors were instructed to identify which positions would be affected. Thereafter, the hospital senior management reviewed each position affected before a final decision was made. I was involved in these discussions concerning the positions and the employees that were affected by this reduction.

6. In my review of the reduction in force, I prepared a handwritten list of the affected employees in order to determine if this reduction was achieving our cost reduction goals and in order to be reviewed by the Hospital's Director of Human Resources. A copy of this Reduction in Force List is attached to my Affidavit as Exhibit 1.

7. One of the director positions affected by the reduction in force was the Director of Marketing and Public Relations, a position held by Jacqueline Iaia. The decision to eliminate this position was made by Ms. Iaia's immediate supervisor, Mr. Jerry Sutphin.

8. This was a position elimination, and not a position consolidation. The Director of Marketing/Public Relations was eliminated, and no one replaced Ms. Iaia in this role.

9. Shortly after the reduction in work force was implemented, including the elimination of Ms. Iaia's position, Mr. Sutphin left the Hospital and was replaced by a new Chief Executive Officer, Mr. Rick O'Connell.

10. At some point in time afterwards, Mr. O'Connell and I discussed that the Hospital needed an individual to handle matters relating to public relations and marketing for the hospital. It was decided to approach the Director of Senior Friends, Monique Monteiro. Ms. Monteiro had been extremely effective in her position which, in large part, was a marketing program focused towards senior citizens within our community.

11. In early January of 1994, I approached Ms. Monteiro and asked if she was willing to take on the additional responsibilities of public relations where needed. Her new title would become the Director of Public Relations and Senior Friends. She would receive a ten percent increase over her salary. Ms. Monteiro agreed.

12. The decision to consolidate the job functions of public relations with those of the Senior Friends program was made by Rick O'Connell and myself. This decision was not made by Jerry Sutphin, who had already left Pembroke Pines Hospital.

FURTHER AFFIANT SAYETH NOT.

_____
Pam Corliss

SWORN TO and subscribed before me, the undersigned authority, this 1ST day of September, ~~August~~, 2000, by Pam Corliss, who is personally known to me or has produced _____ as identification.

_____
NOTARY SIGNATURE
Patricia A. Librizzi
Print Name
Commission Number:_____
My Commission Expires:_____

(NOTARY SEAL)



Patricia A Librizzi
My Commission CC748728
Expires July 25, 2002

3

NAME   Severance   X   hours per wk   =

Sep. from Full → Part → Per Diem    sep Transfer

| EMPLOYEE NAME | DEPARTMENT/ POSITION TITLE | HIRE DATE | ANNUAL/HR | SEVERANCE | Reg FTE |
|---|---|---|---|---|---|
| Beale, Rosemary 810 | HOUSEKEEPING | 12/88 | last paid in | 4 wks. | |
| Norma Oronoff 810 | OR Clerk | 4/79 | | 8 wks. | 1.0 |
| Arthur Stephens 830 | ENGINEERING | 6-26-79 | | 8 wks. | 1.0 |
| Jonathan Bailey 712 | PHARMACY TECH. | 93 | | PerDiem ok to Severance | P.? |
| Thomas Bohan 712 | PHARMACY TECH | limited availability | PerDiem ok | no severance | P.? |
| Angela Goodman 712 | PHARMACY TECH | 2-22-83 | | ok 8 wks | 1.0 |
| Gisselle Pean 712 | PHARMACY | 4-13-92 | | 2 wks. | 1.0 |
| ~~Gloria~~ | PHARMACIST | | | | |
| Ed Murphy 712 | PHARMACY | Not Replacing Pos. 12/1 | | N/A - Transf. to other Hosp | 1.0 |
| Jacqueline Taia 920 | Marketing Dir mkt/Com. Rel. | 2-5-74 | 38,900/18.7019 | 8 wks. | 1.0 |
| Adelaide Murray 917 | Nursing Infection Control | 9-7-93 | 40,000/19.2308 | 2 wks. | 1.0 |
| Julie Odessky 917 | Dir Hosp. Qual. Manage | 1-6-87 | 41,500/19.9519 | N/A - Transfer to Aventura | 1.0 |
| Nelva Williams 615 | Nursing 11-7 Unit Secret. | 2- -80 | /8.49 | 8 wks | .8 |
| Bernadette Mercon 614 | Nursing RN 11-7 | 12- -89 | /14.79 | 4 wks | 1.0 |
| Cheryl DeWitt 614 | Nursing RN 11-7 | 6-TOP.D-93 | /12.20 | 2 wks | 1.0 |
| Beryl Gregory 615 | Nursing RN 3-11 | numerous counsels 4- -88 | /16.22 | 6 wks | .8 |
| ~~Holton Elijah~~ 615 | Nursing RN 3-11 | 4 TO P.D. 91 -79 | /16.54 | 4 wks. | .8 |
| Uba Ploche 614 | Nursing LPN 3-11 | 2- -84 | /8.50 | 6 wks. | 1.0 |
| ~~Sutherland Mar~~ 615 | Nursing | 10- 87 | ~~12.72~~ | 6 wks | 1.0 |
| Roslyn Eisler 615 | Nursing LPN 3-11 | 1- TO P.D. -76 | /11.76 | 8 wks | 1.0 |
| Marlene Ellis 615 | Nursing RN 7-3 | 3- TO P.D. -86 | /20.51 | 6 wks | 1.0 |
| Canal, Teresa 614 | Nursing LPN | 11 TO P.D 86 | /10.65 | 6 wks | 1.0 |
| ~~Gladys Hopkins~~ | | | | | |
| Judith Advashley 614 | Nursing LPN 7-3 | 9- -71 | /12.66 | 8 wks | .8 |
| Gloria Hughes 615 | Nursing PCA 7-3 | 10- -92 | /7.43 | 2 wks | 1.0 |
| Betty Costello 630 | Nursing LPN 7-3 | 9-TO P.D 89 | /11.42 | 4 wks | 1.0 |
| ~~Sarah ~~ 630 | Nursing 3-11 | 3- -79 | /6.20 | 2 wks | .8 |
| Yvonne Fulmore 653 | Nursing 3-11 Unit Sec | 3- -93 | /6.20 | 2 wks | 1.0 |
| Mary Glasner 650 | Nursing 3-11 Unit Sec. | 8- -80 | /8.59 | 8 wks. | 1.0 |
| ~~ 630~~ | | | | | |

000001

| Employee Name | Department/Position Title | Hire Date | Annual/HR | Severance | Redu FTE |
|---|---|---|---|---|---|
| • Elaine Riley 786 | Nursing RN 7-3 | 2-5-90 | | 4 wks. | 1.0 |
| • Evvie Kaelin 733 | Nursing RN | 5-1-89 | | Reduce to .5 | .5 |
| • Shari Feinberg 640 | Nursing PEDS. | 10.8.93 | | 2 wks | 1.0 |
| • Hazel Sinclair 640 | Nursing LPN PEDS | 4-15-91 | | 4 wks | .9 |
| • Theresa Mactacaro 640 | Nursing RN PEDS. | 7-9-79 | | 8 wks. | .9 |
| • Shirley Oteili | Nursing Secretary | 12-27-86 | transfer to Administration | | 1.0 |
| • Trevor Fletcher | Dietary | | — No Green card — | | 1.0 |
| • Medical Records / PBX | | reduction of hours. | | | 1.0 |
| • Enriquette Navarette 614 | RN | 5-3-93 | | 2 wks. | |
| • Lois Burfeindt | Nursing Staffing Coord. | 10-25-75 | /11.93 | 8 wks | 1.0 |

| EMPLOYEE NAME | DEPARTMENT/ POSITION TITLE | HIRE DATE | Annual/Hr. | SEVERANCE | Rose FTE |
|---|---|---|---|---|---|
| Bernice Pilon 800 | Dietary Cafeteria Aide | 1-22-81 | | 8 wks. | .4 |
| Saliamma Varghese 736 | Laboratory Phlebotomy | 1-13-89 | | 6 wks. | 1.0 |
| Sosamma Varghese 136 | Laboratory Phlebotomy | 7-1-89 | | 6 wks | 1.0 |
| Sebert Miller | Laboratory 11-7 Phleb | 5-15-89 | | 4 wks | 1.0 |
| Jeanne Larrabee | Laboratory Secretary | 8-30-91 | | 4 wks | 1.0 |
| Donna Levit | Laboratory Courier | 12-21-92 | | 2 wks | 1.0 |
| Muhammad Ashraf | Laboratory Phleb | 1-24-90 To P.D. | | | 1.0 |
| Marilyn Fitzgerald | Laboratory Histo Tech | 4-20-92 To P.D. | | | .5 |
| Claire Fitch | Laboratory Lab Supv. | Paperwork to P.D. | | Empl. resigned no severance | 1.0 |
| Sheila Telford 754 | Cardiopulmonary CRT | 4-20-90 | | 4 wks. | 1.0 |
| Harold Singh 754 | Cardiopulmonary CRT | 4-18-89 | | 4 wks | 1.0 |
| Mary Brogan 754 | Cardiopulmonary CRT | 1-27-89 | | 4 wks | 1.0 |
| Wanda Yates 754 | Cardiopulmonary Registered T | 2-19-83 | | 160/wk. | PT .4 |
| Jackie Lake 744 | EKG | Per Diem | | no sev | P.D. |
| Pat Bachoo 744 | EKG | 11-12-84 | | 6 wks. 1.0 | 1.0 |
| Karen Bermudez 744 | EKG | Per Diem | | no sev | — P.D. |
| Patty Maeko 744 | EKG | Per Diem | | no sev | — P.D. |
| Rudolf Hjulse 763 | Nuclear Med. | 6-14-93 | $31,200/$15.00 | Offer per 2 wks. Diem | 1.0 |
| Ray Metzka 128 | Radiology 3-11 Supervisor | 3-12-80 | $32,802/15.77 | 8 wks. | 1.0 |
| Andrew Forbes 128 | Radiology WE Supervisor | 4-15-85 | $28,654/$17.22 | 6 wks. | .8 |
| Jason Espada 128 | Radiology Transporter | 5-6-92 | Per Diem | No Severance | .5 |
| Maureen Pagano 128 | Radiology Secretary | 1-2-90 | | 4 wks. | 1.0 |
| | Radiology Secretary | — Reduction of hours — | | | .4 |
| Elizabeth Rodnick 128 | Radiology Secretary | Transfer to B.O. Billing | | N/A | 1.0 |
| Delma Guillen | Radiology Special Proc Tech | 1-10-79 | 24,398/15.64 | From Full Time to Part Time .4 | 8 wks .6 |
| Dominique Valbrun | Nursing Unit Sec. 3-11 | 3- -92 | /8.07 | 2 wks. | .8 |

000003

Reduction In Work Force

| EMPLOYEE NAME | DEPT # | SEVERANCE | X HOURS PER WK. | TOTAL HRS |
|---|---|---|---|---|
| ROSEMARY BEALE | 810 | 4 wks | 40° | 160 |
| ~~NORMA OROZOFF~~ | ~~810~~ | ~~8 wks~~ | ~~40°~~ | ~~320~~ |
| ~~Denise Stamoris~~ (HOLD) | ~~830~~ | ~~8 wks~~ | ~~40°~~ | ~~320~~ |
| Angela Goodman | 712 | 8 wks | 40° | 320 |
| Gisselle Pean | 712 | 2 wks | 40° | 80 |
| Jacqueline Tata (cut 93) (38,900) | 920 | 8 wks | 40° | 320 Hour |
| Adelaide Murray | 917 | 2 wks | 40° | 80 Hour |
| Melva Williams | 615 | 8 wks | 32° | 256 |
| ~~Bernadette Mercon~~ | 614 | 4 wks | 40° | 160 |
| Beryl Gregory | 615 | 6 wks | 32° | 192 |
| Ula Ploche | 614 | 6 wks | 32° | 192 |
| Maxine Sutherland | 615 | 6 wks | 40° | 240 |
| Judith Udvarhley | 614 | 8 wks | 32° | 256 |
| Gloria Hughes | 615 | 2 wks | 40° | 80 |
| Yvonne Fulmore | 653 | 2 wks | 40° | 80 |
| Mary Glaessner | 650 | 8 wks | 40° | 320 |
| Elaine Riley | 286 | 4 wks | 40° | 160 |
| Shari Feinberg | 640 | 2 wks | 40° | 80 |
| Hazel Sinclair | 640 | 4 wks | 36° | 144 |
| Theresa Mantarano | 640 | 8 wks | 36° | 288 |
| Lois Burfeindt | 601 | 8 wks | 40° | 320 |
| Bernice Pilon | 800 | 8 wks | 16° | 128 |
| Salianna Varghese | 736 | 4 wks | 40° | 160 To |
| Terri Thomas | 736 | 4 wks | 40° | 160 To |
| Sebert Miller | 736 | 4 wks | 40° | 160 Tot |

000006

Reduction In Work Force

| Employee Name | Dept # | Severance | x Hours per wk | Total Hrs. |
|---|---|---|---|---|
| Jeanne Larrabee | 736 | 4 wks | 40 | 160 |
| Donna Levit | 736 | 2 wks | 40 | 80 |
| Sheila Telford | 754 | 4 wks | 40 | 160 |
| Harald Singh | 754 | 4 wks | 40 | 160 |
| Jose Basto | 754 | 4 wks | 40 | 160 To |
| Wanda Yates | 754 | 8 wks | 16 | 128 Hours |
| Pat Bathco | 744 | 6 wks | 35 | 210 To |
| Roy Netzka | 728 | 8 wks | 40 | 320 |
| Andrew Forbes | 728 | 6 wks | 32 | 192 |
| Maureen Pagano | 728 | 4 wks | 35 | 140 Tot |
| Dominique Valbrun | 612 | 2 wks | 32 | 64 |
| Gladys Troop Hopkins | 614 | 6 wks | 40 | 240 |
| Joseph Gatto | 810 | 4 wks | 20 | 80 |
| Estrella Suarez | 810 | 8 wks | 20 | 160 |
| Walter Courtney | 830 | 8 wks | 40 | 320 |

Employee Status Change to Per Diem

| Employee Name | Dept # | Severance | x Hours/wk | Total Hrs Paid | |
|---|---|---|---|---|---|
| Cheryl DeWitt (Mercon JS8) | 614 | 2wks | 40° | 80 | TC |
| ~~Elenor Hatton~~ | ~~615~~ | ~~4wks~~ | ~~32°~~ | ~~128~~ | TC |
| Roslyn Fuster (Term) | 615 | 8wks | 24° | 192 | TC |
| Marlenie Ellis (USA) | 614 | 6wks | 40° | 240 | TC |
| ~~Teresa Carol~~ | ~~615~~ | ~~6wks~~ | ~~40°~~ | ~~240~~ | T |
| Muhammad Ashraf | 736 | 4wks | 40° | 160 | TC |
| Marilyn Fitzgerald | 732 | 2wks | 20° | 40 | TC |
| Rudolf Halac | 763 | 2wks | 40° | 80 | TC |
| Betty Costello | 630 | 4wks | 40° | 160 | TC |
| ~~Enriquette Navarette~~ | ~~614~~ | ~~2wks~~ | ~~29~~ | | |

Employee Status Change to Part Time

LA letter

— Severence if position Not Accepted

| | | | | | |
|---|---|---|---|---|---|
| Adelma Guillen | 727 | 8wks | 30° / 240 | To P.D. | From PT |
| Evvie Kallir | 733 | 4wks | 40° / 160 | | From FT to PT |

Employee Job Class Change

| | | | |
|---|---|---|---|
| Sherry Ortelli | 630 | from ~~Nursing~~ Secretary to ~~Administrative Secretary~~ Dept. Head Secretary 95K → | 9.00 |
| Elizabeth ~~Rodrick~~ Rodemick | 728 | from Radiology Secretary to Billing Clerk in Business off. 95K → | NM 6  6.60 – 10.10 |
| | | | 9.27 (7-26-93) |
| | | | NM 7  7.10 – 10.90 |
| | 000008 | | less .50/hr. downgrade transfer |

*Elimination of all cash employees*

| Employee Name | Dept # | | |
|---|---|---|---|
| Jason Espado | 728 | no severance | |
| Patty Marko | 744 | no severance | |
| Karen Bermudez | 744 | no severance | |
| Jackie Lake | 744 | no severance | |
| Jonathan Bailey | 712 | no severance | |
| Thomas Bohan | 712 | no severance | |

000005

| Employee Name (Last, First, MI) | Social Security Number | Street Address | |
|---|---|---|---|
| Monteiro, Monique | 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 | | |
| City, State, Zip | County | Home Phone ( ) | Work Phone ( ) |

| EMPLOYMENT ACTIVITY | New Hire | Re-Hire | Re-Class | Reinstatement | Transfer |
|---|---|---|---|---|---|
| PERSONAL | Address/Phone Change | | Update Personal Information | | |

**UNPAID ABSENCE/REASONS**
- Authorized 0-14 Days
- Formal Leave 15+ Days
- Worker's Comp (49)
- Medical (50)
- Personal (51)
- RIF LOA (52)
- Military (53)
- Education (54)
- Family Leave (55)
- Position Eliminated LOA (56)
- Other

**SALARY CHANGE**
- General Increase (02)
- X Merit Increase (03) 5%
- Promotion (04)
- Demotion (05)
- Compression (11)
- X Other Adjustment (09) 5%

**RESIGNATION**
- Transfer Within Company (01)
- Promotion Within Company (02)
- Advancement Opportunity (04)
- Benefits (05)
- Compensation (06)
- Job Security (07)
- Location (08)
- Training (09)
- Stay Home (12)
- Became Self-Employed (13)
- Began Early Retirement (14)
- Continue Education (15)
- Health Concerns (16)
- Join Military (17)
- Family Obligations (18)
- Dislike Work (20)
- Dislike Supervisor (21)
- Dislike Company (22)
- Dislike Hours Schedule (23)
- Job Abandonment (24)
- Refused Position (25)
- No Call/No Show (26)
- Took Job/LOA (27)
- Failure To Return From LOA (38)

**TERMINATION**
- Absenteeism (31)
- Critical Offense (32)
- Progressive Discipline Policy (33)
- Failed Appraisal Period (34)
- Unsatisfactory Performance (35)
- Position Eliminated (37)
- Work Force Reduction (40)
- Failure To Report After Reinstatement (42)
- Non-Utilized Pool Employee (46)

| | TYPE | HOURS | DOLLARS |
|---|---|---|---|
| Terminal Vacation? | YES NO | | |
| Severance Pay? | YES NO | | |
| Holiday/Other Pay? | YES NO | | |

Is Employee Eligible For Re-Hire? YES NO

**OTHER**: Retirement (43) Death (45)

**VACATION REQUEST**: 1st Request ___ 2nd Request ___

**REQUEST TO CARRY OVER VACATION**: Requires advance approval of Level 3 Manager Amount ___ Reason ___

**OTHER EXPLANATION**: Update 12/15 PPD 12/15/93    1/11/94

| | FROM | | | TO | | |
|---|---|---|---|---|---|---|
| Dept. No. | Department Name | Facility I.D. | Facility Name | Dept. No. | Department Name | Facility I.D. Facility Name |
| 923 | Senior Friends | | | | | |
| Position No. | Position Title | | | Position No. 92H | Position Title Director of Public Relations Senior | |
| 92H | Mgr. Senior Friends | | | | | |
| Employment Status FT | Hours (Daily) | Shift | Employment Date 8/20/90 | Salary Review Date 12/2/93 | Employment Status | Hours (Daily) Shift Employment Date Salary Review Date 12/2/94 |
| Hours (Weekly) 40 | Grade M07 | Annual Salary 32,999 | Bi-Weekly Salary 1269.21 | Hourly Salary 15.87 | % Increase | Hours (Weekly) Grade Annual Salary 36,317 Bi-Weekly Salary 1396.80 Hourly Salary 17.46 % Increase 10% |
| Name Change | | Other ✓ | | | Name Change | Other ✓ |

*M grades only
**NM grades only

| Date of Notice | Effective Date 12/26/93 | Last Work Date | Supervisor | Date |
|---|---|---|---|---|
| Exit Interview? YES NO | | Date of Exit Interview | Department Head | Date |
| Employee | | Date | Human Resources /s/ Ciarksson | Date 1/11/94 |
| | | | Administration /s/ | 000106 1-11-94 |

HUMAN RESOURCES