1

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
             FORT LAUDERDALE DIVISION

             CASE NO. 00-6227-CIV-MORENO
```

JACQUELINE IAIA,

      Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL, a foreign corporation,

      Defendant.

_____/

COPY

NIGHT BOX
FILED

NOV - 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

```
                    3111 Stirling Road
                    Fort Lauderdale, Florida
                    October 18, 2000
                    2:25 p.m. - 5:25 p.m.
```

APPEARANCES:

JOHN F. JANKOWSKI, JR., P.A.
BY:  JOHN F. JANKOWSKI, ESQ.
Attorney for the Plaintiff

BECKER & POLIAKOFF, P.A.
BY:  RODERICK V. HANNAH, ESQ.
Attorneys for the Plaintiff

LEVY, KNEEN, MARIANI, CURTIN, KORNFELD & DEL
RUSSO, P.A.
BY:  ALEXANDER D. DEL RUSSO, ESQ.
Attorneys for the Defendant

ALSO PRESENT:  JACQUELINE IAIA


                    DEPOSITION

                       OF

                MONIQUE MONTEIRO


        CAPITAL REPORTING SERVICE, INC.
    Fort Lauderdale, FL  (954) 522-6401

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| MONIQUE MONTEIRO | 3 | 120 | 122 | 125 |


E X H I B I T S

PLAINTIFF'S                    FOR IDENTIFICATION

No.  1                              30
No.  2                              31
No.  3                              32
No.  4                              34
No.  5                              39
No.  6                              43
No.  7                              50
No.  8                              54
No.  9                              56
No. 10                              57
No. 11                              59
No. 12                              60
No. 13                              60
No. 14                              61
No. 15                              62
No. 16                              68
No. 17                              71
No. 18                              72
No. 19                              74
No. 20                              81
No. 21                              83
No. 22                              87
No. 23                              88
No. 24                              90

3

```
 1              Deposition of MONIQUE MONTEIRO, a
 2    witness of lawful age, taken by the Plaintiff
 3    for the purpose of discovery and for use as
 4    evidence in the above-entitled cause, wherein
 5    JACQUELINE IAIA is the Plaintiff and GALEN
 6    HOSPITAL-PEMBROKE PINES, INC., is the Defendant,
 7    pending in the United States District Court,
 8    Southern District of Florida, Fort Lauderdale
 9    Division, pursuant to notice heretofore filed,
10    before DEBRAH VERONI, a Registered Professional
11    Reporter and Notary Public in and for the State
12    of Florida at Large, at the offices of Roderick
13    V. Hannah, Esq., 3111 Stirling Road, Fort
14    Lauderdale, Broward County, Florida, on the 18th
15    day of October, 2000, commencing at 2:25 p.m.
16                    -  -  -  -  -
17    Thereupon:
18              MONIQUE MONTEIRO,
19    a witness named in the notice heretofore filed,
20    being of lawful age and being first duly sworn
21    in the above cause, testified on her oath as
22    follows:
23              DIRECT EXAMINATION
24        Q.   (BY MR. JANKOWSKI)  Would you state
25    your full name, please, for the record.
```

```
 1          A.    Monique Jean Monteiro.

 2          Q.    And your current address?

 3          A.    7923 Northwest 38th Court, Davie,

 4    Florida.

 5          Q.    How long have you lived there?

 6          A.    Five years.

 7          Q.    Before that where did you live?

 8          A.    The exact address?

 9          Q.    Yes, ma'am.

10          A.    7720 Northwest 39th Street,

11    Hollywood.

12          Q.    How long did you live there?

13          A.    Five years.

14          Q.    Before that?

15          A.    Fort Myers, Florida.  I don't know

16    the address.  Sorry.

17          Q.    That's okay.  Your date of birth?

18          A.    3-15-66.

19          Q.    Your Social Security number?

20          A.    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.

21          Q.    Your name previously -- your maiden

22    name was Willenbrock?

23          A.    Yes.  W-I-L-L-E-N-B-R-O-C-K.

24          Q.    When were you married?

25          A.    August of '91; 17th, '91.
```

1       Q.    Do you have any children?

2       A.    One and a half.

3       Q.    The child is one and this is the

4    half?

5       A.    This is the half.  I have a

6    four-and-a-half-year-old.

7       Q.    You have a four-and-a-half-year-old.

8       A.    Yes.

9       Q.    You have one coming next month.

10      A.    Yes.

11      Q.    That's when the party's planned.

12      A.    Yes.

13      Q.    Have you ever been involved in a

14   lawsuit before?

15      A.    I've done depositions before.  Is

16   that the same thing?

17      Q.    Well, why don't you tell me what

18   depositions you've done.  We'll start there.

19      A.    There was another incident at the

20   hospital.  I witnessed a patient falling.

21      Q.    When was that?

22      A.    Oh, I don't know.  Early '90s.

23      Q.    This is one of your -- strike that.

24            This is one of the hospital's

25   patients?

```
 1          A.   Yes.

 2          Q.   This is one of the Senior Friends?

 3          A.   Coincidentally, yes.

 4          Q.   So you knew the person before.

 5          A.   Yes.

 6          Q.   You were just to testify on what you

 7     saw?

 8          A.   Right.

 9          Q.   Were you named in the lawsuit?

10          A.   No.

11          Q.   Other than that deposition, were you

12     involved in any other depositions?

13          A.   Not that I remember.

14          Q.   Do you remember that person's name

15     who sued the hospital; the deposition that you

16     were involved in?

17          A.   John.  John Tregerser, I think.

18     Tregerser.  Something of that nature.

19          Q.   Do you know the spelling?

20          A.   Maybe T-R-E-G -- T-R-E-G-E-R-S-E-R,

21     something of that nature.

22          Q.   Even though you have had a deposition

23     taken before, let me just explain to you our

24     role here and make this easier.

25               If there's any question that you
```

```
 1   don't understand that I've asked, you just tell
 2   me that.  I will try to be more clear or
 3   rephrase it.  I would ask you to not guess.  If
 4   you are guessing, please tell me.  I would hope
 5   that your answer is based upon your personal
 6   knowledge.
 7        A.   Okay.
 8        Q.   How much time did you spend in
 9   preparing for the deposition today?
10        A.   I don't know.  Not a lot.
11        Q.   Minutes, hours?
12        A.   I would say maybe an hour.
13        Q.   What did you do in preparation for
14   the deposition?
15        A.   I looked over some personnel records
16   and spoke with Mr. --
17             MR. DEL RUSSO:  Del Russo.
18             THE WITNESS:  Del Russo.  Thank you.
19             MR. DEL RUSSO:  That's okay.
20        Q.   (MR. JANKOWSKI)  When is that you
21   spoke with Mr. Del Russo?
22        A.   Yesterday.
23        Q.   Is that the first time you spoke with
24   him?
25        A.   Second.
```

8

```
 1            Q.    When is the first time you spoke with

 2    him?

 3            A.    July or August.

 4            Q.    What did you and Mr. Del Russo

 5    discuss in July or August?

 6                  MR. DEL RUSSO:   Excuse me.

 7    Attorney/client privilege.   I object to your

 8    question.

 9                  MR. JANKOWSKI:   She's not employed by

10    your Defendant.

11                  MR. DEL RUSSO:   But she's a former

12    manager, and discussions between a corporate

13    Defendant and former employees concerning the

14    underlying facts of this case are subject to the

15    attorney/client privilege.

16            Q.    (MR. JANKOWSKI)  Without telling me

17    what you and Mr. Del Russo discussed, were there

18    any questions proposed to you that may be asked

19    in deposition?

20            A.    I don't know.

21            Q.    Did Mr. Del Russo give you any

22    indication of what kind of questions may be

23    asked?

24            A.    Yes.

25            Q.    Did he give you any indication what
```

1    the answers may be?

2         A.   No.

3         Q.   Did he give you any information to

4    refresh your memory?

5         A.   Just my personnel record.

6         Q.   He provided you with personnel

7    records?

8         A.   Yes.

9         Q.   He gave you all of your records?

10        A.   No, no.  Just a couple evaluations.

11   And I don't even know what else was in there.  I

12   really didn't look at it that close.

13        Q.   Did you meet with him personally?

14        A.   Yes.

15        Q.   Where did you meet with him?

16        A.   Where?

17        Q.   Yes.

18        A.   At my house.

19        Q.   He came down to meet with you?

20        A.   Yes.

21        Q.   That was either July or August of

22   this year?

23        A.   Um-hum.

24             MR. DEL RUSSO:  That's a yes?

25             THE WITNESS:  Yes, sorry.

10

1          MR. DEL RUSSO:  You have to answer

2   audibly instead of um-hum.

3          Q.    (MR. JANKOWSKI)  Did Mr. Del Russo

4   show you any of the documents from this case?

5          A.    Just my personnel records.

6          Q.    He didn't show you the complaint or

7   anything?

8          A.    No.

9          Q.    These were personnel records you

10  didn't have previously?

11         A.    Copies of them, no.  I mean it's

12  stuff I've seen before, but I don't have copies

13  at my house or anything, no.

14         Q.    Could you give me an indication of

15  what records those were that he provided you.

16         A.    It was like my application for

17  employment, my resume, evaluations of

18  performance.  That's all I remember.

19         Q.    Now, did you meet with him a second

20  time?

21         A.    I'm sorry?

22         Q.    Did you meet with Mr. Del Russo a

23  second time?

24         A.    Yes.

25         Q.    That was yesterday?

1          A.    Yes.

2          Q.    How long was that meeting?

3          A.    Forty-five minutes to an hour.

4          Q.    At that time you went over it again,

5    the personnel records?

6          A.    Yes.

7          Q.    Was there any questions that he

8    proposed to you as far as what may be asked at

9    the deposition?

10          A.    There could have been some scenarios,

11    yes, like general type of questions to expect.

12          Q.    Did you discuss your answers?

13          A.    Not really, no.

14          Q.    Did he make any suggestions of what

15    would be a better answer?

16          A.    No.

17          Q.    Was this also at your house?

18          A.    Yes.

19          Q.    When did you last work for Humana

20    Hospital or Galen Hospital; the hospital on

21    Pembroke Pines?

22          A.    The actual building?  When I left the

23    building?  Because there were many owners along

24    the way.

25          Q.    That's why I asked in the general

1    sense, because I'm still not sure who that might

2    be.

3           A.    I actually left the building in

4    1998.  June of 1998.  And at that time it was

5    owned or operated by the Memorial Healthcare

6    System.

7           Q.    What was your position when you left

8    in June of 1998?

9           A.    I was the Director of Senior

10   Services.

11          Q.    That was your last title?

12          A.    Yes.

13          Q.    What were you making then when you

14   left the hospital?

15          A.    Fifty thousand.

16          Q.    When did Memorial Healthcare take

17   over?

18          A.    July of 1995.

19          Q.    So from July 1995 through June 1998,

20   you were continuously employed by Memorial

21   Healthcare.

22          A.    Yes.

23          Q.    I take it your first child was born

24   during that time.

25          A.    Yes.

1    Q.   How long were you out for maternity

2  leave?

3    A.   Three months.

4    Q.   So other than the three months that

5  you were out for maternity leave, was there any

6  other time that you were not employed by

7  Memorial Healthcare?

8    A.   No.

9    Q.   Before your position as Director of

10  Senior Services, what was your position prior to

11  that?

12    A.   Prior to that it was Columbia

13  Hospital, and it was the Director of Public

14  Relations/Marketing and Senior Services.

15    Q.   Director of Public Relations -- I'm

16  sorry.

17    A.   Marketing and Senior Services.

18    Q.   Marketing and Senior Services.  When

19  did you receive that title?

20    A.   I would say around early '94, January

21  of '94.

22    Q.   So from January 1994 you were the

23  Director of Public Relations/Marketing and

24  Senior Services until July 1995.

25    A.   Correct.

14

1      Q.   And then July 1995 Memorial

2  Healthcare took over and you then became

3  Director of Senior Services.

4      A.   Correct -- no.  I was the assistant

5  director when Memorial first took over.  And

6  then the director resigned a few months after

7  that and then I became director.

8      Q.   Could you give me an estimate when

9  that might be, when you became Director of

10 Senior Services.

11     A.   December.

12     Q.   Of '95?

13     A.   Yes.

14     Q.   So from July 1995 through December

15 1995, you were Assistant Director of Senior

16 Services.

17     A.   Correct.

18     Q.   Now, you told me that when you left

19 in June of 1998, you were making approximately

20 $50,000.  What were you making in July 1995 when

21 you became Assistant Director of Senior

22 Services?

23     A.   I think about 45.

24     Q.   That was $45,000.  Was that a pay

25 increase or a pay decrease from your position of

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

15

1    Director of Public Relations/Marketing and

2    Senior Services with Columbia?

3         A.    It was an increase.

4         Q.    What were you making then when this

5    change took over?

6         A.    High 30's.

7         Q.    Thirty-eight, 39?

8         A.    Yes.  I would say 37, 38 probably.

9         Q.    So approximately in June 1995, a

10   month before the transition, you were making

11   between 37,000 and $38,000.

12        A.    I think so, yes.

13        Q.    When you received the promotion to

14   Director -- strike that question.

15              Before you were in the position of --

16   I know this is redundant, but I have to say this

17   to be clear.

18              When you were in the position of

19   Director of Public Relations/Marketing and

20   Senior Services, prior to that what was your

21   position?

22        A.    Director of Senior Friends.  I can't

23   remember what they called it at that time.

24   Whatever the senior program was.

25        Q.    Director of Senior Friends?

1      A.    Senior Friends -- no -- yes -- no.

2  It was the Humana Seniors Association at that

3  time.  I don't know what they called it.

4      Q.    What I'm trying to do --

5      A.    It was the Director of Senior

6  something.

7      Q.    These aren't trick questions.  I'm

8  working backwards.  I know it's five years ago,

9  six years ago.  What I'm just trying to

10  understand - and you can explain to me any way

11  you like - is between the time you were Director

12  of Public Relations/Marketing and Senior

13  Services, what was your position prior to that?

14  Your most recent position before that promotion

15  to that position.

16      A.    Right.  That would be the Director of

17  Senior Friends or whatever the program was

18  called that year.  It changed every year.

19      Q.    Do you know when you received that

20  job title or job description of Director of

21  Senior Friends?

22      A.    That was when I originally came on in

23  with the hospital in August of 1990.

24      Q.    That's when you were first hired?

25      A.    Yes.

17

1      Q.    So I understand you, you were hired

2    as Director of Senior Friends.

3      A.    Right.

4      Q.    There was no promotion after your

5    first hire date.

6          MR. DEL RUSSO:  Object to the form.

7          THE WITNESS:  In between when?

8      Q.    (MR. JANKOWSKI)  You were hired --

9    let me just back up.  You were hired as Director

10   of Senior Friends in August 1990.

11     A.    Right.

12     Q.    That was your first position.

13     A.    Right.

14     Q.    You had no other positions until

15   January of 1994 when you became Director of

16   Public Relations/Marketing and Senior Services.

17     A.    Right.

18     Q.    That's a yes?

19     A.    That's a yes.

20     Q.    When you were hired in August 1990,

21   do you remember what your starting salary was?

22     A.    Twenty-nine thousand maybe.

23     Q.    Now, are these figures that you

24   remember or are these numbers you remember now

25   having seen your personnel records?

```
 1          A.    No.  I pretty much remember.

 2          Q.    You're good with numbers?

 3          A.    Well, it hasn't been that long.  I

 4   know how I've gone up the scale.

 5          Q.    Is this your first job out of

 6   college?

 7          A.    No.

 8          Q.    What was your first job out of

 9   college?

10          A.    I was employed in Fort Myers, for the

11   City of Fort Myers, in their recreation

12   department.  I was hired to start a seniors

13   program for the City of Bonita Springs.

14          Q.    Is Bonita Springs in Fort Myers; the

15   same area?

16          A.    It's a little south of it.  It's like

17   a 20-minute drive.  It's between Naples and Fort

18   Myers.

19          Q.    So you had two jobs before working

20   for the hospital.  You said you got a job with

21   the City of Fort Myers, seniors program.

22          A.    That was the same job.  I mean I was

23   paid by the City of Fort Myers.  I guess it's a

24   suburb of it.  I don't know.

25          Q.    That's what I was trying to
```

1    understand.  There's some kind of affiliation

2    between --

3        A.    They ran their recreation center.  I

4    don't know exactly what the relationship was.

5        Q.    Were there any other jobs or

6    employment you had from the time you graduated

7    from college until the time you worked for the

8    hospital?

9        A.    No.

10        Q.    When were you hired by the City of

11    Fort Myers?

12        A.    Probably around -- I had just gotten

13    out of school.  It would probably have been

14    around May of that same year.

15        Q.    May of 1990?

16        A.    Yes.

17        Q.    So you graduated in May 1990?

18        A.    I graduated in April.

19        Q.    How did you find the job with the

20    City of Fort Myers?

21        A.    I had done an internship in that area

22    my last semester of college and developed a

23    relationship with the recreation department

24    there.

25        Q.    What was your internship?

1      A.    It was at a place -- it was a

2   retirement community in Fort Myers.  And I

3   worked with the recreation coordinator there for

4   the semester.

5      Q.    So within the City of Fort Myers they

6   had a person who was the recreation

7   coordinator.

8      A.    I'm sorry?

9      Q.    Or recreation director.

10      A.    No.  That was a private development.

11      Q.    So that was not affiliated with Fort

12   Myers.

13      A.    No.

14      Q.    The internship was totally separate

15   and apart from the City of Fort Myers?

16      A.    Yes.  I went to a lot of conferences

17   and met a lot of people from the city.  Upon my

18   graduation I went back to Tallahassee and got a

19   call from the City of Fort Myers telling me that

20   they had a position opening up.  They would like

21   to start a seniors program and was I interested.

22      Q.    How did you get the internship?

23      A.    Through the school.

24      Q.    The school had a posting for an

25   internship?

```
 1          A.    There was an alumni affiliation

 2   program.  They tried to get alumni to recruit or

 3   help place interns.  Alumni from the same

 4   program.

 5          Q.    Is this a paid internship?

 6          A.    No.

 7          Q.    Where was this retirement community?

 8          A.    In Fort Myers.

 9          Q.    So this was full time?

10          A.    Yes.  Forty hours a week plus.

11          Q.    So you had no classes --

12          A.    No.

13          Q.    -- in the spring of 1990.

14          A.    No.

15          Q.    How many credits did you earn from

16   the internship?

17          A.    I believe it was 15.

18          Q.    Did you get a grade for that?

19          A.    Probably.

20          Q.    Do you remember what the grade was?

21          A.    A.  I don't know.  No, I don't

22   remember.  I'm sure it was an A.

23          Q.    Who was the person you worked for or

24   with?

25          A.    The recreation coordinator there?
```

22

```
 1          Q.   Yes.

 2          A.   Her name was Lynda Good, L-Y-N-D-A.

 3    No, not at the time.  She's married now.  It was

 4    Lynda Bragg, with two Gs.

 5          Q.   Her name is now Good?

 6          A.   Good, G-O-O-D.  She lives in

 7    Hollywood now.

 8          Q.   I take it you still keep in contact

 9    with her.

10          A.   Yes.

11          Q.   When did the internship begin?

12          A.   January of 1990.

13          Q.   Through April?

14          A.   Correct.

15          Q.   Now, how did you come to learn of the

16    position with the City of Fort Myers?

17          A.   That's the question I just answered.

18    After school I went back to Tallahassee, and

19    then someone from the city had called me to let

20    me know that they were going to look into

21    opening a seniors program in Bonita Springs.

22    And I had met somebody when I was there doing my

23    internship in one of the conversations or one of

24    the recreation circles that had kept my name and

25    number.  I probably told them I was going to
```

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL   (954) 522-6401

1    graduate and I would be looking for employment.

2        Q.   So that person that you ran into

3    called the school looking for you?

4        A.   Called my house.

5        Q.   Do you remember who that person was?

6        A.   No.

7        Q.   What did you do during the

8    internship?  What were your job

9    responsibilities?

10       A.   Helping -- assisting the coordinator

11   in planning recreational activities for the

12   residents of the retirement community, ranging

13   from exercise and dance classes, trips, crafts,

14   writing the newsletter for the development.

15   Just the whole gambit of that kind of stuff.

16       Q.   How big was development?

17       A.   Oh, it was big.  I would say

18   probably -- they had several different -- they

19   had condos, villas and town homes.  I would say

20   probably somewhere around 1,000 people.

21       Q.   They were all seniors?

22       A.   Yes.  Fifty-five and over.

23       Q.   Would it be an insult or an accurate

24   comparison to say it was like a Century Village?

25       A.   Very close.  Not that huge, though,

24

1    but along the same lines.

2         Q.   So you went back to Tallahassee in

3    April 1990 for commencement exercises, and then

4    how soon after that did you begin work at the

5    City of Fort Myers?

6         A.   I think it was in about May of that

7    year.  I'm not 100 percent on that.

8         Q.   This was a brand new program?

9         A.   For that recreation center, yes.

10        Q.   It was called a senior program?

11        A.   It was for seniors, right.

12        Q.   Was there an official name?  Do you

13   remember what it was called?

14        A.   I don't think there was an official

15   name.  It was just -- it was a recreation center

16   that already existed that had youth and adult

17   activities, but did not have any senior

18   activities.

19        Q.   So what were you responsible for --

20        A.   Starting the program, recruiting,

21   quote, unquote, membership.  There was I think a

22   two dollar membership, so it wasn't a real hard

23   sell.  But developing a calendar of activities

24   to recruit seniors to the center and offer the

25   seniors of that community something to do during

1     the day.

2          Q.    That was two dollars per year?

3          A.    I think so.

4          Q.    How did you go about recruiting them?

5          A.    Pounding the pavement, putting out

6     fliers, word of mouth, press releases, you know,

7     that kind of stuff.

8          Q.    What kind of press releases?

9          A.    Things that would announce the events

10    that would go on.  Like if we had a dance class

11    or an exercise class or a field trip, that kind

12    of stuff.

13         Q.    Where were they placed, the press

14    releases?

15         A.    In local newspapers.  I'm sure there

16    was a mailing list of some sort.

17         Q.    Do you know what newspapers they were

18    put in?

19         A.    I don't remember.  I was there a very

20    short time.

21         Q.    When did you leave there?

22         A.    In August -- actually, the end of

23    July of 1990.

24         Q.    So you were there roughly

25    two-and-a-half months.

26

1      A.    Yes.

2      Q.    I take it you left for the job as

3  Director of Senior Friends at the hospital.

4      A.    That's right.

5      Q.    How did you find that job?

6      A.    Again, someone had called the school

7  from the hospital that was an FSU alumna that

8  knew of the program and asked if there was

9  anybody that had graduated from the program that

10  year that specialized in geriatrics, and I

11  happened to be the person that they gave the

12  name of.

13      Q.    Do you know who that person was that

14  called?

15      A.    Her name was Valerie Lockwood.

16      Q.    Do you know how many names she was

17  given from FSU?

18      A.    I believe I was the only one.

19      Q.    Were you the only person who

20  graduated that year from your program?

21      A.    That specialized in geriatrics.

22      Q.    What's your degree in?

23      A.    Leisure services and human studies,

24  and I had a concentration -- a certificate in

25  geriatrics.

pollution

27

1    Q.    It was leisure services and --

2    A.    Human studies.

3    Q.    Would you describe to me what kind of

4  classes you took to earn that degree.

5    A.    We had a little bit of everything,

6  from actual recreation planning, you know, how

7  to coordinate special events, to strategic

8  planning.  There was marketing classes.  There

9  was human behavior studies, understanding, you

10  know, what makes people tick.  What they would

11  like to do.  What they don't like to do,

12  depending on their age group.  There were actual

13  just classes on the study of leisure.  I mean,

14  you know.

15    Q.    What kind of professions do graduates

16  of this program typically go into?

17    A.    Recreation coordination mostly like

18  at cities; the city recreation planners,

19  retirement.  A lot of retirement communities

20  have recreation coordinators or planners.

21    Q.    What was the incentive for you to get

22  a certification in geriatrics?

23    A.    I don't know.  I don't know how I

24  ended up in that.  It was just something that --

25  I just liked working with old people.  I didn't

1    particularly like children at the time.  I

2    didn't want to work with children.

3         Q.   Have your views changed?

4         A.   Well, I like my own children.  I

5    still don't like other people's.  Don't write

6    that.

7         Q.   To get a certification in geriatrics,

8    how many credits did that take?

9         A.   I don't remember.  I think it might

10   have been three classes.  Twelve hours maybe, 15

11   hours maybe.  I don't know.

12        Q.   Did you know anyone in this field of

13   leisure services and human studies that

14   influenced you to go into that field?

15        A.   No.

16        Q.   Was that your first major?

17        A.   No.

18        Q.   Did you get another major before

19   that?

20        A.   Yes.

21        Q.   What was that?

22        A.   Juvenile delinquency.  That cured

23   me.  Sociology and I changed from that.

24        Q.   When did you change?

25        A.   Well, I was on the six-year plan.  I

```
 1    would say probably around '86 when I transferred

 2    to Tallahassee.

 3         Q.    From where?

 4         A.    From a private college in Kansas

 5    called St. Benedictine.

 6         Q.    Are you from Kansas?

 7         A.    St. Louis.

 8         Q.    So you're from Missouri.

 9         A.    Yes.

10         Q.    Valerie Lockwood was also a graduate

11    of Florida State, correct?

12         A.    Correct.

13         Q.    Would it be fair to say that it was a

14    benefit to you to also be a Seminole alumna?

15         A.    Probably.  We stick together.

16               (Discussion off the record.)

17         Q.    (MR. JANKOWSKI)  I am going to show

18    you a few items just to clarify.  I take it this

19    is your application for employment.

20         A.    That would be it.

21         Q.    There's two pages there, just to make

22    sure.

23               MR. HANNAH:  Would you like that

24    marked?

25               MR. DEL RUSSO:  Do you want to mark
```

30

```
 1    those?
 2              MR. JANKOWSKI:  Yes.  Let's go
 3    quickly through these.  We'll be here forever
 4    otherwise.
 5         Q.   (MR. JANKOWSKI)  That's your
 6    handwriting?
 7         A.   Yes.
 8         Q.   And it's accurate?
 9         A.   Yes.
10              MR. JANKOWSKI:  We'll mark it as
11    one.
12              (Whereupon, a document was marked as
13         Plaintiff's Exhibit No. 1 for
14         identification by the reporter.)
15         Q.   (MR. JANKOWSKI)  I am going to show
16    you what looks to be a resume and ask you to
17    identify that.
18         A.   Yes.
19         Q.   That was your resume at the time?
20         A.   Yes.
21         Q.   Take a look at it.  It was accurate
22    at that time?
23         A.   Yes.
24              MR. JANKOWSKI:  Mark this No. 2.
25              (Whereupon, a document was marked as
```

31

1          Plaintiff's Exhibit No. 2 for

2          identification by the reporter.)

3          Q.    (MR. JANKOWSKI)   I am going to show

4    you two different documents.   I'm not sure they

5    go together.   They are marked one and two.

6    These are called Bates stamps at the bottom.

7               My question is going to be was this

8    given to you at the time you were hired or if

9    you can identify those documents?

10          A.   I remember seeing this.   If it was

11   given to me at the time I was hired, I don't

12   know.   I got it, I'm sure, sometime.   This I

13   remember, also.

14          Q.   I don't see any dates on there, so

15   it's hard for me to identify.   Let me ask you

16   this.   On the document that's numbered 0002,

17   would this be an accurate description of the

18   Senior Friends position, the position into which

19   you were hired?

20          A.   Yes.

21          Q.   So these were all your job

22   responsibilities at that time.

23          A.   Yes.

24          Q.   Now, you said you saw No. 2, correct,

25   before?

```
 1            A.    Yes.   I think I've seen them both.
 2    But if they were given to me at the time that I
 3    was hired or once I got there, I couldn't tell
 4    you.
 5            Q.    You don't recall anyone discussing
 6    this is what the job requirements are with you?
 7            A.    At the interview?
 8            Q.    Yes.
 9            A.    Yes.
10            Q.    So it's possible that these were
11    shown to you at that time.
12                  MR. DEL RUSSO:  Object to the form.
13                  THE WITNESS:  It's possible.
14            Q.    (MR. JANKOWSKI)  It is possible.
15            A.    Yes.
16            Q.    But you're not positive.
17            A.    Not positive.
18                  MR. JANKOWSKI:  Do you want to mark
19    these separately or together, Alex?
20                  MR. DEL RUSSO:  Your pleasure.  Why
21    don't you just make it a composite.
22                  (Whereupon, a document was marked as
23         Plaintiff's Exhibit No. 3 for
24         identification by the reporter.)
25            Q.    (MR. JANKOWSKI)  I take it your date
```

1    of employment -- well, I'm not sure.  These

2    dates show August.  I'm showing you your W-4.  I

3    believe it's yours.  Excuse me.  The W-4 form

4    looks to be signed.  Your name is on it.  And

5    also a New Hire Checklist.  Dates appear on

6    there at the bottom.

7              MR. JANKOWSKI:  I am going to go

8    through this, Alex, because of time.

9         Q.   (MR. JANKOWSKI)  Eight 16.  I show a

10   note on the document talks about the manual

11   which is marked 7-16-90.

12        A.   That's an eight.

13        Q.   Okay.  Fine.

14        A.   It's just a bad copy.

15        Q.   Based on these three documents

16   here -- first of all, do you recognize them?

17        A.   Yes.

18        Q.   This is your W-4?

19        A.   Yes.

20        Q.   That's your signature at the bottom?

21        A.   Yes.

22        Q.   This is also your signature at the

23   bottom?

24        A.   Yes.

25        Q.   You were single I take it.

1          A.    Yes.

2          Q.    And your acknowledgment of the

3    receipt of the --

4          A.    Manager's Manual.

5          Q.    Is it fair to gather from these

6    documents -- was August the 16th your date of

7    hire?

8          A.    That would be about right.

9               MR. JANKOWSKI:  Would you mark this

10   as Composite 4.

11              (Whereupon, a document was marked as

12        Plaintiff's Exhibit No. 4 for

13        identification by the reporter.)

14         Q.    (MR. JANKOWSKI)  When you were hired

15   who was your supervisor?

16         A.    Valerie Lockwood.

17         Q.    And her position at the hospital?

18         A.    She was the Director of Public

19   Relations.

20         Q.    Was she also in charge of marketing?

21         A.    I believe so.

22         Q.    You're not sure?

23         A.    Well, I just don't think we had the

24   title at that time for the hospitals.

25         Q.    How long did you report to her?

1   A.   She was promoted to the corporate

2   office probably sometime in mid 1991.

3   Q.   So from your date of hire in August

4   of 1990 until 1991, you reported to Valerie

5   Lockwood.

6   A.   Right.

7   Q.   As far as you know, that didn't

8   change during that time.

9   A.   No.

10   Q.   When she was promoted to the

11   corporate, did you still report to her?

12   A.   Corporate Humana.  No.  Directly, no.

13   Q.   You said directly, no.

14   A.   She was -- there was a position

15   created for her at the corporate office.  That

16   was where she would oversee -- she was promoted

17   to a position at the corporate office that I

18   don't know the exact title, but she was hired to

19   bring about a consistency of the seniors program

20   of all the hospitals in South Florida.  So at

21   that time I reported locally at the hospital

22   directly to the executive director I think was

23   the title at the time.

24   Q.   Who was the person?

25   A.   Ed Maas.

1       Q.    That's M-A-A-S, right?

2       A.    Right.

3       Q.    So in mid 1991 when Valerie left to

4    go to corporate Humana, at that time you

5    reported directly to Ed Maas.

6       A.    Right.

7       Q.    He was the executive director or

8    CEO.

9       A.    Right.

10      Q.    How long did you report to Ed Maas?

11      A.    Until he left, I guess.  I don't have

12   any idea what the time frame was there.

13      Q.    I'm going to show you a New Employee

14   Orientation Checklist and ask if you recognize

15   that.

16      A.    Yep.

17      Q.    Is that your signature on the bottom?

18      A.    Yes.

19      Q.    Now, the date on the top shows

20   8-20-90.

21      A.    That can't be right, because I wasn't

22   married in '90 and my name was changed already.

23      Q.    That shows Jerry Sutphin.

24      A.    Yes.

25      Q.    Do you know when Jerry Sutphin came

37

1    on board?

2        A.    After Ed.  I have absolutely no idea

3    when that was.  It could have been '91.  I don't

4    know for sure.  But I wasn't married until

5    August 17, 1991, so obviously there's something

6    wrong there.

7        Q.    How did you sign that?

8        A.    Monteiro.

9        Q.    So you were already married.

10       A.    Yes.  So there's something wrong with

11   that date.

12       Q.    If that were August 20, 1991, would

13   that be more accurate?

14       A.    I'm sorry.  What was your question?

15       Q.    I want to say this.  Since you are

16   pregnant if you need to go to the bathroom,

17   whatever, say you need time out.

18           MR. HANNAH:  If you need to take a

19   phone call.

20           MR. JANKOWSKI:  This isn't like a

21   painful execution kind of thing.  If you need to

22   make a phone call.

23           THE WITNESS:  I don't know who it is,

24   but they are being very persistent.

25           MR. JANKOWSKI:  Since you have a

38

1    young child, I don't want to hold you from that,

2    if that's necessary.

3              THE WITNESS:  No.

4         Q.   (MR. JANKOWSKI)  So those dates just

5    don't jive with what your recollection of the

6    dates are.

7         A.   Definitely not.

8         Q.   You don't know when Jerry Sutphin

9    came on board.

10        A.   I know if I started at the hospital

11   in 1990, I know Ed was there at that time and

12   Valerie was there.  So this is definitely

13   wrong.  And I wasn't married then either.

14        Q.   Jerry Sutphin replaced Ed Maas,

15   correct?

16        A.   Yes.

17        Q.   Now, whenever that happened, I'm not

18   going to hold you to the date, since you don't

19   recall.  But when Jerry Sutphin replaced Ed Maas

20   or came into the position of Ed Maas, you then

21   reported to Jerry Sutphin.

22        A.   Yes.

23        Q.   If I understand you correctly, it was

24   Valerie Lockwood until mid 1991 when she went to

25   corporate Humana.  When that happened you then

```
 1    reported to Ed Maas.

 2         A.    Right.

 3         Q.    And you reported to Ed Maas until

 4    Jerry Sutphin came into the picture.

 5         A.    Right.

 6              MR. JANKOWSKI:  I want to mark this

 7    as No. 5, this New Employee Orientation

 8    Checklist.

 9              (Whereupon, a document was marked as

10         Plaintiff's Exhibit No. 5 for

11         identification by the reporter.)

12         Q.    (MR. JANKOWSKI)  Was there a

13    probation period when you were first hired?

14         A.    I think there was a three-month

15    evaluation that would be maybe considered a

16    probationary.

17         Q.    I'm going to show you an Applicant

18    Rating Report - it's two-sided - and ask if you

19    have seen that before.

20         A.    No, I don't remember seeing that.

21         Q.    Can you identify the signature on the

22    first page up on top?

23         A.    Which?

24         Q.    The one beneath your name.

25         A.    It looks like KESO.  I don't know who
```

40

1    that is.

2         Q.   Do you remember who you interviewed

3    with when you applied for the job?

4         A.   Valerie.

5         Q.   She was the only person you

6    interviewed with?

7         A.   That I remember.  I don't know who

8    this is.

9         Q.   Did you interview with anybody in

10   personnel?

11        A.   Oh, she might have been in human

12   resources.  Yes, I think I did interview with

13   human resources that day about -- I thought it

14   was a benefit thing maybe.  But I still don't

15   know who she is, K. Eso.  I don't have any

16   recollection of that person.

17        Q.   Do you recall how many people you

18   interviewed with during the application and

19   interview process?

20        A.   I thought it was just Valerie.

21        Q.   Does this document jog your memory

22   that there may have been more than one

23   interview?

24        A.   Not really.  I remember going over to

25   human resources and getting the benefit package

41

1    and all that stuff, but I don't specifically

2    recall having an interview with them at all.

3         Q.   On the very bottom here there's a

4    notation.

5         A.   What's the date on that?  Is that a

6    nine or a seven?

7         Q.   I don't know.  Same person signed it

8    down here it looks like on the back of the last

9    page.

10        A.   It's a seven, so it would have been

11   right before I was hired.

12        Q.   It says here -- look at the bottom

13   here.  There's a preprinted portion.  It says,

14   recommended for the position.  There's an X in

15   the box.  Next to that position is crossed out

16   and intern was written above that.

17        A.   I have no idea.  I couldn't tell you.

18        Q.   As far as the date goes, 7-28-90,

19   would that be your interview date?

20        A.   It could have been.  I know I went

21   over there on a Saturday.

22        Q.   I don't have a calendar here.

23        A.   If that was a Saturday, then that was

24   it.

25             MR. HANNAH:  Do you want to mark

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

```
 1    this?
 2             MR. JANKOWSKI:  In a second, yes.  I
 3    want to make sure.
 4         Q.   (MR. JANKOWSKI)  Here's another
 5    Applicant Rating sheet with the same date on
 6    it.
 7         A.   No.  I have never seen either of
 8    them.
 9         Q.   But this is an evaluation -- a rating
10    sheet rather.
11         A.   Of the same day?
12         Q.   Of the same day.  And it has Valerie
13    Lockwood up there.
14         A.   Right.  So that must have been my
15    interview date.
16         Q.   If you look at what's been marked as
17    Exhibit 1, the date of your application is also
18    7-28-90.
19         A.   Yes.
20         Q.   So based on those three documents,
21    the two rating sheets and your application, can
22    we make an assumption that was the date of your
23    interview?
24             MR. DEL RUSSO:  Object to the form.
25             THE WITNESS:  Yes.
```

43

1        Q.    (MR. JANKOWSKI)   Do you have any

2   reason to believe it was not the day of your

3   interview?

4        A.    No.

5              MR. JANKOWSKI:   Let's mark the two

6   rating sheets together if we could as Composite

7   Exhibit 6.

8              (Whereupon, a document was marked as

9         Plaintiff's Exhibit No. 6 for

10        identification by the reporter.)

11       Q.    (MR. JANKOWSKI)   Where do you work

12  now?

13       A.    I work for a company called Gambro

14  Healthcare Laboratory Services.

15       Q.    G-A-M-B-R-O?

16       A.    Correct.

17       Q.    How long did you work there?

18       A.    I started there in January.

19       Q.    Of this year?

20       A.    Yes.

21       Q.    Why did you leave Memorial

22  Healthcare?

23       A.    For a better opportunity.

24       Q.    Where did you go after that?

25       A.    I went to a company called Med

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL   (954) 522-6401

```
 1   Partners - it was a physician practice

 2   management - as their Director of Marketing.

 3          Q.    When did you go there?

 4          A.    I went there in I guess around June

 5   of '98.

 6          Q.    Why was that a better opportunity?

 7          A.    It was a position that I was in

 8   charge of the south market.  So I was in charge

 9   of like seven states.  It was a promotion for

10   upwards of 60 physician practices in those

11   states and a considerable raise.

12          Q.    How much were you making there?

13          A.    High 50s.  Fifty-seven, 58.

14          Q.    Where are they located?

15          A.    They are no longer in business.

16          Q.    Where were they located?

17          A.    They were locally.

18          Q.    Where did you report to?

19          A.    In Plantation.

20          Q.    Do you remember the address?

21          A.    Not exactly.  It was the Cornerstone

22   building on Pine Island and Peters.

23          Q.    1200 --

24          A.    That might be right.

25          Q.    -- South Pine Island?  I used to be
```

1    in that building.

2            A.    Oh.

3            Q.    Who did you report to there?

4            A.    Luis Mosquera, L-U-I-S

5    M-O-S-Q-U-E-R-A.

6            Q.    What was his position?

7            A.    He was the regional president.

8            Q.    Where was the head office?

9            A.    Birmingham, Alabama.

10           Q.    How long did you work there?

11           A.    Until January of this year.

12           Q.    What happened then?

13           A.    I went to Gambro.

14           Q.    Why did you leave?

15           A.    Another opportunity.  A recruiter

16   called me and I went to interview.  And it just

17   seemed like a company I would like to work for.

18           Q.    What's your title at Gambro?

19           A.    Marketing manager.

20           Q.    Marketing manager?

21           A.    Yes.

22           Q.    What are your responsibilities there?

23           A.    I'm responsible for marketing the

24   laboratory services for -- we specialize in

25   ESRD, which is N-stage renal disease testing for

46

1    patients who are on kidney dialysis.  And I am

2    responsible for marketing to dialysis centers to

3    promote our services in blood and specimen

4    processing and everything else that comes my

5    way.

6        Q.   How much do you make there?

7        A.   Seventy.

8        Q.   Who do you report to?

9        A.   Jim Sweeney.

10       Q.   What's his title?

11       A.   He is the Director of Client Services

12   in Field Operations.

13       Q.   What's their address?

14       A.   3951 Southwest 30th Avenue, Fort

15   Lauderdale, 33312.

16       Q.   Do you manage any employees there?

17       A.   Yes.

18       Q.   How many?

19       A.   One.  One directly and a temp pool of

20   12 people.

21       Q.   How about at Med Partners, did you

22   have any people that you managed there?

23       A.   No.

24       Q.   I'm going backwards.  With Memorial

25   Healthcare did you have any people you managed

```
 1    there?

 2         A.    Yes.

 3         Q.    How many there?

 4         A.    Five.

 5         Q.    What's the title of those five

 6    employees?

 7         A.    They ranged from secretarial to

 8    supervisors and coordinators of Memorial senior

 9    centers.

10         Q.    Did you have five at the time that

11    you received that position in December 1995?

12         A.    I don't think so.  I think there was

13    three and then we brought two more on along the

14    way; one more for each center.

15         Q.    Do you have any employees that you

16    managed while you were Director of Public

17    Relations/Marketing and Senior Services?

18         A.    Yes.

19         Q.    How many did you have then?

20         A.    Just one, I believe.

21         Q.    Who was that?

22         A.    Miriam Muniz.

23         Q.    How do you spell the last name?

24         A.    M-U-N-I-Z.

25         Q.    What was her position?
```

48

1      A.    At which time?

2      Q.    In January 1994 when you received

3   that position.

4      A.    She would have been -- I can't

5   remember what her exact title was at that

6   point.  Some type of an assistant position.

7      Q.    Administrative assistant?

8      A.    No.  They didn't call it that.  I'm

9   not 100 percent sure.  It was assistant of some

10  sort.  Recreation assistant or senior

11  assistant.  Senior assistant maybe.  Something

12  like that.

13     Q.    Was she your assistant previous when

14  you were the Director of Senior Friends?

15     A.    Yes.

16     Q.    She just moved along with you?

17     A.    Yes.  She stayed in the department.

18     Q.    How long did she stay with you?

19     A.    She is still there.

20     Q.    Where was she in August 1990 when you

21  were hired?

22     A.    She was at the hospital, but in a

23  different position.  She worked in ER

24  registration.

25     Q.    When did she come over to you?

49

```
 1          A.   I would say within six months.

 2          Q.   I'm going to show you a document

 3   that's entitled Employee Performance Appraisal

 4   and ask you if you recognize that.

 5          A.   Yes, I do.

 6          Q.   Do you recall is that your first

 7   evaluation or appraisal that you received?

 8          A.   It seems like Valerie had done one

 9   prior to this.  This looks like Ed's signature.

10   I think Valerie did a three-month or some kind

11   of an interim one prior to this.  I could be

12   wrong.

13          Q.   But as far as dates that are covered

14   on the first page --

15          A.   That would be my first annual.

16          Q.   First annual review?

17          A.   Yes.

18          Q.   If you look through there, is that

19   information correct that's on there?

20          A.   Yes.

21          Q.   And that's your signature on the last

22   page?

23          A.   Yes, it is.

24               MR. JANKOWSKI:  You can mark this as

25   No. 7.
```

```
 1            (Whereupon, a document was marked as
 2       Plaintiff's Exhibit No. 7 for
 3       identification by the reporter.)
 4       Q.   (MR. JANKOWSKI)   The last comment
 5  under D there, if you would just read that out
 6  loud for me; the last paragraph.
 7       A.   I think I get to use most of what I
 8  know, that one?
 9            MR. DEL RUSSO:   The last one.
10       Q.   (MR. JANKOWSKI)   D.
11       A.   I want to start working on a Master's
12  Degree.
13       Q.   Was there a time that you began --
14       A.   Yes.
15       Q.   When was that?
16       A.   I started my program in January of
17  '93 and finished in December of '97.
18       Q.   That was a Master's program?
19       A.   Yes.   Health services administration
20  at FIU.
21       Q.   Health services administration?
22       A.   Yes.
23       Q.   What does that include?   What are
24  some of the classes that you took?
25       A.   That was, again, a little of
```

1    everything in healthcare, from hospital

2    administration, you know, working with

3    physicians, strategic planning, marketing.  Just

4    a lot of studies on healthcare and how it

5    functions, managed care, all the different

6    aspects.  Long program, 53 credits.

7         Q.    How many credits did you take that

8    first semester?

9         A.    I couldn't tell you exactly.  I

10   usually took either one or two classes, because

11   I went to night school and I was still working

12   full time.

13        Q.    One class being three credits?

14        A.    Three or four, depending on the

15   class.  So I would take either four or six hours

16   a semester, depending on how difficult the class

17   was and how much time it would demand of my

18   schedule.

19        Q.    But six hours would be two classes.

20        A.    Six hours would be two three-hour

21   classes.

22        Q.    Or one four credit.

23        A.    Or one four-credit hour.

24        Q.    So you took four to six credits per

25   semester.

52

```
 1          A.    Yes.

 2          Q.    Spring and fall or also summer?

 3          A.    And summer.  Year round for five

 4  years.

 5          Q.    Which campus did you go to?

 6          A.    All of them.  I had to go to Tamiami

 7  Trails sometimes, North Miami Beach sometimes,

 8  downtown Fort Lauderdale sometimes.  We had

 9  classes up at University Hospital was an adjunct

10  site.

11          Q.    FAU had adjunct sites?

12          A.    FIU.

13          Q.    You said you finished when?

14          A.    December of '97.

15          Q.    Your degree is a Master's in --

16          A.    Of health services administration.

17          Q.    What marketing courses did you take?

18          A.    In that curriculum?

19          Q.    Yes.

20          A.    Whatever was required.  There was

21  probably two or three classes.

22          Q.    Do you remember the course titles?

23          A.    I knew one for sure was strategic

24  planning.  Another one might have been

25  healthcare marketing or marketing for the
```

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

53

```
 1   healthcare professional, something like that.

 2   Also human resources classes.  It was a little

 3   bit of everything.

 4        Q.   So you don't know how many credits

 5   you had by the end of the first year, 1993.

 6        A.   For certain, no.  If I had to guess,

 7   I would say probably between 12 and 15.

 8        Q.   The hospital had a reimbursement

 9   program, correct?

10        A.   At that time it was Columbia, yes --

11   no.  I guess it was Humana still then.  I don't

12   know.

13        Q.   I will show you another Employee

14   Performance Appraisal which looks to be the

15   following year and ask if you can identify

16   that.

17        A.   Yes.

18        Q.   That's your performance evaluation?

19        A.   Yes.

20        Q.   Did this printout that's at the end

21   come with the evaluation?

22        A.   I couldn't tell you for sure.

23        Q.   Do you know what that printout is?

24        A.   It looks like my salary and then a

25   list of the benefits that I was taking at the
```

54

1   time.

2        Q.   Is that an accurate statement of what

3   you were receiving?

4        A.   For salary?

5        Q.   And benefits.

6        A.   When was this?   1992.   I would say it

7   probably is.

8        Q.   Do you have any reason to believe or

9   doubt that it's accurate?

10        A.   No reason to doubt it, no.

11             MR. JANKOWSKI:   If we can mark that

12   as Composite 8.

13             (Whereupon, a document was marked as

14        Plaintiff's Exhibit No. 8 for

15        identification by the reporter.)

16        Q.   (MR. JANKOWSKI)   I'm just going to

17   show you what's titled Program Attendance

18   Record.   I'm going to show them to you all at

19   once not to confuse you, but just the time

20   factors here.   I would just ask you to take a

21   look at them.   And I believe each one has your

22   name on it.   Just identify your name and that

23   those documents, if you had seen them before.

24        A.   Yes.

25        Q.   Let's just real quickly, so that I

1    understand for myself -- this first one - I

2    believe I have them in date order - marked

3    8-20-1990.  And this would be you here.  Your

4    maiden name, Willenbrock.

5           A.    Yes.

6           Q.    HSA, that is your position?

7           A.    Humana Seniors Association.

8           Q.    And this is orientation?

9           A.    Right.  That would have been my first

10   employer orientation.

11          Q.    The next one is?

12          A.    That's an annual employee update.

13          Q.    What would this be regarding?

14          A.    Everybody at the hospital has to do

15   an annual review.  I mean there's an annual

16   orientation of, you know, proper lifting,

17   biohazards, anything that you might be exposed

18   to at the hospital.

19          Q.    So --

20          A.    That's me.

21          Q.    That's your married name now.  So now

22   you are married.

23          A.    Right.

24          Q.    Humana Senior --

25          A.    Humana Seniors Association, same

56

```
 1    thing.  That's HSA.

 2         Q.   On to 12-16-92.

 3         A.   Same thing.

 4         Q.   HSA?

 5         A.   Same thing.

 6              MR. JANKOWSKI:  Mark this as

 7    Composite 9.

 8              (Whereupon, a document was marked as

 9         Plaintiff's Exhibit No. 9 for

10         identification by the reporter.)

11         Q.   (MR. JANKOWSKI)  I am going to next

12    show you a document entitled Confirmation

13    Document.  It's three pages.  And I just want

14    you to look at it to ensure that these numbers

15    are right.  I believe this is your starting

16    salary.  Verify that.  I believe it's on the

17    second page.  Look through that.

18         A.   Yes, it is.  That would have been the

19    three-month review there that Valerie probably

20    did.

21         Q.   So you got a small increase.

22         A.   Yes.  There was something to do with

23    a proration, because they changed the date when

24    they did all the evaluations of the manager to

25    once a year.  I started in August.  The next one
```

1    wouldn't have been for a whole year.  They had

2    to prorate it, I think, if I remember right.

3              MR. JANKOWSKI:  Let's mark that No.

4    10.

5              (Whereupon, a document was marked as

6        Plaintiff's Exhibit No. 10 for

7        identification by the reporter.)

8        Q.   (MR. JANKOWSKI)  That probably

9    explains this next document, Personnel Action

10   Request.  It looks like something about a labor

11   grade.  I have to assume that that's the -- I

12   don't want to assume.

13       A.   I don't know what it says.

14       Q.   I don't know what it is either.  I

15   would just like to understand if you knew what

16   that is.  Have you seen that before?  It seems

17   to coincide with your three-month review, if

18   that helps you at all.

19       A.   I don't know.  Do you know what that

20   says?

21             MR. DEL RUSSO:  I can't testify.

22             THE WITNESS:  I have no idea what

23   that says.

24       Q.   (MR. JANKOWSKI)  The last two words

25   should be labor grade?

58

1    A.    That's labor grade, yes.  I don't

2   know.  My salary was no change.  I don't know.

3   Did I even sign this one?  I didn't even sign

4   this one.  What was the date on this one?

5   12-2.  I don't know.  I don't know if they are

6   related or not.

7    Q.    I show you two documents.  There are

8   some notations.  This may clarify it over here.

9   Something to --

10    A.    To correct LG only.

11    Q.    I am going to assume, but I am not

12   going to say - LG is labor grade --

13    A.    Labor grade.

14    Q.    -- if they tie together.

15    A.    I don't remember either.

16    Q.    That's okay.  I don't want to belabor

17   it.  But you've got a 1.6 merit increase.  That

18   was correct?

19    A.    That was probably this one, right,

20   yes.

21    Q.    As of 12-2-90.  Then here you got a

22   15 percent increase.  I'm sorry.  To fifteen

23   dollars.  My mistake.

24    A.    Right.  Six point five percent.

25    Q.    So that's accurate, 6.5 percent, as

1    far as you can remember.

2         A.    That would have been the first

3    evaluation that I saw in here somewhere.   There

4    was another one.   This one.   Six point seven

5    here it says, but whatever.   That would have

6    been for this evaluation.

7         Q.    I was trying to put these documents

8    consistent to what you can recall.

9              MR. JANKOWSKI:   I am going to put

10   this as a Composite 11, Personnel Action

11   Request.

12             MR. DEL RUSSO:   The one that she

13   didn't recognize.

14             MR. JANKOWSKI:   Right.

15             MR. DEL RUSSO:   That's No. 11.

16             MR. JANKOWSKI:   It talks about labor

17   grade along with LG here.

18             (Whereupon, a document was marked as

19        Plaintiff's Exhibit No. 11 for

20        identification by the reporter.)

21        Q.    (MR. JANKOWSKI)   This is a Personnel

22   Action Request, looks to be dated November 1992,

23   and ask if that's your signature on the bottom.

24        A.    Yes.   This was my next annual

25   evaluation.

1      Q.    And you received a 4.8 percent

2   increase.

3      A.    Right.

4           MR. JANKOWSKI:  Make that No. 12.

5           (Whereupon, a document was marked as

6      Plaintiff's Exhibit No. 12 for

7      identification by the reporter.)

8      Q.    (MR. JANKOWSKI)  I show you another

9   Program Attendance Record, Employee Update.  I

10  don't see any date on there, but is this your

11  signature on this line here?

12     A.    Yes.

13     Q.    I see now your position here is now

14  Director of Seniors --

15     A.    Seniors and PR.  1994.

16     Q.    January of 1994.

17     A.    Yes.

18     Q.    So that's part of the annual review.

19     A.    Yes.  That was the annual review.

20           (Whereupon, a document was marked as

21      Plaintiff's Exhibit No. 13 for

22      identification by the reporter.)

23     Q.    (MR. JANKOWSKI)  I am going to show

24  you the Personnel Action Request as of '91.

25     A.    Right.

61

1          Q.    Do you recognize that?

2          A.    Not specifically, but the information

3    is there.  I didn't sign it either.

4          Q.    The 6.5 percent seems to coincide

5    with Exhibit No. 7.

6          A.    Right.

7          Q.    So as far as you can tell, that 6.5

8    percent increase seems to be correct.

9          A.    Right.

10         Q.    Is there anything on here - look it

11   over - that you believe is incorrect?

12         A.    No.

13              MR. JANKOWSKI:  Mark that then as

14   14.

15              (Whereupon, a document was marked as

16        Plaintiff's Exhibit No. 14 for

17        identification by the reporter.)

18         Q.    (MR. JANKOWSKI)  Again, for time I am

19   going to show you various documents that were

20   produced to us by the hospital from your --

21   which I understand was from your personnel file

22   for reimbursement.  Rather than go through each

23   one individually, take your time and look

24   through them and see if they are accurate as far

25   as the credits you took and for the

62

```
 1   reimbursement that you received.

 2        A.   Yes, these are correct.

 3             MR. DEL RUSSO:  Let me see them,

 4   please.

 5             MR. JANKOWSKI:  Let's make that a

 6   Composite 15 if we could.

 7             (Whereupon, a document was marked as

 8        Plaintiff's Exhibit No. 15 for

 9        identification by the reporter.)

10        Q.   (MR. JANKOWSKI)  I am going to go to

11   page 3.  And I assume this is the spring

12   semester 1993.

13        A.   Right.

14        Q.   And you took a total of three

15   credits.

16        A.   Yes.  That was my very first class.

17        Q.   Do you remember what the class was?

18        A.   Research methods, something or

19   another.  It was a research class.

20        Q.   Do you recall what kind of research

21   it was?

22        A.   It was a design class.  It was how to

23   do research.  It wasn't specifically in

24   researching something.  It was how to conduct

25   research.
```

```
 1          Q.    Like what books to go to, what

 2    resources are available, that type of thing?

 3          A.    Right.

 4          Q.    Now, is this the next summer?  I'm

 5    looking upside down.

 6          A.    This is -- I don't know what it is.

 7    This is a copy of the receipt for a class.  Oh,

 8    this is for that class.  I had to register for

 9    that class, right.  Because it was December of

10    '92.

11          Q.    That's fine.

12          A.    That was the registration.

13          Q.    That's No. 235, the Bates stamp.  So

14    that goes to the previous page of 234.  Fine.

15                Now, Bates stamp No. 216.

16          A.    This is fall and this was for

17    poly/sci.

18          Q.    That would be political science?

19          A.    Yes.  And that's the receipt for the

20    class.

21          Q.    So that was one class.

22          A.    Yes.  That was four hours.

23          Q.    So the one class, four hours, four

24    credits.

25          Q.    Yes.
```

64

1        A.    That was your fall.

2        Q.    Yes.   Do you remember the first year

3   you went to summer school?

4        A.    Yes.   I'm sure I did.   I went year

5   round every year.   This is now fall of '94.

6   This was a financial class, financial management

7   and health services.   And this was spring of

8   '94 -- no.   Summer of '94.   And that was

9   introduction to health services.

10       Q.    I take it you submitted all of your

11   credits and costs to the hospital for

12   reimbursement.

13       A.    I think there was a cap, which is

14   probably why there's some missing ones.   I think

15   they only reimbursed a certain amount a year.   I

16   think it was a thousand dollars.   So I might

17   have been on my own for some of it, which might

18   explain why there are some missing ones.

19       Q.    Are you absolutely positive that you

20   went to the summer session in '93?

21       A.    I went.   I never missed a semester,

22   even when I was pregnant and in the labor room.

23   I was writing a paper while I was in labor.   I

24   never missed a semester in five years.   I

25   couldn't have.   I couldn't have gotten it done,

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL   (954) 522-6401

1    because you had to finish in five years or they

2    would throw you out.

3         Q.   When was your son born?

4         A.   My son was born in March of '96.

5         Q.   So that would be '95 then when you

6    were pregnant I take it.

7         A.   Yes.

8         Q.   So 1993, that wouldn't apply as far

9    as being pregnant.

10        A.   No.

11        Q.   But as far as the records here,

12   unless I'm overlooking something -- if you want

13   to look through it again, please do.  What I

14   have there which I have shown to you is what I

15   have.  I see seven credits for 1993.

16        A.   Actually, there was 11.  So there was

17   a missing form.

18        Q.   So there's three and four, spring

19   semester.

20        A.   And then whatever I took in the

21   summer.

22        Q.   So that was possibly a four-credit

23   course.

24        A.   Right.

25        Q.   You wouldn't remember what course

66

1    that may have been.

2        A.    No.

3        Q.    But from these two courses you had a

4    research course and a political science course.

5        A.    Right.

6        Q.    Would you have those documents at

7    home by any chance?

8        A.    Probably not.

9        Q.    Would the school have them?

10        A.    I was so glad to get out that I threw

11    that out.

12        Q.    Would the school have those

13    transcripts?

14        A.    I'm sure they would.

15        Q.    Is it possible to get those

16    transcripts?

17        A.    If it's relative.  I don't have any

18    objection to it.  I know I went all year.

19        Q.    But you don't know if you have one at

20    home or not.

21        A.    If I do I don't know where it would

22    be.  I don't think I kept any of that stuff.

23             MR. JANKOWSKI:  Let's take a

24    five-minute break.

25             (Whereupon, a brief recess was

```
 1              taken.)

 2              Q.   (MR. JANKOWSKI)  I am going to show

 3    you, Mrs. Monteiro, another Personnel Action

 4    Request form with an Employee Performance

 5    Appraisal that looks to be from 1990 and ask if

 6    that is something that you recognize.

 7              A.   Yes.  This was the three-month.

 8              Q.   That was the interim report you spoke

 9    about before.

10              A.   Yes.

11              Q.   That was for the three months --

12              A.   Right.

13              Q.   -- when you were first hired.

14              A.   About, yes.

15              Q.   When you were hired, what experience

16    did you have in hospitals or healthcare?

17              A.   None.

18              Q.   That would include marketing

19    experience in the hospital healthcare?

20              A.   I didn't work in healthcare prior to

21    that.

22              Q.   So you had no experience in

23    marketing.

24              A.   I wouldn't say that.  I think

25    that --
```

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

```
 1            Q.    In healthcare I'm talking about.

 2            A.    In healthcare, no.

 3            Q.    And in public relations.

 4            A.    In healthcare?

 5            Q.    Yes.

 6            A.    No, none in healthcare.

 7            Q.    I'm going to show you a Personnel

 8   Action Request --

 9                  MR. DEL RUSSO:  Excuse me.  Did you

10   intend to mark this?

11                  MR. JANKOWSKI:  I'm sorry.  Yes.

12                  MR. DEL RUSSO:  No. 16.

13                  MR. JANKOWSKI:  Yes.

14                  (Whereupon, a document was marked as

15          Plaintiff's Exhibit No. 16 for

16          identification by the reporter.)

17            Q.    (MR. JANKOWSKI)  I'm going to show

18   you a preprinted Personnel Action.  I'm not sure

19   what that word is.  There's a hole through it.

20            A.    Request.

21            Q.    Request.  If you could look at that

22   and identify that document.

23            A.    This is '94.

24            Q.    Who gave you that evaluation?

25            A.    Pam Corliss.
```

69

1      Q.    So you do recognize the request

2  form.

3      A.    Yes.

4      Q.    And your signature appears on this.

5      A.    Not on that one.  Not on that one.

6      Q.    But the information that's on here

7  and the dates, would they be accurate?

8      A.    That would have been my annual, yes,

9  '94.  My annual for '93.

10     Q.    Annual for 1993.

11           Now, on page 2 here it says, Director

12 of Public Relations and --

13     A.    Seniors Association.

14     Q.    So this is following your promotion.

15           MR. DEL RUSSO:  Object to the form.

16           THE WITNESS:  Correct.

17     Q.    (MR. JANKOWSKI)  Earlier you

18 testified that you became Director of Public

19 Relations/Marketing and Senior Services in

20 January 1994.

21     A.    Right.

22     Q.    And I take it was that a promotion

23 from Director of Senior Friends?

24     A.    I guess you would call it that, yes.

25     Q.    So that would be the indication here

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

1      on this line.

2           A.    Right.   That was the title change

3      from, to.

4           Q.    And with that promotion did you

5      receive an increase?

6           A.    Yes.

7           Q.    Do you recall what that increase was?

8           A.    Ten percent.

9           Q.    Now, is that the 10 percent that's

10     reflected back on this schedule back here, which

11     is Bates stamped 109?  This line up on top

12     12-26-93, that would be a 10 percent increase

13     there?

14          A.    I would guess so.

15          Q.    The year before that was 4.8

16     percent.  The year before that was 6.5 percent.

17     The year before that was 1.6 percent.  Was that

18     the interim report?

19          A.    Yes.

20          Q.    Those numbers are accurate, to the

21     best of your knowledge?

22          A.    They jive.

23              MR. JANKOWSKI:  We can mark this as

24     No. 17.

25              (Whereupon, a document was marked as

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

1          Plaintiff's Exhibit No. 17 for

2          identification by the reporter.)

3          Q.    (MR. JANKOWSKI)   I show you an

4     employee personnel -- I'm sorry.  Employee

5     Performance Appraisal, which seems to cover the

6     same period of time, 1993.  I ask you if you

7     recognize that.

8          A.    I don't think this first sheet is

9     right, is it?  '95, '94.  Yes, I guess.  Because

10    this is '95.  I think this was just late when I

11    got it.

12         Q.    The Bates stamp should be in order,

13    92, 93, 94, 95, 96.  I can't speak whether they

14    are correct.  That's why I'm asking you to look

15    at that.  If it's not correct, please let me

16    know.

17              MR. DEL RUSSO:  Object to the form.

18              THE WITNESS:  '93, '94.  I guess this

19    would be the one for that time frame.  It seems

20    like it should have been January to January

21    according to my last evaluation, which was

22    January.  It's close.  It's not exact.  It's my

23    evaluation.

24         Q.    (MR. JANKOWSKI)   For the time period

25    12-1-93 to 12-1-94?

1          A.    Well, that's the thing that -- I mean

2    this is for January.  My title change was

3    actually in January, so I guess they were just

4    always late.  I don't know when they did their

5    evals.

6          Q.    And this evaluation was done by whom?

7          A.    This one was done by Pam Corliss,

8    also.

9               MR. JANKOWSKI:  If you can mark that

10   then as No. 18.

11              (Whereupon, a document was marked as

12       Plaintiff's Exhibit No. 18 for

13       identification by the reporter.)

14         Q.    (MR. JANKOWSKI)  Next to your

15   signature is 1-17-95, correct?

16         A.    Right.

17         Q.    I'm going to show you an Employee

18   Performance Appraisal which has the dates on it

19   of 12-2-92 to 12-2-93 and ask you to look at

20   that as well.

21         A.    This one states '94, also.   '92, '93.

22         Q.    Now, there's no -- I'm not trying to

23   trick you here.  These are marked Bates

24   stamped.  That's how I received them.  So I need

25   to understand if something goes with something

73

```
 1    else and the dates are wrong.  If we can clarify
 2    that, if you know.
 3          A.   No.  I guess it just throws me off.
 4    It starts in '92 and then I sign in '94.  It's
 5    just that they flow over to the next year,
 6    because it's right on that deadline.  So this
 7    would have been for the year '92 -- year of
 8    '93.  And this is for the year of '94, right?
 9    Yes.
10          Q.   I can't speak.  I don't know.  I know
11    what they say on the face of the document, but I
12    can't speak to the accuracy of it.
13          A.   Right.
14          Q.   I want to show you -- maybe this will
15    help if I can just grab this for a second.  On
16    the third page, which is Bates stamped 114, this
17    paragraph talks about a Rec. 5 percent merit
18    increase.
19          A.   Received 5 percent merit increase,
20    plus 10 percent adjustment for PR.  So this
21    was -- this is the one that went with this.
22    This one here goes with this one.
23          Q.   I'm sorry?
24          A.   This goes with this.
25               MR. DEL RUSSO:  You better indicate
```

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

74

```
 1   the numbers, otherwise this is going to be
 2   meaningless.
 3                 MR. JANKOWSKI:  Do you want to go off
 4   the record to try and clarify?
 5                 MR. DEL RUSSO:  Off the record.
 6                 (Discussion off the record.)
 7                 MR. JANKOWSKI:  We are marking the
 8   Bates stamps 112 through 115 as Exhibit 19.
 9                 (Whereupon, a document was marked as
10          Plaintiff's Exhibit No. 19 for
11          identification by the reporter.)
12          Q.    (MR. JANKOWSKI)  Miss Monteiro, if
13   you could clarify for the record what goes with
14   what.
15          A.    Personnel Action Request marked
16   Exhibit 17 goes with the Employee Performance
17   Appraisal marked Exhibit 19.
18          Q.    So these two coincide.
19          A.    Right.
20          Q.    And I showed you the paragraph --
21   here.  If you could explain these two increases
22   for me.  I'm pointing to a page Bates stamped
23   114.
24          A.    It looks like I was given a 5 percent
25   increase for my annual review of my senior
```

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

1    position for the year of 1993 and then a 10

2    percent adjustment for the title change to

3    public relations and senior services for

4    effective in January of '94.

5        Q.   Now, if you look at page -- the Bates

6    stamped number of 111, in the middle of the

7    page.  These are the increases of which you

8    spoke.  So we have the 10.05 percent increase,

9    which according to this printout was effective

10   12-26-1993.

11       A.   Yes.

12       Q.   And that was an increase that you

13   received when you became the public relations --

14       A.   Correct.

15       Q.   That was for the promotion.

16       A.   Right.

17       Q.   And then you received another 5

18   percent increase on January the 9th, 1994, and

19   that was your merit increase.

20       A.   I'm assuming that that's what that

21   is, yes.

22       Q.   So within that two-month span you

23   received an increase of 15 percent.

24       A.   Right.  Or two-week span, actually,

25   not two months.

76

1          Q.   Now, at any time during your

2     employment with the hospital, did you report to

3     Jackie Iaia?

4          A.   No.

5          Q.   What marketing courses or seminars

6     did you have prior to going to your Master's

7     program while employed at the hospital?

8          A.   Just whatever I had in my

9     undergraduate work.

10         Q.   What public relations experience did

11    you -- seminars or education other than your

12    Master's program did you receive while you were

13    employed at the hospital prior to beginning your

14    Master's program?

15         A.   Could you repeat that again.

16         Q.   Did you have any training, did you go

17    to any seminars for public relations that were

18    hospital related while you were employed at the

19    hospital?

20         A.   Not that I'm aware of.

21         Q.   Do you recall when Jackie Iaia was

22    let go by the hospital?

23         A.   It was around the fall of '92.

24         Q.   Do you know why she was let go?

25         A.   No.  What I was told was that they

```
 1    had a reduction in work force.

 2         Q.   Who told you that?

 3         A.   Jerry Sutphin.

 4         Q.   When did he tell you that?

 5         A.   Exactly I don't know.  Like the date

 6    I don't know.

 7         Q.   Did you know about that before she

 8    was let go?

 9         A.   No.

10         Q.   Were you present the day she was let

11    go?

12              MR. DEL RUSSO:  Object to the form.

13         Q.   (MR. JANKOWSKI)  Were you physically

14    present the day that she was let go?

15         A.   At the hospital?

16         Q.   Yes.

17         A.   Yes, I believe I was.

18         Q.   Did you see her that day?

19         A.   I believe I did, yes.

20         Q.   In what capacity did you see her that

21    day?

22         A.   Seems to me -- I don't know if it was

23    the same day, but I remember helping her pack

24    her stuff from her office.  So if that was the

25    same day or if she was given notice or not, I
```

1    don't remember.

2         Q.    You just happened to be walking by

3    and you were talking?  How did it come about

4    that you were in her office helping her pack her

5    things?

6         A.    That I honestly don't remember.  I

7    don't know if she called me or I was in a

8    different building from the hospital.

9         Q.    So your offices weren't adjacent.

10        A.    No.

11        Q.    No one told you in advance that she

12   was being let go.

13        A.    In advance of it happening?

14        Q.    Yes.

15        A.    No.  I was not privy to any of that

16   information.

17        Q.    Did anyone speak to you about the

18   position that she was in?

19             MR. DEL RUSSO:  Object to the form.

20             THE WITNESS:  More specifically?

21        Q.    (MR. JANKOWSKI)  What was your

22   understanding of Miss Iaia's position in the

23   fall of 1993?

24        A.    I still don't understand your

25   question.

```
 1          Q.    Do you know what her job title was?

 2          A.    Oh, she was the Director of Public

 3   Relations.

 4          Q.    Was she also Director of Marketing?

 5          A.    I don't know if that was her specific

 6   title.  I know for many years the hospitals

 7   didn't use the title marketing.  They used

 8   Director of Public Relations.

 9          Q.    That was her sole title?

10          A.    I don't know for sure.

11          Q.    Was the Director of Public Relations

12   responsible for preparing the Stat newsletter

13   that went out?

14          A.    Yes.

15          Q.    Did you prepare that prior to 1993?

16          A.    I believe I might have done some

17   editions after Valerie left, before Jackie came.

18          Q.    When you say additions, what do you

19   mean?

20          A.    Editions.

21          Q.    With an E.

22          A.    Editions.

23          Q.    Do you recall when that was?

24          A.    I think Valerie left -- again, I

25   think it was mid '91.
```

```
1        Q.   How long after Jackie left did you

2   occupy the position of Director of Public

3   Relations?

4        A.   I was officially given that in my

5   evaluation in January.

6        Q.   But your raise of 10 percent was

7   effective in December.

8             MR. DEL RUSSO:  Object to the form.

9             THE WITNESS:  I don't know what to

10  say about that.  It could have been

11  retroactive.  I don't know how they did it.

12       Q.   (MR. JANKOWSKI)  But you agree with

13  me that the raise was effective in December,

14  December 26.

15            MR. DEL RUSSO:  Object to the form.

16            THE WITNESS:  Yes.

17       Q.   (MR. JANKOWSKI)  Let's go back to the

18  page.  I show you -- the line item I believe is

19  12-26-1993.

20       A.   Right.

21       Q.   That was the effective date of the

22  10.05 percent increase.

23            MR. DEL RUSSO:  Object to the form.

24  The document speaks for itself.

25            THE WITNESS:  Right.
```

81

1      Q.    (MR. JANKOWSKI)   I'm going to show

2  you a copy of the Stat newsletter dated March

3  1993.

4      A.    That's it.

5      Q.    So Jackie Iaia was the editor then.

6      A.    Yes.

7      Q.    And the editor was the person who's

8  the Director of Public Relations?

9      A.    Traditionally, I believe so.

10      Q.    When did you become the editor -- or

11  did you ever become the editor of the Stat?

12      A.    Yes, I did.

13      Q.    When did you become the editor of the

14  Stat?

15      A.    I think I started doing them shortly

16  after they let her go.

17      Q.    Do you recall how short of a period

18  that was?

19      A.    It could have been November or

20  December.  I mean the editions came out monthly,

21  so they wanted them out every month.

22          MR. JANKOWSKI:  Let's mark this as

23  20.

24          (Whereupon, a document was marked as

25      Plaintiff's Exhibit No. 20 for

1          identification by the reporter.)

2          Q.    (MR. JANKOWSKI)   I would like to show

3    you a copy from a Stat dated December 1993.

4          A.    That's me.

5          Q.    That's you.  So then you became the

6    editor, as far as you know by this document, in

7    December of 1993.

8          A.    Yes.

9          Q.    How much time prior to the actual

10   publication do you begin working on the

11   newsletter?

12         A.    Almost immediate.  After one goes

13   out, then you start keeping stuff for the next

14   one.

15         Q.    When are these typically published?

16   In what time period of the month?

17         A.    I always try to get them out the

18   first week in the month.  But I mean if that

19   happened or not, it just depended on the month,

20   I guess.  But I would say typically the first

21   week of the month, otherwise you're going to get

22   old news.

23         Q.    So they're published the first week

24   of the month and immediately you begin preparing

25   for the subsequent month.

1          A.    Yes.  I would keep a file, a

2    particular letter and just start shoving things

3    in there and put them together, you know, for

4    print deadline.

5                (Whereupon, a document was marked as

6          Plaintiff's Exhibit No. 21 for

7          identification by the reporter.)

8          Q.    (MR. JANKOWSKI)  Was there any

9    position posted for the Director of Public

10   Relations after Jackie Iaia left that you're

11   aware of?

12         A.    Not that I was aware of.

13         Q.    Did you interview for the position?

14         A.    No.

15         Q.    How did you receive the position?

16         A.    The first time that I found out about

17   it officially was at my evaluation, that she

18   basically asked me - I think that's why my

19   evaluation was done in two parts - if that was

20   something that I would be interested in taking

21   over.

22         Q.    Who asked you this?

23         A.    Pam Corliss.

24         Q.    Did you have any discussion with

25   Jerry Sutphin regarding this?

1      A.    Yes.

2      Q.    What did Mr. Sutphin tell you?

3      A.    After Jackie was let go and he came

4  to my office to tell me that it had happened,

5  they had laid several people off at the

6  hospital, he asked if there was anything in the

7  interim that would be considered emergency or,

8  you know, that needed to be done in the realm of

9  her duties, if I would consider helping them out

10  with that.

11      Q.    What was your response?

12      A.    My response was yes.

13      Q.    How soon after that request was made

14  of you did you actually jump in and help out?

15      A.    Specifically I couldn't really tell

16  you.  I mean I don't know, you know, how.  It

17  was a very volatile time at the hospital.  I

18  mean there was a lot going on and a lot of staff

19  changes, and the specifics all kind of run

20  together.  There are no specifics in my mind.

21      Q.    Was there any other person at the

22  hospital that took on any of Miss Iaia's

23  responsibilities?

24      A.    I don't know for sure.  I don't know

25  what other people were asked to do.

1        Q.    Was there any person that you worked

2    with other than your assistant --

3        A.    Miriam.

4        Q.    -- Miriam Muniz that helped you in

5    preparing the newsletter?

6        A.    The newsletter was always a -- when I

7    did it -- I couldn't speak for when Jackie did

8    it, but when I did it, it was always an effort

9    of departments submitting things to me to put in

10   the newsletter.  So it's possible that there

11   were other people that submitted things to it,

12   yes.

13       Q.    So even though the title may not have

14   included marketing, the title of Director of

15   Public Relations would include marketing

16   functions.

17            MR. DEL RUSSO:  Object to the form.

18            THE WITNESS:  Theoretically, yes.

19       Q.    (MR. JANKOWSKI)  I'm going to show

20   you a copy of an article from "The Miami Herald"

21   dated January 2nd, 1994, and ask if you by any

22   chance had seen that before.

23       A.    Probably.

24       Q.    I call your attention -- you happen

25   to be named in the middle paragraph there.  It's

1    underlined.  Would that be something that you

2    had given to "The Miami Herald" as public

3    relations manager or director?

4         A.    This drive was something that we did

5    for many, many years and usually they came out

6    the day of.  It was a very well-known event.

7    Usually they came out the day of the event, and

8    they interviewed us while we were standing on

9    the street corner and did photos.

10        Q.    When did this event take place?

11        A.    It took place sometime during the

12   month of December.  It doesn't seem to be dated

13   when it actually happened.

14        Q.    They have you -- a statement in

15   quotations in that second paragraph.  Kids in

16   Crisis was very successful.  Would that be an

17   accurate statement?

18        A.    Yes.

19        Q.    So you were interviewed by the

20   paper.

21        A.    It seems to be.

22        Q.    And it says at the end, the

23   hospital's public relations director.  Where

24   would they have gotten that information?

25        A.    I don't know.  It could have been

1    from me.

2                 MR. JANKOWSKI:  Mark that section

3    Exhibit 22.

4                 (Whereupon, a document was marked as

5         Plaintiff's Exhibit No. 22 for

6         identification by the reporter.)

7         Q.    (MR. JANKOWSKI)  At the time you took

8    over the position of public relations director,

9    was there any kind of job description given to

10   you?

11        A.    I don't recall specifically.

12        Q.    Was there any training they gave you

13   at that time?

14        A.    No.

15        Q.    Was there any seminars or anything

16   you attended?

17        A.    Not that I can recall.

18        Q.    I'm going to show you a document,

19   Pembroke Pines Hospital, Position Description,

20   and ask you to take a look at that.

21        A.    What did you call it?

22        Q.    I just read the top of the document.

23        A.    It looks like my evaluation for

24   1994.  This has a job description attached.

25        Q.    So that would be your evaluation and

88

```
 1    job description together.

 2          A.   That's what it seems to be.  Rick

 3    O'Connell.

 4          Q.   When did he enter the picture?

 5          A.   He started in very early '94.

 6          Q.   Did you receive anything before

 7    receiving that document, as far as your job

 8    description or job responsibilities?

 9          A.   I don't recall anything specifically,

10    no.

11          Q.   Is there anything on that to date it,

12    other than the last page?

13          A.   Not that I can tell, no.

14               (Whereupon, a document was marked as

15          Plaintiff's Exhibit No. 23 for

16          identification by the reporter.)

17               MR. JANKOWSKI:  Let's take a

18    five-minute break now.

19               (Whereupon, a brief recess was

20          taken.)

21               MR. DEL RUSSO:  I don't know if you

22    got this on the record before, but Mr. Jankowski

23    indicated that he had to leave and that Mr.

24    Hannah was going to take over the balance of the

25    deposition.  That is inappropriate and
```

1    unacceptable to have one lawyer work over a

2    witness for three hours and then when that

3    attorney runs out of questions, to bring in a

4    second lawyer to go for a second round.

5             Now, I don't represent Miss Monteiro,

6    but we have been here since two o'clock.  And I

7    think that in fairness to the witness, if you

8    can represent that you're going to conclude your

9    examination by five, ten after so that I have

10   one minute to ask her questions, then I am not

11   going to raise any objection to the fact that

12   you're switching counsel to conclude the

13   deposition.

14             What I want to avoid, in all fairness

15   to this deposition, is that this witness not be

16   concluded today and this witness has to come

17   back.

18             MR. HANNAH:  Very briefly, I am

19   co-counsel in this case.  Mr. Jankowski does

20   have to be somewhere now, in fact, or certainly

21   within the next ten minutes.  So I am taking

22   over for him and completing the questioning.  In

23   all likelihood I will probably be done by 5:15

24   at the latest, and there was no time limit set

25   on this deposition.  Miss Monteiro did not

1    inform me of any time limit on it, certainly not

2    until just now.  On top of that I don't think

3    there's anything in the rules that says that one

4    lawyer can't resume the questioning from another

5    lawyer in the case, if they are both counsel of

6    record in the case.

7            MR. DEL RUSSO:  That's fine.  You all

8    set the deposition at two o'clock.  And Mr.

9    Jankowski began knowing full well he had to

10   leave before five o'clock.  I'm willing to go

11   forward, but I am not agreeing if the deposition

12   doesn't finish today, just so we are clear, to

13   continue the discovery deadline on Friday.

14           MR. HANNAH:  I'm not agreeing to that

15   either.  I'm not saying we need to do that.

16   We've accommodated you to have the deposition in

17   the afternoon.  I wanted to take it in the

18   morning.  You sent a letter that Miss Monteiro

19   could not attend in the morning and that it

20   should be taken in the afternoon.

21           THE WITNESS:  I had mandatory

22   meetings at work this morning.

23           MR. HANNAH:  So it's not my fault.

24           (Whereupon, a document was marked as

25       Plaintiff's Exhibit No. 24 for

```
 1          identification by the reporter.)

 2          Q.    (BY MR. HANNAH)   I would like you to

 3   take a look at what's been marked as Plaintiff's

 4   Exhibit No. 24 and tell me if you recognize that

 5   document.

 6          A.    I couldn't really say.   There's no

 7   date on it.

 8          Q.    Well, it says that it's a job

 9   description or at least an addendum to a job

10   description for the position of Director of

11   Marketing, correct?

12          A.    Correct.

13          Q.    And the heading at the top of it is

14   Humana Hospital, Pembroke Pines.

15          A.    Right.

16          Q.    Humana Hospital used to own Pembroke

17   Pines?

18                MR. DEL RUSSO:   Object to the form.

19                THE WITNESS:   Humana used to own.

20          Q.    (MR. HANNAH)   Were you there when

21   Humana owned the hospital?

22          A.    Yes.

23          Q.    In fact, when you started there it

24   was Humana that owned the hospital, correct?

25          A.    Yes.
```

1      Q.    Could you read the job description

2  that's set down there as far as essential

3  duties.  Take a look at that, please.  Read it,

4  please, to yourself.  You don't have to read it

5  out loud.

6            Did you have a chance to read it?

7      A.    Um-hum.

8      Q.    That's yes?

9      A.    Yes.

10     Q.    Do you agree that those were the job

11  duties and essential functions for the job of

12  Director of Marketing for the hospital, Pembroke

13  Pines Hospital back when you worked for it?

14     A.    I guess, yes.

15     Q.    You would agree that that would be an

16  accurate description, right?

17           MR. DEL RUSSO:  Object to the form.

18           THE WITNESS:  Sure.

19     Q.    (MR. HANNAH)  One of the items on

20  here, it says that marketing and public

21  relations skills are essential.  Do you see

22  that?  That's the second sentence.

23     A.    Yes.

24     Q.    Would you agree that marketing and

25  public relations skills are essential for the

```
 1    job of marketing and public relations?

 2         A.   Yes.

 3         Q.   That's a position that you assumed in

 4    you said the beginning of 1994, correct?

 5         A.   Correct.

 6         Q.   In addition to your duties as Senior

 7    Friends, correct?

 8         A.   Correct.

 9         Q.   At the time that you applied for a

10    position with Pembroke Pines Hospital back in

11    1990, you had virtually no marketing or public

12    relations experience, did you?

13              MR. DEL RUSSO:  Object to the form.

14         Q.   (MR. HANNAH)  You can answer the

15    question.

16         A.   I feel I did.

17         Q.   Tell me what marketing experiences

18    you had back in August of 1990.

19         A.   Well, the job functions that I had

20    prior to that working through my internship in

21    the city and some retirement communities in

22    Tallahassee prior to my graduation, working in

23    that senior arena was a function of marketing.

24    It was building a program from nothing.  So you

25    had to go out and market what you were working
```

1   on.

2        Q.    You would agree with me that --

3        A.    I mean I guess it's a fine line, but

4   that was marketing to me.

5        Q.    You would agree with me that as of

6   the time that you applied for a job with

7   Pembroke Pines Hospital, that you had absolutely

8   no marketing or public relations experience in

9   the area of hospitals or healthcare providers.

10            MR. DEL RUSSO:  Object to the form.

11            THE WITNESS:  Correct.

12        Q.    (MR. HANNAH)  You would also agree

13   with me that at the time that you applied for a

14   position with Pembroke Pines Hospital, you had

15   absolutely no marketing experience whatsoever

16   other than in the area of seniors programs,

17   correct?

18            MR. DEL RUSSO:  Object to the form.

19        Q.    (MR. HANNAH)  Correct?

20        A.    Correct.

21        Q.    And with regard to actual marketing

22   and public relations experience as of the date

23   that you applied for a position with Pembroke

24   Pines Hospital, you would have to agree with me

25   that your experience was very limited.

95

1             MR. DEL RUSSO:  Object to the form.

2        Q.   (MR. HANNAH)  Correct?

3        A.   Yes.

4        Q.   And you would also agree with me that

5   your training in those areas, marketing and

6   public relations, as of the time that you

7   applied for a position with Pembroke Pines

8   Hospital was very limited, correct?

9             MR. DEL RUSSO:  Object to form.

10             THE WITNESS:  Yes.

11        Q.   (MR. HANNAH)  In fact, you had not

12   received any training or education in the area

13   of marketing and public relations for healthcare

14   providers or hospitals, correct?

15             MR. DEL RUSSO:  Object to form.

16        Q.   (MR. HANNAH)  This is as of the time

17   that you applied for a position with Pembroke

18   Pines Hospital.

19        A.   Correct.

20        Q.   I'm going now to the period of time

21   let's say November of 1993, December of 1993,

22   that period of time.  I would like you to focus

23   on that right now.  As of November of 1993, you

24   would agree with me that the only marketing or

25   public relations experience that you had was

96

1    limited to the seniors program.

2              MR. DEL RUSSO:  Object to the form.

3              THE WITNESS:  No.

4        Q.    (MR. HANNAH)  Did you have other

5    marketing and public relations experience beyond

6    the seniors program for the hospital?

7        A.    Absolutely.

8        Q.    Can you tell me what that was.

9        A.    From the time that I arrived there, I

10   worked with Valerie and other people in the

11   hospital on many hospital marketing functions

12   ranging from blood drives, Christmas parties,

13   Halloween parties.  I was on the Board of

14   Directors for the Chamber of Commerce.  I mean I

15   was like hospital cheerleader from the time I

16   got there.  I was involved in many, many

17   functions with the employees, and human

18   resources, the volunteers, and the community on

19   behalf of the hospital.

20       Q.    Are you telling me now that you had

21   extensive marketing and public relations

22   experience in the area of healthcare providers

23   and hospitals as of November 1993?

24             MR. DEL RUSSO:  Object to the form.

25             THE WITNESS:  I don't know that I

1    would use the word extensive, but I was very

2    entrenched in the hospital at that time.

3        Q.    (MR. HANNAH)  I'm focusing now beyond

4    your role as Senior Friends department.

5        A.    Right.

6        Q.    The hospital had a Director of

7    Marketing, correct?

8        A.    Yes.

9        Q.    And the --

10       A.    On and off for those three years,

11   yes.

12       Q.    And the responsibility of the

13   Director of Marketing and Public Relations was

14   to handle the marketing and public relations for

15   the hospital, correct?

16           MR. DEL RUSSO:  Object to the form.

17           THE WITNESS:  Yes.

18       Q.    (MR. HANNAH)  That was not your

19   responsibility, was it?

20           MR. DEL RUSSO:  Object to the form.

21           THE WITNESS:  In writing, no.

22       Q.    (MR. HANNAH)  In fact, it's not

23   indicated anywhere on your performance

24   evaluations that you performed any of those

25   functions, correct?

98

1          MR. DEL RUSSO:  Object to the form.

2      Q.   (MR. HANNAH)  Prior to January of

3   1994.

4          MR. DEL RUSSO:  Object to the form.

5      Q.   (MR. HANNAH)  Correct?

6      A.   It could be.

7      Q.   Could you take a look and show me

8   where that's indicated that you did marketing

9   and public relations functions.

10     A.   I don't know that it will say

11  marketing and public relations, but there might

12  be some -- excellent job in speaking and

13  community contacts, speaking to organizations,

14  very comprehensive variety of activities,

15  screenings.  Those were like health screenings

16  that we would do in the community.  Making

17  contacts, retaining members for the Cradle

18  Club.  The Cradle Club was our OB program.  And

19  I was in charge of that at the time that I was

20  the senior person.  And this is dated from

21  1990.  I guess the only reference is in my first

22  years that it's in writing.

23     Q.   Did you have experience doing press

24  releases?

25     A.   Yes.  I wrote all my own press

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

1    releases for the seniors program.

2         Q.    But not for the rest of the

3    hospital.

4         A.    I would have to look.  I have copies

5    of all of them.

6         Q.    As we sit here do you remember?

7         A.    If I was working on an event, it's

8    possible that I might have written it if it was

9    a hospital drive.

10        Q.    Do you remember for sure?

11        A.    No, I don't remember for sure.

12        Q.    Did you work with the newspapers in

13   promoting anything besides the Senior Friends at

14   any time at the hospital prior to January 1994?

15        A.    I would have to say most definitely.

16        Q.    Can you remember anything

17   specifically?

18        A.    Like I said, I coordinated a lot of

19   the community functions and the blood drives.

20   We always tried to get, you know, interviews

21   with the reporters to promote those events.

22        Q.    You did that or other people?

23        A.    I did a lot of it myself.

24        Q.    Who told you to do that stuff?

25        A.    I don't know.  I don't think anybody

1    would really tell me to do it.

2        Q.   You did it on your own, even though

3    that was not part of your job?

4            MR. DEL RUSSO:  Object to the form.

5        Q.   (MR. HANNAH)  You can answer.

6        A.   I think it was understood that it was

7    my job.

8        Q.   But your job was Senior Friends.

9        A.   It is.

10           MR. DEL RUSSO:  Object to the form.

11           THE WITNESS:  It is a marketing

12   function.  It was a hard core marketing program.

13       Q.   (MR. HANNAH)  I'm talking about

14   beyond Senior Friends, though.  My questions are

15   outside of Senior Friends.  Did you deal with

16   the newspapers for marketing functions outside

17   of Senior Friends?

18       A.   I think I did.

19       Q.   Can you tell me one example?  Give me

20   one example.

21       A.   Blood drives.

22       Q.   What did you do with the newspapers?

23       A.   We would place a press release, let

24   the community know that we were having a

25   community blood drive and try to get them out

1  there to do photos.  We themed them.  Like we

2  would put a theme around them to make them fun

3  and give away prices and, you know, food and

4  stuff like that to get people to come in and do

5  them.

6       Q.    Did you do this on your own or did

7  you do it at the direction of somebody else?

8       A.    I guess it depends on the time

9  frame.  When Valerie was there we did them

10  together.  When they left --

11      Q.    Let's talk about 1993 when Jackie

12  Iaia was Director of Marketing.

13      A.    It's possible we worked together on

14  them.  I don't know for sure.

15      Q.    It's possible.  You don't know if you

16  worked on anything in 1993 with regard to

17  marketing and public relations at the hospital

18  beyond Senior Friends.

19           MR. DEL RUSSO:  Object to form.

20           THE WITNESS:  We worked on a lot

21  together.  The Christmas function.  The hospital

22  was a very small community, and we had a lot of

23  committees for, you know, the annual picnic, the

24  Christmas parties, the volunteer parties.  It

25  was always a committee of people, and I was

1    always on those committees.

2         Q.    (MR. HANNAH)   Isn't it true that

3    Jackie Iaia, as Director of Marketing, was the

4    one that organized all those committees and

5    organized all those events?

6              MR. DEL RUSSO:   Object to the form.

7              THE WITNESS:   It's possible.

8    Sometimes human resources was in charge of them,

9    depending on what the event was.

10        Q.    (MR. HANNAH)   If it was a marketing

11   event, though, Jackie Iaia was in charge of the

12   marketing event, correct?

13             MR. DEL RUSSO:   Object to the form.

14             THE WITNESS:   You have to sit down

15   and put what event it was.   If it was a

16   marketing event, I guess -- if it was -- again,

17   I mean there's this fine line between marketing

18   and who was responsible for what.

19        Q.    (MR. HANNAH)   Why don't you tell me

20   what Jackie Iaia's job duties and

21   responsibilities were as Director of Marketing

22   in 1993.

23        A.    I guess she was there to promote the

24   hospital and its services.

25        Q.    Can you give me any more details than

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

103

1    a general statement about promoting the hospital

2    and services?  What did she do to do that?  What

3    did she do to promote the hospital services?

4         A.   There was some brochures, a lot of

5    brochures on our different services that I

6    believe she was in charge of writing and having

7    printed.

8         Q.   How about advertising?

9         A.   We probably did advertising.  I don't

10   know.  During those years the budget was pretty

11   tight.

12        Q.   You keep saying we.

13        A.   We, the hospital.

14        Q.   I'm talking about Jackie Iaia now.

15        A.   Okay, Jackie.  If there was

16   advertising during that time, I couldn't tell

17   you for sure.

18        Q.   How about display advertising.  Do

19   you know if she did that?

20        A.   Like in the newspapers or

21   billboards?

22        Q.   Do you know what I'm saying when I

23   say display advertising?

24        A.   I don't know if there was a budget

25   for it during that period of time or not.  If

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

```
1    there was, then that would be Jackie's job, yes.

2         Q.   How about TV advertising?

3         A.   I don't ever remember the hospital

4    doing TV.

5         Q.   If there was TV advertising, would

6    that be part of her job responsibilities?

7              MR. DEL RUSSO:  Object to the form.

8              THE WITNESS:  Yes, it would.

9         Q.   (MR. HANNAH)  How about newspaper

10   advertising, would that be part of her job

11   responsibilities as Director of Marketing back

12   in 1993?

13        A.   Yes, it would.

14        Q.   How about physicians' advertisements?

15        A.   Physicians' recruiting?

16        Q.   Physicians' advertisements with

17   regard to their services with the hospital.

18        A.   I don't understand that.

19        Q.   How about press releases regarding

20   the hospital, would that be her responsibility?

21        A.   Absolutely.

22        Q.   How about the fund raisers, would

23   that be part of her responsibility?

24        A.   That I don't know.

25        Q.   You don't know if marketing included
```

```
 1   fund raisers to promote the hospital?

 2        A.   We worked for profit.  We didn't have

 3   a foundation, so --

 4        Q.   The hospital never did any fund

 5   raisers?

 6        A.   I don't think so.  I mean maybe for

 7   another -- like for Kids in Crisis or something

 8   like that.

 9        Q.   How about --

10        A.   But not for the hospital.

11        Q.   How about an understanding of

12   diagnosis, and medications, and treatments.  Was

13   that required of a Director of Marketing?

14        A.   I don't think so.

15        Q.   Isn't part of the job of the Director

16   of Marketing to be able to do press releases

17   regarding new treatments and new medications and

18   diagnoses handled by the hospital?

19        A.   Yes, but you're crossing over into

20   medical.  You know, that kind of information you

21   would get from a physician incorporated into

22   your press release.  You're not required to know

23   that.

24        Q.   You don't know if the Director of

25   Marketing was required to know that back in
```

1    1993?

2         A.    Specific about technology?

3         Q.    Understanding of diagnoses,

4    medications, treatments, things like that in

5    order to be able to promote the hospital's

6    treatments and medications.

7         A.    An understanding of the services, but

8    not an understanding of anything from a clinical

9    standpoint.

10         Q.    How about preparing lectures?

11         A.    Yes.

12         Q.    Did you prepare any lectures for any

13    of the hospital's physicians or administrators,

14    other than with regard to Senior Friends, for

15    the period 1990 through the end of 1993?

16         A.    I had a lot of lecture series that

17    included physicians that we would try to get for

18    our seniors, and they were always open to

19    everyone.

20         Q.    Did you do the direct mailing?  Was

21    that your responsibility?

22         A.    No.

23         Q.    That was the responsibility of the

24    Director of Marketing, correct?

25         A.    It would have been if we did it.

1         Q.    So you don't even know if they did

2    it.

3              MR. DEL RUSSO:  Object to the form.

4              THE WITNESS:  No.

5         Q.    (MR. HANNAH)  How about preparation

6    of brochures, newsletters -- excuse me.

7    Preparation of brochures and newsletters.  Did

8    you do that for anything other than the Senior

9    Friends program at the hospital up until the end

10   of 1993?

11        A.    It's possible.  I don't know for

12   sure.  I mean, again, there was an interim

13   period where that position was vacant, and I was

14   doing all kinds of stuff.

15        Q.    Up until that interim period, as you

16   call it, did you do anything?

17        A.    I don't know.  I couldn't tell you

18   for sure.

19        Q.    Wouldn't you agree with me, Miss

20   Monterio, that as of November 1993, that Jackie

21   Iaia had more experience than you in hospital

22   marketing and public relations?

23              MR. DEL RUSSO:  Object to the form.

24              THE WITNESS:  I don't know if I knew

25   Jackie's -- I knew she was at another hospital

108

1    before that, but I don't know what she did

2    before that.

3          Q.   (MR. HANNAH)  Do you know if she had

4    more seniority than you?

5          A.   At that hospital, no.

6          Q.   With regard to the company, did you

7    know she had more seniority?

8               MR. DEL RUSSO:  Object to the form.

9               THE WITNESS:  Yes.  She was with

10   another hospital that closed before that.

11         Q.   (MR. HANNAH)  You're aware, though,

12   that she had more experience in the position of

13   Director of Marketing for a hospital than you

14   did as of November of 1993.

15         A.   Yes.

16         Q.   In fact, you had absolutely no

17   experience as a director or head of a marketing

18   or public relations program with the hospital as

19   of November 1993, correct?

20              MR. DEL RUSSO:  Object to the form.

21              THE WITNESS:  No, I don't agree with

22   that.

23         Q.   (MR. HANNAH)  Tell me which hospitals

24   you worked with as head of marketing and public

25   relations.

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

```
1        A.    The senior program that I ran at that

2   hospital for three years, three-and-a-half years

3   at that point, was a direct function of

4   marketing, period.  Just because it was called a

5   seniors program does not mean it was not a

6   function of marketing.  It was a hard core

7   marketing program that Humana developed to

8   cultivate a clientele, to bring them into the

9   hospital.

10        Q.    Isn't it true, ma'am, though, that

11  when you got your review for 1993, that you

12  recognized that you were deficient in the area

13  of marketing and public relations?

14             MR. DEL RUSSO:  Object to the form.

15             THE WITNESS:  I don't know.  I have

16  to read it.

17        Q.    (MR. HANNAH)  Let's take a look at

18  that.  Plaintiff's Exhibit No. 19, which was

19  your performance review for 1993.  Let's go to

20  the last page of that document.  You would agree

21  with me those are your comments on that page?

22  That's your handwriting?

23        A.    Yes, it is.

24        Q.    Could you go look at that last

25  comment there.  And I think the -- I'm sorry to
```

1    take it away from you, but the category says,

2    what training and development do you need to do

3    a better job in your current or future

4    position?  Could you read that into the record.

5         A.   Marketing skills - that will come in

6    time by doing and asking questions.  Looking

7    into taking marketing classes.

8         Q.   Isn't it true, ma'am, that you

9    recognized that you needed further development

10    in that area of marketing in order to do the job

11    of being head of the director of -- excuse me --

12    being Director of Marketing and Public Relations

13    for the hospital?

14              MR. DEL RUSSO:  Object to the form.

15         Q.   (MR. HANNAH)  You can answer the

16    question.

17         A.   I think that I always was looking to

18    develop my skills.

19         Q.   Isn't it true that as of that date

20    when you signed this performance evaluation,

21    that you recognized that you needed further

22    training and development in the area of

23    marketing and the marketing skills that you had

24    in order to properly perform as Director of

25    Marketing and Public Relations?

111

```
 1              MR. DEL RUSSO:  Object to the form.

 2              THE WITNESS:  I would guess so, yes.

 3         Q.   (MR. HANNAH)  Isn't it true that you

 4    also recognized that you were going to be the

 5    head of public relations and marketing for the

 6    hospital as of the date that you signed this

 7    document?

 8         A.   Yes.

 9         Q.   Isn't it true that you already were

10    performing some of those functions?

11         A.   Yes.

12         Q.   In fact, in December of 1993 you did

13    the newsletter.

14         A.   Yes.

15         Q.   That was formerly done by Miss Iaia.

16              MR. DEL RUSSO:  Object to the form.

17              THE WITNESS:  Yes.

18         Q.   (MR. HANNAH)  That was the function

19    of the Director of Marketing and Public

20    Relations, correct?

21         A.   Correct.

22         Q.   Isn't it true that you actually found

23    out about this new job, that you were going to

24    have these new functions that you were going to

25    have prior to your performance evaluation?
```

1          MR. DEL RUSSO:  Object to the form.

2          THE WITNESS:  In some respects I

3     think so, yes.  When Mr. Sutphin asked me to

4     fill in.

5          Q.   (MR. HANNAH)  Well, you already knew

6     it as of January 2nd, 1994, correct?

7          MR. DEL RUSSO:  Object to the form.

8          THE WITNESS:  I guess.  The first

9     time I formally remember hearing it is at my

10    evaluation.

11         Q.   (MR. HANNAH)  You were already being

12    quoted in the newspaper in January of 1994.

13         A.   You can't believe everything you

14    read, can you?

15         Q.   Do you disagree that you were the

16    hospital's public relations director as of

17    January 2nd, 1994?

18         A.   Yes, I do.  I was not formally

19    offered that position until this evaluation was

20    presented to me.

21         Q.   Do you have any idea where the

22    newspaper could have come with up with that?

23         MR. DEL RUSSO:  Object to the form,

24    calls for speculation.

25         THE WITNESS:  No.

1          MR. HANNAH:  I've asked if she has

2    any idea.

3          MR. DEL RUSSO:  You asked her if she

4    had any idea.  That calls for speculation.

5          MR. HANNAH:  I'm asking her for her

6    knowledge.

7        Q.   (MR. HANNAH)  Anyway, were you aware

8    that as of November of 1993, that Jackie Iaia

9    had experience in running a Senior Friends

10   program or seniors program at a hospital?

11       A.   I believe she was the acting director

12   while the person Cindy Gates was out on medical

13   leave.

14       Q.   Did you know that back in the end of

15   1993 or is that something that you learned from

16   Mr. Del Russo?

17         MR. DEL RUSSO:  Excuse me?

18         THE WITNESS:  No.  I knew that.  I

19   worked with her at that time.  I was at a sister

20   hospital two miles down the road.

21       Q.   (MR. HANNAH)  Would you agree with me

22   that as of November 1993, that there was a

23   substantial difference between you and Jackie

24   Iaia as to the amount of public

25   relations/marketing experience that you had?

114

1              MR. DEL RUSSO:  Object to the form.

2              THE WITNESS:  I guess by the number

3    of years one could say that, yes.

4         Q.   (MR. HANNAH)  Isn't it true that in

5    order to be hired as the -- strike that.

6              Isn't it true, ma'am, that one of the

7    qualifications for the position of head of

8    Senior Friends for Pembroke Pines Hospital was

9    that experience in public relations was

10   preferred but not essential?

11             MR. DEL RUSSO:  Object to the form.

12             THE WITNESS:  No, not that I'm aware

13   of.  In fact, at the time that I was hired, I

14   think that the qualifications were an RN.

15        Q.   (MR. HANNAH)  Wasn't it true that the

16   experience of public relations required for the

17   position of Senior Friends or head of the Senior

18   Friends program at Pembroke Pines Hospital was

19   desirable but not essential?

20             MR. DEL RUSSO:  Object to the form.

21             THE WITNESS:  I don't know.

22        Q.   (MR. HANNAH)  Why don't we take a

23   look at Exhibit No. 3 to your deposition here.

24   Could you look under qualifications under

25   professional there.  First page.

115

1          A.    Yes.  I was looking for a date.

2          Q.    It came from your personnel file.

3                MR. DEL RUSSO:  You're misleading

4    her.

5                MR. HANNAH:  No, I'm not.

6                MR. DEL RUSSO:  Yes, you are.  You

7    asked her the question about qualifications at

8    the time that she was hired.  Now you're showing

9    her a document with no date on it and asking her

10   to assume that it was the one in effect at the

11   time that she was hired.

12               MR. HANNAH:  She can correct me if

13   I'm wrong.

14               MR. DEL RUSSO:  You can answer any

15   way you want.

16               MR. HANNAH:  She can correct me if

17   I'm wrong.

18               THE WITNESS:  These are the two forms

19   that I said earlier if I got prior to being

20   hired or if they were written after I was hired,

21   I don't know.  But if you're asking if the form

22   says that experience in public relations and/or

23   public education activities is desirable, yes,

24   that's what the form says.

25          Q.    (MR. HANNAH)  Anywhere on your

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

1    employment application that you indicated that

2    you had public relations and marketing

3    experience?

4         A.   On the application, no.

5         Q.   How about your resume?

6         A.   On my resume.  Well, planning and

7    implementation of programs, writing a monthly

8    newsletter and controlling the budget are

9    marketing functions.

10        Q.   For a seniors program, right?

11        A.   It's for a seniors program.  Again,

12   you're splitting seniors from marketing.  That's

13   okay.

14        Q.   Is there more to seniors than just

15   marketing?

16        A.   Excuse me?

17        Q.   Was there more to running a seniors

18   program than marketing?

19        A.   Absolutely.  There's more to any job

20   than one function I would hope.

21        Q.   Can you tell me what physician

22   marketing you did prior to January 1994 in your

23   position as Director of Senior Friends for

24   Pembroke Pines Hospital.

25        A.   In what respects?  What do you mean

1    by physician marketing?  The hospital didn't

2    market for physicians.

3        Q.    They didn't market physicians?

4        A.    Not that I'm aware of.

5        Q.    Look at your performance review for

6    1994, second page, which is Plaintiff's Exhibit

7    No. 18.  It says physician marketing is one of

8    your accomplishments.

9        A.    I don't ever remember doing any kind

10    of image campaigns for physicians.  It could be

11    a physician lecture series maybe that she would

12    be referring to, but we never did any kind of

13    advertising for physicians that I recall.

14        Q.    Who told you that you would have a

15    new position that would require you to assume

16    the job duties and responsibilities that were

17    formerly done by Jackie Iaia in January 1994?

18        A.    Pam Corliss.

19        Q.    Do you know when that decision was

20    made to have you assume those job duties and

21    responsibilities?

22        A.    No.

23        Q.    Is it safe to assume that that

24    decision was made prior to your performance

25    evaluation?

```
 1              MR. DEL RUSSO:  Object to the form.

 2              THE WITNESS:  I would think so, yes.

 3         Q.   (MR. HANNAH)  Would you agree with me

 4    that when you became the Director of Senior

 5    Friends, marketing, along with being head of

 6    the -- excuse me.  Strike that.

 7              Isn't it true that when you assumed

 8    these additional duties as Director of Public

 9    Relations and Marketing in addition to your

10    duties as head of Senior Friends, that you took

11    over all the job duties and responsibilities

12    that were previously being performed by Jackie

13    Iaia when she was Director of Marketing and

14    Public Relations?

15              MR. DEL RUSSO:  Object to the form.

16              THE WITNESS:  I don't know about all

17    of them, but I mean --

18         Q.   (MR. HANNAH)  Most of them?

19         A.   Yes, I would assume most of them.

20         Q.   In fact, you got a raise in order to

21    do that, right?

22         A.   Yes.

23         Q.   You got a raise of 10 percent,

24    correct?

25         A.   Yes.
```

1    Q.    On top of a 5 percent raise you

2    already got as a merit increase at the end of

3    1993, correct?

4    A.    Right.

5    Q.    I think I'm almost done.  Quick

6    question.  Med Partners.  Mr. Jankowski had

7    asked you about your job with Med Partners.  You

8    said something about the company being out of

9    business.

10    A.    Med Partners was a physician practice

11    management company that sold off all of its

12    assets.

13    Q.    Do you know why it did that?

14    A.    Physician practice management was not

15    a good plan.

16    Q.    At that time when -- they went out of

17    business at the same time that you left the

18    company?

19    A.    No.  Actually, the company was bought

20    by the local management company.  A piece of the

21    company that was a managed services organization

22    at their prior administrator, and I was offered

23    a position with that company.

24            MR. HANNAH:  I don't have any further

25    questions.

1          MR. DEL RUSSO:  I have one minute,

2     maybe two minutes of questions, so just hang in

3     with me.

4          THE WITNESS:  Okay.

5                    CROSS-EXAMINATION

6          Q.    (BY MR. DEL RUSSO)  Did Mr. Sutphin,

7     in the fall of 1993, did he ask you to become

8     the Director of Public Relations and Marketing

9     along with your additional duties or did he ask

10    you to cover some of those duties and

11    responsibilities after Miss Iaia had been

12    eliminated?

13         A.    He asked me to cover the

14    responsibilities.

15         Q.    After Miss --

16         A.    After Jackie was let go.

17         Q.    Who was it that asked you to become

18    the Director of Public Relations/Senior

19    Friends/Marketing?

20         A.    Pam Corliss.

21         Q.    Did I understand you to say earlier,

22    ma'am, that she asked you to assume those duties

23    formally at the time of your evaluation?

24         A.    To the best of my recollection, yes.

25         Q.    I am going to show you what's already

121

1    been marked as Exhibit No. 19.  It was your

2    evaluation for calendar year 1993.  Now, if you

3    had seen the last page, ma'am -- do you

4    recognize your signature?

5         A.   Yes.

6         Q.   Did you put the date next to it?

7         A.   Yes, I did.

8         Q.   Would you tell us for the purposes of

9    our record what that date is.

10         A.   January 11, 1994.

11         Q.   Was that the date, Miss Monterio,

12    that you had your conference with Miss Corliss

13    concerning your evaluation?

14         A.   I would assume it would have been.

15         Q.   Well, I don't want you to guess,

16    but --

17         A.   I would think, yes.  I mean that's

18    the date I signed the evaluation, so --

19         Q.   Would that have been the date then

20    that Miss Corliss asked you to become the

21    Director of Public Relations/Marketing/Senior

22    Friends?

23              MR. HANNAH:  Object to the form.

24              THE WITNESS:  Yes.  To the best of my

25    recollection, that's when it happened.

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL   (954) 522-6401

1          MR. DEL RUSSO:  I have no further

2     questions.

3          MR. HANNAH:  A couple of quick

4     follow-ups.

5               REDIRECT EXAMINATION

6          Q.   (BY MR. HANNAH)  This evaluation

7     where you were -- it was acknowledged by Miss

8     Corliss and you that you would become Director

9     of Public Relations and Marketing on the first

10    page, do you see the due date?

11         A.   Yes.

12         Q.   That's December 2nd, 1993, correct?

13         A.   Yes.

14         Q.   Couldn't it be that December 2nd,

15    1993, was the date that the hospital made a

16    decision or at least by that date they made a

17    decision to have you become head of public

18    relations and marketing?

19         MR. DEL RUSSO:  Object to the form.

20         THE WITNESS:  Is that possible?

21         Q.   (MR. HANNAH)  Yes.

22         A.   I guess it's possible, sure.

23         Q.   As we sit here today, you don't know

24    when that decision was made.

25         A.   No, I don't.

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

```
 1            Q.    It certainly was made before the date

 2    that you signed this form, correct?

 3            A.    I would assume so.

 4            Q.    And prior to signing this form, you

 5    already were doing duties in accordance with

 6    being head of Director of Marketing and Public

 7    Relations, correct?

 8                  MR. DEL RUSSO:  Object to the form.

 9                  THE WITNESS:  Yes.

10                  MR. HANNAH:  I think that's it.

11            Q.    (MR. HANNAH)  Oh, when you became

12    Director of Marketing/Public Relations in

13    addition to Senior Friends, what percentage of

14    your job duties and responsibilities were doing

15    marketing and public relations?  What percentage

16    of your total job duties and responsibilities?

17    More than 50 percent?

18            A.    I guess it would depend on the time

19    of year and what was going on.

20            Q.    Overall for the year.

21            A.    I would say probably half and half.

22            Q.    Fifty percent of your job duties were

23    marketing and public relations and 50 percent

24    were doing Senior Friends.

25            A.    Yes, that would probably be about
```

124

1    right.

2        Q.    Isn't it true you also had a

3    secretary working under you?

4        A.    Yes, an assistant.

5        Q.    And she assumed many of your Senior

6    Friends responsibilities in helping you out.

7            MR. DEL RUSSO:  Object to the form.

8            THE WITNESS:  I think she assumed

9    everything with me.

10       Q.    (MR. HANNAH)  She assumed all of your

11   responsibilities in regard to Senior Friends?

12       A.    Yes.  She helped in all the gambit,

13   not just with the seniors.

14       Q.    She was able to take a lot of the

15   load off of you in doing these extra duties of

16   Director of Public Relations and Marketing,

17   correct, by helping you?

18           MR. DEL RUSSO:  Object to the form.

19           THE WITNESS:  She also helped with

20   anything that was public relations related.  We

21   worked hand in hand on everything, even up until

22   the time I left.

23       Q.    (MR. HANNAH)  There were times in the

24   year when the majority of your job duties and

25   responsibilities were marketing and public

```
 1    relations for the hospital as opposed to just

 2    doing Senior Friends.

 3         A.    There could have been, yes.

 4              MR. HANNAH:  No further questions.

 5                   RECROSS-EXAMINATION

 6         Q.    (BY MR. DEL RUSSO)  Was that

 7    assistant Miss Muniz?

 8         A.    Muniz, yes.

 9         Q.    That was the same person who was your

10    assistant when you were Senior Friends only.

11         A.    Right.

12              MR. DEL RUSSO:  I have no further

13    questions.

14              MR. JANKOWSKI:  No further

15    questions.  We'll order.

16              MR. DEL RUSSO:  Do you want to give

17    her her rights to read and sign?

18              MR. HANNAH:  You have the right to

19    read your transcript when it's prepared and

20    correct it any way you feel to correct it,

21    typos, et cetera, or even substance, if you feel

22    that there's a change in substance.  Only thing

23    if you do change substance, we have the right to

24    bring you back and ask you questions about

25    that.  Or you can waive reading it if you
```

126

1  believe everything has been taken down

2  accurately by the court reporter.

3          MR. DEL RUSSO:  Most people read.

4          MR. HANNAH:  Most people waive.  I

5  don't think you can say most people do one way

6  or the other.

7          MR. DEL RUSSO:  You can tell the

8  reporter you would like to read and sign.  You

9  can always change your mind later.

10          THE WITNESS:  I prefer to read and

11  sign.

12          MR. HANNAH:  Some arrangements can be

13  made from your office to do it.

14          MR. DEL RUSSO:  We'll work it out.

15          MR. HANNAH:  Thank you.

16          (The deposition concluded at 5:25

17      p.m.)

18

19

20

21

22

23

24

25

<u>CERTIFICATE OF OATH</u>

STATE OF FLORIDA   )
COUNTY OF BROWARD  )

     I, the undersigned authority, certify that MONIQUE MONTEIRO personally appeared before me and was duly sworn.

     WITNESS, my hand and official seal this 20th day of October, 2000.

_____
DEBRAH VERONI, RPR
Notary Public - State of Florida
My Commission No. CC601153
Expires 12/6/2000

<u>REPORTER'S DEPOSITION CERTIFICATE</u>

STATE OF FLORIDA   )
COUNTY OF BROWARD  )

     I, DEBRAH VERONI, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of MONIQUE MONTEIRO; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

     I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

     Dated this 20th day of October, 2000.

_____
DEBRAH VERONI, RPR

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL  (954) 522-6401

```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2               FORT LAUDERDALE DIVISION

 3               CASE NO. 00-6227-CIV-MORENO

 4
     JACQUELINE IAIA,
 5
                  Plaintiff,
 6
     vs.
 7
     GALEN HOSPITAL-PEMROKE PINES,
 8   INC. f/d/b/a PEMBROKE PINES
     HOSPITAL, a foreign corporation,
 9
                  Defendant.
10   _____/

11   To:  Monique Monteiro
          7923 NW 38th Court
12        Davie, FL  33314

13        Your deposition taken in the above-styled
     case on October 18, 2000, is now ready for
14   signature.

15        Please come to this office and sign same;
     or if you wish to waive the signing of the
16   deposition, please so advise.  Errata sheets are
     enclosed for your convenience.

17
          Please contact our office if you have any
18   questions.

19                  Very truly yours,

20
                    _____
21                  By:  Debrah Veroni, RPR
                    Capital Reporting Service
22                  888 S. Andrews Ave., #304
                    Ft. Lauderdale, FL  33316
23                  (954) 522-6401

24   Date:  October 20, 2000
     cc:    Roderick V. Hannah, Esq.
25          Alexander Del Russo, Esq.
```

<pre>
 1                    CORRECTION SHEET

 2
    RE:  JACQUELINE IAIA VS. GALEN HOSPITAL-PEMBROKE
 3  PINES, INC.

 4  Case No.:  00-6227-CIV-MORENO
    Deposition of:  Monique Monteiro
 5  Date Taken:  October 18, 2000

 6
    PAGE NO.     LINE NO.        CORRECTION OR CHANGE
 7
    ------       ------       ------------------------------
 8  ------       ------       ------------------------------
    ------       ------       ------------------------------
 9  ------       ------       ------------------------------
    ------       ------       ------------------------------
10  ------       ------       ------------------------------
    ------       ------       ------------------------------
11  ------       ------       ------------------------------
    ------       ------       ------------------------------
12  ------       ------       ------------------------------
    ------       ------       ------------------------------
13  ------       ------       ------------------------------
    ------       ------       ------------------------------
14  ------       ------       ------------------------------
    ------       ------       ------------------------------
15  ------       ------       ------------------------------
    ------       ------       ------------------------------
16  ------       ------       ------------------------------
    ------       ------       ------------------------------
17

18  Under penalties of perjury I declare that I have
    read my deposition and that it is true and
19  correct subject to any changes in form or
    substance entered here.
20

21

    _____
22  Date

23

24  _____
    Monique Monteiro
25
</pre>

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL   (954) 522-6401

JD-6227
FAM

**Humana**

# APPLICATION FOR EMPLOYMENT
HU 244 11/89
Humana Hospital - Pembroke
2301 University Drive
Pembroke Pines, FL 33024

Humana Inc. and its affiliated subsidiaries are equal opportunity employers. We do not discriminate on the basis of sex, race, color, religion, national origin, handicapped status or veteran's status.

000041

Tb0000

## PERSONAL HISTORY

Applicant Name (Please give Complete name): Monique Willenbrock

Position For Which You Are Applying: Humana Senior Assoc. Mkt.

Date: 8/13/90

Social Security Number: ___-___-0167

Present Address (include City, State, Zip): 8994 Charter Club Circle #1807

Home Phone: (813) 937-5707

Type Position: ☐ FULL TIME ☐ PART TIME

Shift: ☐ DAY ☐ NIGHT ☐ EVENING ☐ ROTATING

☐ POOL ☐ SUMMER ☐ TEMPORARY

Date Available For Work: Aug 13, 1990

If you are not a U.S Citizen are you the legal right to remain permanently in the U.S? ☐ YES ☐ NO

Salary Requirements:

Are You Willing to: ☐ YES ☐ NO    Transfer? ☐ YES ☐ NO

Relocate? ☐ YES ☐ NO

Work Holidays? ☐ YES ☐ NO    Work Weekends? ☐ YES ☐ NO

If YES, when and what position?

If YES, if relatives or friends employed by Humana:

What was your reason for leaving? achieve highest level of recreation professional

Have you ever been convicted of a crime, excluding minor traffic violations? ☐ YES ☐ NO

Have you ever worked in a Humana facility before? ☐ YES ☐ NO

Are there any reasons you would be unable to perform or perform duties of the position of the work for which you are applying? ☐ YES ☐ NO If YES, please explain.

Have you held any jobs for less than 5 years? ☐ YES ☐ NO If YES, please explain.

List any memberships in professional organizations, honors or activities which you feel would enhance your application, excluding those that would indicate race, color, religion, national origin, sex or handicap.

Member Florida Parks & Recreation
Certified Professional Leisure Professional

List any professional licenses you possess. Indicate type of license, number and state

Clerical Skills (if applicable): ☐ Typing ___ wpm  ☐ Shorthand ___ wpm ☐ Operate Dictating Equipment ☐ Other Office Skills

Referred By: Valerie Lockwood

## EDUCATIONAL HISTORY

| | NAME OF SCHOOL | LOCATION | | | | | | MAJOR | GPA |
|---|---|---|---|---|---|---|---|---|---|
| HIGH SCHOOL | Notre Dame | St. Louis MO | ☐1 ☐2 ☐3 ☒4 | '84 | ☒ | general | | | 3.0 |
| COLLEGE | FSU | | ☐1 ☐2 ☐3 ☒4 | 90 | ☒ | leisure services | | | 37 |
| COLLEGE | | | ☐1 ☐2 ☐3 | | | | | | |
| GRADUATE SCHOOL | | | ☐1 ☐2 ☐3 | | | | | | |
| OTHER | | | From (Year) To (Year) | | | | | | |
| OTHER | | | From (Year) To (Year) | | | | | | |

DEPOSITION EXHIBIT 1   10-18-00

EXHIBIT PW's 7 PW 7-27-00

EXHIBITS TO DE 58

## WORK HISTORY

| Name of Company (Most Recent) | Complete Street Address | City, State, Zip | Phone Number |
|---|---|---|---|
| Lee County Recreation | Palm Beach Blvd. | Ft Myers FL | (813) 335-2268 |

| Supervisor's Name | Type of Business | Date Started | Salary | Date Left |
|---|---|---|---|---|
| Sara Davidow | Recreation Dept. | June 14, 1990 | PER hour | Still employed |

Briefly describe your job title, responsibilities and accomplishments: Senior Citizens Recreation Specialist

Reason for Leaving: Still employed

| Personal Reference Name | Phone Number |
|---|---|
| Sara Davidow | (813) 335-2269 |

Have you ever been unemployed at any time (including school)? ☒ YES ☐ NO

---

| Name of Company | Complete Street Address | City, State, Zip | Phone Number |
|---|---|---|---|
| Cinnamon Cove | Laguna Circle | Ft Myers FL | (813) 466-7227 |

| Supervisor's Name | Type of Business | Date Started | Salary | Date Left |
|---|---|---|---|---|
| Lynda Bragg | Recreation Dept | Jan 90 | PER | April 90 |

Briefly describe your job title, responsibilities and accomplishments:

Reason for Leaving: Internship for college

| Personal Reference Name | Phone Number |
|---|---|
| Lynda Bragg | ( ) |

Have you ever been unemployed at any time (including school)? ☐ YES ☐ NO

---

| Name of Company | Complete Street Address | City, State, Zip | Phone Number |
|---|---|---|---|
| | | | ( ) |

| Supervisor's Name | Type of Business | Date Started | Salary | Date Left |
|---|---|---|---|---|
| | | | PER | |

Briefly describe your job title, responsibilities and accomplishments:

Reason for Leaving:

| Personal Reference Name | Phone Number |
|---|---|
| | ( ) |

Have you ever been unemployed at any time (including school)? ☐ YES ☐ NO

---

| U.S. MILITARY | Branch | Discharge Date | Specialty |
|---|---|---|---|

Briefly describe your job title, responsibilities and accomplishments:

Have you ever received Worker's Compensation? If YES, give dates. ☐ YES ☒ NO

---

### PLEASE REVIEW AND SIGN WHERE INDICATED.

The information given by me is certified to be true and complete for all practical purposes. It may be verified by Humana Inc. or any subsidiary. Should a position be offered and later it is found that the information is significantly untrue, incomplete, or misrepresented, I understand and agree that Humana Inc. and its subsidiaries are relieved of all commitments, financial or otherwise pertinent to employment, and I understand that I am subject to immediate discharge without recourse. I understand that I may be dependent upon my passing a physical examination at Company expense.

### NOTICE:

Under the Fair Credit Reporting Act (Public Law 91-508) you are advised that an investigative consumer report may be requested for applicable information concerning your character, general reputation, personal characteristics, and financial responsibility. Such report would be sought through appropriate law enforcement agencies and/or credit reporting companies.

Information as to the nature and scope of the report will be available after a reasonable time, upon written request.

I hereby authorize any prior employers to provide such information concerning my employment with them as may be requested, and also authorize the Registrar/Placement Office of all educational institutions attended to release an official copy of my transcript and, if available, faculty appraisals. I also authorize any appropriate licensing board to release full information concerning my licensure status and my licensure history.

Signature: _____  Date: 7/23/90

---

| Department Head Use | | Personnel Office Use |
|---|---|---|
| ☒ RECOMMEND EMPLOYMENT | COMMENTS | ☐ REFERENCES SENT AND DATES |
| ☐ CHECK REFERENCES AND REFER AGAIN | | ☐ DETERMINED NOT QUALIFIED |
| ☐ HOLD FOR FUTURE OPENING | | ☐ HOLD FOR FUTURE OPENING |
| ☐ NOT QUALIFIED FOR OPENING | | ☐ REFERRED TO DEPARTMENT |

COMMENTS

| | | Position |
|---|---|---|
| ☐ FULL TIME | | |
| ☐ PART TIME | | |
| ☐ POOL | | |
| Start Date | What FTE | Salary | Registerg | Shift |

Department Head Signature: _____  Date: _____

APPLICANT DO NOT WRITE IN THIS AREA

000042

MONIQUE JEAN WILLENBROCK

4053-2 PARK MEADOWS
FORT MYERS, FL 33908
813-939-5807

---

## EDUCATION

B.S. Leisure Services and Studies, Florida State University, Tallahassee, FL. Major area of emphasis: Older Adults/Retirement. 3.78 GPA upon graduation.

## WORK EXPERIENCE

Currently employed with Lee County Recreation, Ft. Myers, FL. Senior Citizens Recreation Specialist at Bonita Springs Recreation Center. In charge of planning and implementing all recreation programs for the Seniors as well as controlling the donation budget.

Cinnamon Cove Adult Community, Ft. Myers, FL. January 1990 to April 1990. Worked full time under Lynda Bragg, Program Coordinator assisting with the planning and implementing of recreation programs, writing of monthly newsletter and controlling budget during internship.

Tallahassee Senior Citizens Center, Tallahassee FL. August 1989 to December 1989. Assisted in planning and implementing special events, learning about city funded operations and assisting with other program components as part of fieldwork.

Woodmont Retirement Community, Tallahassee, FL. January 1989 to April 1989. In charge of assisting in recreation programming as part of fieldwork.

---

000044



EXHIBIT
PltfS 8
FCW 7-24-00

DEPOSITION
EXHIBIT
2
10-18-00 RV

## OTHER WORK EXPERIENCE

Waitress, Steak and Ale Restaurant, Ft. Myers FL.
January 1990 to present. Duties include waiting
tables and related works.

Waitress, Bartender, Banquet Waitress, Hostess. The
Spartan Restaurant and Caucus Rooms, Tallahassee
FL. Duties included waiting tables, banquets and
bartending 35-40 hours per week while attending
college. August 1986 to December 1989.

## ORGANIZATIONS

Member Florida Recreation and Parks Association.
Recipient of 1989 Scholarship award.

## SPECIAL TRAINING AND CERTIFICATION

Certified Leisure Professional through the
Florida Parks and Recreation Association.

Extensive knowledge of microcomputer word
processing computers including Macintosh, IBM
and Apple II and IIe. Familiar with programs such as
Word Star, Microsoft Word, Word Perfect, Mac-
Write and MacDraw.

## LEISURE INTERESTS AND HOBBIES

Enjoy biking, waterskiing, fishing, tennis, gardening
exercise and line dancing.

000045

page two

## CRITERIA BASED PERFORMANCE APPRAISAL

Job Title:   Seniors Advisor
             Department:   Administration

POSITION SUMMARY:

Plans, organizes implements and evaluates all aspects of Seniors Association in accordance with Corporate policies and procedure.

QUALIFICATIONS:

A.  Professional -
    1.  Graduate of an accredited school of Leisure Services and Studies.
    2.  Baccalaureate degree preferred with gerontology focus.
    3.  Field studies and internships in a seniors environment i.e., retirement community, senior center.
    4.  Experience in public relations/public education activities desirable.
    5.  Active in continuing education programs.

B.  Personal -
    1.  Maintains good physical and emotional well-being.
    2.  Possesses personal qualities such as flexibility, respect, good judgement, integrity, loyalty, poise and diplomacy.
    3.  Demonstrates good communication skills and is able to relate effectively to Senior Citizens, media, department heads, and administration.
    4.  Demonstrates Self-motivated and confidence.
    5.  Serves as a role model.



DEPOSITION
EXHIBIT 𝒫𝒱
3
10-18-00

00001

# Humana

SENIORS ASSOCIATION

| Position Title | Number | Grade | Supervisor Title |
|---|---|---|---|
| eniors Advisor | | | Director, Marketing/Public Rel. |

## POSITION GOAL

Meet Association Goals determined by Corporate through the planning, organizing, implementing and developing all aspects of the Seniors Association.

## POSITION RESPONSIBILITIES

-Plan, organize, implement and evaluate Senior Activities.
-Recruit Association members.
-Plan and promote activities designed specifically for Senior Citizens.
-Maintain organized up to date filing system for Association
-Coordinate Cradle Club
-Ability to direct seniors seeking health Information.
-Willing to sit for Insurance License Exam and enroll Seniors into Humana Plan.
-Drive Seniors to events if necessary.

## INTERACTION WITH OTHER DEPARTMENTS

Work with the Department of Public Relations, Marketing, Education and Volunteer services to plan and promote programs specifically targeting Senior Citizens.

## POSITION REQUIREMENTS

**Experience**
Internship and work experience in a Seniors Setting

**Education**
B.S.  Leisure Services and Studies with Gerontology focus

**Special Qualifications**
Genuine interest in Senior Citizens

**Outside Relationships**
Interacts with community Organizations, Volunteers and Hospital Staff/Departments.

**Budget**
Control Budget

**Assets Controlled**


**Employees Supervised**
Insurance Advisor

**Physical Demands**
Walking, dancing, standing, bending, lifting stooping

**Career Path**
00002

**Degree of Supervision Required**
Minimal

# 1990 Form W-4

Department of the Treasury
Internal Revenue Service

**Purpose. Complete Form W-4** so that your employer can withhold the correct amount of Federal income tax from your pay.

**Exemption From Withholding. Read line 6** of the certificate below to see if you can claim exempt status. If exempt, complete line 6; but do not complete lines 4 and 5. No Federal income tax will be withheld from your pay. This exemption expires February 15, 1991.

**Basic Instructions.** Employees who are not exempt should complete the *Personal Allowances Worksheet*. Additional worksheets are provided on page 2 for employees to adjust their withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply to your situation. The worksheets will help you figure the number of withholding allowances you are

entitled to claim. However, you may claim fewer allowances than this.

**Head of Household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage Income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may find that you owe additional tax at the end of the year.

**Two-Earner/Two-Jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form

W-4. This total should be divided among all jobs. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Advance Earned Income Credit.** If you are eligible for this credit, you can receive it added to your paycheck throughout the year. For details, obtain Form W-5 from your employer.

**Check Your Withholding.** After your W-4 takes effect, you can use Publication 919, is My Withholding Correct for 1990?, to see how the dollar amount you are having withheld compares to your estimated total annual tax. Call 1-800-424-3676 (in Hawaii and Alaska, check your local telephone directory) to order this publication. Check your local telephone directory for the IRS assistance number if you need further help.

## Personal Allowances Worksheet

| | | |
|---|---|---|
| A | Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . | A 1 |
| B | Enter "1" if: { 1. You are single and have only one job; or 2. You are married, have only one job, and your spouse does not work; or 3. Your wages from a second job or your spouse's wages (or the total of both) are $2,500 or less. } | B 1 |
| C | Enter "1" for your spouse. But, you may choose to enter "0" if you are married and have either a working spouse or more than one job (this may help you avoid having too little tax withheld) . . . . . . . | C _____ |
| D | Enter number of dependents (other than your spouse or yourself) whom you will claim on your tax return | D _____ |
| E | Enter "1" if you will file as a head of household on your tax return (see conditions under "Head of Household," above) . | E _____ |
| F | Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit | F _____ |
| G | Add lines A through F and enter total here . . . . . . . . . . . . . . . . . . ► G _____ |

**For accuracy, do all worksheets that apply.**

• If you plan to itemize or claim adjustments to income and want to reduce your withholding, turn to the Deductions and Adjustments Worksheet on page 2.
• If you are single and have more than one job and your combined earnings from all jobs exceed $25,000 OR if you are married and have a working spouse or more than one job, and the combined earnings from all jobs exceed $44,000, then turn to the Two-Earner/Two-Job Worksheet on page 2 if you want to avoid having too little tax withheld.
• If neither of the above situations applies to you, stop here and enter the number from line G on line 4 of Form W-4 below.

-------------------- Cut here and give the certificate to your employer. Keep the top portion for your records. --------------------

## Form W-4 — Employee's Withholding Allowance Certificate

Department of the Treasury
Internal Revenue Service

► For Privacy Act and Paperwork Reduction Act Notice, see reverse.

OMB No. 1545-0010

**1990**

| 1 Type or print your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Monique J | Willenbrock | 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 |

| Home address (number and street or rural route) | | 3 Marital status | ☒ Single   ☐ Married |
|---|---|---|---|
| 7871 N.W. 13th Street | | | ☐ Married, but withhold at higher Single rate. |
| City or town, state, and ZIP code | | | Note: If married, but legally separated, or spouse is a |
| Pembroke Pines, FL 33024 | | | nonresident alien, check the Single box. |

| | | |
|---|---|---|
| 4 Total number of allowances you are claiming (from line G above or from the Worksheets on back if they apply) | 4 | 0 |
| 5 Additional amount, if any, you want deducted from each pay . . . . . . . . . . . | 5 | $ 0 |

6 I claim exemption from withholding and I certify that I meet ALL of the following conditions for exemption:
• Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability; AND
• This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability; AND
• This year if my income exceeds $500 and includes nonwage income, another person cannot claim me as a dependent.

If you meet all of the above conditions, enter the year effective and "EXEMPT" here . . . . ► 6 | 19

7 Are you a full-time student? (Note: Full-time students are not necessarily exempt.) . . . . | 7 | ☐ Yes | ☒ No

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ► *Monique J Willenbrock*   Date ► 8-16-90 , 19___

| 8 Employer's name and address (Employer: Complete 8 and 10 only if sending to IRS) | 9 Office code (optional) | 10 Employer identification number |
|---|---|---|

DEPOSITION EXHIBIT 4   10-18-00

00028

NEW HIRE CHECKLIST

Employee Name: *Monique Willenbrock*     Department: *MARKETING*

**Full & Part-time Employees**          Status:( FT ) PT  PD  Temp

| | | |
|---|---|---|
| _____ | Humana Health Ins. - Option 2 | Pre-Tax:  Y_____  N ✓ |
| _____ | Humana Health Ins. - Option 50 | Pre-Tax:  Y_____  N_____ |
| ✓ | Dental Insurance | Pre-Tax:  Y_____  N ✓ |
| ✓ | Conflict of Interest (Management) | |
| _____ | Corporate Disclosure Form (Management) | |
| _____ | 8/80 Option (O.R. & PACU Employees Only) | |
| ✓ | Long Term Disability Insurance (Management) | |
| ✓ | COBRA Notification Letter to New Employee | |
| _____ | Control Page for Manager's Manual (Management) | |
| _____ | Humana Rehire-Adjusted Service Date memo | |

**GENERAL INFORMATION FORMS  (All Employees)**

- ✓ Life Insurance (Full & Part-Time)
- ✓ Business Travel/Accident Insurance (FT, PT & PD)
- ✓ Photo I.D.
- ✓ Authorization to Mail Payroll Check
- ✓ Emergency Contact Form
- ✓ Fair Labor Standard Act Classification Form
- ✓ Employee Handbook
- ✓ "Humana Benefits" Box
- ✓ W-4 form
- ✓ I-9 Immigration Form
  - ____ social security card *need*
  - ____ driver's license
  - ____ other (please specify_____:)
- ✓ BioDyne Employee Assistance Brochure
- ✓ DORRIS Employee Assistance Brochure
- ✓ Drug Policy & Release Form
- ✓ Communication Skills (Emergency Language Pool)
- ✓ Parking Decal
- ✓ Orientation Notification  8-20 -90
- N/A Professional License (if applicable)
- ✓ Right-To-Know form (to be ret'd to H.R. 9/20  30-days from hire)
- ✓ Departmental "New Hire Orientation Checklist" *return of*

The above items "checked" have been reviewed with me.

_*Monique Willenbrock*_                              _8-16-90_
       Employee Signature                              Date
                                                Revised:   6/90

**000035**

**Please fill out this form and return it to the Personnel Office.**

This Handbook, and the *Manager's Manual* upon which it is based, is intended as a guide for policies, benefits and general information which should assist you during your employment. These guidelines shall not be construed as a contract. The Company reserves the right to make changes in content or application as it deems appropriate, and these changes may be implemented even if they have not been communicated, reprinted or substituted in this Handbook or the *Manager's Manual*. It shall also be understood that employment is terminable, with or without cause, at the will of either the employee or the Company.

I acknowledge receipt of the Humana Employee Handbook. I have read the statement above and will read the policies in this book within a week, ask my supervisor about points I do not understand, and do hereby agree to accept and abide by these policies.

_____
Employee Name

USA
_____
Department

7/16/90
_____
Date

**✛Humana Hospital Pembroke**

HUMANA SENIORS
ASSOCIATION
DEPARTMENT

MONIQUE WILLENBROCK
EMPLOYEE NAME

000036

**Humana Hospital
Pembroke**

**NEW EMPLOYEE ORIENTATION CHECKLIST**

| | | Date of Employment |
|---|---|---|
| | | 8-20-90 |

Immediate Supervisor: Jerry Sutphin

Please make certain every item on this list is covered with the new employee on the first day of work in his department. After completion, please forward to the Human Resources Department. Check each item as it is covered.

The new employee has been:

Yes / No

☑ ☐ introduced to all staff members and informed of department's organization, philosophy, lines of authority and communications.

☑ ☐ shown physical layout of work area including restrooms, where to hang coat, etc.

☑ ☐ assigned a work space and advised of responsibility for keeping it clean, neat and orderly.

☑ ☐ given a written job description indicating major and minor tasks and how they relate to the functioning of your department.

☑ ☐ given an explanation of the requirements and goals of the appraisal period.

☑ ☐ shown how and where to record hours worked.

☑ ☐ advised of pay procedure; when, by whom, what to do if absent on a payday, and how overtime is calculated.

☑ ☐ advised regarding scheduling, work hours, normal hours worked, breaks and lunch periods.

☑ ☐ advised that it is the Company's right to change schedules, number of hours worked, etc., to meet the needs of department operation.

☑ ☐ informed that new employee is to accompany an experienced employee in same job category to lunch.

☑ ☐ shown how to operate telephone system and proper method of answering telephone in area.

☑ ☐ introduced to department schedule and work shifts.

☑ ☐ introduced to departmental vacation schedule.

☐ ☐ advised of procedure for reporting absence or tardiness.

☑ ☐ advised of procedure for requesting personnel action.

☑ ☐ advised of particular safety precautions (including location of personal protective clothing and equipment, if applicable) and emergency procedures (including fire regulations) within the department.

☑ ☐ advised of proper grooming and uniform codes.

☑ ☐ advised of "Right to Know" regarding use of hazardous chemicals (including review of Material Safety Data Sheets) within the department (if applicable).

☑ ☐ advised of department's waste handling procedures.

☑ ☐ advised of Universal precaution requirements to be utilized.

☑ ☐ adivsed of annual employee health and update requirements.

(The new employee has been fully instructed on all items checked above.)

DEPOSITION
EXHIBIT
5
10-18-00

**000027**

| New Employee's Signature | Signature of Immediate Supervisor | Date |
|---|---|---|
| | | |

(9/91)

| SUMMARY | |
|---|---|
| **STRENGTHS** | **AREAS OF IMPROVEMENT** |
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |

List three to five major components of position applied for and how they fit in with applicant's experience.

1.

2.

3.

4.

5.

**COMMENTS**

Just grad. college w/ degree in Leisure Services

Not much work experience.

Very personable - asked pertinent benefit question

Do not have strong personality but I believe that comes
        cheerful
along with experience

V. Lockwood offered min of range, 29100 annual

                    Intern

☑ RECOMMENDED FOR THE POSITION    Interviewer's Signature X _____    Date 9-28-90

☐ NOT RECOMMENDED FOR THE POSITION

**Humana**

## APPLICANT RATING REPORT
HU-430 1/90

| Applicant's Name | Position Applied For | | ☐ MANAGEMENT |
|---|---|---|---|
| Monique Jean Willebrod | Senior Mgr | | ☐ NON-MANAGEMENT |
| Interviewer Valerie Lockwood | Date Interviewed 7-28-90 | | |

**RATING SCALE**

9/10 - EXCELLENT/EXCEPTIONAL (No weak spots; unusually outstanding)
7/8 - GOOD/VERY GOOD (Only minor weaknesses)
5/6 - ADEQUATE (May meet minimum requirements)
3/4 - LESS THAN ADEQUATE (Shows major weaknesses)
1/2 - POOR (unacceptable; lacking a great deal)
N/A - (Not applicable for evaluation of this candidate)

| APPLICANT'S CHARACTERISTICS | RATING | COMMENTS |
|---|---|---|
| **PROFESSIONAL IMPRESSION** (General impression created by dress, grooming, health) | 9 | |
| **ATTITUDE/COOPERATION** (Degree to which employee is supportive of organization's objectives, decisions and policies; accepts and profits from constructive criticism) | 10 | |
| **DEPENDABILITY** | 9 | |
| **RELATIONSHIPS** (Ability to work with subordinates, peers and superiors) | 10 | |
| **LEARNING ABILITY** | 10 | |
| **PROFESSIONAL KNOWLEDGE/EXPERIENCE** (Competence in field or specialty; relationship between applicant's background and position requirements) | 10 | |
| **ADAPTABILITY** (Efficiency under stress; receptiveness to change/new ideas; poise and/or courtesy in tough situations) | 10 | |
| **INITIATIVE/EFFECTIVENESS** (Ability to recognize and implement tasks; degree of self-assertion) | 10 | |
| **POISE/MATURITY** (Stability; sense of balance) | 9 | on her way to top |
| **PERSONALITY** (Personal qualities: temperament, disposition; pleasant?) | 10 | |
| **COMMUNICATION SKILLS** (Skill level adequate for position requirements?) | 9 | |
| **EDUCATION** (As it applies to position requirements) | 10 | not an RN |
| **PATTERN OF ACHIEVEMENT** (Habit of applying himself/herself; continued improvement and contribution to goals) | 10 | |
| **PROMOTABILITY** (Apparent ability to get ahead) | 10 | very motivated |
| **FLEXIBILITY** (Ability to travel/relocate) | 10 | |
| **INTEREST IN POSITION** | 10 | 000046 |
| **OVERALL RATING** | | |

**RETURN TO PERSONNEL**

*SEE REVERSE SIDE*

| SUMMARY | |
|---|---|
| **STRENGTHS** | **AREAS OF IMPROVEMENT** |
| 1. *Writing skills* | 1. *might talk too much* |
| 2. *creative* | 2. |
| 3. *Personable* | 3. |

List three to five major components of position applied for and how they fit in with applicant's experience.

1.

2.

3.

4.

5.

| COMMENTS |
|---|
| *Monique is a LLS grad w/ lots of resources + resourcefulness she is eager to prove her self in all of the positions she has held.* |
| *Monique is the person for this job she doesn't sit still + wants to work* |

☑ RECOMMENDED FOR THE POSITION
☐ NOT RECOMMENDED FOR THE POSITION

Interviewer's Signature

Date 7-28-90

**Humana**              **EMPLOYEE PERFORMANCE APPRAISAL**

*Management Employees Only*

| Employee Name | Position Title |
|---|---|
| Monique Monteiro | Manager |
| **Department** | **Social Security No** |
| Humana Seniors Association | 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 |

| Period Covered | | Date Due | Appraisal Type |
|---|---|---|---|
| From 12/2/90 | To 12/2/91 | 12/2/91 | ☐ 3 MONTH ☐ PROMOTION TRANSFER ☒ ANNUAL ☐ _____ |

## INDICATORS OF PERFORMANCE LEVELS

| 5 | OUTSTANDING | Performance far exceeds standards with minimal supervision |
|---|---|---|
| 4 | EXCELLENT | Performance consistently above standards with minimal supervision |
| 3 | SATISFACTORY PLUS | Performance above standards on a regular basis |
| 2 | SATISFACTORY | Performance fully meets minimum standards |
| 1 | SATISFACTORY MINUS | Performance falls below minimum standards |

C00150

DEPOSITION
EXHIBIT
7
10-18-00

## A. MAJOR ACCOMPLISHMENTS DURING APPRAISAL PERIOD

NOTE: MBO Summary may be substituted for this section

| BRIEFLY IDENTIFY INDIVIDUAL GOALS PROJECTS MBO'S OR OTHER ACCOMPLISHMENTS | BRIEFLY SUMMARIZE EMPLOYEE'S PERFORMANCE |
|---|---|
| JIM BLUMENFIELD MBA | HAS ESTABLISHED A VERY SUCCESSFUL CHAPTER AT FAU. |
| CONTINUED GROWTH | WE RECOGNIZED AS ONE OF THE FASTEST GROWING CHAPTERS. |
| SUPPORTED ACTIVITIES | RECEIVED AWARD FOR ACTIVITIES CHAPTER 1 OUTSTANDING |
| COMMUNITY INVOLVEMENT | HAS BEEN INVOLVED WITH CHURCHES AND RED CROSS AS WELL AS OTHERS |

C00151

## B. PERFORMANCE CHARACTERISTICS

| RATE THE FOLLOWING | CODE | COMMENTS |
|---|---|---|
| **1** PROFICIENCY IN FIELD/SPECIALTY<br>Degree of competence. Professional manner | 5 | Moniave has won the national Award the HATSA. |
| **2** ADMINISTRATIVE EFFECTIVENESS<br>Skill in planning, organizing and implementing work assignments or projects | 5 | Extremely effective and organized |
| **3** LEADERSHIP<br>Skill in getting work done through formal or informal direction of others | 5 | Outstanding example and inspiration |
| **4** JUDGEMENT/DECISION MAKING<br>Degree of analysis, objectivity and foresight used to make decisions. | 5 | Very good judgement |
| **5** RELATIONSHIPS<br>Ability to work with subordinates, peers and superiors | 5 | Very good rapport with others |
| **6** INITIATIVE & RESOURCEFULNESS<br>Amount of drive and creativity. Ability to start and accomplish work. Degree of supervision needed | 5 | Extremely resourceful + independent |
| **7** SUPERVISORY SKILL<br>Demonstrated ability to select, train, motivate and develop subordinates. Degree of sustained contribution from work group | 4 | Recently hired and trained need |
| **8** COMMUNICATION<br>Expression of ideas verbally or written. Method and manner of speaking. Ability to observe and listen. | 5 | Exceptional skills. |
| **9** PROFESSIONAL DEVELOPMENT<br>Commitment to professional growth through development of skills and knowledge | 4 | Has continued participation in her |
| **10** ADAPTABILITY<br>Efficiency under stress. Receptiveness to change new ideas. Poise and/or courtesy in tough situations | 5 | Very flexible and enthusiastic |
| **11** ATTITUDE & COOPERATION<br>Degree to which employee is supportive of organization's objectives, decisions and policies. Accepts and profits from constructive criticism | 5 | Extremely positive and supportive |
| **OVERALL RATING** | 4.8 | = 6.7 |

C00152

See Instructions on Page 1 for appropriate appraisal code

## C. DEVELOPMENT SUMMARY

| SUMMARY OF STRENGTHS | SUMMARY OF DEVELOPMENTAL NEEDS |
|---|---|
| **A** MONIQUE IS VERY ACTIVE AND ENTHUSIASTIC. | **A** |
| **B** MONIQUE IS SETTING AN EXAMPLE FOR OTHER MSA | **B** |
| **C** MONIQUE HAS AN ATTITUDE THAT IS EXTREMELY COMPLIMENTARY TO HUMANA AND MMP. | **C** |

**2** Action to be taken to correct performance deficiencies where appropriate

| 3 | No of In-Service Programs attended  2 | DID EMPLOYEE ATTEND ▶ | Safety Program ☒ YES ☐ NO | CPR ☒ YES ☐ NO | Infection Control ☒ YES ☐ NO | No of Cont Ed. Prog Attended | Contact Hrs 38 |
|---|---|---|---|---|---|---|---|

| 4 | The position description for this employee has been reviewed and is current ☒ YES ☐ NO | A revised position description has been attached. ☐ YES ☒ NO |
|---|---|---|

## D. EMPLOYEE COMMENTS

Do you have any comments concerning this appraisal? ☒ YES ☐ NO

I love my Job! I find it very rewarding and challenging. The atmosphere is perfect for a senior club such as ours. I'm extremely pleased with who and what I have to work with to help improve my Chapter.

C00153

### D. EMPLOYEE COMMENTS (Continued)

What do you feel you've accomplished during this evaluation period?

I have settled in this job - learned the "ins and outs" and gathered a pretty successful group of activities.

Can you recommend any changes which would help you do your job?

I recently got help and all is well!

What are your future work plans with us? (Mention where appropriate, relocation, career plans and whether present job is in line with career plans)

I plan to stay in this position for years to come. I wish to stay in S. Florida

Do you possess skills and aptitudes which are not fully utilized in your present position? (Mention foreign languages when appropriate)

I think I get to use most of what I know.

What training and development do you need to do a better job in your current or future position?

I want to start working on a Masters Degree

### E. EVALUATION SUMMARY

| FOR APPRAISAL PERIOD EMPLOYEES | FOR PERMANENT EMPLOYEES |
|---|---|
| ☐ SATISFACTORY COMPLETION OF APPRAISAL PERIOD | ☑ SATISFACTORY COMPLETION OF EMPLOYMENT YEAR |
| ☐ DELAY COMPLETION OF APPRAISAL RE-EVALUATION DATE ➜ | ☐ DELAY CONTINUED REGULAR STATUS & RE-EVALUATE RE-EVALUATION DATE ➜ |
| ☐ LESS THAN SATISFACTORY COMPLETION OF APPRAISAL RECOMMEND TERMINATION EFFECTIVE DATE ➜ | ☐ CONTINUED UNSATISFACTORY PERFORMANCE RECOMMEND TERMINATION EFFECTIVE DATE ➜ |

SIGNATURES

Employee _____ Date 11/12/9_

Manager _____ Date 11/8/9_

Reviewing Manager

C00154

The employee's signature means that the performance appraisal was reviewed with him/her. It does not necessarily indicate that he/she agrees with the appraisal

**Humana**

## EMPLOYEE PERFORMANCE APPRAISAL
HU-431  7/83

*Management Employees Only*

| Employee Name | Position Title |
|---|---|
| MONIQUE MONTERIO | MANAGER HUMANA SENIORS ASSOCIATION |

| Department | Social Security No |
|---|---|
| SENIORS ASSOCIATION | 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 |

| Period Covered | Date Due | Appraisal Type |
|---|---|---|
| From 12/91  To 12/92 |  | ☐ 3 MONTH  ☐ PROMOTION/TRANSFER<br>☒ ANNUAL  ☐ _____ |

### INDICATORS OF PERFORMANCE LEVELS

| 5 | OUTSTANDING | Performance far exceeds standards with minimal supervision |
|---|---|---|
| 4 | EXCELLENT | Performance consistently above standards with minimal supervision |
| 3 | SATISFACTORY PLUS | Performance above standards on a regular basis |
| 2 | SATISFACTORY | Performance fully meets minimum standards |
| 1 | SATISFACTORY MINUS | Performance falls below minimum standards |

000129


DEPOSITION
EXHIBIT
8
10-18-00

## B. PERFORMANCE CHARACTERISTICS

| RATE THE FOLLOWING | CODE | COMMENTS |
|---|---|---|
| **1  PROFICIENCY IN FIELD/SPECIALTY**<br>Degree of competence. Professional manner | 5 | Outstanding HSA Director. Very professional. |
| **2  ADMINISTRATIVE EFFECTIVENESS**<br>Skill in planning, organizing and implementing work assignments or projects. | 5 | Excellent organization skills. |
| **3  LEADERSHIP**<br>Skill in getting work done through formal or informal direction of others. | 5 | Gets 100% from staff and HSA members. |
| **4  JUDGEMENT/DECISION MAKING**<br>Degree of analysis, objectivity and foresight used to make decisions. | 5 | Excellent judgement. |
| **5  RELATIONSHIPS**<br>Ability to work with subordinates, peers and superiors | 5 | Works well with everyone. |
| **6  INITIATIVE & RESOURCEFULNESS**<br>Amount of drive and creativity. Ability to start and accomplish work. Degree of supervision needed. | 5 | Hard worker - Needs very little supervision. Top performer in ℒ growth. |
| **7  SUPERVISORY SKILL**<br>Demonstrated ability to select, train, motivate and develop subordinates. Degree of sustained contribution from work group. | 5 | Does excellent job with employee and volunteers. |
| **8  COMMUNICATION**<br>Expression of ideas verbally or written. Method and manner of speaking. Ability to observe and listen. | 4 | Excellent verbal and written skills. |
| **9  PROFESSIONAL DEVELOPMENT**<br>Commitment to professional growth through development of skills and knowledge. | 4 | Attends appropriate seminars. Would encourage continuance of formal education. |
| **10  ADAPTABILITY**<br>Efficiency under stress. Receptiveness to change/new ideas. Poise and/or courtesy in tough situations. | 5 | Very poised and is receptive to change |
| **11  ATTITUDE & COOPERATION**<br>Degree to which employee is supportive of organization's objectives, decisions and policies. Accepts and profits from constructive criticism. | 5 | Very supportive of Hospital and Corporate Goals |
| **OVERALL RATING** | 4.9 | C000130 |

See Instructions on Page 1 for appropriate appraisal code

## C. DEVELOPMENT SUMMARY

| SUMMARY OF STRENGTHS | SUMMARY OF DEVELOPMENTAL NEEDS |
|---|---|
| A<br><br>*See Note below* | A |
| B | B |
| C | C |

Action to be taken to correct performance deficiencies where appropriate

*Monique has done an outstanding job with The Seniors Assn. and has exceeded all goals set for her.*

| No. of In-Service Programs attended. | DID EMPLOYEE ATTEND ▶ | Safety Program ☐ YES ☐ NO | CPR ☐ YES ☐ NO | Infection Control ☐ YES ☐ NO | No. of Cont Ed Prog Attended | Contact Hrs |
|---|---|---|---|---|---|---|

| The position description for this employee has been reviewed and is current | ☐ YES ☐ NO | A revised position description has been attached | ☐ YES ☐ NO |
|---|---|---|---|

## D. EMPLOYEE COMMENTS

Do you have any comments concerning this appraisal?
☐ YES ☐ NO

000131

## D. EMPLOYEE COMMENTS (Continued)

What do you feel you've accomplished during this evaluation period?

Can you recommend any changes which would help you do your job?

What are your future work plans with us? (Mention where appropriate, relocation, career plans and whether present job is in line with career plans)

Do you possess skills and aptitudes which are not fully utilized in your present position? (Mention foreign languages when appropriate)

What training and development do you need to do a better job in your current or future position?

## E. EVALUATION SUMMARY

| FOR APPRAISAL PERIOD EMPLOYEES | FOR PERMANENT EMPLOYEES |
|---|---|
| ☐ SATISFACTORY COMPLETION OF APPRAISAL PERIOD | ☐ SATISFACTORY COMPLETION OF EMPLOYMENT YEAR |
| ☐ DELAY COMPLETION OF APPRAISAL RE-EVALUATION DATE ➔ | ☐ DELAY CONTINUED REGULAR STATUS & RE-EVALUATE RE-EVALUATION DATE ➔ |
| ☐ LESS THAN SATISFACTORY COMPLETION OF APPRAISAL RECOMMEND TERMINATION. EFFECTIVE DATE ➔ | ☐ CONTINUED UNSATISFACTORY PERFORMANCE. RECOMMEND TERMINATION. EFFECTIVE DATE ➔ |

**SIGNATURES**

Employee _Monique G. Montero_ Date 11-25-92

Manager _000132_ Date

Reviewing Manager _____ Date

The employee's signature means that the performance appraisal was reviewed with him/her. It does not necessarily indicate that he/she agrees with the appraisal.

CONFIRMATION DOCUMENT

RPT NO PR106441

PAGE 0002
PRINTED 12/15/92
TIME 02:17:41
P.E.DATE 12/12/92

LAST MAINT. 12/15/92
ACTIVE

35012 HUMANA HOSPITAL PEMBROKE

SOC SEC 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
NAME    MCHEIRO, MONIQUE
FIELD TITLE                          DATA                          CHANGE TO

**** SALARY CHANGE HISTORY ****

| | DATE | ELIG HRS. .00 | AMOUNT | PER | REAS | POSITION |
|---|---|---|---|---|---|---|
| | 11/29/92 | | 32999.46 | 4.00 | 03 | 92H-MGR MGM S |
| | 12/01/91 | | 31408.08 | 6.50 | 03 | 92H-MGR MGM S |
| | 12/02/90 | | 29566.00 | 1.60 | 03 | 92K-MGR MGM S |
| | 06/20/90 | | 29100.00 | .00 | 01 | 92K-MGR MGM S |

********** TAXES **********

|  |  | METH | MAR-ST | NO-EX | ONE-EX | AMT-PER | SCC-CODE |
|---|---|---|---|---|---|---|---|
| FEDERAL | 0 | S | | | .00 | | |
| STATE | 0 | S | | | .00 | | |
| CITY | 0 | | 00 | 00 | .00 | | |
| COUNTY | 0 | | 00 | 00 | .00 | | 0000 |
| | | | | | .00 | | 000 |

WORK STATE  10 FLORIDA
RESIDE STATE  10 FLORIDA
FICA  A
FUI  Y
SUI/RI  C
SUI/EI  Y
DISI  I
SP IND  00

********** DOE | MC PC T AMT/PER LIMIT START STOP
DENTAL INSRNCE-54  1 A P 6.24 .00 00/00/00
HMO INSC -55  1 A P 57.50 .00 00/00/00
THRIFT PLAN -60  1 A P 3.00 99700.65 00/00/00
CHARITYDEDUCT -63  1 A P 7.11 .00 00/00/00

********** BCHDS **********
PRICE CODE
OTHER CODE
OTHER/CO-OTHER
OTHER/CO-OTHER $SNI
CURRENT BALANCE

********** THRIFT **********
THRIFT ELIGIBILITY DATE  09/01/91
THRIFT ENROLLMENT DATE  09/01/91
UNABLE TO CONTACT REASON
THRIFT STATUS REGULAR  01 ELIGIBLE-PARTICIPATING
SUSPEND DATE REGULAR  00/00/00
RE-ENTRY DATE REGULAR  00/00/00
THRIFT STATUS VOLUNTARY  00 NOT SUSPENDED
SUSPEND DATE VOLUNTARY  00/00/00
RE-ENTRY DATE VOLUNTARY  00/00/00
* DISTRIBUTION PERCENTAGES *
FUND A  025
FUND B  025
FUND C  050

********** RETIREMENT **********
QUALIFIED PLAN DATE  08/20/90
CURRENT RETIREMENT STATUS  P PARTICIPANT
RETIREMENT PARTICIPATION DATE  08/23/92
NEXT INVESTMENT - FIXED  50%
NEXT INVESTMENT - EQUITY  50%
NEXT INVESTMENT - HUMANA  0%
CURRENT INVESTMENT - FIXED  100%

000133

CONFIRMATION DOCUMENT

RPT NO PP105441   PAGE 0001
LAST MAINT. 12/15/92
ACTIVE

35912 HUMANA HOSPITAL PEMBROKE

SOC SEC 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
NAME  MONTEIRO, MONIQUE

| FIELD TITLE | DATA | CHANGE TO |
|---|---|---|

***** PERSONAL *****

| NAME | MONTEIRO, MONIQUE |
| ADDRESS LINE 1 | 7720 NW 39 STREET |
| ADDRESS LINE 2 | |
| CITY STATE ZIP | DAVIE        FL 33024 |
| HOME PHONE | 305/435/2003 |
| MARITAL STATUS | 1 |
| SPOUSE NAME | |
| SEX | F |
| BIRTHDATE | 03/15/66 |
| EMPLOYMENT DATE | 08/20/90 |
| KEY EMPLOYEE INDICATOR | |
| DEPARTMENT NUMBER | 923 |
| LOCATION CODE | 000 |
| WORK LOCATION | |
| ADJUSTED SERVICE DATE | 00/00/00 |
| OFFICE PHONE | 305/962/9650 |
| EXTENSION | 0000 |
| SUPERVISOR | |
| PROFESSIONAL LICENSE | |
| EMP UNION CODE | |
| JOB PREFERENCE | |
| GEOGRAPHICAL PREFERENCE | |
| EMPLOYEE CLASS | 5 |
| POSITION CLASS | 00 |
| EMPLOYMENT CODE | 01 |
| EEOC GROUP | 4 |
| VETERAN STATUS | |
| HANDICAP INDICATOR | |
| TERMINATION REASON | |
| DATE OF TERMINATION | 00/00/00 |
| LOA REASON | |
| LOA START DATE | 00/00/00 |
| LOA RETURN DATE | 00/00/00 |

***** PERFORMANCE REVIEW *****

| DATE | RATING | NEXT REVIEW |
| 12/02/92 | 480 | 12/02/93 |

***** SALARY INFORMATION *****

| PAY CODE | 3 |
| FULL/PART TIME | 1 |
| HOURLY RATE | 15.8651 |
| NORMAL BI-WEEKLY HOURS | 80.0 |
| BI-WEEKLY SALARY | 1269.21 |
| WORK SCHEDULE | 1 |
| SALARY CHANGE DATE | 11/29/92 |
| SALARY CHANGE REASON | 03 MERIT |
| NEXT SALARY REVIEW | 12/02/92 |
| POSITION NUMBER | 92H MGR HUMANA SENIORS ASSOCIATION |
| GRADE | M -07 |
| DATE PRESENT JOB | 08/20/90 |
| SCHEDULED SHIFT | 1 |
| PAY FREQUENCY | 2 |
| VACATION PLAN | AC ELIG HRS.  60.00 |

000134

# PROGRAM ATTENDANCE RECORD

PROGRAM: _General Orientation_

CONTACT HOURS (CEUs) _____ IF APPLICABLE

DATE: _8-20-90_  PLACE: _Classroom 1_

| NAME | SSN/ PROF. LICENSE # | POSITION | DEPT. | RACE | SEX | SIGNATURE |
|------|----------------------|----------|-------|------|-----|-----------|
| Rita Luther | 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 | Resp Tech | Resp. | C | F | Rita Luther |
| Monave Willenbrock (Monteiro) | 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 | HSA | | C | F | Monique Willenbrock |
| Cecilia Jones | 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 | (Greater) | | C | F | Cecilia Jones |
| Aldith St. Rose | 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 | RN | nursing | B | F | Aldith M. Rose |
| Lila Zedek | 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 | Volunteer | PED. | C | F | Lila Zedek |
| Jacqueline Mayne | 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 | Volunteer | ? | C | F | Jacqueline Mayne |
| Jillian Nisbett | 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 | Volunteer | PED n ? | C | F | Jillian Nisbett |
| Joyce Babbitt | 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 | Volunteer | Ped. | C | F | Joyce Babbitt |
| Doris Housman | 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 | Volunteer | PED. | C | F | Doris Housman |
| Betty Janowitz | unknown | Volunteer | Nursing | B | F | Betty Janowitz |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

000012

DEPOSITION
EXHIBIT
9
10-18-00

# EMPLOYEE UPDATE
## Humana Hospital - Pembroke

# PROGRAM ATTENDANCE RECORD

PROGRAM: Employee Update _____     CONTACT HOURS (CEUs) _____
                                                                    (IF APPLICABLE)

DATE: 11/18/91  6-9pm                          PLACE:

| NAME | SS#/PROF. LICENSE # | POSITION | DEPT. | RACE | SEX | SIGNATURE |
|------|---------------------|----------|-------|------|-----|-----------|
| Hinson, Robin | | | Laboratory | | | Robin Hinson |
| Kurian, Mariamma | | | Laboratory | | | Mariamma Kuri |
| Horn, Barbara | | | ~~Infection Control~~ ~~Emp. Health~~ | | | Barbara Horn |
| Dempster, James | | R P T A | Phys.Therapy | | | J.D |
| Laxon, Barbara | A 001185 | RPTA | Phys.Therapy | | | Barbara Laxon |
| McLeod, Cynthia | 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 | (RN) | OB | | | Cindy |
| Hurd, Mary | | | E.R. | | | M. Hurd |
| Lamkin, Sharon | 85903.2 | RN | E.R. | | | Sharon Lamkin |
| Murray, Ellen | 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 | NM.ED. | E.R. | | | Ellen M |
| oglione, Laura | | | 3 South | | | L.Doglione |
| Taie-Tehrani, Rhea | | | O.B. | | | Rhea Taie-tehrani |
| Jacob, Mathew | | | Resp.Therapy | | | MATHEW JACOB |
| Eapen, Kuruvilla | | | Nuc. Med. | | | Kuruvilla EAPEN |
| Parks, Nitza | | i | Nuclear Med. | | | PArks, NitzA |
| Monteiro, Monique | | | Human Seniors Asst. | | | Monique Montei |
| Conte, Lillian | | | Radiology | | | Lillian Conte |
| Carlo, Mary | | | CT SCAN | | | Mary Carlo |
| Adler, Bruce | | | Nuclear Med | | | Bruce Adler |
| | | | | | | |
| Licker, Paul | | | CT Scan | | | Paul Licker |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | 000023 |

PROGRAM: __Employee Update__          CONTACT HOURS (CEUs) _____ (IF APPLICABLE)

DATE:  12/16/92                        PLACE:  SCR

| NAME | SSN/ PROF. LICENSE # | POSITION | DEPT. | RACE | SEX | SIGNATURE |
|------|----------------------|----------|-------|------|-----|-----------|
| Nitza Parks | 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 | Tech. | True Med | | | Nitza Parks |
| Debie Jon | | P R / Mobility | | C | F | Debie Jr |
| Monique Monteiro | 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 | HSA Director | HSA | C | F | Monique Monte |
| Laurie Maas | 034368456 | R n | Nursing | = | | Laurie Maas |
| Aimeezer Page | | LPTA | P. T. | | | Aimeezer pt |
| Wrendy D. Bird | | Operator | Commun | W | F | Wendy Bird |
| Carmen T. Rice | | operator | commu. | WH | F | Carmen T. R |
| Maria D Lomaga | 144-267-729 | Rock Mgr | Accounting | WH | F | M D Lomaga |
| JOSE N BASTO Jr. | 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 | FT CRTT | Respiratory | W | M | Jose N R |
| Bernadette Mercon | 1818322 | R.N. | Nursing | W | F | Bernadette Merc |
| George L Scurlock | 453-42-539 | Cook | Dietary | Bu | M | George Scurlo |
| ANNIES JAMES | 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 | R N | 5 South | Asica | F | Annies James |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

000017

```
                    C O N F I R M A T I O N   D O C U M E N T          RPT NO PR106441   PAGE 0001
                                                                          PRINTED 05/25/91
                                                                          TIME 00.54.39
35912 HUMANA HOSPITAL PEMBROKE                                          P.E DATE 05/18/91
SOC SEC 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                                                     LAST MAINT. 05/22/91
NAME  WILLENBROCK  MONIQUE                                                    ACTIVE
      FIELD TITLE                    DATA                    CHANGE TO

========== PERSONAL ==========
                        NAME| WILLENBROCK, MONIQUE
                ADDRESS LINE 1| 7720 NW 39 STREET
                ADDRESS LINE 2|
                CITY STATE ZIP| DAVIE, FL          33024
                   HOME PHONE| 305/435/2093
               MARITAL STATUS| 1
                 SPOUSE NAME|
                        SEX| F
                    BIRTHDATE| 03/15/66
            EMPLOYMENT DATE| 08/20/90
    KEY EMPLOYEE INDICATOR|
            DEPARTMENT NUMBER| 923
                LOCATION CODE| 000
                WORK LOCATION|
        ADJUSTED SERVICE DATE| 00/00/00
                 OFFICE PHONE| 305/942/9650
                    EXTENSION| 0000
                   SUPERVISOR|
         PROFESSIONAL LICENSE|
             EMP UNION CODE|
              JOB PREFERENCE|
        GEOGRAPHICAL PREFERENCE|
             EMPLOYEE CLASS| 5
              POSITION CLASS| 0
             EMPLOYMENT CODE| 101
                  EEOC GROUP| 04
              VETERAN STATUS|
           HANDICAP INDICATOR|
         TERMINATION REASON|
       DATE OF TERMINATION| 00/00/00
                  LOA REASON|
              LOA START DATE| 00/00/00
             LOA RETURN DATE| 00/00/00
===== PERFORMANCE REVIEW =====  DATE    RATING   NEXT REVIEW
===== SALARY INFORMATION =====
                   PAY CODE| 3
              FULL/PART TIME| 1
                 HOURLY RATE| 14.2143
         NORMAL BI-WEEKLY HOURS| 80.0
           BI-WEEKLY SALARY| 1137.14
             WORK SCHEDULE| 1
         SALARY CHANGE DATE| 12/02/90
        SALARY CHANGE REASON| 03 MERIT
        NEXT SALARY REVIEW| 12/02/91
            POSITION NUMBER| 92N MGR MM S A
               PRESENT GRADE| IM -47
          DATE PRESENT JOB| 06/20/90
              SCHEDULED SHIFT| 1
              PAY FREQUENCY| 2
      DIFFERENTIAL =| TYPE  AMOUNT  PERCENTAGE
               POOL PREMIUM| 0            .00
```

EXHIBIT 10
10-18-CO

000065

990000

**C O N F I R M A T I O N   D O C U M E N T**

RPT NO PR106441    PAGE 0002
PRINTED 05/25/91
TIME 00.54.39
P.E. DATE 05/18/91

LAST MAINT. 05/22/91
ACTIVE

35912 HUMANA HOSPITAL PEMBROKE

SOC SEC 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
NAME   MILLENBROCK, MONIQUE
FIELD TITLE

| | DATA | CHANGE TO |
|---|---|---|
| ON CALL | 0 | |
| SHIFT 2 | 0 | |
| SHIFT 3 | 0 | |
| VACATION PLAN | AC ELIG HRS. 40.00 | |
| SICK PLAN | ELIG HRS. .00 | |

**\*\*\*\* SALARY CHANGE HISTORY \*\*\*\***

| DATE | AMOUNT | PER | REAS | POSITION |
|---|---|---|---|---|
| 12/02/90 | 29566.00 | 1.60 | 03 | 92H-MGR MLM S |
| 00/20/90 | 29100.00 | .00 | 01 | 92K-MGR MLM S |
| MTM | MAR-ST | MO-EX | ONE-EX | AMT-PER | SCC-CODE |

**\*\*\*\*\*\*\*\* TAXES \*\*\*\*\*\*\*\***

| | | | | |
|---|---|---|---|---|
| FEDERAL | 0 | S | .00 | .00 |
| STATE | 0 | S | .00 | .00 |
| CITY | 0 | | .00 | 0000 |
| COUNTY | 0 | | .00 | 000 |
| WORK STATE | 10 FLORIDA | | | |
| RESIDE STATE | 10 FLORIDA | | | |
| FICA | A | | | |
| FUI | Y | | | |
| SUI/RI | C | | | |
| SUI/EI | Y | | | |
| DIS | A | | | |

**\*\*\*\*\*\*\*\*\* DOE \*\*\*\*\*\*\*\*\***

| | VEC | PC | T | AMT/PER | LIMIT | START | STOP |
|---|---|---|---|---|---|---|---|
| DENTAL INSRNCE-54 | 11 | A | P | 1.51 | .00 | .00 | 00/00/00 |
| HMO INS2 | 11 | A | P | 6.54 | .00 | .00 | 00/00/00 |
| CHARITYDEDUCT -63 | 11 | A | P | 7.11 | .00 | .00 | 00/00/00 |
| BONDS | 00 | | | | | | |

**\*\*\*\*\*\*\*\*\* THRIFT \*\*\*\*\*\*\*\*\***

| | |
|---|---|
| PRICE CODE | |
| OWNER CODE | |
| OWNER/CO-OWNER | |
| OWNER/CO-OWNER SSN | |
| CURRENT BALANCE | |
| THRIFT ELIGIBILITY DATE | 00/00/00 |
| THRIFT ENROLLMENT DATE | 00/00/00 |
| UNABLE TO CONTACT REASON | |
| THRIFT STATUS REGULAR | 00 NOT ELIGIBLE |
| SUSPEND DATE REGULAR | 00/00/00 |
| RE-ENTRY DATE REGULAR | 00/00/00 |
| THRIFT STATUS VOLUNTARY | 00 NOT SUSPENDED |
| SUSPEND DATE VOLUNTARY | 00/00/00 |
| RE-ENTRY DATE VOLUNTARY | 00/00/00 |
| DISTRIBUTION PERCENTAGES | |
| FUNDA | 000 |
| FUNDB | 000 |
| FUNDC | 000 |

**\*\*\*\*\*\*\*\*\* RETIREMENT \*\*\*\*\*\*\*\*\***

| | |
|---|---|
| QUALIFIED PLAN DATE | 06/20/90 |
| CURRENT RETIREMENT STATUS | IN NON-PARTICIPANT EMPLOYMENT YEAR EVALUATION |
| RETIREMENT PARTICIPATION DATE | 00/00/00 |
| NEXT INVESTMENT - FIXED | 0% |
| NEXT INVESTMENT - EQUITY | 0% |
| NEXT INVESTMENT - HUMANA | 0% |



000067

RPT NO PR106441          PAGE 0003 *
PRINTED 05/25/91
TIME 00:56:39
P.E.DATE 05/10/91

**C O N F I R M A T I O N   D O C U M E N T**

LAST MAINT. 05/22/91
ACTIVE

35912 HUMANA HOSPITAL PEMBROKE

SOC SEC 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
NAME  MILLENBROCK, MONIQUE

| FIELD TITLE | DATA | CHANGE TO |
|---|---|---|
| CURRENT INVESTMENT - FIXED | 100% | |
| CURRENT INVESTMENT - EQUITY | 0% | |
| CURRENT INVESTMENT - HUMANA | 0% | |
| NEXT RESTRUCTURE CODE | 000 | |
| CURRENT RESTRUCTURE CODE | 000 | |
| BENEFICIARY | | |
| ********* INSURANCE ********* | | |
| *** PLAN 54-000 *** | | |
| INSURANCE STATUS | 1 ACTIVE | |
| INSURING FACILITY | 35912 | |
| COVERAGE CODE | 01 | |
| SPECIAL RATE | | |
| REPORTING CODE | | |
| ELIGIBILITY DATE | 08/20/90 | |
| ENROLLMENT DATE | 08/20/90 | |
| EMPLOYEE STOP DATE | 00/00/00 | |
| DEPENDENT START DATE | 00/00/00 | |
| DEPENDENT STOP DATE | 00/00/00 | |
| ********* INSURANCE ********* | | |
| *** PLAN 57-200 *** | | |
| INSURANCE STATUS | 1 ACTIVE | |
| INSURING FACILITY | 35912 | |
| COVERAGE CODE | 01 | |
| SPECIAL RATE | | |
| REPORTING CODE | | |
| ELIGIBILITY DATE | 08/20/90 | |
| ENROLLMENT DATE | 08/20/90 | |
| EMPLOYEE STOP DATE | 00/00/00 | |
| DEPENDENT START DATE | 00/00/00 | |
| DEPENDENT STOP DATE | 00/00/00 | |

# PERSONNEL ACTION REQUEST

**Humana**

Facility Name

Street Address

City, State, Zip

Home Phone    Work Phone

| | |
|---|---|
| **EMPLOYMENT ACTIVITY** | ☐ New Hire   ☐ Reinstatement   ☐ Demotion<br>☐ Re-Hire   ☐ Transfer   ☐ Promotion |
| **PERSONAL** | ☐ Address/Phone Change    ☐ Update Pers Info |
| **UNPAID ABSENCE/ REASONS** | Authorized ☐ (0-14 days)    Formal Leave ☐ (15 + days)<br>☐ Medical   ☐ Educational   ☐ Military<br>☐ Maternity   ☐ Personal   ☐ Other |
| **PAYROLL CHANGE** | ☐ Re-Class   ☐ Adjustment   ☐ Demotion<br>☐ Mer Incr   ☐ Gen Incr   ☐ Other<br>☐ Promotion   ☐ Compression   ☐ |

| **RESIGNATION** | |
|---|---|
| ☐ Travel (01) | ☐ Began Early Retirement (14) |
| ☐ Promoted (02) | ☐ Continue Education (15) |
| ☐ Adv Oppor (04) | ☐ Improve Health (16) |
| ☐ Benefits (05) | ☐ Join Military (17) |
| ☐ Compensation (06) | ☐ Family Obligations (18) |
| ☐ Job Security (07) | ☐ Maternity (19) |
| ☐ Location (08) | ☐ Dislike Work (20) |
| ☐ Training (08) | ☐ Dislike Supervisor (21) |
| ☐ Be Married (12) | ☐ Dislike Company (22) |
| ☐ Became Self-Employed (13) | ☐ Dislike Hours/Schedule (23) |

| **TERMINATION** | |
|---|---|
| ☐ Absenteeism (31) | ☐ Failure to Ret. from LOA (39) |
| ☐ Critical Offense (32) | ☐ Perm. Work Force Reduction (40) |
| ☐ Prog Dislip Policy (33) | ☐ Temp Work Force Reduction (41) |
| ☐ Failed Apprs. Pd (34) | ☐ Failure to Rpt. Aft. Reinst. (42) |
| ☐ Unsat. Perform. (35) | ☐ Retirement (43) |
| ☐ Poor Health/Injury (36) | ☐ Death (46) |
| ☐ Post. Elim. (37) | |

| **VACATION REQUEST** | 1st Request ☐    2nd Request ☐ |
|---|---|

**OTHER EXPLANATION** *(handwritten)*

**EXHIBIT 11**
10-18-00

| | |
|---|---|
| Date of Notice 11/29/90 | Last Work Date |
| Exit Interview ☐ Yes   ☐ No | |

| | FROM | | TO | |
|---|---|---|---|---|
| Dept No | Dept Name | | Dept No | Dept Name |
| Position No 92-K | Position | | Position No 92-H | Position |
| Empl Status | Hrs (Daily) | Shift | Empl Status | Hrs (Daily) | Shift |
| Hrs (Weekly) M-9 | Grade | STEP | Salary / QTRLE | Hrs (Weekly) M-7 | Grade | STEP | Salary / QTRLE | D/E |
| Employment Date | Salary Review Date | | Employment Date | Salary Review Date |
| Name Change | | | | |
| Other | | | Other   RECEIVED   NOV 30 1990 | |

| **TERMINATIONS IF YES AMT** | | HOURS | DOLLARS |
|---|---|---|---|
| Terminal Vacation ☐ Yes ☐ No | | | |
| Severance Pay ☐ Yes ☐ No | | | |
| Holiday / Other Pay ☐ Yes ☐ No | | | |

### PLEASE APPRAISE AS OF TODAY

| FACTORS | EXPLANATION QUALITY RATING | F | G | S | P | U |
|---|---|---|---|---|---|---|
| KNOWLEDGE | Consider extent of knowledge of present position | | | | | |
| QUANTITY | Consider the volume of work produced | | | | | |
| QUALITY | Consider accuracy and thoroughness | | | | | |
| COOPERATION | Consider attitude and ability to work well with others | | | | | |
| DEPENDABILITY | Consider extent of supervision required | | | | | |
| SUPERVISORY ABILITY | Leadership ability to organize and direct work of subordinates | | | | | |
| JUDGEMENT | Exercise discretion and make sound decisions | | | | | |
| PERSONALITY | Mannerisms, disposition, impression made on others | | | | | |

**OVER ALL RATING ➔**

Rater's Signature    Date

| IS EMPLOYEE ELIGIBLE FOR REHIRE? ☐ YES ☐ NO | 000069 |
|---|---|

| **APPROVAL SIGNATURES** | |
|---|---|
| Supervisor | Date |
| Dept Head | Date |
| Personnel *(signature)* | Date 11/29/90 |
| Administration *(signature)* | Date 11-30-90 |

**PERSONNEL**

ENTERED 11/30/90

| POS NO | STATUS | DEPARTMENT | TITLE | EFF. DATE | | | GRADE STEP | HOURLY RATE | ACTION |
|--------|--------|------------|-------|-----------|---|---|------------|-------------|--------|
| | | WILLENBROCK, MONIQUE 23 | | MO. | DAY | YR. | | | |
| 92K | FT | Humana Senior | Manager | 08 | 20 | 90 | Lvl 9 | 13.99 | NEW HIRE |
| | | | | 8 | 20 | 90 | M07 | | To Correct LC only |
| | | | | 12 | 2 | 90 | | 14.21 | 1.6% merit $29,565.63 |
| | | | | 12 | 1 | 91 | | 15.138 | 6.5% merit $31,488 |

000135

| POS. NO. | STATUS | DEPARTMENT | TITLE | MO. | DAY | YR. | STEP | RATE | ACTION |
|----------|--------|------------|-------|-----|-----|-----|------|------|--------|
|          |        |            |       |     |     |     |      |      |        |

### ACCIDENT RECORD

| DATE OF ACC. | NATURE | DISP. | DATE OF ACC. | NATURE | DISP. | DATE OF ACC. | NATURE | DISP. |
|--------------|--------|-------|--------------|--------|-------|--------------|--------|-------|
|              |        |       |              |        |       |              |        |       |

### ADDRESS

| DATE | STREET AND NUMBER | CITY | STATE | ZIP | TELEPHONE NUMBER |
|------|-------------------|------|-------|-----|------------------|
| 8/20/90 | 7871 NW 13 Street | Pembroke Pines, Fl. | 33024 | | 964-5546 |
| 5/91 | 7720 NW 39 St. | Davie, Fl, | 33024 | | 435-2093 |
| EMERGENCY | Kevin Monteiro | same | | work | 551-8493 |

SPECIAL EDUCATION OR TRAINING, LICENSES, ETC.

| DATE OF BIRTH 3/15/66 | S.S.# 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 | EDUCATION □ E □ H.S. □ C □ G.S. | VETERAN □ YES □ NO | DATE OF EMPLOY 8/20/90 | SEX □ M ☒ F |
|---|---|---|---|---|---|

| NAME | | | | | | EMPLOY. NO. | M.S. | REX. | ERO. | SHIFT | STATUS |
|------|--|--|--|--|--|-------------|------|------|------|-------|--------|
| (Willenbrock) | | | | | | | S | | W | | FT |
| MONTEIRO, MONIQUE | J | F | M | A | M | J | J | A | S | O | N | D |

000136

**Humana**

# PERSONNEL ACTION REQUEST

PICS ...580 HU288 3/85

| Employee's Name (Last, First, MI) | Social Security No | Street Address | |
|---|---|---|---|
| MONIQUE MONTERIO | 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 | | PEMBROKE |
| City, State, Zip | | Home Phone | Work Phone |

**EMPLOYMENT ACTIVITY**
- ☐ New Hire
- ☐ Re-Hire
- ☐ Reinstatement
- ☐ Transfer
- ☐ Demotion
- ☐ Promotion

**PERSONAL**
- ☐ Address/Phone Change
- ☐ Update Pers. Info

**UNPAID ABSENCE/ REASONS**
- ☐ Authorized (0-14 days)
- ☐ Formal Leave (15 - days)
- ☐ Medical
- ☐ Maternity
- ☐ Educational
- ☐ Personal
- ☐ Military
- ☐ Other

**PAYROLL CHANGE**
- ☐ Re-Class
- ☐ Mer. Incr.
- ☐ Promotion
- ☐ Adjustment
- ☐ Gen. Incr.
- ☐ Compression
- ☐ Demotion
- ☐ Other

**RESIGNATION**
- ☐ Transf. (01)
- ☐ Promoted (02)
- ☐ Adv. Oppor. (04)
- ☐ Benefits (05)
- ☐ Compensation (06)
- ☐ Job Security (07)
- ☐ Location (08)
- ☐ Training (09)
- ☐ Be Married (12)
- ☐ Became Self-Employed (13)
- ☐ Began Early Retirement (14)
- ☐ Continue Education (15)
- ☐ Improve Health (16)
- ☐ Join Military (17)
- ☐ Family Obligations (18)
- ☐ Maternity (19)
- ☐ Dislike Work (20)
- ☐ Dislike Supervisor (21)
- ☐ Dislike Company (22)
- ☐ Dislike Hours/Schedule (23)

**TERMINATION**
- ☐ Absenteeism (31)
- ☐ Critical Offense (32)
- ☐ Prog. Disap. Policy (33)
- ☐ Failed Apprs. Pd. (34)
- ☐ Unsat. Perform. (35)
- ☐ Poor Health/Injury (36)
- ☐ Poor Elem. (37)
- ☐ Failure to Ret. from LOA (38)
- ☐ Perm. Work Force Reduction (40)
- ☐ Temp. Work Force Reduction (41)
- ☐ Failure to Rpt. Aft. Reinst. (42)
- ☐ Retirement (43)
- ☐ Death (46)

**VACATION REQUEST**
1st Request ☐
2nd Request ☐

**OTHER EXPLANATION** update - Reg -

of .8%     12/14

| | FROM | | TO | |
|---|---|---|---|---|
| Dept No | Dept Name | | Dept No | Dept Name |
| 923 | | | | |
| Position No | Position | | Position No | Position |
| 92H | Manager Human Seniors Association | | | |
| Empl Status | Hrs (Daily) | Shift | Empl Status | Hrs (Daily) | Shift |
| FT | 8 | 1 | | 1169.26 |
| Hrs (Weekly) | Grade STEP | Salary | Hrs (Weekly) | Grade STEP | Salary |
| 40 | 07 | 1211.08 | | 33,000 |
| | QTRLE | | | QTRLE |
| Employment Date | Salary Review Date | | Employment Date | Salary Review Date |
| 8/20/90 | 12/02/92 | | | 12-2-93 |
| Name Change | | | Name Change | |
| Other | | | Other | |

| TERMINATIONS | IF YES | AMT | HOURS | DOLLARS |
|---|---|---|---|---|
| Terminal Vacation ☐ Yes ☐ No | | | | |
| Severance Pay ☐ Yes ☐ No | | | | |
| Holiday/Other Pay ☐ Yes ☐ No | | | | |

### PLEASE APPRAISE AS OF TODAY

| FACTORS | EXPLANATION QUALITY RATING | F | G | S | P | U |
|---|---|---|---|---|---|---|
| KNOWLEDGE | Consider extent of knowledge of present position | | | | | |
| QUANTITY | Consider the volume of work produced | | | | | |
| QUALITY | Consider accuracy and thoroughness | | | | | |
| COOPERATION | Consider attitude and ability to work well with others | | | | | |
| DEPENDABILITY | Consider extent of supervision required | | | | | |
| SUPERVISORY ABILITY | Leadership ability to organize and direct work of subordinates | | | | | |
| JUDGEMENT | Exercise discretion and make sound decisions | | | | | |
| PERSONALITY | Mannerism, disposition, impression made on others | | | | | |

**OVER ALL RATING ➡**

Rater's Signature

IS EMPLOYEE ELIGIBLE FOR REHIRE? ☐ YES ☐ NO

| EXHIBIT |
|---|
| 12 |
| 10-18-00 |

| Date of Notice | Effective Date | Last Work Date |
|---|---|---|
| | 11/29/92 | |
| Exit Interview ☐ Yes ☐ No | | Date of Exit Interview |

X _Monique Monterio_ 11-25-92

**PERSONNEL**

**APPROVAL SIGNATURES**
| Supervisor | |
|---|---|
| Dept Head | Date |
| Personnel | Date |
| Administration | Date |

000125

# EMPLOYEE UPDATE
# Pembroke Pines Hospital
## PROGRAM ATTENDANCE RECORD

PROGRAM: EMPLOYEE UPDATE                    CONTACT HOURS (CEUs) _____
                                                                    (IF APPLICABLE)

DATE: January 1994 Evaluation, Dec. Update          PLACE:

| NAME | SS#/ PROF. LICENSE # | POSITION | DEPT. | RACE | SEX | SIGNATURE |
|------|---------------------|----------|-------|------|-----|-----------|
| Persaud, Margarita | | RRT | 754 | W | F | *[signature]* |
| Pierson, Barbara | | | 653 | | | |
| Pizzoferrato, Ann | 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 | LPN | 640 | W | F | *[signature]* |
| Rech, Karen | | | 630 | | | |
| Salem, Proserfina | | | 780 | | | |
| Smith, Barbara A. | | | 630 | | | |
| Spencer, Victoria | | | 615 | | | |
| Vecchione, Mary | | | 630 | | | |
| Vempala, Thresiamma | | | 615 | | | |
| _lliamson, Christine | | | 653 | | | |
| Wilson-Thompson, Mauva | | | 615 | | | |
| Wysocki, Lori | | | 630 | | | |
| VAZQUEZ LUZ | | | 614 | | F | *[signature]* |
| Rosemary Franklin | 60432-2 | RN | 614 | W | F | Rosemary Franklin |
| MARJORIE H. SAMERON | 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 238 1349 | Dir. Med. Rec. | 840 | B | F | Marjorie Sameron |
| MONIQUE MONTEIRO | 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 | Dir. Serv./Rad. | 923/920 | W | F | Monique Montero |
| BEVERLY YINGER | 165 34 3204 | Dir. Data Proc. | 908 | W | F | Beverly C. Yinger |
| Julie Taylor | 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 | Acct. Clerk | 902 | W | F | Julie Taylor |
| Maria Luminaja | 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 | Acctg. Mgr. | 902 | W | F | *[signature]* |
| Peggy Ramos | 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 | Laboratory Clerk | 736 | S | F | Peggy Ramos |

EXHIBIT
13
10-18-00

000010

**PERSONNEL ACTION REQUE**

Humana-Pembroke

| EMPLOYMENT ACTIVITY | | | |
|---|---|---|---|

Employee Name (Last, First, MI): Monteiro, Monique
Social Security No.: 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
Street Address:
Home Phone:  Work Phone:
City, State, Zip:

**EMPLOYMENT ACTIVITY**
- ☐ New Hire  ☐ Reinstatement  ☐ Demotion
- ☐ Re-Hire  ☐ Transfer  ☐ Promotion

**PERSONAL**
- ☐ Address/Phone Change  ☐ Update Pers Info

**UNPAID ABSENCE/ REASONS**
- Authorized (0-14 days)  Formal Leave (15 - days)
- ☐ Medical  ☐ Educational  ☐ Military
- ☐ Maternity  ☐ Personal  ☐ Other

**PAYROLL CHANGE**
- ☐ Re-Class  ☐ Adjustment  ☐ Demotion
- ☒ Merit Incr  ☐ Gen Incr  ☐ Other
- ☐ Promotion  ☐ Compression

**RESIGNATION**
- ☐ Transfer (01)  ☐ Began Early Retirement (14)
- ☐ Promoted (02)  ☐ Continue Education (15)
- ☐ Adv Oppor (04)  ☐ Improve Health (16)
- ☐ Benefits (06)  ☐ Join Military (17)
- ☐ Compensation (06)  ☐ Family Obligations (18)
- ☐ Job Security (07)  ☐ Maternity (19)
- ☐ Location (08)  ☐ Dislike Work (20)
- ☐ Training (09)  ☐ Dislike Supervisor (21)
- ☐ Be Married (12)  ☐ Dislike Company (22)

| FROM | | TO | |
|---|---|---|---|
| Dept No: 923 | Dept Name: Seniors Assoc. | Dept No | Dept Name |
| Position No | Position: Manager | Position No | Position: (15,138) |
| Empl Status | Hrs (Daily): (130.14) Shift | Empl Status | Hrs (Daily): 211.08 Shift |
| Hrs (Weekly) | Grade: M7 STEP TOTAL E Salary: 14.21 | Hrs (Weekly) | Grade: TOTAL E Salary: 15.688 |
| Employment Date | Salary Review Date | Employment Date | Salary Review Date |
| Name Change | | Name Change | |
| Other | | Other | |

| TERMINATIONS  IF YES  AMT | HOURS | DOLLARS |
|---|---|---|
| Terminal Vacation ☐ Yes ☐ No | | |
| Severance Pay ☐ Yes ☐ No | | |
| Holiday-Other Pay ☐ Yes ☐ No | | |

**PLEASE APPRAISE AS OF TODAY**
(FOR STATUS CHANGES ONLY)

| | Beg. Bal. | YTD Accrued | YTD Earned | YTD Taken | P | U |
|---|---|---|---|---|---|---|
| Vacation: | | | | | | |
| Sick: | | | | | | |
| Holiday: | | | | | | |

**CHECKLIST/COMPUTER INPUT**
- ✓ New Rate
- ✓ New Review Date
- ✓ Acme Posting
- ✓ Insurance Adjustments (KG)
- ✗ Employment Reports
- Meeting with Executive Director

**TERMINATION**

**VACATION REQUEST**
1st Request  2nd Request
☐  ☐

**OTHER EXPLANATION**  6.5 %0

12-13-91

| RATE THE FOLLOWING FACTORS AS REQUIRED OF POSITION | | |
|---|---|---|
| SUPERVISORY ABILITY | Leadership ability to organize and direct work of subordinates | |
| JUDGEMENT | Exercise discretion and make sound decisions | |
| PERSONALITY | Mannerisms, disposition, impression made on others | |
| OVER ALL RATING ➡ | | |

Rater's Signature  Date

IS EMPLOYEE ELIGIBLE FOR REHIRE?  ☐ YES  ☐ NO

Date of Notice: 12/6/91
Effective Date: 12/15/91
Last Work Date:
Exit Interview ☐ Yes ☐ No
Date of Exit Interview:

Employee Signature: X

**APPROVAL SIGNATURES**
- Supervisor  Date
- Dept Head  Date
- Personnel  12/2/91
- Administration  12-3-91

000137

**EXHIBIT 14**
10-18-00

PERSONNEL

**Humana**

## ADJUSTMENTS/SPECIAL PAYMENTS
HU-609 3/91

Facility ID 359.d    PAGE ▶    PC

| EMPLOYEE NAME | SOCIAL SECURITY NO | T CODE C CODE | ADJUSTED HOURS | C R | ADJUSTMENT AMOUNT | C R | W K | DEPT NO | TC |
|---|---|---|---|---|---|---|---|---|---|
| MONIQUE MONTEIRO | 488668169 | 57 | | | 31389 | | | | |

KEY TO TOTALS AT TOP OF SCREEN

C - Credit, enter (-) sign
R

**TC - TYPE CODE**
4 - Special Payment (Separate Check Issued)
5 - Earning Adjustment
6 - Deduction Adjustment or One Time Deduction

**WI - WEEK INDICATOR**
1 - Adj. to First Wk. - Cur. Pay Pd.
2 - Adj. to Second Wk. - Cur. Pay Pd.
0 - Adj. to Prior Pd.
USE WITH TYPE CODE 5
ADJUSTMENTS ONLY

**TDM - TAX DED. METHOD**
R3 - Apply Taxes Only
R4 - Apply Taxes & Sched. Deductions
USE WITH TYPE CODE 4
ADJUSTMENTS ONLY

EXHIBIT RV
15
10-18-00

000232

**Humana®**

## TUITION REIMBURSEMENT APPLICATION

PICS 1005080 HU-433 8/89

*In the event that an employee terminates prior to completion of the course(s), approval for assistance is null and void.*

The program developed below is the employer developmental plan for the listed employee. Specific timetables and plans are guidelines only and do not commit the Company to definite actions or courses of action. They are presented as tentative timetables for a course of action and developmental growth.
Section I is to be completed by the EMPLOYEE. SECTION II should be completed jointly by the DEPARTMENT HEAD and EMPLOYEE.

### SECTION I

| Employee Name | Present Position Title | Date of Employment |
|---|---|---|
| MONIQUE MONTEIRO | Director, H.S.A. | 8-20-90 |

Employee Status: ☒ FULL-TIME  ☐ PART-TIME  ☐ TEMPORARY  ☐ POOL

| Facility ID | Department No | Telephone Number |
|---|---|---|
| 35912 | 923 | 963-8030 |

| Course Selection | Course No | Course Selection | Course No |
|---|---|---|---|
| Political, Social & Economic Context | PAD 6053 | | |
| Course Selection | Course No | Course Selection | Course No |
| | | | |

Name of Institution: FLORIDA International University   ☒ IN-STATE   ☐ OUT-OF-STATE

☐ FALL  ☒ WINTER  ☐ SPRING  ☐ SUMMER   Date Course(s) Begin: JAN '93   Approximate Tuition Cost: 255.00   ☒ GRADUATE STUDENT   ☐ UNDERGRADUATE STUDENT

Explain how this course will aid you in your current position or qualify you for other opportunities within Humana:
I am seeking a degree in Public administration with a Concentration in Health Care Administration

### SECTION II

**DEVELOPMENTAL OBJECTIVES**
Seeking graduate degree in Public administration to give myself a better opportunity for management job base

**TIMETABLE FOR ACCOMPLISHING OBJECTIVES**
Attending Classes at FIU

3-4 years

I understand that I am not eligible for tuition reimbursement from Humana if I qualify for educational assistance (tuition payment) from other sources (i.e. VA, scholarships, other employers, etc.). I also understand that if I am eligible for this payment, that it is taxable and will be added to my wages.

Signature _____   Date 11-17-92

### APPROVALS

| Department Head | Date | Fiscal Year | |
|---|---|---|---|
| | | | Attach all supporting documentation to the check request for reimbursement |
| Administrator or VP of Human Resources | Date | Estimated Cost | |

### COMPLETE AFTER COURSE COMPLETION

| Date Completed | Grade |
|---|---|
| Actual Cost | |

**EMPLOYEE PERSONNEL FILE**

000233

# FLORIDA INTERNATIONAL UNIVERSITY
OFFICE OF REGISTRATION AND RECORDS

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   MONTEIRO, MONIQUE JEAN WILLEN,

SPRING TERM 1993    SP 0009  SP

PAD 5700    51   RSCH MTHD CMP PUM    A-    3.0    3.0  11.01

| TOTALS | CREDIT ATTEMPTED | CREDIT EARNED | CREDIT FOR GPA | GRADE POINTS | GPA |
|---|---|---|---|---|---|
| TERM | 3.0 | 3.0 | 3.0 | 11.01 | 3.670 |
| FIU | 3.0 | 3.0 | 3.0 | 11.01 | 3.670 |
| OVERALL | 3.0 | 3.0 | 3.0 | 11.01 | 3.670 |

MONTEIRO, MONIQUE JEAN WILLENS
7720 N W 39 ST
HOLLYWOOD, FL 33024

000234

```
CSH5003
TERM 0193                                    FEE PAYMENT                          DATE 12/04/92
ID 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 NAME MONTEIRO, MONIQUE JEAN WI                                     TIME 13:33:54
HNP  HNPD    /  /     CHECK JUN 092339 HLD                        LDP-A 12/05/92 LDPPAID   358.89
RES  F ETTF 11/25/92 AG DEPOSIT #    9287 LPF    LDP-B 12/05/92 OVRPAID            358.89
HBC  0 ETTL 11/25/92 AG AR BAL     .00 CCC       LDP-C 12/05/92 TOTPAID           358.89
                                                                 TOTRFND            .00  DUE .00

LNE S DESCRIPTION        CHARGED    WAIVED       ADJUSTED          PAID
0100   PHOTO ID             5.00                                   5.00
0200   HEALTH              27.00                                  27.00
0300   ATHLETIC FEE        10.00                                  10.00
1130   GRAD--IN STATE     313.89                                 313.89
995    FPIRG                3.00                                   3.00


TOTAL                      358.89                                358.89

ID 488668169  TRANID J921204133322  FEE RCPT JF0027 TYPPAY P   AMT PAID 0000035889
                                            CC AUTHR             CHANGE
                                            CM1-EXIT, CM2-A/R PAYMENT, CM3-FULL PAYMENT,
ENTER PAYMENT OR NEXT ID, CM4-OVERPAYMENT, CM5-WAIVER, CM6-VOID, CM7-COURSE DISPLAY, CM8-RETURN CHANGE
```

000235

# Humana

## ADJUSTMENTS/SPECIAL PAYMENTS
HU-008 3/81

Facility ID: 35962

FY - 92/93

| EMPLOYEE NAME | SOCIAL SECURITY NO | TC | DOE CODE | ADJUSTED HOURS | CR | ADJUSTMENT AMOUNT | CG | W | DEPT NO |
|---|---|---|---|---|---|---|---|---|---|
| Monique Monteiro | 488 68 8169 | | 9 | | | 431.24 | | | 923 |

INPUT TOTALS AT TOP OF SCREEN

C = Credit, enter (-) sign
R

TC = TYPE CODE
4 - Special Payment (Separate Check Issued)
5 - Earning Adjustment
6 - Deduction Adjustment or One Time Deduction

WI = WEEK INDICATOR
1 - Adj. to First WK - Cur Pay Pd
2 - Adj. to Second WK - Cur Pay Pd.
0 - Adj. to Prior Pd
USE WITH TYPE CODE 5
ADJUSTMENTS ONLY

TDM = TAX DED. METHOD
R3 - Apply Taxes Only
R4 - Apply Taxes & Sched. Deductions
USE WITH TYPE CODE 4
ADJUSTMENTS ONLY

000214

## TUITION REIMBURSEMENT APPLICATION

PICS 1008080 GA-433 1/83

The objectives in Section II of this form are a guideline for the employee's career development and growth. Timetables are approximate and do not commit the Company to a definite course of action.

If the employee terminates prior to completion of the course(s), approval for assistance is null and void.

**Section I** is to be completed by the EMPLOYEE; **Section II** should be completed jointly by the DEPARTMENT HEAD and EMPLOYEE.

**SECTION I**

Employee Name: *Monique Monteiro*

Social Security No.: 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

Present Position Title: *Dir. Seniors Assn.*
Date of Employment: 8/20/90
Employee Status: ☑ MANAGEMENT ☐ NON-MANAGEMENT ☐ REGULAR FULL-TIME ☐ REGULAR PART-TIME

Facility Name: *Pembroke*
Facility I.D.: 35912
Department Name: *Senior Friends*
Department No.: 923

Department Head Name (Please Print): *Same*
Building Name: 2261
Floor No.: 1
Office Phone No.: 963-8030

1 Course Selection: *Policy Analysis* | Course No: 6305 | 3 Course Selection: | Course No:

2 Course Selection: | Course No: | 4 Course Selection: | Course No:

Name of Institution: | ☐ IN-STATE ☐ OUT-OF-STATE | Degree:

Semester/Quarter: ☑ FALL ☐ WINTER ☐ SPRING ☐ SUMMER
Date Course(s) Began: *Sept 2*
Approximate Tuition Cost: 471.00
☑ GRADUATE STUDENT ☐ UNDERGRADUATE STUDENT

Are You Receiving Other Educational Assistance? If YES, Amount and Type: ☐ YES ☑ NO

**SECTION II**

Explain Employee's Developmental Objective(s) and Means/Timetable for Their Accomplishment:

*Working toward Masters in Public Health Administration hope to finish in 2½ years.*

I understand that I am not eligible for tuition reimbursement from Galen if I qualify for educational assistance from other sources (i.e., VA, scholarships, other employers, etc.). I also understand that if I am eligible for this payment, and if it is taxable, it will be added to my wages.

Employee Signature: *Monique Monteiro*
Date: 8/27/93

**APPROVALS**

Department Head: | Date:

Administrator or V.P. Human Resources: | Date:

**HUMAN RESOURCE USE ONLY**

Date Completed: 12/93 | Grade: A
Actual Cost: 431.24 | Fiscal Year: 92-93

000215

EMPLOYEE PERSONEL FILE



FLORIDA INTERNATIONAL UNIVERSITY
OFFICE OF THE REGISTRAR

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    MONTEIRO, MONIQUE JEAN

FALL    TERM 1993    PA 0007    6M

PA3  6305    01  POL. ANAL/MAN SCI        A-    4.0    4.0  14.68

| TOTALS | CREDIT ATTEMPTED | CREDIT EARNED | CREDIT FOR GPA | GRADE POINTS | GPA |
|---|---|---|---|---|---|
| TERM | 4.0 | 4.0 | 4.0 | 14.68 | 3.670 |
| FIU | 11.0 | 11.0 | 11.0 | 39.01 | 3.546 |
| GRAD | 4.0 | 4.0 | 4.0 | 14.68 | 3.670 |
| OVERALL | 11.0 | 11.0 | 11.0 | 39.01 | 3.546 |

MONTEIRO, MONIQUE JEAN
7720 NW 39 ST
HOLLYWOOD, FL 33024

FLORIDA INTERNATIONAL UNIVERSITY
FEE PAYMENT
MONTEIRO, MONIQUE JEAN

| DESCRIPTION | CHARGED | WAIVED | ADJUSTED | PAID | DUE |
|---|---|---|---|---|---|
| HEALTH | 30.00 | | | | |
| ATHLETIC FEE | 10.00 | | | | |
| GRAD---IN STATE | 431.24 | | | | |

000216

# TUITION REIMBURSEMENT APPLICATION
PICS 1005080 QA-433 1/93

The objectives in Section II of this form are a guideline for the employee's career development and growth. Timetables are approximate and do not commit the Company to a definite course of action.

If the employee terminates prior to completion of the course(s), approval for assistance is null and void.

**Section I** is to be completed by the EMPLOYEE; **Section II** should be completed jointly by the DEPARTMENT HEAD and EMPLOYEE.

### SECTION I

| Employee Name | Social Security No. |
|---|---|
| Monique Montero | 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 |

| Present Position Title | Date of Employment | Employee Status |
|---|---|---|
| Dir. PR/Marketing/Seniors | 8-20-90 | ☒ MANAGEMENT  ☐ NON-MANAGEMENT  ☐ REGULAR FULL-TIME  ☐ REGULAR PART-TIME |

| Facility Name | Facility I.D. | Department Name | Department No. |
|---|---|---|---|
| Pembroke | 35912 | Seniors/PR/Marketing | 920/923 |

| Department Head Name (Please Print) | Building Name | Floor No. | Office Phone No. |
|---|---|---|---|
| Same | 8261 | 1 | 963-8030 |

| 1 Course Selection | Course No. | 3 Course Selection | Course No. |
|---|---|---|---|
| Health Service Financing | | | |

| 2 Course Selection | Course No. | 4 Course Selection | Course No. |
|---|---|---|---|

| Name of Institution | | Degree |
|---|---|---|
| | ☐ IN-STATE   ☐ OUT-OF-STATE | |

| Semester/Quarter | Date Course(s) Begin | Approximate Tuition Cost | |
|---|---|---|---|
| ☐ FALL  ☒ WINTER  ☐ SPRING  ☐ SUMMER | 8/29/94 | 325 00 | ☒ GRADUATE STUDENT  ☐ UNDERGRADUATE STUDENT |

| Are You Receiving Other Educational Assistance? If YES, Amount and Type |
|---|
| ☐ YES   ☒ NO |

### SECTION II

Explain Employee's Developmental Objective(s) and Means/Timetable for Their Accomplishment

Continuing work towards Masters in Health Service Adm

I understand that I am not eligible for tuition reimbursement from Galen if I qualify for educational assistance from other sources (i.e., VA, scholarships, other employers, etc.). I also understand that if I am eligible for this payment, and if it is taxable, it will be added to my wages.

| Employee Signature | Date |
|---|---|
| Monique G. Montero | 8/4/94 |

### APPROVALS

| Department Head | Date |
|---|---|
| *[signature]* Same | 8-5-94 |

| Administrator/V.P. Human Resources | Date |
|---|---|
| Williamson | 8/8/94 |

### HUMAN RESOURCE USE ONLY

| Date Completed | Grade |
|---|---|
| 12/94 | A |

| Actual Cost | Fiscal Year |
|---|---|
| 325.00 | 95 |

000212

EMPLOYEE PERSONNEL FILE

FLORIDA INTERNATIONAL UNIVERSITY
OFFICE OF THE REGISTRAR

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  MONTEIRO, MONIQUE JEAN

FALL  TERM 1996  UA 0007  6M

HSA 6175  J1  FIN MGT HLTH SYS  A  3.0  3.0  A  3.0  12.00

|  | CREDIT ATTEMPTED | CREDIT EARNED | CREDIT FOR GPA | GRADE POINTS | GPA |
|---|---|---|---|---|---|
| TOTALS |  |  |  |  |  |
| TERM | 3.0 | 3.0 | 3.0 | 12.00 | 4.000 |
| FIU | 21.0 | 21.0 | 21.0 | 76.70 | 3.652 |
| GRAD | 16.0 | 16.0 | 14.0 | 52.37 | 3.740 |
| OVERALL | 21.0 | 21.0 | 21.0 | 76.70 | 3.652 |

MONTEIRO, MONIQUE JEAN
7720 NW 39 ST
HOLLYWOOD, FL 33024



000213

CHECK REQUEST

Requesting Department Name: PR/Marketing
No.: 923
Date Prepared: 8/30/94
Date Needed:

Payee Name (Pay to the order of):
Address Line 1: Monique Montiero
Address Line 2: 2720 NW 39 St
Address Line 3: Hollywood, FL 33024

Reason for Check* (Place a checkmark in ONE box only)
☐ TRAVEL ADVANCE
☐ PROFESSIONAL FEE
☐ OTHER

*Explain in "Description" field below and attach supporting documentation.

| FACILITY ID | G L ACCT # | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | 1363.47 | Tuition Reimbursement |
| | | | |
| | | | |
| | | | |

TOTAL AMOUNT ▶          ... FOR ... USE ONLY ▶    Vendor Number    Vendor I.D.

Requested By: Chris Morgham
Phone:
Date: 8/30/94
Approved By: Paula Adamson
Date:

DISTRIBUTION OF COPIES:    White - SEND TO A/P DEPARTMENT FOR PROCESSING;    Canary - RETAINED BY REQUESTER

000217

# TUITION REIMBURSEMENT APPLICATION
PICS 1005060 GA-433 1/93

The objectives in Section II of this form are a guideline for the employee's career development and growth. Timetables are approximate and do not commit the Company to a definite course of action.

If the employee terminates prior to completion of the course(s), approval for assistance is null and void.

**Section I** is to be completed by the EMPLOYEE; **Section II** should be completed jointly by the DEPARTMENT HEAD and EMPLOYEE.

## SECTION I

| Employee Name | Social Security No. |
|---|---|
| Monique Monteiro | 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 |

| Present Position Title | Date of Employment | Employee Status |
|---|---|---|
| Dir PR/marketing/Senior | 8-20-90 | ☒ MANAGEMENT   ☐ NON-MANAGEMENT   ☐ REGULAR FULL-TIME   ☐ REGULAR PART-TIME |

| Facility Name | Facility I.D. | Department Name | Department No. |
|---|---|---|---|
| Pembroke | 35912 | PR/Marketing/SFMAS | 926/923 |

| Department Head Name (Please Print) | Building Name | Floor No. | Office Phone No. |
|---|---|---|---|
| | Professional Bldg | 1 | 963-2030 |

| 1. Course Selection | Course No. | 3. Course Selection | Course No. |
|---|---|---|---|
| HSA-5175   Intro to Health Service | 1771 | | |

| 2. Course Selection | Course No. | 4. Course Selection | Course No. |
|---|---|---|---|

| Name of Institution | | Degree |
|---|---|---|
| F.I.U. | ☒ IN-STATE   ☐ OUT-OF-STATE | MASTERS |

| Semester/Quarter | Date Course(s) Begin | Approximate Tuition Cost | |
|---|---|---|---|
| ☐ FALL   ☐ WINTER   ☐ SPRING   ☒ SUMMER | MAY '94 | 363.47 | ☒ GRADUATE STUDENT   ☐ UNDERGRADUATE STUDENT |

Are You Receiving Other Educational Assistance? If YES, Amount and Type
☐ YES   ☒ NO

## SECTION II

Explain Employee's Developmental Objective(s) and Means/Timetable for Their Accomplishment

I'm continuing work towards my masters

I understand that I **am not eligible** for tuition reimbursement from Galen if I qualify for educational assistance from other sources (i.e., VA, scholarships, other employers, etc.). I also understand that if I **am eligible** for this payment, and if it is taxable, it will be added to my wages.

| Employee Signature | Date |
|---|---|
| Monique J. Monteiro | 4-14-94 |

## APPROVALS

| | Date |
|---|---|
| Department Head | 4/15/94 |
| Administrator/Human Resources   Adamson | 4/18/94 |

| HUMAN RESOURCE USE ONLY | |
|---|---|
| Date Completed | Grade |
| Actual Cost | Fiscal Year |

000218

EMPLOYEE PERSONNEL FILE

# FLORIDA INTERNATIONAL UNIVERSITY
## OFFICE OF THE REGISTRAR

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   MONTEIRO, MONIQUE JEAN

SUMMER TERM 1994    PA 0007   6M

HSA 5125  C51  INTRO TO HLTH SRV   A-   3.0   3.0   11.01

| | CREDIT ATTEMPTED | CREDIT EARNED | CREDIT FOR GPA | GRADE POINTS | GPA |
|---|---|---|---|---|---|
| TOTALS | | | | | |
| TERM | 3.0 | 3.0 | 3.0 | 11.01 | 3.672 |
| FIU | 21.0 | 21.0 | 21.0 | 75.71 | 3.605 |
| GRAD | 16.0 | 14.0 | 14.0 | 51.38 | 3.673 |
| OVERALL | 21.0 | 21.0 | 21.0 | 75.71 | 3.605 |

MONTEIRO, MONIQUE JEAN
7720 NW 39 ST
HOLLYWOOD, FL 33026



000219

# TUITION REIMBURSEMENT APPLICATION
PICS 1005060 GA-433 1/93

> The objectives in Section II of this form are a guideline for the employee's career development and growth. Timetables are approximate and do not commit the Company to a definite course of action.
>
> If the employee terminates prior to completion of the course(s), approval for assistance is null and void.
>
> **Section I** is to be completed by the **EMPLOYEE**; **Section II** should be completed jointly by the **DEPARTMENT HEAD** and **EMPLOYEE**.

**SECTION I**

Employee Name: *Monique Monteiro*

Social Security No.: 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

Present Position Title: *Dir. - PR/Seniors*

Date of Employment: *2-20-90*

Employee Status: ☒ MANAGEMENT  ☐ NON-MANAGEMENT  ☐ REGULAR FULL-TIME  ☐ REGULAR PART-TIME

Facility Name: *Pembroke Pines*

Facility I.D.: *35912*

Department Name: *PR/ Marketing/Seniors*

Department No.: *920/923*

Department Head Name (Please Print): *SAME*

Building Name: 

Floor No.: 

Office Phone No.: 

1 Course Selection: *Financial Reimbursement*  Course No.: 

2 Course Selection: *in Health care adm.*  Course No.: 

3 Course Selection:  Course No.: 

4 Course Selection:  Course No.: 

Name of Institution: *FIU*

☐ IN-STATE  ☐ OUT-OF-STATE

Degree: 

Semester/Quarter: ☐ FALL  ☒ WINTER  ☐ SPRING  ☐ SUMMER

Date Course(s) Begin: 

Approximate Tuition Cost: *$365.00*

☒ GRADUATE STUDENT  ☐ UNDERGRADUATE STUDENT

Are You Receiving Other Educational Assistance? If YES, Amount and Type: ☐ YES  ☐ NO

**SECTION II**

Explain Employee's Developmental Objective(s) and Means/Timetable for Their Accomplishment:

*Continuing work towards obtaining a Graduate degree in Health care Adm.*

> I understand that I am not eligible for tuition reimbursement from Galen if I qualify for educational assistance from other sources (i.e., VA, scholarship, other employers, etc.). I also understand that if I am eligible for this payment, and if it is taxable, it will be added to my wages.

Employee Signature: *Monique J. Monteiro*

Date: *12/27/94*

**APPROVALS**

Department Head: *BM*  Date: 

Administrator or V.P. Human Resources: *A Adamson*  Date: *1/5/95*

**HUMAN RESOURCE USE ONLY**

Date Completed: *4/95*  Grade: *A*

Actual Cost: *365.00*  Fiscal Year: *95*

000210

EMPLOYEE PERSONNEL FILE

# FLORIDA INTERNATIONAL UNIVERSITY
### OFFICE OF THE REGISTRAR

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   MONTEIRO, MONIQUE JEAN

SPRING TERM 1995    UA 0012    6M

HSA  6176    J1  FIN REIMB HLTH SY    A    3.0    3.0  12.00

| TOTALS | CREDIT ATTEMPTED | CREDIT EARNED | CREDIT FOR GPA | GRADE POINTS | GPA |
|---|---|---|---|---|---|
| TERM | 3.0 | 3.0 | 3.0 | 12.00 | 4.000 |
| FIU | 24.0 | 24.0 | 24.0 | 88.70 | 3.695 |
| GRAD | 17.0 | 17.0 | 17.0 | 64.37 | 3.786 |
| OVERALL | 24.0 | 24.0 | 24.0 | 88.70 | 3.695 |

MONTEIRO, MONIQUE JEAN
7720 NW 39 ST
HOLLYWOOD, FL 33024



**Humana**

PIC: 3580 HU288 3/85

# PERSONNEL ACTION REQUEST

1/3/14
B-9

Facility Name  HHP

| Employee Name (Last, First, MI) | Social Security No | Street Address |
|---|---|---|
| Willenbrock, Monique | 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 | |

| City, State, Zip | Home Phone | Work Phone |
|---|---|---|
| | | |

**EMPLOYMENT ACTIVITY**
- [ ] New Hire
- [ ] Re-Hire
- [ ] Reinstatement
- [ ] Transfer
- [ ] Demotion
- [ ] Promotion

**PERSONAL**
- [ ] Address/Phone Change
- [ ] Update Pers. Info

**UNPAID ABSENCE/ REASONS**
- Authorized (0-14 days)
- Formal Leave (15 - days)
- [ ] Medical
- [ ] Maternity
- [ ] Educational
- [ ] Personal
- [ ] Military
- [ ] Other

**PAYROLL CHANGE**
- [ ] Re-Class
- [x] Mer. Incr.
- [ ] Promotion
- [ ] Adjustment
- [ ] Gen Incr.
- [ ] Compression
- [ ] Demotion
- [ ] Other

**RESIGNATION**
- [ ] Transf. (01)
- [ ] Promoted (02)
- [ ] Adv. Oppor. (04)
- [ ] Benefits (05)
- [ ] Compensation (06)
- [ ] Job Security (07)
- [ ] Location (08)
- [ ] Training (09)
- [ ] Be Married (12)
- [ ] Became Self-Employed (13)
- [ ] Began Early Retirement (14)
- [ ] Continue Education (15)
- [ ] Improve Health (16)
- [ ] Join Military (17)
- [ ] Family Obligations (18)
- [ ] Maternity (19)
- [ ] Dislike Work (20)
- [ ] Dislike Supervisor (21)
- [ ] Dislike Company (22)
- [ ] Dislike Hours Schedule (23)

**TERMINATION**
- [ ] Absenteeism (31)
- [ ] Critical Offense (32)
- [x] Prog. Disap Policy (33)
- [ ] Failed Appr. Pd (34)
- [ ] Unsat Perform (35)
- [ ] Poor Health/Injury (36)
- [ ] Posn. Elim (37)
- [ ] Failure to Ret. from LOA (38)
- [ ] Perm. Work Force Reduction (40)
- [ ] Temp Work Force Reduction (41)
- [ ] Failure to Rpt. AR Reinst (42)
- [ ] Retirement (43)
- [ ] Death (45)

| | FROM | | TO | |
|---|---|---|---|---|
| Dept No | Dept Name | | Dept No | Dept Name |
| Position No | Position | | Position No | Position |
| Empl Status | Hrs (Daily) | Shift | Empl Status | Hrs (Daily) | Shift |
| Hrs (Weekly) | Grade  11.9 | STEP | Salary  29,102.03 | Hrs (Weekly) | Grade | STEP  E  14.21 | Salary |
| | QTR LE | | | | QTR LE | |
| Employment Date | Salary Review Date  13.99024 | | | Employment Date | Salary Review Date |
| Name Change | | | Name Change  29,565.63 | | |
| Other | | | Other | | |

| TERMINATIONS | IF YES | AMT | HOURS | DOLLARS |
|---|---|---|---|---|
| Terminal Vacation | [ ] Yes  [ ] No | | | |
| Severance Pay | [ ] Yes  [ ] No | | | |
| Holiday/Other Pay | [ ] Yes  [ ] No | | | |

**PLEASE APPRAISE AS OF TODAY**

| FACTORS | EXPLANATION QUALITY RATING | E | G | S | P | U |
|---|---|---|---|---|---|---|
| KNOWLEDGE | Consider extent of knowledge of present position | | | | | |
| QUANTITY | Consider the volume of work produced | | | | | |
| QUALITY | Consider accuracy and thoroughness | | | | | |
| COOPERATION | Consider attitude and ability to work well with others | | | | | |
| DEPENDABILITY | Consider extent of supervision required | | | | | |
| SUPERVISORY ABILITY | Leadership ability to organize and direct work of subordinates | | | | | |
| JUDGEMENT | Exercise discretion and make sound decisions | | | | | |
| PERSONALITY | Manners, disposition, impression made on others | | | | | |

**VACATION REQUEST**   1st Request   2nd Request

**OTHER EXPLANATION**
4/12   1.16%
($ 465.60)

12-11-90

**OVER ALL RATING ➤**

Rater's Signature                    Date

IS EMPLOYEE ELIGIBLE FOR REHIRE?   [ ] YES   [ ] NO

EXHIBIT
16
10-18-00

C00155

| Date of Notice  11/5/90 | Effective Date  12/2/90 | Last Work Date |
|---|---|---|
| Exit Interview  [ ] Yes  [ ] No | | Date of Exit Interview |

**APPROVAL SIGNATURES**

| Supervisor | Date |
|---|---|
| Dept Head | Date  11-15-90 |
| Personnel | Date  11/18/90 |
| Administration | Date  11-16-90 |

Employee Signature
x Monique J Willenbrock   11/15/90

**PERSONNEL**

# Humana    EMPLOYEE PERFORMANCE APPRAISAL

HU-431  7/83

*Management Employees Only*

| Employee Name | Position Title |
|---|---|
| Monique Willenbrock | Manager |
| **Department** | **Social Security No** |
| Humana Seniors Association | 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 |

| Period Covered | | Date Due | Appraisal Type |
|---|---|---|---|
| From 8/20/90 | To 12/2/90 | 12/2/90 | ☐ 3 MONTH  ☐ PROMOTION/TRANSFER  ☒ ANNUAL  ☐ _____ |

## INDICATORS OF PERFORMANCE LEVELS

| 5 | OUTSTANDING | Performance far exceeds standards with minimal supervision |
| 4 | EXCELLENT | Performance consistently above standards with minimal supervision |
| 3 | SATISFACTORY PLUS | Performance above standards on a regular basis |
| 2 | SATISFACTORY | Performance fully meets minimum standards |
| 1 | SATISFACTORY MINUS | Performance falls below minimum standards |

C00156

## A. MAJOR ACCOMPLISHMENTS DURING APPRAISAL PERIOD

BRIEFLY IDENTIFY INDIVIDUAL GOALS, PROJECTS, MBO'S OR OTHER ACCOMPLISHMENTS

NOTE MBO Summary may be substituted for this section

BRIEFLY SUMMARIZE IMP. CHES PERFORMANCE

**Start Up Seniors Program where none existed**
— excellent job in community contacts. Speaking to organizations will continue

**Newsletter**
Very Comprehensive — easy activities to follow

**Kick off Celebration**
Well organized + attended Entertainment — screenings-prizes excellent

**Member Ship Discount Membership Recruitment**
— Going after more contributions
Presently 80 members — Goal to 9/1 is 600+ — Monique can make this happen because of her commitment + sincere enjoyment seniors

**Classes for Members**
Line Dance, Craft + Exercise in place after only 2½ months! More become

**Retention of Members Health Club**
High Priority can be done thru programs — Making contacts

000157

## B. PERFORMANCE CHARACTERISTICS

| RATE THE FOLLOWING | CODE | COMMENTS |
|---|---|---|
| **1 PROFICIENCY IN FIELD/SPECIALTY** Degree of competence. Professional manner. | 5 | Very effective |
| **2 ADMINISTRATIVE EFFECTIVENESS** Skill in planning, organizing and implementing work assignments or projects | 3 | Skills are on target Plans well for Senior Population / work on follow up |
| **3 LEADERSHIP** Skill in getting work done through formal or informal direction of others | 5 | Gives good Direction motivates others |
| **4 JUDGEMENT/DECISION MAKING** Degree of analysis, objectivity and foresight used to make decisions | 4 | Has demonstrated good skills in starting up New Seniors program |
| **5 RELATIONSHIPS** Ability to work with subordinates, peers and superiors. | 5 | Works well with others |
| **6 INITIATIVE & RESOURCEFULNESS** Amount of drive and creativity. Ability to start and accomplish work. Degree of supervision needed. | 5 | Extremely resourceful |
| **7 SUPERVISORY SKILL** Demonstrated ability to select, train, motivate and develop subordinates. Degree of sustained contribution from work group. | 4 | Develops Good working relationships Trains Volunteers very well |
| **8 COMMUNICATION** Expression of ideas verbally or written. Method and manner of speaking. Ability to observe and listen. | 3 | Will improve written with time. Expresses self well verbally |
| **9 PROFESSIONAL DEVELOPMENT** Commitment to professional growth through development of skills and knowledge. | 4 | Committed to employer wants to learn |
| **10 ADAPTABILITY** Efficiency under stress. Receptiveness to change/new ideas. Poise and/or courtesy in tough situations | 5 | Very Flexible |
| **11 ATTITUDE & COOPERATION** Degree to which employee is supportive of organization's objectives, decisions and policies. Accepts and profits from constructive criticism. | 5 | Very Upbeat Good Attitude |
| **OVERALL RATING** | 48 | 000158 |

See instructions on Page 1 for appropriate appraisal code

## C. DEVELOPMENT SUMMARY

| | SUMMARY OF STRENGTHS | SUMMARY OF DEVELOPMENTAL NEEDS |
|---|---|---|
| **A** | Very Motivated with ability to motivate others | Writing Skills – Need to learn to be concise |
| **1 B** | Loves Seniors excellent advocate | Casual Attitude may be misinterpreted; Need to be more aware of profiles position + address them accordingly |
| **C** | Very Creative + Resourceful | Become more polished |

**2** Action to be taken to correct performance deficiencies where appropriate

| **3** | No. of In-Service Programs attended | DID EMPLOYEE ATTEND ▶ | Safety Program ☐ YES ☐ NO | CPR ☐ YES ☐ NO | Infection Control ☐ YES ☐ NO | No of Cont. Ed Prog. Attended | Contact Hrs |
|---|---|---|---|---|---|---|---|

| **4** | The position description for this employee has been reviewed and is current | ☐ YES ☐ NO | A revised position description has been attached | ☐ YES ☐ NO |
|---|---|---|---|---|

## D. EMPLOYEE COMMENTS

Do you have any comments concerning this appraisal?
☒ YES ☐ NO

Very fair evaluation, Valerie has done a great job in helping me see my strengths and weaknesses. In regard to this she has been a tremendous help in helping me use my strengths to the best of my ability and correct my weaknesses to help my overall performance.

000159

**D. EMPLOYEE COMMENTS (Continued)**

What do you feel you've accomplished during this evaluation period?

I feel I have been given a great opportunity to use my skills and knowledge in a "perfect" setting. I have been given the administrative authority along with the recreational programing that I have been trained for combined for a great position.

Can you recommend any changes which would help you do your job?

I would like a computer to better track and organized my members, billings of Personal Security Systems etc.

What are your future work plans with us? (Mention where appropriate, relocation, career plans and whether present job is in line with career plans)

I plan to try my best to make this Seniors Association one of the most successful.

Do you possess skills and aptitudes which are not fully utilized in your present position? (Mention foreign languages when appropriate)

I feel this position allows me to use a great amount of my skills as well as develop many others.

What training and development do you need to do a better job in your current or future position?

- Nursing/Medical assistant to take blood pressure/Blood Sugars
- Classes offered in community to allow me to bring them back to teach my seniors new programs.
- Leadership class to learn better all over skills.

**E. EVALUATION SUMMARY**

| FOR APPRAISAL PERIOD EMPLOYEES | FOR PERMANENT EMPLOYEES |
|---|---|
| ☐ SATISFACTORY COMPLETION OF APPRAISAL PERIOD | ☐ SATISFACTORY COMPLETION OF EMPLOYMENT YEAR |
| ☐ DELAY COMPLETION OF APPRAISAL RE-EVALUATION DATE → | ☐ DELAY CONTINUED REGULAR STATUS & RE-EVALUATE RE-EVALUATION DATE → |
| ☐ LESS THAN SATISFACTORY COMPLETION OF APPRAISAL RECOMMEND TERMINATION. EFFECTIVE DATE → | ☐ CONTINUED UNSATISFACTORY PERFORMANCE RECOMMEND TERMINATION. EFFECTIVE DATE → |

SIGNATURES

Employee _____ Date 11/16/00

Manager _____ Date 11-15-00

Reviewing Manager _____ Date

000160

The employee's signature means that the performance appraisal was reviewed with him/her. It does not necessarily indicate that he/she agrees with the appraisal.

# PERSONNEL ACTION REQUEST

PICS 1008560 DA-264 5/93

| | |
|---|---|
| Employee Name (Last, First, MI) | Social Security Number |
| Marturo, Monique | 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 |

| | | |
|---|---|---|
| City, State, Zip | County | |
| | Home Phone ( ) | Work Phone ( ) |

Facility Name: Facility I.D. Number
Street Address:

| **EMPLOYMENT ACTIVITY** | New Hire | Re-Hire | Re-Class | Reinstatement | Transfer |
|---|---|---|---|---|---|

| **PERSONAL** | Address/Phone Change | Update Personal Information |
|---|---|---|

| **UNPAID ABSENCE/ REASONS** | Authorized (0-14 Days) | Formal Leave (15 - Days) | Worker's Comp (49) | Medical (50) | Personal (51) | RIF-LOA (52) | Military (53) |
|---|---|---|---|---|---|---|---|
| | Education (54) | Family Leave (55) | Position Eliminated-LOA (56) | Other | | | |

| **SALARY CHANGE** | General Increase (02) | Merit Increase (03) | Promotion (04) |
|---|---|---|---|
| | Demotion (05) | Compression (11) | X Other Adjustment (09) |

| **RESIGNATION** | Transfer Within Company (01) | Stay Home (12) | Dislike Supervisor (21) |
|---|---|---|---|
| | Promotion Within Company (02) | Became Self-Employed (13) | Dislike Company (22) |
| | Advancement Opportunity (04) | Began Early Retirement (14) | Dislike Hours/Schedule (23) |
| | Benefits (05) | Continue Education (15) | Job Abandonment (24) |
| | Compensation (06) | Health Concerns (16) | Refused Position (25) |
| | Job Security (07) | Join Military (17) | No Call/No Show (26) |
| | Location (08) | Family Obligations (18) | Took Job/LOA (27) |
| | Training (09) | Dislike Work (20) | Failure To Return From LOA (38) |

| **TERMINATION** | Absenteeism (31) | Position Eliminated (37) | **TYPE** | **HOURS** | **DOLLARS** |
|---|---|---|---|---|---|
| | Critical Offense (32) | Work Force Reduction (40) | Terminal Vacation? YES NO | | |
| | Progressive Discipline Policy (33) | Failure To Report After Reinstatement (42) | Severance Pay? YES NO | | |
| | Failed Appraisal Period (34) | Non-Utilized Pool Employee (46) | Holiday/Other Pay? YES NO | | |
| | Unsatisfactory Performance (35) | | Is Employee Eligible For Re-Hire? YES NO | | |

| **OTHER** | Retirement (43) | Death (45) |
|---|---|---|

| **VACATION REQUEST** | 1st Request | 2nd Request |
|---|---|---|

| **REQUEST TO CARRY OVER VACATION** | *Requires advance approval of Level 3 Manager* |
|---|---|
| | Amount |

| **OTHER EXPLANATION** | ENTERED 1/12/94 |
|---|---|

| **FROM** | | | | **TO** | | | |
|---|---|---|---|---|---|---|---|
| Dept. No. 923 | Department Name *Senior Friends* | Facility I.D. | Facility Name | Dept. No. | Department Name | Facility I.D. | Facility Name |
| Position No. 92H | Position Title | | | Position No. | Position Title | | |

| Employment Status | Hours (Daily) | Shift | Employment Date | Salary Review Date | Employment Status | Hours (Daily) | Shift | Employment Date | Salary Review Date |
|---|---|---|---|---|---|---|---|---|---|
| Hours (Weekly) | Grade | Annual Salary* | Bi-Weekly Salary* 1396.80 | Hourly Salary ** 17.46 | % Increase | Hours (Weekly) | Grade | Annual Salary* | Bi-Weekly Salary* 1466.64 | Hourly Salary ** 18.33 | % Increase 5% |
| Name Change | | Other | | | Name Change | | Other 38.133 | | |

*M grades only
**NM grades only

| Date of Notice | Effective Date 1-9 | Last Work Date | Supervisor | Date |
|---|---|---|---|---|
| Exit Interview? YES NO | | | Department Head | Date |
| Employee | | | Human Resources | Date |
| | | | Administration | Date 000105 |

EXHIBIT 17   10--18-00

HUMAN RESOURCES

# PERSONNEL ACTION REQUEST

PPT S 100350 GA 288 5/83

Facil... ID | Facility Number

| Employee Name (Last, First, MI) | Social Security Number | Street Address |
|---|---|---|
| Monteiro, Monique | 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 | |

| City, State, Zip | County | Home Phone ( ) | Work Phone ( ) |

| EMPLOYMENT ACTIVITY | New Hire | Re-Hire | Re-Class | Reinstatement | Transfer |
|---|---|---|---|---|---|

| PERSONAL | Address/Phone Change | Update Personal Information |
|---|---|---|

| UNPAID ABSENCE/ REASONS | Authorized (0-14 Days) | Formal Leave (15+ Days) | Worker's Comp (49) | Medical (50) | Personal (51) | RIF LOA (52) | Military (53) |
|---|---|---|---|---|---|---|---|
| | Education (54) | Family Leave (55) | Position Eliminated LOA (56) | Other | | | |

| SALARY CHANGE | General Increase (02) | x Merit Increase (03) 5% | Promotion (04) |
|---|---|---|---|
| | Demotion (05) | Compression (11) | X Other Adjustment (09) 5% |

| RESIGNATION | Transfer Within Company (01) | Stay Home (12) | Dislike Supervisor (21) |
|---|---|---|---|
| | Promotion Within Company (02) | Became Self-Employed (13) | Dislike Company (22) |
| | Advancement Opportunity (04) | Began Early Retirement (14) | Dislike Hours Schedule (23) |
| | Benefits (05) | Continue Education (15) | Job Abandonment (24) |
| | Compensation (06) | Health Concerns (16) | Refused Position (25) |
| | Job Security (07) | Join Military (17) | No Call/No Show (26) |
| | Location (08) | Family Obligations (18) | Took Job/LOA (27) |
| | Training (09) | Dislike Work (20) | Failure To Return From LOA (38) |

| TERMINATION | | TYPE | HOURS | DOLLARS |
|---|---|---|---|---|
| Absenteeism (31) | Position Eliminated (37) | Terminal Vacation? ☐ YES ☐ NO | | |
| Critical Offense (32) | Work Force Reduction (40) | Severance Pay? ☐ YES ☐ NO | | |
| Progressive Discipline Policy (33) | Failure To Report After Reinstatement (42) | Holiday/Other Pay? ☐ YES ☐ NO | | |
| Failed Appraisal Period (34) | Non-Utilized Pool Employee (46) | | | |
| Unsatisfactory Performance (35) | | Is Employee Eligible For Re-Hire? ☐ YES ☐ NO | | |

| OTHER | ☐ Retirement (43) | ☐ Death (45) |
|---|---|---|

| VACATION REQUEST | ☐ 1st Request _____ | ☐ 2nd Request _____ |
|---|---|---|

| REQUEST TO CARRY OVER VACATION | Requires advance approval of Level 3 Manager | |
|---|---|---|
| | Amount _____ | Reason _____ |

| OTHER EXPLANATION | Update 12/15 PPD 12/15/93 | [BU 1/11/94] |
|---|---|---|

| FROM | | | | TO | | | |
|---|---|---|---|---|---|---|---|
| Dept No 923 | Department Name Senior Friends | Facility I.D. | Facility Name | Dept. No. 923 | Department Name | Facility I.D. | Facility Name |
| Position No 92H | Position Title Mgr. Senior Friends | | | Position No. 92H | Position Title Director of Public Relations & Seniors | | |
| Employment Status FT | Hours (Daily) | Shift | Employment Date 8/20/90 | Salary Review Date 12/2/93 | Employment Status | Hours (Daily) | Shift | Employment Date | Salary Review Date 12/2/94 |
| Hours (Weekly) 40 | Grade M07 | Annual Salary | Bi-Weekly Salary 1269.21 | Hourly Salary 15.87 | % Increase | Hours (Weekly) | Grade | Annual Salary | Bi-Weekly Salary 1396.80 | Hourly Salary 17.46 | % Increase 10% |
| Name Change | | Other 32,922 | | | | Name Change | | Other 36,317 | |

*M grades only
**NM grades only

| Date of Notice | Effective Date 12/26/93 | Last Work Date | Supervisor | Date |
|---|---|---|---|---|
| Exit Interview? ☐ YES ☐ NO | | Date of Exit Interview | Department Head | Date |
| Employee | | Date | Human Resources | Date 1/11/94 |
| | | | Administration | Date 000106 1-11-94 |

**HUMAN RESOURCES**



2301 University Drive
Pembroke Pines, Florida
33024
Telephone 305 962-9650

# Pembroke Pines Hospital

## EMPLOYEE HEALTH ANNUAL HEALTH SCREEN

NAME: _Monique Montero_    DEPT: _Senior Friends_

PPD PLACED: _RUA_    DATE: _12/15/93_

SIGNATURE: _M. Thompson RN_

PPD READING: _Negative_    DATE: _12/17/93_

SIGNATURE: _Jane Corliss RN_

HEALTH INVENTORY: _✓_    DATE: _12/15/93_

Employee is ___0___ months late.

000107

```
                                    C O N F I R M A T I O N   D O C U M E N T                    RPT NO PR104441        PAGE 0001
                                                                                                             PRINTED 01/11/94
35912 PEMBROKE PINES HOSPITAL                                                                                  TIME 23.41.08
                                                                                                            P.E.DATE 01/08/94
SOC SEC 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
NAME   MONTEIRO, MONIQUE                                                                              LAST MAINT. 01/11/94
                                                                                                                    ACTIVE
        FIELD TITLE                        DATA                                                        CHANGE TO
********** PERSONAL **********
                NAME | MONTEIRO, MONIQUE
       ADDRESS LINE 1 | 7720 NW 39 STREET
       ADDRESS LINE 2 |
       CITY STATE ZIP | DAVIE                 FL 33024
          HOME PHONE | 305/435/2093
      MARITAL STATUS | 1
        SPOUSE NAME |
                SEX | F
          BIRTHDATE | 03/15/66
   EMPLOYMENT DATE | 08/20/90
KEY EMPLOYEE INDICATOR |
   DEPARTMENT NUMBER | 923
      LOCATION CODE | 000
      WORK LOCATION |
ADJUSTED SERVICE DATE | 00/00/00
        OFFICE PHONE | 305/962/9650
          EXTENSION | 0000
          SUPERVISOR |
    EMP UNION CODE |
     JOB PREFERENCE |
GEOGRAPHICAL PREFERENCE |
    EMPLOYEE CLASS | 5
    POSITION CLASS | 00
   EMPLOYMENT CODE | 101
        EEOC GROUP | H
      VETERAN STATUS |
 HANDICAP INDICATOR |
 TERMINATION REASON |
DATE OF TERMINATION | 00/00/00
         LOA REASON |
    LOA START DATE | 00/00/00
   LOA RETURN DATE | 00/00/00
FIRST PROFESSIONAL LICENSE |
SECOND PROFESSIONAL LICENSE |
    EXPIRATION DATE | 00/00/00
   BENEFIT INDICATOR |
SUPPLEMENTAL LIFE AMOUNT |
***** PERFORMANCE REVIEW *****        DATE     RATING    NEXT REVIEW
                              * 12/02/93    100    12/02/94
                              * 12/02/92    480
***** SALARY INFORMATION *****
          PAY CODE | 3
    FULL/PART TIME | 1
        HOURLY RATE | * 17.4600
NORMAL BI-WEEKLY HOURS | 80.0
  BI-WEEKLY SALARY | * 1396.80
      WORK SCHEDULE | 1
 SALARY CHANGE DATE | * 12/26/93
SALARY CHANGE REASON | * 103 MERIT
 NEXT SALARY REVIEW | * 12/02/94
```

000108

801060

C O N F I R M A T I O N   D O C U M E N T

RPT NO PR106441                                                    PAGE 0002 #
                                                              PRINTED 01/11/94
                                                                 TIME 23.41.08
                                                            P.E.DATE 01/08/94

                                                         LAST MAINT. 01/11/94
                                                                        ACTIVE

35912 PEMBROKE PINES HOSPITAL

SOC SEC 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
NAME   MONTEIRO, MONIQUE

| FIELD TITLE | DATA | CHANGE TO |
|---|---|---|

POSITION NUMBER | 92H MGR SENIOR FRIENDS CHAPTER
GRADE | IH -07
DATE PRESENT JOB | 08/20/90
SCHEDULED SHIFT | 1
PAY FREQUENCY | 2
VACATION PLAN | AC ELIG HRS. 112.00
SICK PLAN | ELIG HRS. .00
VACATION ACCRUED | 41.57
HOLIDAY AVAILABLE | 40.00
ILLNESS YEAR-TO-DATE | .00
VACATION YEAR-TO-DATE | 20.00
BONUS YEAR-TO-DATE | .00
ILLNESS ACCRUED YEAR-TO-DATE | .00
PRE PTO HOURS | .00

**** SALARY CHANGE HISTORY ****

| DATE | AMOUNT | PER | REAS | POSITION |
|---|---|---|---|---|
| *12/26/93 | 36516.00 | 10.05 | 03 | 92H-MGR SR FR |
| 11/29/92 | 32999.46 | 4.80 | 03 | 92H-MGR SR FR |
| 12/01/91 | 31468.08 | 6.50 | 03 | 92H-MGR SR FR |
| 12/01/90 | 29564.00 | 1.60 | 03 | 92X-MGR SR FR |
| 08/20/90 | 29100.00 | .00 | | SCC-CODE |

**** TAXES ****

| | METH | MAR-ST | NO-EX | ONE-EX | AMT-PER | AMT |
|---|---|---|---|---|---|---|
| FEDERAL | 0 | S | | .00 | | |
| STATE | 0 | S | | .00 | | |
| CITY | 0 | | | .00 | | |
| COUNTY | 0 | | | .00 | 0000 | |
| WORK STATE | 110 | FLORIDA | | | 000 | |
| RESIDE STATE | 110 | FLORIDA | | | | |
| FICA | A | | | | | |
| FUI | Y | | | | | |
| SUI/R | C | | | | | |
| SUI/E | Y | | | | | |
| DIS | A | | | | | |
| SP IND | .00 | | | | | |

**** DOE ****

| | MC | PC | T | AMT/PER | LIMIT | START | STOP |
|---|---|---|---|---|---|---|---|
| INCENTIVE COMP-11 | 11 | A | O | .00 | 99579.99 | | 00/00/00 |
| TIP DOE 1 -71 | 11 | A | O | .00 | 99999.99 | | 00/00/00 |
| TIP DOE 2 -72 | 11 | A | O | .00 | 99999.99 | | 00/00/00 |
| TIP DOE 3 -73 | 11 | A | O | .00 | 99999.99 | | 00/00/00 |
| INSERV EDUC -07 | 11 | A | O | .00 | | | 00/00/00 |
| VAC PAY -08 | 11 | A | O | .00 | | | 00/00/00 |
| HOLIDAYPAY -09 | 11 | A | O | .00 | | | 00/00/00 |
| SICKPAYGENERAL-11 | 11 | A | O | .00 | | | 00/00/00 |
| GRAD TUITION-19 | 11 | A | O | .00 | | | 00/00/00 |
| BONUS PAY -26 | 11 | A | O | .00 | | | 00/00/00 |
| TUITIONREIMB -51 | 11 | A | P | .00 | | | 00/00/00 |
| DENTAL INSRNCE-54 | 11 | A | P | 6.24 | | | 00/00/00 |
| MHO INS2 -57 | 11 | A | P | 57.50 | | 98977.13 | 00/00/00 |
| THRIFT PLAN -60 | 14 | A | P | 3.00 | | 9000.00 | 00/00/00 |
| 401K DEDUCT -62 | 14 | A | P | 3.00 | | 99999.99 | 00/00/00 |
| 401K TIP CRED -82 | 14 | A | P | .00 | | | 00/00/00 |
| CHARITYDEDUCT -83 | 10 | D | P | 7.11 | | | 00/00/00 |

**** BONUS ****

000109

C O N F I R M A T I O N   D O C U M E N T

35912 PEMBROKE PINES HOSPITAL

RPT NO PR104441

PAGE 0001 *
PRINTED 01/18/94
TIME 02.26.12
P.E.DATE 01/22/94

LAST MAINT. 01/18/94
ACTIVE

SOC SEC 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
NAME  MONTEIRO, MONIQUE

| FIELD TITLE | DATA | CHANGE TO |
|---|---|---|
| ***** PERSONAL ***** | | |
| NAME | MONTEIRO, MONIQUE | |
| ADDRESS LINE 1 | 7720 NW 39 STREET | |
| ADDRESS LINE 2 | | |
| CITY STATE ZIP | DAVIE                    FL 33024 | |
| HOME PHONE | 305/435/2093 | |
| MARITAL STATUS | 1 | |
| SPOUSE NAME | | |
| SEX | F | |
| BIRTHDATE | 03/15/66 | |
| EMPLOYMENT DATE | 08/20/90 | |
| KEY EMPLOYEE INDICATOR | | |
| DEPARTMENT NUMBER | 923 | |
| LOCATION CODE | 000 | |
| WORK LOCATION | | |
| ADJUSTED SERVICE DATE | 00/00/00 | |
| OFFICE PHONE | 305/962/9650 | |
| EXTENSION | 0000 | |
| SUPERVISOR | | |
| EMP UNION CODE | | |
| JOB PREFERENCE | | |
| GEOGRAPHICAL PREFERENCE | | |
| EMPLOYEE CLASS | 5 | |
| POSITION CLASS | 100 | |
| EMPLOYMENT CODE | 101 | |
| EEOC GROUP | N | |
| VETERAN STATUS | | |
| HANDICAP INDICATOR | | |
| TERMINATION REASON | | |
| DATE OF TERMINATION | 00/00/00 | |
| LOA START DATE | 00/00/00 | |
| LOA REASON | | |
| LOA RETURN DATE | 00/00/00 | |
| FIRST PROFESSIONAL LICENSE | | |
| EXPIRATION DATE | 00/00/00 | |
| SECOND PROFESSIONAL LICENSE | | |
| EXPIRATION DATE | 00/00/00 | |
| BENEFIT INDICATOR | | |
| SUPPLEMENTAL LIFE AMOUNT | | |
| ***** PERFORMANCE REVIEW ***** | DATE        RATING    NEXT REVIEW | |
| | 12/02/93    100       12/02/94 | |
| | 12/02/92    400 | |
| ***** SALARY INFORMATION ***** | | |
| PAY CODE | 3 | |
| FULL/PART TIME | 1 | |
| HOURLY RATE | 10.3330 | |
| NORMAL BI-WEEKLY HOURS | 80.0 | |
| BI-WEEKLY SALARY | 1466.64 | |
| WORK SCHEDULE | 1 | |
| SALARY CHANGE DATE | 01/09/94 | |
| SALARY CHANGE REASON | 109 OTHER | |
| NEXT SALARY REVIEW | 12/02/94 | |

000110



CONFIRMATION DOCUMENT

RPT NO PRI06441    PAGE 0002 *
PRINTED 01/18/94
TIME 02.24.12
P.E.DATE 01/22/94

LAST MAINT. 01/18/94
ACTIVE

35912 PEMBROKE PINES HOSPITAL

SOC SEC 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
NAME   MONTEIRO, MONIQUE

| FIELD TITLE | DATA | CHANGE TO |
|---|---|---|
| POSITION NUMBER | 92H MGR SENIOR FRIENDS CHAPTER | |
| GRADE | 1M -07 | |
| DATE PRESENT JOB | 08/20/90 | |
| SCHEDULED SHIFT | 1 | |
| PAY FREQUENCY | 12 | |
| VACATION PLAN | AC ELIG HRS.   88.00 | |
| SICK PLAN | ELIG HRS.    .00 | |
| VACATION ACCRUED | 46.19 | |
| HOLIDAY AVAILABLE | 40.00 | |
| ILLNESS YEAR-TO-DATE | .00 | |
| VACATION YEAR-TO-DATE | 44.00 | |
| BONUS YEAR-TO-DATE | .00 | |
| ILLNESS ACCRUED YEAR-TO-DATE | .00 | |
| PRE PTO HOURS | .00 | |

**** SALARY CHANGE HISTORY ****

| DATE | AMOUNT | PER | REAS | POSITION |
|---|---|---|---|---|
| 01/04/94 | 38132.64 | 5.00 | 01 | 92H-MGR SR FR |
| 12/26/93 | 36314.40 | 10.05 | 03 | 92H-MGR SR FR |
| 11/29/92 | 32999.44 | 4.80 | 03 | 92H-MGR SR FR |
| 12/01/91 | 31488.08 | 6.50 | 03 | 92H-MGR SR FR |
| 11/02/90 | 29566.20 | 1.60 | 03 | 92H-MGR SR FR |
| 08/20/90 | 29100.00 | .00 | 01 | 92X-MGR SR FR |

**** TAXES ****

| | METH | MAR-ST | NO-EX | ONE-EX | AMT-PER | SCC-CODE |
|---|---|---|---|---|---|---|
| FEDERAL | 0 | S | .00 | | | |
| STATE | 0 | S | .00 | | | |
| CITY | 0 | | .00 | .00 | | 0000 |
| COUNTY | 0 | | .00 | .00 | | 000 |
| WORK STATE | 10 FLORIDA | | | | | |
| RESIDE STATE | 10 FLORIDA | | | | | |
| FICA | A | | | | | |
| FUI | Y | | | | | |
| SUI/R | Y | | | | | |
| SUI/E | E | | | | | |
| DIS | A | | | | | |
| SP IND | 00 | | | | | |

**** DOE ****

| | MC | PC | T | AMT/PER | LIMIT | START | STOP |
|---|---|---|---|---|---|---|---|
| INCENTIVE COMP-11 | 11 | A | O | .00 | .00 | 99148.75 | 00/00/00 |
| TIP DOE 1      -T1 | 11 | A | O | .00 | .00 | 99999.99 | 00/00/00 |
| TIP DOE 2      -T2 | 11 | A | O | .00 | .00 | 99999.99 | 00/00/00 |
| TIP DOE 3      -T3 | 11 | A | O | .00 | .00 | 99999.99 | 00/00/00 |
| INSERV EDUC    -07 | 11 | A | O | .00 | .00 | .00 | 00/00/00 |
| VAC   PAY      -08 | 11 | A | O | .00 | .00 | .00 | 00/00/00 |
| HOLIDAYPAY     -09 | 11 | A | O | .00 | .00 | .00 | 00/00/00 |
| SICKPAYGENERAL-11 | 11 | A | O | .00 | .00 | .00 | 00/00/00 |
| GRAD TUITION-19 | 11 | A | O | .00 | .00 | .00 | 00/00/00 |
| BONUS PAY      -26 | 11 | A | O | .00 | .00 | .00 | 00/00/00 |
| TUITIONREIMB   -51 | 11 | A | O | .00 | .00 | .00 | 00/00/00 |
| DENTAL INSRNCE-54 | 11 | A | P | 6.24 | .00 | .00 | 00/00/00 |
| HMO INS        -57 | 11 | A | P | 57.50 | .00 | .00 | 00/08/00 |
| THRIFTPLAN     -60 | 14 | A | P | 3.00 | 98977.13 | .00 | 00/00/00 |
| 401K DEDUCT    -61 | 14 | A | P | 3.00 | 8958.10 | .00 | 00/00/00 |
| 401K TIP CRED  -62 | 14 | A | P | 3.00 | 99958.09 | .00 | 00/00/00 |
| CHARITYDEDUCT  -83 | 11 | O | P | 7.11 | .00 | .00 | 00/00/00 |

# EMPLOYEE PERFORMANCE APPRAISAL

CO-431 9/94

Management Employees Only

Employee Name
*Monique Monteiro*

Department

Position Title
*Director of Public Relation*
*and Senior Asst.*

Social Security No.
*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*

Period Covered

From: *12/1/93*  To: *12/1/94*

Date Due
*12/1/94*

Appraisal Type
☐ 3 MONTH     ☐ PROMOTION/TRANSFER
☐ ANNUAL     ☐ _____

## INDICATORS OF PERFORMANCE LEVELS

| 5 | OUTSTANDING | Performance far exceeds standards with minimal supervision |
| 4 | EXCELLENT | Performance consistently above standards with minimal supervision |
| 3 | SATISFACTORY PLUS | Performance above standards on a regular basis |
| 2 | SATISFACTORY | Performance fully meets minimum standards |
| 1 | SATISFACTORY MINUS | Performance falls below minimum standards |





EXHIBIT
18
10-18-00

000092

**A.    ...OR ACCOMPLISHMENTS DURING APPRAISAL PERIOD**

NOTE MBO Summary may be substituted for this section

| BRIEFLY IDENTIFY INDIVIDUAL GOALS PROJECTS MBO'S OR OTHER ACCOMPLISHMENTS | BRIEFLY SUMMARIZE EMPLOYEE PERFORMANCE |
| --- | --- |
| Development of vascular lab program | |
| Physician marketing | |
| Renewal needs | |
| offering (reading) | |
| renewal | |
| Renewal Program | |
| ...with them | |
| Growth of renewal program? | |
| Juggling all of hospital needs vs. renewal preference of renewal allocations. | |
| Christmas party for children | |
| Halloween needs | |
| Logo, preview by review needs | |

000093

## B. PERFORMANCE CHARACTERISTICS

| RATE THE FOLLOWING | CODE | COMMENTS |
|---|---|---|
| **1 PROFICIENCY IN FIELD/SPECIALTY** Degree of competence. Professional manner. | 4 | Comprehensive knowledge of community & senior needs. Therefore growth recognized in area of public relations & marketing. |
| **2 ADMINISTRATIVE EFFECTIVENESS** Skill in planning, organizing and implementing work assignments or projects | 5 | Extremely organized - Sets achievable deadlines - Works immediate amounts of hours with enthusiasm to insure successful completion of projects. |
| **3 LEADERSHIP** Skill in getting work done through formal or informal direction of others. | 5 | Self motivated - Present options to key management - intelligently discusses choices, presenting positives & negatives. |
| **4 JUDGEMENT/DECISION MAKING** Degree of analysis, objectivity and foresight used to make decisions. | 4.5 | Analysis of options done - needs to pay more attention to return on investment & appropriate demographics for specific projects. |
| **5 RELATIONSHIPS** Ability to work with subordinates, peers and superiors. | 5 | Works well with all members of the staff. Maintains calm demeanor though always enthusiastic & "upbeat"! |
| **6 INITIATIVE & RESOURCEFULNESS** Amount of drive and creativity. Ability to start and accomplish work. Degree of supervision needed. | 5 | Self starter - creative - minimal amts supervision required. Needs to develop a level of self assurance which her peers already have for her. |
| **7 SUPERVISORY SKILL** Demonstrated ability to select, train, motivate and develop subordinates. Degree of sustained contribution from work group. | 5 | Very motivating to her department managers. Her enthusiasm is infectious and consequently manages to get volunteers where others have failed. |
| **8 COMMUNICATION** Expression of ideas verbally or written. Method and manner of speaking. Ability to observe and listen. | 4.5 | Communicates effectively - in a concise & to the point directness. Articulates her needs & desires. |
| **9 PROFESSIONAL DEVELOPMENT** Commitment to professional growth through development of skills and knowledge. | 5 | Currently enrolled in masters program. Seeks opportunities internally to further her knowledge. Eager and motivated. |
| **10 ADAPTABILITY** Efficiency under stress. Receptiveness to change/new ideas. Poise and/or courtesy in tough situations. | 5 | Always poised. Stress well handled with kindness for senior & hospital associated employees, patients & visitors. Always positive. |
| **11 ATTITUDE & COOPERATION** Degree to which employee is supportive of organization's objectives, decisions and policies. Accepts and profits from constructive criticism. | 5 | Very enthusiastic & supportive of organizations objectives. |
| **OVERALL RATING** | 4.82 | Performance considerably above standards |

090094

## D. EMPLOYEE COMMENTS (Continued)

What do you feel you've accomplished during the evaluation period?

*Taking PR/Marketing & making it something that helps the hospitals bottom line as well as recognition in the community for the facility.*

Can you recommend any changes which would help you do your job?

*more hours in the day!*

What are your future work plans with us? (Mention where appropriate, relocation, career plans and whether present job is in line with career plans)

*Growth & advancement within Columbia*

Do you possess skills and aptitudes which are not fully utilized in your present position? (Mention foreign languages when appropriate)

What training and development do you need to do a better job in your current or future position?

*Still working towards Masters Degree*

## E. EVALUATION SUMMARY

| FOR APPRAISAL PERIOD EMPLOYEES | FOR PERMANENT EMPLOYEES |
|---|---|
| ☒ SATISFACTORY COMPLETION OF APPRAISAL PERIOD | ☐ SATISFACTORY COMPLETION OF EMPLOYMENT YEAR |
| ☐ DELAY COMPLETION OF APPRAISAL  RE-EVALUATION DATE → | ☐ DELAY CONTINUED REGULAR STATUS & RE-EVALUATE.  RE-EVALUATION DATE → |
| ☐ LESS THAN SATISFACTORY COMPLETION OF APPRAISAL. RECOMMEND TERMINATION. EFFECTIVE DATE → | ☐ CONTINUED UNSATISFACTORY PERFORMANCE. RECOMMEND TERMINATION. EFFECTIVE DATE → |

**SIGNATURES**

Employee *Douglas J Montero*   Date *1-17-95*

Manager   Date

000096

Reviewing Manager   Date *1-10-95*

The employee's signature means that the performance appraisal was reviewed with him/her. It does not necessarily indicate that he/she agrees with the appraisal.



**EMPLOYEE PERFORMANCE APPRAISAL**

QA-431  3/93

*Management Employees Only*

| Employee Name | Position Title |
|---|---|
| Monique Monteiro | Mgr. Senior Friends |
| **Department** | **Social Security No** |
| Senior Friends | 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 |

| Period Covered | | Date Due | Appraisal Type |
|---|---|---|---|
| From  12/2/92   To 12/2/93 | | 12/2/93 | ☐ 3 MONTH  ☐ PROMOTION/TRANSFER<br>☑ ANNUAL  ☐ |

## INDICATORS OF PERFORMANCE LEVELS

| 5 | OUTSTANDING | Performance far exceeds standards with minimal supervision |
|---|---|---|
| 4 | EXCELLENT | Performance consistently above standards with minimal supervision |
| 3 | SATISFACTORY PLUS | Performance above standards on a regular basis |
| 2 | SATISFACTORY | Performance fully meets minimum standards |
| 1 | SATISFACTORY MINUS | Performance falls below minimum standards |

EXHIBIT
19
10-18-00

000112

## B. PERFORMANCE CHARACTERISTICS

| RATE THE FOLLOWING | CODE | COMMENTS |
|---|---|---|
| **1 PROFICIENCY IN FIELD/SPECIALTY** Degree of competence. Professional manner. | 5.0 | Comprehensive knowledge of community and seniors needs. Good marketing skills with knowledge of available resources and associated costs. |
| **2 ADMINISTRATIVE EFFECTIVENESS** Skill in planning, organizing and implementing work assignments or projects | 5.0 | Self motivator. Plans, organizes and implements with ease. Balancing act done daily with no evidence of stress. |
| **3 LEADERSHIP** Skill in getting work done through formal or informal direction of others. | 4.8 | Community leader with good organizational skills. Perceptive to the needs of seniors. Sensitive to their environment and growth. |
| **4 JUDGEMENT/DECISION MAKING** Degree of analysis, objectivity and foresight used to make decisions. | 4.8 | Good common sense approach. Even tempered yet enthusiastic. Patience and clarity when dealing with seniors. |
| **5 RELATIONSHIPS** Ability to work with subordinates, peers and superiors | 5.0 | Clearly seen as an upbeat sincere individual that has earned the respect of community and business leaders. Admired by the senior members. |
| **6 INITIATIVE & RESOURCEFULNESS** Amount of drive and creativity. Ability to start and accomplish work. Degree of supervision needed. | 4.8 | Creative - self motivated. Offers valuable input to overall marketing campaign of hospital. Advocate of community involvement |
| **7 SUPERVISORY SKILL** Demonstrated ability to select, train, motivate and develop subordinates. Degree of sustained contribution from work group. | 4.4 | Motivates and supplies requires training to volunteers within her department. Developed collaborative relationships to effectuate good working atmosphere. |
| **8 COMMUNICATION** Expression of ideas verbally or written. Method and manner of speaking. Ability to observe and listen. | 5.0 | Articulate with infectious enthusiasm. Effervescent. Strong marketer and motivational member of AD staff. |
| **9 PROFESSIONAL DEVELOPMENT** Commitment to professional growth through development of skills and knowledge | 4.6 | Public relations responsibilities has broaden the scope of Monique's professional growth and allowed her creativity to come to fruition. |
| **10 ADAPTABILITY** Efficiency under stress. Receptiveness to change/new ideas. Poise and/or courtesy in tough situations. | 5.0 | Recently Monique has accepted responsibility for public relation during a critical time for the hospital. She adapted quickly and with style. |
| **11 ATTITUDE & COOPERATION** Degree to which employee is supportive of organization's objectives, decisions and policies. Accepts and profits from constructive criticism. | 5.0 | Very enthusiastic and supportive of organizations directives. Very adaptable and motivated. |
| **OVERALL RATING** | 4.85 | Excellent addition to executive team. |

000113

See instructions on Page 1 for appropriate appraisal code.

## C. DEVELOPMENT SUMMARY

| SUMMARY OF STRENGTHS | SUMMARY OF DEVELOPMENTAL NEEDS |
|---|---|
| A. *Energetic, bright. Organized, & motivates* | A. *Expand upon Public Relation skills* |
| B. *Well entrenched in Community.* | B. *Continue Education on a graduate level with* |
| C. *Works well with Seniors with comprehension of their needs* | C. *emphasis on Marketing* |

Action to be taken to correct performance deficiencies where appropriate

*Monique is of an effervescent Personality with limitless Potential for Growth. I would enjoy the opportunity to assist in this Process.*

*Rec. 5% Merit Increase + 10% Adjustment for PR*   15.81 ⇒ 18.00

| 3 | No. of In-Service Programs attended | DID EMPLOYEE ATTEND ► | Safety Program ☐ YES ☐ NO | CPR ☐ YES ☐ NO | Infection Control ☐ YES ☐ NO | No. of Cont. Ed. Prog. Attended | Contact Hrs |
|---|---|---|---|---|---|---|---|
| 4 | The position description for this employee has been reviewed and is current. | | ☐ YES ☐ NO | A revised position description has been attached. | | ☐ YES ☐ NO | |

## D. EMPLOYEE COMMENTS

Do you have any comments concerning this appraisal?
☒ YES ☐ NO

*Being a part of Pembroke Pines Hospital for these past 3½ years has been a road of ups + downs. Building the Senior Program for the level of respect + exposure it has in the hospital + Community has been a tremendous Challenge as well as learning experience. I am now further Challenged with PR/marketing + feel I'm ready to meet this Challenge head on with the close direction of our new Administrative team. There is A LOT I don't know about the hospital + its inner workings and am anxious to learn so that I Can do my job the best I Can.*

000114

**D. EMPLOYEE COMMENTS (Continued)**

What do you feel you've accomplished during this evaluation period?

Met & exceeded Corporate Goals for Growth & retention! Reached many seniors in the Community who needed us.

Can you recommend any changes which would help you do your job?

More hours in the Day!

What are your future work plans with us? (Mention where appropriate, relocation, career plans and whether present job is in line with career plans)

I am proud to be a part of the Ad Staff team & heading up PR/Marketing. I plan to be here when this place is "Rocking" in the Community!

Do you possess skills and aptitudes which are not fully utilized in your present position? (Mention foreign languages when appropriate)

The new department is allowing me the opportunity to use skills I have not been able to use in the past

What training and development do you need to do a better job in your current or future position?

Marketing Skills - that will come in time by doing & asking Questions. Looking into taking Marketing Classes.

## E. EVALUATION SUMMARY

| FOR APPRAISAL PERIOD EMPLOYEES | FOR PERMANENT EMPLOYEES |
|---|---|
| ☐ SATISFACTORY COMPLETION OF APPRAISAL PERIOD | ☒ SATISFACTORY COMPLETION OF EMPLOYMENT YEAR |
| ☐ DELAY COMPLETION OF APPRAISAL RE-EVALUATION DATE ➔ | ☐ DELAY CONTINUED REGULAR STATUS & RE-EVALUATE. RE-EVALUATION DATE ➔ |
| ☐ LESS THAN SATISFACTORY COMPLETION OF APPRAISAL. RECOMMEND TERMINATION. EFFECTIVE DATE ➔ | ☐ CONTINUED UNSATISFACTORY PERFORMANCE. RECOMMEND TERMINATION. EFFECTIVE DATE ➔ |

**SIGNATURES**

Employee _Monique Montero_  Date 1-11-94

Manager _____  Date _____

Reviewing Manager _Pam_  Date 1-11-94

The employee's signature means that the performance appraisal was reviewed with him/her. It does not necessarily indicate that he/she agrees with the appraisal.

000115

# Pembroke Pines Hospital

# *Stat*

*A Monthly Publication of Happenings at*

*2301 University Drive, Pembroke Pines, FL 33024*

**March 1993**                    **Jackie Iaia, Editor**



EXHIBIT
20
10-18-00

# Soaring to New Heights

Our VIP reception was honored by more than 300 esteemed guests who included the Mayors and politicians from the four neighboring cities, business leaders, physicians, employees and volunteers. Larry and the Dietary staff prepared a splendidly beautiful, artful and delicious culinary delight. Our own in house DeeJay Ev Carrol kept the mood intense as Jerry Sutphin unveiled the new Pemborke Pines Hospital name and Vice Mayor, Alex



Fekete declared February 23, 1993 as Pembroke Pines Hospital day and presented us with a proclamation (it is in the Staff Conference Room).

The employees were treated again the following day at a cookout with hamburgers, hot dogs and even fish tasted good on the barbecue. But the greatest enjoyment was being able to wear T-shirts and jeans. This casual day attire gained so much momentum that the last Friday of every month is designated "casual day". Pembroke Pines Hospital T-shirts ONLY may be worn with slacks or skirts (jeans and shorts are not permissible.)



The New Galen InfoExpress voice response system will be operative on March 1 (1-800-847-3412) and can be accessed by employees who have received their PIN. Employees for whom the Special Election Form was mailed to Mercer by February 15, 1993, should have received their PIN by March 5th. Employees who have not received their PIN by that date can use their Social Security number to access the voice response system and ask an operator about the status of their PIN.

EXHIBIT
PIIs 3
PW 7-24-00

## Pembroke Pines Hospital

Congratulates its medical staff for their expertise and compassion in delivering healthcare to our patients.

Through our staff's commitment, we continue to provide caring and quality service to the community.

Thank you for your dedication and loyalty throughout the years.



## HAPPY DOCTOR'S DAY



## March 30

South Florida Edition • Medical Business 3

Case 00-____-CIV-____  Document 86-__  Entered on FLSD Docket __/__/____  Page 202 of 216



# Stat

*A Monthly Publication of Happenings at*

*2100 University Drive, Pembroke Pines, FL 33024*

**December 1993**

Monique Monteiro, Editor

01203

# Holiday Happenings!

We want to wish all employees a very happy and healthy holiday season and invite you to help celebrate at the following functions:



**CHILDREN'S HOLIDAY PARTY**
Tuesday, December 14th at 6:00 pm - 8:00 pm In the Classrooms
The party will feature face painting, story telling, gifts, Santa and Mrs. Claus and lots of holiday fun for all the children. RSVP is necessary. If you have not turned in your reservation forms, call 8030 with the number and ages of children that will attend.

**TRADITIONAL HOLIDAY LUNCHEON FOR ALL EMPLOYEES**
In celebration of the holidays we will be hosting a free traditional Holiday Luncheon in Larry's Cafe (otherwise known as the hospital cafeteria) on **Thursday, December 16th** for all employee's to enjoy. Lunch will be served from 11 am - 2 pm, dinner from 4:30 pm - 7:00 pm and late night service for our night owls from 2:00 am - 3:00 am.

**HOSPITAL VOLUNTEER HOLIDAY PARTY**
To be held on **Wednesday, December 15th** at 12:00 noon in the classrooms. RSVP were due December the first.

**DEPARTMENT DECORATING CONTEST**
Departments will be judged on **Friday, December 17th** at 11:00 am. There will be two cash prizes for the winning department to apply to their holiday party - $50.00 for the first prize and $25.00 for second prize. Departments will be judged on creativity and resourcefulness.



EXHIBIT
Pl 15 4
Plus 7-24-00

# A Message from Pam...

*I have had the honor of becoming part of the team at Pembroke Pines Hospital some four weeks ago. Slowly, I am beginning to connect your faces with your names and positions, and I look forward to meeting with all of you at the December 1, 1993 'Round the Clock Staff Meetings. You have all been gracious in welcoming me into your "home" and I can assure you that, along with the rest of your executive staff, we will light up the community with the Pembroke Pines name. Many plans are under way for the start of new services, construction, re-decorating, new equipment acquisitions etc., and I look forward to sharing these projects with you. Your continued commitment and hard work will make 1994 the beginning of our success.*

*To all of you and your families, my wishes for a wonderful Holiday Season and a new year filled with Health and Happiness.*



EXHIBIT
21
10-18-00

*Pam Corliss*
*Chief Operating Officer*

**Stat is an employee publication featuring events and people at Pembroke Pines Hospital. If you are interested in working on the editorial staff of this newsletter or have suggestions or comments regarding the content please call the editor, Monique Monteiro at 963-8030.**

SUNDAY, JANUARY 2, 1994
THE MIAMI HERALD

# Cancer victim fights for life

## Transplant is only chance

**H**ollywood resident **Barbara Plasker** is halfway through the fight of her life, and her mom is looking for foot soldiers to help finish the battle.



**JORDAN BRESSLER**
FRIENDS AND NEIGHBORS

Plasker, 41, suffered from a rare strain of inoperable lung cancer that couldn't be eradicated through chemotherapy. Her only chance of survival was to get an even-rarer double-lung transplant.

Plasker received the transplant early Thursday morning at Kirkland Hospital in Birmingham, Ala. Plasker, who was staying with relatives in Atlanta, received the call that a donor pair of lungs was located at 5:30 p.m. Wednesday.

By 7:30 p.m., she had been whisked by private jet to the hospital, by 10:30 she was in surgery, and by 6:30 a.m. Thursday, the donor lungs were in place.



**Plasker**

Though the next few weeks will be critical for her survival, they will be critical for the Plaskers' finances as well. Surgery and aftercare costs are expected to skyrocket to more than $300,000, only half of which will be covered by insurance.

That's where Plasker's mom, **Pearl Speert**, comes in. Speert, a resident of Davie's Rolling Hills, has joined with some of Plasker's friends to put together a surgery trust fund, administered by the National Heart Assist & Transplant Fund, a nonprofit agency.

Speert has been helping to feed and care for Plasker's children, **Staci**, 14, **Jonathan**, 11, and **Andrew**, 3, while their mother has been waging her war for survival.

"It's been rough. We're hoping [this] miracle will save her life," Speert said.

If you'd like to make a donation, send it to NHATF: Friends of Barbara Plasker Transplant Fund, P.O. Box 163, Haverford, Pa. 19041. Make checks payable to NHATF: Friends of Barbara Plasker. For information on the fund, call (215) 527-5056.

### Kids in Crisis, Part I

Managers and staff members at Pembroke Pines Hospital took to the streets last month — holding out bedpans and water containers to passersby at Sheridan Street and University Drive — and collected $1,772 for Kids in Crisis, a charity that assists abused children.

"It was very successful," said **Monique Monteiro**, the hospital's public relations director, who participated in the event. "Any time you can get that much money in three hours, it's a success."

Participants included **Scott Colton** of Pembroke Pines, **Pearl Magnus** of Pembroke Pines, **Barbara Laxon** of Miramar, **Bob Dickman** of Fort Lauderdale, **Rob Carrel** of Davie, **Marjorie Samerson** of Pembroke Pines, **Jane Hernandez** of Davie, **Mike Scialdone** of Coconut Creek, **Sharon O'Keefe** of Plantation, **Sandy Barrowman** of Hollywood, **Rosemarie Martineau** of Davie, **Marybeth Thompson** of Pembroke Pines and **Kay Bornstein** of Davie.

### Kids in Crisis, Part II

The biggest contribution, by far, to WAXY's one-day fundraiser for Kids in Crisis was a $25,000 matching donation by Weston-based Pediatrix, a national firm that contracts out neonatal and pediatric care doctors and services to hospitals.

The donation, called in over the air to WAXY host and Davie resident **Rick Shaw**, came as a shock to those listening behind the scenes.

"We just all kind of gasped," said WAXY program director **Dave Denver**. "It was one of the most wonderfully incredible moments I've had as a broadcaster. We were all choked up."

Dr. **Roger Medel**, chief executive officer of Pediatrix, made the on-air presentation after the 160 employees of the company dug deep into their pockets.

"We all got together and decided to do something about this," said Dr. **Brian Udell**, chief medical officer of Pediatrix.

"Abused children are one of our biggest problems, as far as follow-ups go. Medically we can have the answers, but we can't help the home situation. It's frustrating."

During the nine-hour radiothon, WAXY raised a little more than $80,000 — and, Shaw hopes, the consciousness of the public about the far-reaching effects of child abuse.

"The problem is not an ethnic problem, economic or social thing. It's all over," Shaw said. "It's your neighbors, the people right down the street. The horror is people don't know about it. This is our cause."



NEIGHBORS

# Hometown Herald
9341 NW 57th St., Tamarac, FL 33351

| | | |
|---|---|---|
| ■ Editor | | |
| ■ Assistant Editor | Dorothy Klein | |
| ■ Reporters | Sandra Jacobs | 985-4584 |
| | Michelle Patterson | 724-1512 |
| | Doris Quan | 724-1514 |
| | Jordan Bressler | 724-1514 |
| ■ Advertising | | 724-1519 |
| ■ Classified | Susan Kelly-Gilbert | 985-4547 |
| ■ Subscription/Delivery Information | | 524-2535 |
| | | 462-3000 |



EXHIBIT
22
10-18-00



## PEMBROKE PINES HOSPITAL

### POSITION DESCRIPTION

| DEPARTMENT NAME | POSITION TITLE | SUPERVISOR TITLE |
|---|---|---|
| Senior Friends SF/PR | Director SF/PR | CEO |
| EFFECTIVE DATE | INCUMBENT SIGNATURE/DATE | |
| | SUPERVISOR SIGNATURE/DATE | |
| POSITION GRADE | DEPT. HEAD SIGNATURE/DATE | |
| | H.R. SIGNATURE/DATE | |

| INDICATORS OF PERFORMANCE LEVEL: | LEGEND FOR AGE SPECIFICITY: |
|---|---|
| 2 - EXCEEDS STANDARDS | BIRTH - 1 YR = NEO./INFANT |
| | 1 - 11 YRS = CHILD/PED. |
| 1 - MEETS STANDARDS | 12 - 17 YRS = ADOLESCENT |
| | 18 - 65 YRS = ADULT |
| 0 - BELOW STANDARDS | 65 AND OVER = GERIATRIC |

**POSITION GOAL:**
The Director of PR/Marketing Services develops, implements and directs programs designed to increase the market share and enhance the image of the hospital, products and services to the public. Identifies products and services to diversify the hospital, develops programs to heighten awareness of the community as to the quality and breadth of care available at the hospital. Develops communication devices for employees, medical staff, patients and the public. Determines attitudes and opinions of various publics toward the hospital and its services. Acts as hospital spokesperson and coordinates all communication of other hospital departments and media. Responsible for internal and community relations programs. Meet annual HSA Chapter new member and retention goals. Develop, coordinate and manage all Chapter activities.

1. **POSITION REQUIREMENTS**

   A. **EDUCATION:**
   Bachelors degree required in Marketing, Social Sciences, Public Relations or a related major. Graduate course work preferred.

   B. **EXPERIENCE:**
   Candidate should have a minimum of three to five years related experience in the health care field. Excellent written and oral communication skills are required. Should have both clinical work and community relations experience along with experience in a Senior setting.

EXHIBIT GV
23
10-18-00

000070

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 2 of 11 |

2.    **CAREER PATH**
Advance to Director of Public Relations/Marketing.


3.    **SPECIAL CONSIDERATIONS**
Age legend applicable as stated in position responsibilities.  This
position has responsibility for the assessment, treatment, or care of
patients.  The ability to communicate and interact with patients of
all ages is required.

3.    **AMERICAN DISABILITIES ACT**

I.    **Essential Duties:**
1.    The ability to assume responsibility and exercise and consultative
associations, and managerial tasks are inherent in this position.
The ability to retrieve, communicate or otherwise present
information in a written, auditory or visual fashion is essential.
Must be able to input and retrieve data from the computer.  A
professional demeanor and the ability to communicate effectively
with patients, physicians and employees through the spoken word is
vital.  The ability to maintain confidentiality of information is
required.
2.    Demonstrated skills in organization, project development,
implementation and fiscal management.  Excellent knowledge of
computer programs, "Windows, Word Perfect, Desk Top Publishing"
preferred.  Proven skills in written and verbal communication,
interpersonal relationships and detailed follow-through are
necessary.  Proven ability to work with media and achieve media
deadlines.

II.    **Physical Requirements:**
Good physical and metal health is essential.  Is able to push or pull
up to 50 pounds. Must have adequate visual and aural acuity to deal
with the public. Must possess a valid drivers license and be able to
work under stress.

III.    **Working Conditions:**
Work in a clean, well-lighted, heated and air conditioned environment.


IV.    **General Education Development:**

This position requires reasoning, mathematical, and language skills at
the levels listed below:

LEVEL
  6  Professional school, college masters, or more.
  5  College level, 4 - 5 years.

000071

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 3 of 11 |

    4  High school, plus come college or technical training.
    3  High school education.
    2  Eight to tenth grade education.
    1  Below an eight grad education

**Reasoning:**    3
**Mathematics:**  3
**Language:**    3

V. **STANDARD VOCATIONAL PREPARATION:**
    1.  Be active in Community Services.

VI. **PERSONAL PROTECTIVE EQUIPMENT:**
    This position has minimal to no exposure to biohazardous agents and
    therefore requires no personal protective equipment such as gloves,
    masks, etc.  Video Display Terminal screen protectors are available
    upon request.

VII. **Aptitudes:**

    **HIGH**    **1**    **2**    **3**    **4**    **5**    **LOW**

    **Intelligence:**  General learning ability - 1

    **Verbal:**  Receives and presents information or ideas clearly - 1

    **Numerical:**  Performs arithmetic operations quickly and accurately - 2

    **Spatial:**  Understands the relationship of forms in space - 2

    **Form Perception:**  Is able to perceive discriminations between and
    among objects -2

    **Clerical Perception:**  Perceives details in verbal or tabular
    material -1

    **Motor Coordination:**  Hand eye coordination making rapid and/or
    accurately precise movements -2

    **Finger Dexterity:**  Works with fingers placing and turning motions -2

    **Manual Dexterity:**  Works with hands placing and turning motions -2

    **Eye-Hand-Foot Coordination:**  Coordinated movements in response to
    visual stimuli -2

000072

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 4 of 11 |

**Color Discrimination:** Ability to perceive and respond to similarities or differences in colors, shapes, or other values of the same or different color -2

**POSITION RESPONSIBILITIES:**

PERFORMANCE LEVEL

HIGH    LOW

I.   Specific Duties for the Director of Marketing:

1.   Coordinates market research as needed for effective, strategic planning.    ② 1 0

2.   Develops and implements marketing objectives designed to meet overall hospital long and short term goals which include, but are not limited to:    ② 1 0

2.1  Product/service development.    ② 1 0
2.2  Prioritizing product/services positioning.    ② 1 0
2.3  Referral/business development.    2 ① 0
2.4  Oversee community relations activities which include special interest publications, media relations, public/governmental affairs, employee communications and special events.    ② 1 0

2.5  Oversee physician relations/referral development functions which include activities to change admitting patterns to benefit the hospital as well as strengthen relationships of the medical staff and hospital.    ② 1 0

2.6  Oversee development and implementation of advertising strategies for hospital services.    ② 1 0

2.7  Oversee development and distribution of support collateral materials for specific services.    ② 1 0

3.   Plans external marketing communication campaigns to target hospital services to appropriate markets, and executes such programs upon approval.    ② 1 0

4.   Administers budget for all marketing, community relations and physician relations' functions, including advertising.    ② 1 0

5.   Responsible for execution of the marketing plan.    ② 1 0
6.   Execution and supervision of all aspects of the marketing effort.    ② 1 0

7.   Acting as a resource to and assisting others in execution of the marketing plan (administrative staff, department heads, physicians).    ② 1 0

8.   Responsible for the evaluation of the marketing effort.    ② 1 0
9.   Serves as a consultant to patient relations in continuing hospital guest relations program.    2 ① 0

090073

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 5 of 11 |

<table>
<tr><th></th><th>PERFORMANCE LEVEL</th><th></th></tr>
<tr><th></th><th>HIGH</th><th>LOW</th></tr>
</table>

10. Serves as a consultant to Human Resources Department in integrating its advertising strategies into hospital's overall needs. — 2 ① 0

11. Holds weekly department meetings for planning purposes. — 2 ① 0

12. Writes comprehensive evaluations on assigned staff and holds timely evaluation conferences with each employee. — ② 1 0

13. Complies with hospital policy on employee education of safety and infection control issues. — ② 1 0

14. Attends community functions as a representative of the hospital. — ② 1 0

15. Represents the hospital's interest by serving on health industry related committees and task forces. — ② 1 0

16. Serves as a member of the Hospital Executive Team. — ② 1 0

17. Performs other duties as assigned. Participates in appropriate corporate marketing/planning meetings. — ② 1 0

II. Director Responsibilities

1. Department Managers are responsible for defining in writing the scope of services and is approved by either the organization's administration, medical staff, or both, as appropriate. — 2 ① 0

1.1 Reviews and makes recommendations, in writing, to the appropriate administrative person on an annual basis covering the following:
   a. Scope of service — 2 ① 0

1.2 Directs the department in a manner commensurate with the mission and values of the organization.
   a. Develops mission for department to support the hospital and nursing department mission. — ② 1 0
   b. Develops goals of the department on an annual basis. — ② 1 0

2. Department Managers are responsible for providing leadership and direction for staffing in accordance with the organizational goals and objectives. — ② 1 0

2.1 Assumes authority, accountability and responsibility for the formal and informal direction of others. — ② 1 0

2.2 Demonstrates the ability to create, initiate, and integrate new concepts and practices to improve patient care and/or physician and employee satisfaction. — ② 1 0

2.3 Demonstrates skill in handling pressures, stress and crisis situations. — ② 1 0

2.4 Demonstrates receptiveness to change/new ideas. — ② 1 0

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 6 of 11 |

|  | PERFORMANCE LEVEL | | |
|---|---|---|---|
|  | HIGH | | LOW |

| | HIGH | | LOW |
|---|---|---|---|
| 2.5 Uses measurement and analysis with objectivity and foresight to make decisions. | ② 1 | | 0 |
| 2.6 Demonstrates support for hospital philosophy, goals and objectives. | ② 1 | | 0 |
| 2.7 Uses a systematic problem-solving process to make sound decisions in a timely manner. | ② 1 | | 0 |
| 2.8 Accepts and makes changes based on constructive criticism. | ② 1 | | 0 |
| 3. Department Managers are responsible for Budget needs and substantiating data. | ② 1 | | 0 |
| 3.1 Identifies modifications necessary to reflect staffing patterns in relationship to assignments and resource management annually, and as needed to meet the changing needs in health care. | ② 1 | | 0 |
| 3.2 Anticipates the purchase and or replacement of equipment using input from nursing and medical staff for budget process and as needed. | 2 | ① | 0 |
| 3.3 Demonstrates the ability to implement equipment purchase process. | 2 | ① | 0 |
| 3.4 Reviews the monthly financial statistics and plan expenditures according to budgeted limitations. Financial analysis of variance is given to appropriate administrative person one week after monthly report is received. | ② 1 | | 0 |
| 3.5 Recommends space and other resources needed by the department/service. | ② 1 | | 0 |
| 3.6 Participates in the selection of sources for needed services not provided by the department/service or the organization. | ② 1 | | 0 |
| 4. Department Managers are responsible for integrating the department/service into the organization's primary functions. | ② 1 | | 0 |
| 4.1 Coordinates and integrates interdepartmental and intradepartmental services. | | | |
|    a. Establishes a pattern of communication with ancillary staff and discharge planners that allows for discussion on collaborative care patient related clinical issues as they relate to Performance Improvement. | 2 | ① | 0 |
|    b. Develops staff knowledge by sharing expertise on the collaborative care system and provides other resources as needed as they relate to Performance Improvement. | ② 1 | | 0 |

C00075

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 7 of 11 |

PERFORMANCE
LEVEL
HIGH        LOW

4.2 Develops all department/service policies and procedures    ② 1  0
    in collaboration with associated department/services
    and obtains approval by the organization's administra-
    tion and medical staff, as appropriate.

5.  Department Managers are responsible for organizing,    ② 1  0
    directing and staffing the department/service in a
    manner commensurate with the scope of services offered.

5.1 Recommends a sufficient number of qualified and compe-
    tent persons to provide care/service.
    a.  Plans daily coverage according to department needs    ② 1  0
        and personnel ability.
    b.  Makes provisions to cover emergency situations.    ② 1  0
    c.  Recommends changes in master staffing plan in    ② 1  0
        accordance with identified needs of the department.

5.2 Maintains overall accountability/responsibility for    ② 1  0
    staffing the unit during all hours of operation.

5.3 Demonstrates accountability and effectiveness in    ② 1  0
    adherence to staffing guidelines.

6.  Demonstrates an active and positive role in evaluating
    staff performance and work related attributes.
    a.  Conducts performance evaluation conferences no    ② 1  0
        later than seven working day of date due and
        recommends merit increases as appropriate.
    b.  Counsels employees and provides documentation of    ② 1  0
        exemplary and unsatisfactory work performance in
        timely manner (at time of occurrence).
    c.  Follows progressive disciplinary procedure and    ② 1  0
        takes appropriate action according to guidelines.

6.1 Responsible for orientation, in-service training and
    continuing education of all persons in the department/
    service.
    a.  Plans and supervises an individualized orientation    2 ① 0
        for new employees.
    b.  Determines need and provides for inservice and    2 ① 0
        continuing education of staff.
    c.  Conducts an evaluation of the inservice programs    2 ① 0
        including program objectives, effectiveness and
        meeting the needs of the staff.

C00076

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 8 of 11 |

PERFORMANCE LEVEL: HIGH = 2, LOW = 0 (circled value indicates rating)

7. Department Managers are responsible for assessing and improving the performance of care and services provided by involvement in the quality assessment plan. — 2 (1) 0

7.1 Maintains quality control programs, as appropriate. — 2 (1) 0

7.2 Participates in cross-organizational activities to improve organizational performance, as appropriate. — (2) 1 0

7.3 Forwards relevant information to the appropriate person(s) responsible for coordinating organizationwide performance improvement activities. — (2) 1 0

7.4 Assigns and defines in writing the responsibility for taking action on recommendations generated through performance improvement activities. — (2) 1 0

8. Department Managers direct processes to assess, improve and maintain the quality of patient care according to the hospital plan for quality improvement. — 2 (1) 0

8.1 Understands the approaches and methods of performance improvement. — (2) 1 0

8.2 Utilizes an approach to improvement which includes planning, setting priorities, assessing systematically, implementing improvement activities based on the assessment, and maintaining achieved improvements. — (2) 1 0

8.3 Resources for assessing and improving the processes within the organization are allocated for by:

  a. assigning personnel to participate — (2) 1 0

  b. providing time for personnel to participate in performance-improvement activities — (2) 1 0

  c. creating and maintaining information systems appropriate data management processes to support collecting, managing, and analyzing data needed to facilitate ongoing improvement in performance — (2) 1 0

  d. providing for staff training in the approaches and methods of performance improvement — (2) 1 0

8.4 Assesses the effectiveness of the unit and managers contribution to improving performance.

9. Department manager maintains a customer focused attitude at work through a spirit of cooperation, pleasant and respectful demeanor, and helpfulness towards patients, visitors, physicians, peers and employees supervised. — (2) 1 0

9.1 Establishes and maintains effective communication skills. — (2) 1 0

9.2 Fosters positive relationships between staff members. — (2) 1 0

9.3 Works cooperatively with all members of the work team. — (2) 1 0

9.4 Establishes and maintains an effective relationship within nursing and ancillary departments in a effort to achieve common goals and objectives. — (2) 1 0

C00077

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 9 of 11 |

PERFORMANCE
LEVEL
HIGH                    LOW

9.5 Provides assistance willingly.                                      ②  1  0
10.  Department manager is accountable for maintaining and              ②  1  0
     improving their own job knowledge and skills through
     continuing education and professional involvement.
10.1 Demonstrates commitment toward professional growth                 ②  1  0
     through development of skills and knowledge.
10.2 Attends mandatory programs as defined in hospital                  ②  1  0
     policy.
10.3 Attends outside seminars or courses in job related                 ②  1  0
     areas.
10.4 Reviews professional journals and shares pertinent                  2 ①  0
     information with staff.
10.5 Maintains membership in a professional organization.               ②  1  0
10.6 Conducts regularly scheduled staff meetings.                       ②  1  0
10.7 Collaborates with education department in the                      ②  1  0
     development and/or presentation of needed continuing
     education programs.
10.8 Attends all requires or assigned meetings.                         ②  1  0
10.9 Department manager is knowledgeable of general safety              ②  1  0
     and risk management procedures and responds appro-
     priately
     to emergency situations, including fire, disaster and
     clinical emergencies.
11.  Responds to environmental emergency situations through            ①  1  0
     knowledge of fire and disaster procedures.
11.1 Utilizes the risk management channels for reporting                ②  1  0
     hazards and adverse occurrences.
12.  Create and distribute all press releases for hospital              ②  1  0
     events.
  12.1 Accomplishments of PPH Medical Staff, Community                   ② ⨂ ⓪
       Education Series, all Employee promotions and
       executive hiring
  12.2 Special Events sponsored by the hospital, both                    ②  1  0
       before and after the event, press releases to
       average two per week.
13.  Provide written and verbal communication for Media re-             ②  1  0
     quests.  Create relationship with local health care media
     and "pitch" stories on PPH Physicians and the Hospital
     itself.
14.  Act as Hospital Spokesperson, be available to beeper               ②  1  0
     for any Emergency that would require internal or ex-
     ternal damage control.
15.  Prepare ads for newspapers, souvenir books, magazines,            ②  1  0
     and all periodicals that require hospital advertising
     or promotion.

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 10 of 11 |

16. Negotiate and provide staff coverage for outside vendors who wish to use the hospital's physical plant for still, video or motion pictures. 2 ① 0

17. Work with Education Department to maintain monthly education series, offer creative ideas, provide necessary advertising and provide staff support for the event and promotion gifts for each of the participants. 2 ① 0

18. Provide staff support and coordination for Hospital Special Events. ② 1 0

19. Create Speakers Bureau of Physicians and Department Managers and market their skills to area condo's and community groups to improve the image of the hospital. ② 1 0

20. Maintains accurate and organized computer and hard copy files for each project. ② 1 0

21. Prepares check requests and follows through until payment is secured. ② 1 0

22. Clips Broward and Dade newspapers for CEO and file. Maintains clipping book. ② 1 0

23. Monitor and evaluate all projects to conclusion and review with Marketing Director. ② 1 0

24. Participates in hospital special events (receptions, health fairs, conferences, luncheons) ② 1 0

25. Participates in annual marketing plan projections. ② 1 0

III. General Responsibilities:

1. Reports for scheduled shift on time; prepared to assume duties. ② 1 0
2. Reports to work in proper uniform or ② 1 0
3. Badges in on arrival and out upon leaving. ② 1 0
4. Follows policy for reporting in sick or absent 100% of the time. ② 1 0
5. Leaves for meal break on time and returns on time. ② 1 0
6. Varies work schedule or shift, (working overtime, leaves early when requested, works shifts other than regularly scheduled as required) to meet department staffing needs. ② 1 0
7. Schedules all PTO days with supervisory approval. ② 1 0
8. Attends and participates in meetings and is responsible for all information communicated at meetings. ② 1 0
9. Attends all hospital mandatory inservices on a timely basis as scheduled. ② 1 0
10. Follows universal precautions and infection control procedures at all times. ② 1 0
11. Adheres to hospital and departmental policy and procedure 100% of the time. ② 1 0
12. Performs all duties as assigned. ② 1 0

000079

| DEPARTMENT NAME | POSITION TITLE | PAGE |
|---|---|---|
| Marketing | Director of Marketing SF/PR | 11 of 11 |

II.   PINES STANDARDS

1.    Helps all patients, family members, physicians,   ① 0
      visitors and employees in a friendly manner.
2.    Smiles, introduces himself and uses caring,   ① 0
      thoughtful words either in person or on the telephone.
3.    Always says "please" and "thank you."   ① 0
4.    If they can't help someone, offers to find   ① 0
      someone who can.  If transferring a telephone
      call, announces the caller and briefly explains
      the situation before ending the transfer.
5.    Always makes eye contact when speaking with   ① 0
      patients, physicians, visitors, employees, etc.
6.    Acts professionally always.   ① 0
7.    Wears ID badge in a visible location at all times.   ① 0
8.    Adhere to the dress code at all times.   ① 0
9.    Knocks before entering a room or office.   ① 0
10.   Addresses our customers by name.   ① 0
11.   Keeps voice down - does not shout or use   ① 0
      improper language.
12.   Responds to all inquiries promptly and courteously.   ① 0
      day, nature of call.
13.   When taking a message, accurately gets all the   ① 0
      information - name of caller, date and time of
      day, nature of call.
14.   Works together in the spirit of teamwork.   ① 0
15.   Shares information so that the people who need   ① 0
      to be aware of the facts are informed.
16.   Participates in maintaining a safe and clean   ① 0
      work environment.
17.   Adheres to the hospitals' mission and vision   ① 0
      statements.
18.   Respects the confidentiality of all hospital and   ① 0
      patient matters and uses complete discretion when
      discussing these matters.

**THIS JOB DESCRIPTION IS NOT BE CONSTRUED AS A COMPLETE LISTING OF THE
ASSIGNMENTS THAT MAY BE GIVEN TO AN EMPLOYEE.  OTHER APPROPRIATE DUTIES MAY
BE ASSIGNED THAT ARE NOT LISTED IN THE DESCRIPTION.**

I, the undersigned, hereby acknowledge that I have read my job description,
and understand it's content.

_____          _____
          Signature                                Date

SF.DIR                                             C00080

2301 University Drive
Pembroke Pines, Florida
33026
Telephone 305 962 9650

# Humana Hospital
## Pembroke

### JOB DESCRIPTION ADDENDUM

**Department Name:**   Marketing/Public Relations

**Position Title:**   Director of Marketing/Public Relations

**Essential Duties:**

This position requires extensive knowledge of internal and
external policies, hospital goals, objectives and services.
Marketing and public relation skills are essential.
Management and supervisory skills and ability to interact
with all levels of personnel, both internally and externally,
are required.  Listening and interpretative skills and
ability to understand information are required.  This
position requires the ability to retrieve, communicate or
otherwise present information in a written, auditory or
visual fashion.  The occupant of this position will express
or exchange ideas by means of the written and spoken word.

**Physical Duties:**

This position is primarily sedentary in nature.  The maximum
amount of lifting is 10 pounds.  The ability to transport
papers or other materials is required.  The ability to push
and otherwise maneuver a wheeled cart is required.
Occasional trips to the professional building located across
the parking lot are required as well as walking to and
returning from the various departments throughout the
hospital.  Attendance at events throughout the local
community is required.  The ability to express or exchange
ideas by means of the spoken word is necessary.

**Personal Protective Equipment/Universal Precautions:**

The potential for frequent exposure to blood and other
potentially infectious materials is minimal to none.
Therefore, there will be no need to utilize any personal
protective equipment.

**Working Conditions:**

The occupant of this position spends over 95% of his/her time
inside air conditioned office space.

000103





Job Description Addendum
Director of Marketing/Public Relations
Page 2

**General Educational Development:**

This position requires reasoning, mathematical and language skills at a college level.

**Aptitudes:**

Low   1   2   3   4   5   High

Intelligence:  General Learning Ability.  4

Verbal:  Receives and presents information or ideas clearly.  5

Numerical:  Ability to perform arithmetic operations quickly and accurately.  3

Spatial:  Understands the relationships of forms in space.  3

Form Perception:  Is able to perceive discriminations between and among objects.  3

Clerical Perception.  Perceive details in verbal or tabular material.  4

Motor Coordination:  Hand, eye coordination making rapid and/or accurately precise movements.  2

Finger Dexterity:  Work with fingers placing and turning motions.  2

Manual Dexterity:  Work with hands placing and turning motions.  2

Eye-Hand-Foot Coordination:  Coordinated movements in response to visual stimuli.  1

Color Discrimination: Ability to perceive and respond to similarities or differences in colors, shapes or other values of the same or different colors.  1

000104