UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/



FILED by SC D.C.
NOV - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## TWENTY DAY NOTICE OF CONSIDERATION OF MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Defendant Galen Hospital - Pembroke Pines, Inc.'s Motion for Summary Judgment **(D.E. No. ?)** filed on **November 3, 2000**. The Court provides this notice pursuant to *Fed. R. Civ. P.* 56(c).

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the Court will take the motion for summary judgment, all materials in support, and materials in opposition under consideration 20 days from when the Court files this order. Therefore, the opposing party's memorandum in opposition to the motion for summary judgment shall be filed no later than **December 1, 2000**. The parties may file sworn affidavits or other admissible material in opposition to the opposing parties' motion for summary judgment. The failure of a party to exercise its rights pursuant to this notice and Fed. R. Civ. P. 56 to file materials in opposition to a summary judgment motion may result in the Court accepting any of the moving

party's uncontroverted evidence as true and may result in a final judgment being entered against the opposing party without the benefit of trial. *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986).

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of November, 2000.

```
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
```

Copies provided to:

Alexander D. del Russo, Esq.
**LEVY, KNEEN, MARIANI, CURTIN,
  KORNFELD & DEL RUSSO, P.A.**
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, FL 33401

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324