UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/



FILED by SC D.C.
NOV 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER OF REFERRAL TO MAGISTRATE JUDGE DUBÉ REGARDING DEFENDANT'S MOTION TO RECOVER FEES AND COSTS

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Robert L. Dubé** to submit a Report and Recommendation to this Court on **Defendant's Motion to Recover Fees and Costs (D.E. No. 59), filed on November 6, 2000**. The Court notes that this Cause is currently scheduled for trial for the two-week period beginning **April 9, 2001**.

All motions for extension or enlargement of time that relate to such motion are included with this referral. Under no circumstances shall a pretrial deadline or trial date set by a District Judge be extended, or otherwise modified, by virtue of an order entered by the Magistrate Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and

submissions pertaining to the referenced matters the name of Magistrate Judge Robert L. Dubé. An additional courtesy copy of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge Dubé's Chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of November, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Robert L. Dubé

Alexander D. del Russo, Esq.
**LEVY, KNEEN, MARIANI, CURTIN,**
 **KORNFELD & DEL RUSSO, P.A.**
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, FL 33401

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324