UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO/DUBÉ

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a/ PEMBROKE PINES HOSPITAL

    Defendant.
_____/



## ORDER ON MOTION FOR FEES AND COSTS IN CONNECTION WITH NOTICED DEPOSITION

THIS CAUSE is before the Court on Defendant's Motion to Recover Fees and Costs and Incorporated Memorandum of Law (D.E. #59). Pursuant to Fed.R.Civ.P. 30(g)(1), Defendant moves to recover its fees and costs incurred in connection with a noticed deposition. After review of the motion and the file in this cause, it is **ORDERED** and **ADJUDGED** that Defendant's Motion to Recover Fees and Costs and Incorporated Memorandum of Law (D.E. #59) is **DENIED**.

**DONE AND ORDERED** this ____ day of December, 2000.

                                    _____
                                    ROBERT L. DUBÉ
                                    UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Federico A. Moreno
      Attached Service List



SERVICE LIST

CASE NO. 00-6227-CIV-MORENO/DUBÉ

**Jacqueline Iaia V. Galen Hospital-Pembroke Pines, Inc.,
F/d/b/a/ Pembroke Pines Hospital**

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
P.O. Box 9057
Ft. Lauderdale, Florida 33310-9057

John F. Jankowski, Jr., Esq.
John F. Jankowski, Jr., P.A.
2 South University Drive
Suite 265
Plantation, Florida 33324

Alexander D. del Russo, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Blvd, Suite 1000
West Palm Beach, Florida 33401