UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

        Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC.,d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

        Defendant.

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, moves this Court for an enlargement of time to December 8, 2000, in which to submit her response memoranda of law to Defendant's Motion for Summary Judgment and Plaintiff states as follows:

1.    Plaintiff's response to the above-referenced Motion is presently due on or before December 1, 2000.

2.    As a result of deadlines and scheduling backlogs in other cases, Plaintiff's counsel will be unable to complete both the response memorandum of law to Defendant's motion for summary judgment and the detailed statement of disputed facts required by this Court's Local Rules, by the December 1, 2000 deadline. Plaintiff thus requires an additional one-week period, until December 8, 2000, to complete and submit both the responsive memorandum of law and the statement of disputed facts.

3.      The undersigned has conferred with counsel for Defendant regarding the proposed enlargement of time, and said counsel has no objection thereto.

4.      The requested enlargement of time is not being interposed for purposes of delay, and would not prejudice any of the parties hereto

WHEREFORE, Plaintiff requests this Court to enter the attached Order granting this motion and giving Plaintiff until December 8, 2000, in which to submit her memorandum of law in opposition to Defendant's Motion for Summary Judgment

Respectfully submitted,

BECKER & POLIAKOFF, P.A
3111 Stirling Road, P.O. Box 9057
Fort Lauderdale, FL 33310-9057
954/985-4145 (BR); 954/985-4176 (fax)

By

     Roderick V. Hannah
     Florida Bar No. 435384

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Levy, Kneen, Mariani, Curtin, Kornfeld & Del Russo, P.A., Counsel for Defendant, 1400 Centrepark Boulevard, West Palm Beach, FL 33401; and John F. Jankowski, Jr., Esq., Co-Counsel for Plaintiff, 2 South University Drive, Plantation, FL 33324, this 1st day of December, 2000.

BECKER & POLIAKOFF, P.A.
Attorneys for Plaintiff
3111 Stirling Road
Ft. Lauderdale, FL 33312
Tel. (954) 985-4145

By:

     Roderick V. Hannah, Esq.
     Fla. Bar No. 435384

610979

2