UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

            Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC.,d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

            Defendant.



FILED by _____ U.C.

DEC 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIS. CT.
S.D. OF FLA.

_____ /
                GRANTED

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT
## OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE, having come on before the Court upon the Plaintiff's Unopposed Motion for

Enlargement of Time to submit her response memoranda of law to Defendant's Motion for

Summary Judgment and the Court, having reviewed the Motion and the record herein, and being

otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion be GRANTED.   Plaintiff shall have until

December 8, 2000, in which to submit her response memoranda of law to Defendant's Motion for

Summary Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this _8_ day of _December_,

2000.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Roderick V. Hannah, Esq.
John F, Jankowski, Jr., Esq.
Alexander del Russo, Esq.

613920