UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/

## DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The Defendant, GALEN HOSPITAL—PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, by and through its undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby requests that this Court grant it an enlargement of time to file a Reply Memorandum in support of Defendant's Summary Judgment Motion, up through and until January 3, 2001. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law.

### Memorandum of Law

This is an action for age discrimination brought under the Age Discrimination and Employment Act, 28 U.S.C Section 621 et seq., and the Florida Civil Rights Act, Florida Statute

Chapter 760. On November 3, 2000, Defendant timely filed its Motion for Summary Judgment. In response, on December 1, 2000, Plaintiff filed an Agreed Motion for Enlargement of Time to respond to this Motion, and this Court granted Plaintiff the requested enlargement of time through December 8, 2000.

On December 8, 2000, Plaintiff filed and served its Memorandum in Opposition to Defendant's Motion for Summary Judgment. Under the Rules of this Court, a response to this Motion is due by Defendant on December 18, 2000.

Defendant would request that this Court grant it a two-week enlargement of time to file its Reply Memorandum, up through and until January 3, 2001. The undersigned counsel is presently on a jury trial docket in the case of *Isabelle Fazio v. Miami Heart Institute*, Case No. 99-00112-CA21, in the Circuit Court of Dade County, and is preparing for two subsequent jury trials scheduled the weeks of January 8 and January 15, 2001, respectively. Accordingly, Defendant would request this brief enlargement of time in order to fully address the issues raised by Plaintiff in her Memorandum in Opposition to Defendant's Motion for Summary Judgment.

The undersigned has contacted the offices of John Jankowski, Esq., as counsel for Plaintiff, and has been advised that Mr. Jankowski agrees to the extension sought by Defendant in this Motion.

WHEREFORE, Defendant requests that this Court enter an Order granting an enlargement of time, up through and until January 3, 2001, in which to file a Reply Memorandum in support of its Summary Judgment Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 15th day of December, 2000, to Roderick V. Hannah, Esq., Becker &

Below:

Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

                                          LEVY, KNEEN, MARIANI, CURTIN,
                                          KORNFELD & DEL RUSSO, P.A.

By: _____ (/s/)
    Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273

F:\Data\LIT4\4871.042\agreed mot enlargement time.doc