UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/



## ORDER GRANTING DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

This cause came before the Court upon Defendant's Agreed Motion for Enlargement of Time to File Reply Memorandum in Support of Motion for Summary Judgment. Upon consideration and review, and noting that this Order has been agreed to by the parties, it is hereby

ORDERED and ADJUDGED as follows:

1. That the Motion by Defendant for Enlargement of Time is granted.

2. That the Defendant shall have an additional two-weeks, up through and until January 3, 2001, within which to file a Reply Memorandum in support of its Summary Judgment Motion.

Done and Ordered in Miami, Florida, this ___ day of _____, 2000.

F. MORENO U.S.D.J.

12-26-00

Copies furnished to:

Alexander D. del Russo, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
P.O. Box 9057
Ft. Lauderdale, Florida 33310-9057

John F. Jankowski, Jr., Esq.
John F. Jankowski, Jr., P.A.
2 South University Drive
Suite 265
Plantation, Florida 33324

F:\Data\LIT4\4871.042\order.mot.enlarge.file.reply.memo.doc