UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

It is hereby stipulated by and between **Levy, Kneen, Mariani, Curtin, Kornfeld & del Russo, P.A.**, and **Carlton Fields** that **Levy, Kneen, Mariani, Curtin, Kornfeld & del Russo, P.A.**, may withdraw as counsel of record for Defendant, GALEN HOSPITAL—PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, and that the law firm of **Carlton Fields**, shall be substituted as counsel of record for that party in this cause.

DATED this 29 day of December, 2000.

| | |
|---|---|
| CARLTON FIELDS | LEVY, KNEEN, MARIANI, CURTIN, KORNFELD & DEL RUSSO, P.A. |
| By: /s/ Alexander D. del Russo | By: /s/ John F. Mariani |
| Alexander D. del Russo | John F. Mariani |
| Esperante Building – Suite 1400 | 1400 Centrepark Boulevard |
| 222 Lakeview Avenue | Suite 1000 |
| West Palm Beach, Florida 33402-0150 | West Palm Beach, Florida 33401 |
| (561) 659-7070 | (561) 478-4700 |
| Florida Bar No. 350273 | Florida Bar No. 263524 |

F:\DATA\LIT4\4871.042\stip.subst.counsel.iaia.doc