UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/



FILED by ___ D.C.
JAN - 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon the Stipulation for Substitution of Counsel. Upon consideration and review of the file, it is hereby

ORDERED and ADJUDGED as follows:

1.    That **Carlton Fields** is hereby substituted as counsel of record for Defendant, GALEN HOSPITAL—PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, in place of **Levy, Kneen, Mariani, Curtin, Kornfeld & del Russo, P.A.**

DONE and ORDERED in Chambers, in Miami, Florida, this 2nd day of January, 2001.

_____
United States District Judge

Copies furnished to:

John F. Mariani, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401

Alexander D. del Russo, Esq.
Carlton Fields
Esperante Building – Suite 1400
222 Lakeview Avenue
West Palm Beach, Florida 33402-0150

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
P.O. Box 9057
Ft. Lauderdale, Florida 33310-9057

John F. Jankowski, Jr., Esq.
John F. Jankowski, Jr., P.A.
2 South University Drive
Suite 265
Plantation, Florida 33324