Case 0:00-cv-06227-FAM   Document 76   Entered on FLSD Docket 01/19/2001   Page 1 of 3

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dube

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/

**PLAINTIFF AND DEFENDANT'S JOINT MOTION FOR ENLARGEMENT OF TIME
TO FILE MOTIONS IN LIMINE**

Pursuant to Rule 6(B), Federal Rules of Civil Procedure, and Southern District of Florida Local Rule 7.1, the Plaintiff and Defendant, by and through their counsel, respectfully request the Court to enter an order granting a **fifteen (15)** day enlargement of time within which to file any potential motions in limine in connection with this action. The grounds for this Joint Motion are fully set forth in in the accompanying Memorandum of Law.

**Memorandum of Law**

This is an action for age discrimination brought under the Florida Civil Rights Act of 1992 and the Age Discrimination in Employment Act, 28 U.S.C. § 621 et seq. By Order dated March 9, 2000 (D.E. # 8), this Court scheduled the trial of this case during the two-week calendar commencing on October 9, 2000. By Order of Continuance dated August 18, 2000, the Court



WPB#533323.01

continued trial commencing April 9, 2001, which established the pretrial deadline for filing pretrial motions no later than January 12, 2001.

Defendant's counsel commenced a week-long jury trial in Ft. Lauderdale on January 10, 2001, in the matter of *Underwood v. Aventura Hospital and Medical Center,* Case No. CACE-98-16086, before The Honorable W. Herbert Moriarty. The requested enlargement is necessary given counsel's continuing presence at this trial.

The undersigned counsel has contacted counsel for Plaintiff and is authorized to represent that he has no objection to the requested enlargement of time, and in fact would jointly move for the relief requested. Therefore, the parties have agreed to jointly request that this Court continue the deadline for filing pretrial motions for a period of fifteen (15) days, up through and until January 29, 2001.

WHEREFORE, Plaintiff and Defendant join in respectfully requesting this Court grant this Motion for a fifteen-day continuance for filing of motions in limine.

Dated this 12th day of January, 2001.

Alexander D. del Russo
Florida Bar Number 350273
CARLTON, FIELDS, WARD, EMMANUEL,
  SMITH & CUTLER, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:   (561) 659-7070
Facsimile:   (561) 659-7368

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished via facsimile and U.S. Mail to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324, this 12th day of January, 2001.

_____
Attorney