UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dube

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/



FILED by _____ D.C.

JAN 2 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE MOTIONS IN LIMINE

This cause is before the Court upon the Plaintiff and Defendant's Joint Motion for Enlargement of Time to File Motions in Limine. Upon consideration, it is hereby

ORDERED and ADJUDGED that:

1.    The Plaintiff and Defendant's Joint Motion for Enlargement of Time to File Motions in Limine is hereby GRANTED. The Plaintiff and Defendant shall have up to and including January 29, 2001, in which to file any possible Motions in Limine in connection with this action.

DONE and ORDERED in Miami, Florida, this _____ day of January, 2001.

_____
Federico A. Moreno
United States District Court Judge

WPB#533324.01

Copies furnished to:

Alexander D. del Russo, Esq.
Carlton Fields
Esperanté Building – Suite 1400
222 Lakeview Avenue
West Palm Beach, Florida 33402-0150

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312

John F. Jankowski, Jr., Esq.
Law Offices of John F. Jankowski, Jr., P.A.
Cornerstone One, Suite 220
1200 South Pine Island Road
Plantation, Florida 33324-4406