UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

   Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

   Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT MOTIONS IN LIMINE

  Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, moves this Court for a one-week enlargement of time – until February 5, 2001 – in which to submit her pre-trial motions in limine. In support of this Motion, Plaintiff states as follows:

  1. Pre-trial motions in limine are presently due to be submitted by January 29, 2001.

  2. Plaintiff's undersigned counsel is presently scheduled for two jury trials in the Southern District of Florida prior to the trial in this case. Plaintiff's undersigned counsel is scheduled for trial commencing February 26, 2001, before Judge Gold in the case of <u>Wiener v. B.F. Goodrich</u>. In addition, Plaintiff's undersigned counsel is also scheduled for a three-week trial commencing March 26, 2001, before Judge Jordan in the case of <u>Sanchez v. AT&T Corp.</u> As a result of various pre-trial deadlines in these cases, Plaintiff has been unable to fully prepare and complete her motions in limine by the January 29, 2001 deadline. Accordingly, Plaintiff

requires an enlargement of time to February 5, 2001, to complete and submit her motions in limine in the instant case.

3.  The undersigned has contacted counsel for Defendant regarding the requested enlargement of time, and counsel for Defendant has no objection thereto. The requested enlargement of time, if granted, will not prejudice any of the parties hereto.

WHEREFORE, Plaintiff requests that this Court grant this Motion and give her until February 5, 2001, in which to submit her motions in limine. An Order granting this Motion is attached hereto.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Levy, Kneen, Mariani, Curtin, Kornfeld & Del Russo, P.A., Counsel for Defendant, 1400 Centrepark Boulevard, West Palm Beach, FL 33401; and John F. Jankowski, Jr., Esq., Co-Counsel for Plaintiff, 2 South University Drive, Plantation, FL 33324, this 29th day of January, 2001.

> **BECKER & POLIAKOFF, P.A.**
> Attorneys for Plaintiff
> 3111 Stirling Road
> Ft. Lauderdale, FL 33312
> Tel. (954) 985-4145
>
> By: _____
> Roderick V. Hannah, Esq.
> Fla. Bar No. 435384

267674