UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

        Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC.,d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

        Defendant.

_____/

FILED by _____ D.C.

FEB - 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT MOTIONS IN LIMINE

THIS CAUSE, having come on before the Court upon the Plaintiff's Unopposed Motion for

Enlargement of Time to submit her Motions In Limine and the Court, having reviewed the Motion

and the record herein, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion be GRANTED. Plaintiff shall have until

February 5, 2001, in which to submit her Motions In Limine.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____,

2001.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Roderick V. Hannah, Esq.
John F, Jankowski, Jr., Esq.
Alexander del Russo, Esq.

613920

