UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT RESPONSE TO DEFENDANT'S MOTION IN LIMINE

Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, moves this Court for an enlargement of time until February 23, 2001 in which to submit her response memorandum of law to Defendant's Motion In Limine. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's response memorandum of law to Defendant's Motions In Limine is presently due to be submitted by February 15, 2001.

2. Plaintiff's undersigned counsel is presently scheduled for two jury trials in the Southern District of Florida prior to the trial in this case. Plaintiff's undersigned counsel is scheduled for trial commencing February 26, 2001, before Judge Gold in the case of Wiener v. B.F. Goodrich. In addition, Plaintiff's undersigned counsel is also scheduled for a three-week trial commencing March 26, 2001, before Judge Jordan in the case of Sanchez v. AT&T Corp. As a result of various pre-trial deadlines in these cases, Plaintiff will be unable to fully prepare

and complete her response to Defendant's Motions In Limine by the February 15, 2001 deadline. Accordingly, Plaintiff requires an enlargement of time to February 23, 2001, to complete and submit her response to Defendant's Motion In Limine in the instant case.

3. The undersigned has contacted counsel for Defendant regarding the requested enlargement of time, and counsel for Defendant has no objection thereto. The requested enlargement of time, if granted, will not prejudice any of the parties hereto.

WHEREFORE, Plaintiff requests that this Court grant this Motion and give her until February 23, 2001, in which to submit her response to Defendant's Motion In Limine. An Order granting this Motion is attached hereto.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Carlton, Fields, et al., Counsel for Defendant, P.O. Box 150, West Palm Beach, FL 33402-0150; and John F. Jankowski, Jr., Esq., Co-Counsel for Plaintiff, 2 South University Drive, Plantation, FL 33324, this /5th day of February, 2001.

> BECKER & POLIAKOFF, P.A.
> Attorneys for Plaintiff
> 3111 Stirling Road
> Ft. Lauderdale, FL 33312
> Tel. (954) 985-4145
>
> By: _____
> Roderick V. Hannah, Esq.
> Fla. Bar No. 435384

267674

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

      Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

      Defendant.
_____/

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT RESPONSE TO DEFENDANT'S MOTION IN LIMINE

THIS CAUSE, having come on before the Court upon the Plaintiff's Unopposed Motion for Enlargement of Time to submit her Response to Defendant's Motion In Limine and the Court, having reviewed the Motion and the record herein, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion be GRANTED. Plaintiff shall have until February 23, 2001, in which to submit her response memorandum of law to Defendant's Motions In Limine.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2001.

                                                                _____
                                                                 UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Roderick V. Hannah, Esq.
John F, Jankowski, Jr., Esq.
Alexander del Russo, Esq.

613920