UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO-DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/



## DEFENDANT'S LIST OF TRIAL WITNESSES

The Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, pursuant to this Court's Scheduling Order dated August 18, 2000, hereby files this list of witnesses which it may wish to call at trial:

1.    All parties to this action.

2.    Records Custodian, Galen Hospital-Pembroke Pines, Inc.

3.    Joseph A. Cash
    Florida Commission of Human Relations
    325 John Knox Road, Suite 240, Building "F"
    Tallahassee, Florida 32303-4149

4.    Jerry Sutphin
    1348 Marshall Lane
    Virginia Beach, Virginia 23455

5.    Pam Corliss
    Chief Operating Officer
    Halifax Medical Center
    303 North Clyde Morris Boulevard
    Daytona Beach, Florida 32120

WPB#535580.01

6. Michael Scialdone
   Chief Financial Officer
   Oseceola Regional Medical Center
   700 West Oak Street
   Kissimmee, Florida 34741

7. Paula Adamson
   Staff Link Health Sourcing
   150 South Pine Island Road
   Suite 100
   Plantation, Florida 33324

8. Maria Lomaga
   Assistant Controller
   Columbia Hospital
   2201 45th Street
   West Palm Beach, Florida 33401

9. Monique J. Monteiro
   7923 N.W. 38th Court
   Davie, Florida 33024

10. James R. (Rick) O'Connell
    Chief Executive Officer
    Penrose St. Frances Hospital
    P.O. Box 7021
    Colorado Springs, Colorado 80933

11. Toby Chabon-Berger (Expert Witness)
    Berke-Durant & Associates
    2600 N. Military Trail
    Suite 410
    Boca Raton, Florida 33431

12. James T. McClave, Ph.D. (Expert Witness)
    President, Info Tech
    5700 S.W. 34th Street, Suite 1235
    Gainesville, Florida 32608-5371

13. Marybeth Thompson, ARNP
    C/o Hahn & Adler Internal Medicine
    7390 N.W. 5th Street
    Suite 5
    Plantation, Florida 33317

WPB#535580.01

14. Donna Boyle
    Director, Human Resources
    Columbia Hospital
    2201 45th Street
    West Palm Beach, Florida 33407

15. Jacqueline Trice
    2501 Park Plaza
    Nashville, Tennessee 37203

16. All witnesses listed on Plaintiff's list of trial witnesses

17. All witnesses for impeachment or rebuttal purposes who are presently unknown to Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished via facsimile and U. S. Mail this 23 day of March, 2001, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

        CARLTON FIELDS, P.A.
        P.O. Box 150
        West Palm Beach, FL 33402-0150
        Telephone:   (561) 659-7070
        Facsimile:    (561) 659-7368
        Attorneys for Defendant

        By: _____
           Alexander D. del Russo
           Florida Bar Number 350273

WPB#535580.01