UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO-DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/



### DEFENDANT'S LIST OF TRIAL EXHIBITS

The Defendant, Galen Hospital-Pembroke Pines, Inc., f/d/b/a Pembroke Pines Hospital, while reserving all objections, hereby identifies the following exhibits which it may wish to use at trial:

1. 10/21/91 Personnel Action Request
2. 10/28/91 Personnel Action Request
3. 1/31/92 memo Jackie Iaia to Jerry Sutphin
4. 1992 Evaluation (excerpt)
5. 12/14/92 Personnel Action Request
6. 7/27/93 Quarterly Activity Report
7. List of Employees Affected by 1993 Reduction in Force
8. Reduction in Force List showing severance pay
9. Printout of Employees Affected by Reduction
10. 11/11/93 Termination Memorandum

WPB#535268.01

11. Severance Paychecks

12. 11/16/93 letter Jerry Sutphin to Whom it May Concern

13. 11/22/93 insurance memo

14. 2/4/94 letter Jacqueline Iaia to Rick O'Connell

15. 2/14/94 letter Rick O'Connell to Jacqueline Iaia

16. 5/5/94 letter Paula Adamson to Jacqueline Iaia

17. Unemployment transcript, Florida Department of Labor and Unemployment Security

18. 1993 Employment List for Pembroke Pines Hospital

19. 1994 Employee List for Pembroke Pines Hospital

20. 1993 W-2 Audit Report

21. 5/94 Chamber of Commerce Newsletter

22. 11/4/94 Charge of Discrimination

23. Florida Commission Log of Complaint Activity (three pages)

24. 6/27/95 letter Florida Commission to Jacqueline Iaia

25. 6/26/96 Case Management and Development Log

26. Individual Complaint Log

27. 7/25/95 Amended Charge of Discrimination

28. 3/20/96 letter Florida Commission to Jacqueline Iaia

29. 9/26/97 letter EEOC (Florida Commission) to Pembroke Pines Hospital

30. 9/26/97 Notice of Complaint of Discrimination to Pembroke Pines Hospital

31. 10/8/97 letter Mark Edwards to Florida Commission

32. 9/10/97 letter Jackie Iaia to Joseph Cash of Florida Commission

33. 9/15/97 File Transmittal Form

34. Florida Commission Individual Complaint Log

35. 10/8/97 letter of Mark Edwards to Florida Commission

36. 1/2/98 letter Florida Commission to Mark Edwards

37. 11/21/97 letter Florida Commission to Jacqueline Iaia

38. 6/17/98 letter Florida Commission to Pembroke Pines Hospital

39. Resumes of Jacqueline Iaia

40. 6/17/98 Agreement between Galen Hospital-Pembroke Pines, Inc., and South Broward Hospital District

41. Galen Manager's Manual

42. 1991 through current Federal Income Tax Returns and W-2 forms for Jacqueline Iaia

43. 8/20/90 Personnel Action Request for Monique Willenbrock

44. Application for Employment by Monique Willenbrock

45. 12/92 Evaluation Monique Monteiro

46. 11/17/93 Tuition Reimbursement Application--Monique Monteiro

47. 1/11/94 Annual Evaluation--Monique Monteiro

48. 1/11/94 Personnel Action Request

49. 1/9/94 Personnel Action Request

50. 1/17/95 Annual Evaluation

51. Position Description for Director of Senior Friends/Public Relations

52. Position Description for Director of Senior Friends signed 1/11/94

53. 6/12/98 Diploma, South Florida Bible College

54. 1/26/99 Employee Evaluation, Living Water Counseling

55. 9/28/99 Employee Evaluation, Living Water Counseling

56. Plaintiff's Answers to Interrogatories

57. All Exhibits listed on Plaintiff's Exhibit List

58. All Exhibits for impeachment and rebuttal purposes

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished via facsimile and U. S. Mail this 23rd day of March, 2001, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:     (561) 659-7070
Facsimile:      (561) 659-7368
Attorneys for Defendant

By: /s/ Alexander D. del Russo
Alexander D. del Russo
Florida Bar Number 350273

ODMA\PCDOCS\WPB\535071\1