UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/



### PLAINTIFF'S TRIAL EXHIBIT LIST[1]

Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, files her Exhibit List as follows:

59. Galen Health Care, Inc. Federal W-2 Audit Report of 1/7/94.

60. Employee List with Positions.

61. Employee List with Birth and Termination Date.

62. Monique Willenbrock Resume.

63. Criteria Based Performance Appraisal for Seniors Advisor.

64. Monique Willenbrock Applicant Rating Report dated 7/28/90 (Bates Stamp 000046).

65. Monique Willenbrock Applicant Rating Report dated 7/28/90 (Bates Stamp 000048).

66. Management Telephone Reference Check for Monique Willenbrock dated 8/3/90 (Bates Stamp 000053).

67. Management Telephone Reference Check for Monique Willenbrock dated 8/3/90 (Bates Stamp 000055).

68. Employee Requisition for Manager, Humana Seniors Association dated 6/18/90.

---

[1] The numbering of Plaintiff's Trial Exhibits follows the last number on Defendant's Trial Exhibit List to avoid confusion and duplication.

Page 2.

69. Monique Monteiro Employee Performance Appraisal for Period 8/20/90 - 12/2/90.

70. 4/14/94 Tuition Reimbursement Application for Monique Monteiro.

71. 8/4/94 Tuition Reimbursement Application for Monique Monteiro.

72. Monique Monteiro Employee Performance Appraisal for Period 12/20/90 - 12/2/91.

73. Monique Monteiro Employee Performance Appraisal for Period 12/91 - 12/92.

74. 12/2/90 Personnel Action Request for Monique Willenbrock.

75. 11/29/90 Personnel Action Request for Monique Willenbrock.

76. 12/1/90 Personnel Action Request for Monique Monteiro.

77. 11/29/92 Personnel Action Request for Monique Monteiro.

78. 1/9/94 Personnel Action Request for Monique Monteiro.

79. 12/26/93 Personnel Action Request for Monique Monteiro.

80. Pembroke Pines Hospital "Confirmation Document" for Monique Monteiro dated 1/11/94.

81. Pembroke Pines Hospital "Confirmation Document" for Monique Monteiro dated 1/8/94.

82. Job Description Addendum for Director of Marketing/Public Relations.

83. March 1993 Edition of "Stat".

84. December 1993 Edition of "Stat".

85. The Miami Herald January 2, 1994 story headline: "Cancer victim fights for life".

86. 9/2/87 Personnel Action Request for Jacqueline Iaia.

87. 10/19/91 Personnel Action Request for Jacqueline Iaia.

88. Jackie Iaia Performance Evaluation for period 12/90 - 12/2/91.

89. 1993 Performance Evaluation for Jacqueline Iaia (2 page excerpt).

Page 3.

90. 3/17/98 Letter from Jackie Iaia to Linda Mathis.

91. 9/28/99 Determination from EEOC.

92. 2/1/99 Determination: Cause from Florida Commission on Human Relations.

93. 2/1/99 Notice of Determination: Cause from Florida Commission of Human Relations.

94. 10/23/98 Investigator's Memorandum from Florida Commission on Human Relations.

95. 11/29/00 Report of Ronald Patella.

96. Defendant's Answers and Supplemental Answers to Plaintiff's Interrogatories.

97. 3/6/98 Letter from Mark Edwards to Linda Mathis re: position statement.

98. Affidavit of Alexander del Russo, Esq. dated 8/4/00.

99. Deposition Transcript/Videotape of Jerry Sutphin.

100. Deposition Transcript of Joseph Cash.

101. Deposition Transcript of Michael Scialdone.

102. Columbia/HCA Healthcare Corp. Retirement and Savings Plan Statement as of 3/31/94 for Jacqueline Iaia.

103. Work-life expectancies for women table.

104. December 1993 Pembroke Pines Hospital Calendar of Events.

105. Unemployment job search lists.

106. Mary Kay awards and certificates.

107. Photographs of Plaintiff.

108. Blow-ups of exhibits for demonstrative purposes.

109. All documents on Defendant's Exhibit List.

110. All impeachment and rebuttal exhibits.

Page 4.

I HEREBY certify that a true copy of the foregoing was faxed and mailed this 27th day of March, 2001 to: Alexander David Del Russo, Esq., CARLTON FIELDS, P.A., P.O. Box 150, West Palm Beach, Florida 33402-0150.

| | |
|---|---|
| Roderick V. Hannah, Esquire<br>BECKER & POLIAKOFF, P.A.<br>Co-counsel for Plaintiff<br>P.O. Box 9057<br>Fort Lauderdale, Florida 33310-9057 | JOHN F. JANKOWSKI, JR., ESQ., P.A.<br>Attorneys for Plaintiff<br>2 South University Drive<br>Suite 265<br>Plantation, Florida 33324<br>Tel: (954) 370-1026<br>Fax: (954) 382-4322<br><br>By: _____<br>John F. Jankowski, Jr., Esq.<br>FL Bar No.: 833533 |