UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge:



JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/

## PLAINTIFF'S LIST OF TRIAL WITNESSES

Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, files her Witness List as follows:

1. Plaintiff Jacqueline Iaia

2. Pat Pierce
   1526 White Hall Drive
   Fort Lauderdale, Florida  33324

3. Connie Viera Lundstrom
   3333 N.E. 34th Street, Apt. 1219
   Ft. Lauderdale, Florida  33308

4. James Strait
   8321 S.W. 44th Place
   Davie, Florida  33328

5. Jerry Sutphin
   1348 Marshall Lane
   Virginia Beach, Virginia  23455

6. Linda Mathis
   Florida Commission of Human Relations
   325 John Knox Road
   Suite 240, Building F
   Tallahassee, Florida  32303-4149

7. Maria Lomaga
   Corporate Representative of Defendant
   c/o Defendant's counsel
   2201 45th Street
   West Palm Beach, Florida  33401



Page 2.

8.  Monique Monteiro
    7923 N.W. 38th Ct.
    Davie, Florida  33024

9.  Ronald A. Patella, CPA (expert)
    6150 S.W. 8th Court
    Plantation, Florida  33317

10. Ed Maas
    3 Old County Road
    East Orleans, MA  02653

11. All witnesses listed on Defendant's Witness List

12. Impeachment and Rebuttal witnesses.

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was faxed and mailed this 27th day of March, 2001 to: Alexander David Del Russo, Esq., CARLTON FIELDS, P.A., P.O. Box 150, West Palm Beach, Florida 33402-0150.

Roderick V. Hannah, Esquire
BECKER & POLIAKOFF, P.A.
Co-counsel for Plaintiff
P.O. Box 9057
Fort Lauderdale, Florida 33310-9057

JOHN F. JANKOWSKI, JR., ESQ., P.A.
Attorneys for Plaintiff
2 South University Drive
Suite 265
Plantation, Florida 33324
Tel: (954) 370-1026
Fax: (954) 382-4322

By: _____
John F. Jankowski, Jr., Esq.
FL Bar No.: 833533