UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/



### PLAINTIFF'S RENEWED REQUEST FOR PRETRIAL CONFERENCE

Plaintiff, JACQUELINE IAIA, by and through undersigned counsel, hereby files her Renewed Request for Pretrial Conference previously filed on August 18, 2000 (D.E. No. 34) pursuant to the Order Setting Trial and Federal Rule of Civil Procedure 16(a) and Southern District of Florida Local Rule 16.1(c).

### CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was faxed and mailed this 27th day of March, 2001, to: Alexander David Del Russo, Esq., CARLTON FIELDS, P.A., P.O. Box 150, West Palm Beach, Florida 33402-0150.

Roderick V. Hannah, Esquire
BECKER & POLIAKOFF, P.A.
Co-counsel for Plaintiff
P.O. Box 9057
Fort Lauderdale, Florida 33310-9057

JOHN F. JANKOWSKI, JR., ESQ., P.A.
Attorneys for Plaintiff
2 South University Drive
Suite 265
Plantation, Florida 33324
Tel: (954) 370-1026
Fax: (954) 382-4322

By: _____
John F. Jankowski, Jr., Esq.
FLA. BAR NO. 833533