UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO-DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/

## PRE-TRIAL STIPULATION

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to this Court's Pretrial Order and Instructions, submit the following as their Pretrial Stipulation:

### I. NATURE OF THE ACTION

**A.**   **Plaintiff's Statement**

This is an action against Defendant for age discrimination under The Age Discrimination in Employment Act ("ADEA"), and the Florida Civil Rights Act of 1992, Fla. Stat. § 760.01, et seq. ("FCRA"). Plaintiff claims that she was terminated from her employment with Defendant a Director of Public Relations and Marketing based on her age, and replaced by a substantially younger person.

Plaintiff worked for Defendant as Director of Public Relations and Marketing until November 1993. Plaintiff was notified of her termination in November 1993, and placed on an inactive status until May 1994. Following receipt of the notice, Plaintiff's job position was combined with the position of the Director of Senior Friends. The combined position was given to Monique Monteiro, a substantially younger person than Plaintiff. Ms. Monteiro had no experience in public relations

WPB#536183.01

or marketing. Plaintiff, on the other hand, had substantial hospital marketing and public relations experience, and had experience as head of a hospital seniors program. Plaintiff was substantially more qualified for the combined position than Ms. Monteiro. Defendant's justifications for terminating Plaintiff and giving the combined position to the less qualified and younger Ms. Monteiro are not worthy of belief and a pretext for age discrimination.

### B.    Defendant's Statement

Defendant denies all material allegations of the Plaintiff's Complaint. In the fall of 1993, the Hospital implemented a substantial reduction in employee staff due to poor financial conditions. This reduction affected a number of employees, including the Plaintiff, and Defendant avers that Plaintiff's position was eliminated for legitimate, nondiscriminatory reasons having nothing to do with her age. Additionally, Defendant raises a number of affirmative defenses, including Plaintiff's failure to find any meaningful employment after her position was eliminated.

## II. BASIS OF FEDERAL JURISDICTION

This court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1367.

## III. PLEADINGS RAISING THE ISSUES

The pleadings raising any issues are Plaintiff's Complaint and Defendant's Answer and Affirmative Defenses, as amended by Orders dated June 13, 2000, and August 14, 2000.

## IV. LIST OF ALL UNDISPOSED OF MOTIONS OR OTHER MATTERS REQUIRING ACTION BY THE COURT

    a.    Defendant's Motion for Summary Judgment dated November 3, 2000.

    b.    Plaintiff's Motion to Strike Exhibit "4" of Defendant's Reply Memorandum dated January 16, 2001.

    c.    Defendant's Motion in Limine dated January 29, 2001.

WPB#536183.01

2

    d.    Plaintiff's Motion in Limine to Exclude Testimony and Evidence Related to the "Master Agreement" dated February 5, 2001.

    e.    Plaintiff's Motion in Limine to Exclude Testimony of Pam Corliss dated February 5, 2001.

    f.    Plaintiff's Motion in Limine to Exclude Evidence of the Reduction in Force dated February 5, 2001.

## V. STATEMENT OF UNCONTESTED FACTS WHICH WILL REQUIRE NO PROOF AT TRIAL

    a.    At all relevant times, Defendant was an employer within the meaning of the ADEA and FCRA.

    b.    Plaintiff was employed by Defendant as its Director of Public Relations and Marketing until November 1993.

    c.    At the time of her termination, Plaintiff was 45 years old.

## VI. STATEMENT OF FACTS WHICH REMAIN TO BE LITIGATED AT TRIAL

    a.    Whether Defendant discriminated against Plaintiff on the basis of her age.

    b.    If so, the amount of damages as alleged by Plaintiff in her Complaint.

    c.    If so, whether Defendant's conduct was willful (as to Plaintiff's ADEA claim).

    d.    If so, whether the Plaintiff is entitled to recover punitive damages (as to Plaintiff's FCRA claim).

    e.    Whether Plaintiff properly mitigated her damages after she left her employment with Defendant.

## VII. STATEMENT OF ISSUES OF LAW ON WHICH THERE IS AGREEMENT

a.   This Court has jurisdiction of this action.

## VIII. ISSUES OF LAW WHICH REMAIN TO BE DETERMINED BY THIS COURT

a.   All issues addressed in the pending, outstanding motions.

b.   Any issues of law which may be raised by Defendant pursuant to Rule 50.

## IX. EXHIBIT LISTS

Plaintiff's Exhibit List along with Defendant's Rule 16.1(E)(9) Objections is attached as Exhibit "A."

Defendant's Exhibit List along with Plaintiff's Rule 16.1(E)(9) Objections is attached as Exhibit "B."

## X. WITNESS LISTS

Plaintiff's List of Trial Witnesses is attached as Exhibit "C."

Defendant's List of Trial Witnesses is attached as Exhibit "D."

## XI. ESTIMATED TRIAL TIME

Five (5) days.

WPB#536183.01

4

Dated this **29** day of March, 2001.

                        BECKER & POLIAKOFF, P.A.
                        Attorneys for Plaintiff
                        P.O. Box 9057
                        Fort Lauderdale, Florida  33310-9057
                        Phone: (954) 985-4145
                        Fax (954) 985-4176

                        By: _____
                             Roderick V. Hannah
                             Florida Bar No. 435384

                        JOHN F. JANKOWSKI, JR., ESQ., P.A.
                        Florida Bar No. 833533
                        Co-Counsel for Plaintiff
                        2 South University Drive
                        Suite 265
                        Plantation, Florida  33324
                        Phone: (954) 370-1026
                        Fax: (954) 382-4322

                        CARLTON FIELDS, P.A.
                        P.O. Box 150
                        West Palm Beach, FL 33402-0150
                        Telephone:(561) 659-7070
                        Facsimile: (561) 659-7368
                        Attorneys for Defendant

                        By: _____
                             Alexander D. del Russo
                             Florida Bar Number 350273

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dubé

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/

## PLAINTIFF'S TRIAL EXHIBIT LIST[1]

Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, files her Exhibit List as follows:

*16.1(E)(9) OBJECTIONS*

| # | Exhibit | Objection |
|---|---------|-----------|
| 59. | Galen Health Care, Inc. Federal W-2 Audit Report of 1/7/94. | ✓ |
| 60. | Employee List with Positions. | ✓ |
| 61. | Employee List with Birth and Termination Date. | ✓ |
| 62. | Monique Willenbrock Resume. | ALL OBJS |
| 63. | Criteria Based Performance Appraisal for Seniors Advisor. | ALL OBJS |
| 64. | Monique Willenbrock Applicant Rating Report dated 7/28/90 (Bates Stamp 000046). | ALL OBJS |
| 65. | Monique Willenbrock Applicant Rating Report dated 7/28/90 (Bates Stamp 000048). | ALL OBJS |
| 66. | Management Telephone Reference Check for Monique Willenbrock dated 8/3/90 (Bates Stamp 000053). | ALL OBJS |
| 67. | Management Telephone Reference Check for Monique Willenbrock dated 8/3/90 (Bates Stamp 000055). | ALL OBJS |
| 68. | Employee Requisition for Manager, Humana Seniors Association dated 6/18/90. | ALL OBJS |



**EXHIBIT "A"**

---

[1] The numbering of Plaintiff's Trial Exhibits follows the last number on Defendant's Trial Exhibit List to avoid confusion and duplication.

The Law Offices of John P. Jankowski, Jr., Esq., P.A. • 7 S. University Drive, Suite 165, Plantation, Florida 33324 • (954) 370-1026

Page 2.

16.1(E)(a)
OBJECTIONS

| | | |
|---|---|---|
| 69. | Monique Monteiro Employee Performance Appraisal for Period 8/20/90 - 12/2/90. | ALL OBJS |
| 70. | 4/14/94 Tuition Reimbursement Application for Monique Monteiro. | R |
| 71. | 8/4/94 Tuition Reimbursement Application for Monique Monteiro. | R |
| 72. | Monique Monteiro Employee Performance Appraisal for Period 12/20/90 - 12/2/91. | ALL OBJS |
| 73. | Monique Monteiro Employee Performance Appraisal for Period 12/91 - 12/92. | ALL OBJS |
| 74. | 12/2/90 Personnel Action Request for Monique Willenbrock. | ALL OBJS |
| 75. | 11/29/90 Personnel Action Request for Monique Willenbrock. | ALL OBJS |
| 76. | 12/1/90 Personnel Action Request for Monique Monteiro. | ALL OBJS |
| 77. | 11/29/92 Personnel Action Request for Monique Monteiro. | ALL OBJS |
| 78. | 1/9/94 Personnel Action Request for Monique Monteiro. | ✓ |
| 79. | 12/26/93 Personnel Action Request for Monique Monteiro. | ✓ |
| 80. | Pembroke Pines Hospital "Confirmation Document" for Monique Monteiro dated 1/11/94. | R, A, M |
| 81. | Pembroke Pines Hospital "Confirmation Document" for Monique Monteiro dated 1/8/94. | R, A, M |
| 82. | Job Description Addendum for Director of Marketing/Public Relations. | ✓ |
| 83. | March 1993 Edition of "Stat". | ALL OBJS |
| 84. | December 1993 Edition of "Stat". | ALL OBJS |
| 85. | The Miami Herald January 2, 1994 story headline: "Cancer victim fights for life". | ALL OBJS |
| 86. | 9/2/87 Personnel Action Request for Jacqueline Iaia. | R, A |
| 87. | 10/19/91 Personnel Action Request for Jacqueline Iaia. | R, A |
| 88. | Jackie Iaia Performance Evaluation for period 12/90 - 12/2/91. | R, A |
| 89. | 1993 Performance Evaluation for Jacqueline Iaia (2 page excerpt). | R, A, M |

The Law Offices of John F. Jankowski, Jr., Esq., P.A. • 2 S. University Drive, Suite 265, Plantation, Florida 33324 • (954) 370-1026

Page 3.

                                                                                             16.1(E)(4)
                                                                                             OBJECTIONS

| # | Description | Objections |
|---|---|---|
| 90. | 3/17/98 Letter from Jackie Iaia to Linda Mathis. | ALL OBJS |
| 91. | 9/28/99 Determination from EEOC. | ALL OBJS |
| 92. | 2/1/99 Determination: Cause from Florida Commission on Human Relations. | ALL OBJS |
| 93. | 2/1/99 Notice of Determination: Cause from Florida Commission of Human Relations. | ALL OBJS |
| 94. | 10/23/98 Investigator's Memorandum from Florida Commission on Human Relations. | ALL OBJS |
| 95. | 11/29/00 Report of Ronald Patella. | R, H, UP |
| 96. | Defendant's Answers and Supplemental Answers to Plaintiff's Interrogatories. | R |
| 97. | 3/6/98 Letter from Mark Edwards to Linda Mathis re: position statement. | ALL OBJS |
| 98. | Affidavit of Alexander del Russo, Esq. dated 8/4/00. | ALL OBJS |
| 99. | Deposition Transcript/Videotape of Jerry Sutphin. | ALL OBJS |
| 100. | Deposition Transcript of Joseph Cash. | ALL OBJS |
| 101. | Deposition Transcript of Michael Scialdone. | ALL OBJS |
| 102. | Columbia/HCA Healthcare Corp. Retirement and Savings Plan Statement as of 3/31/94 for Jacqueline Iaia. | R, A, H |
| 103. | Work-life expectancies for women table. | ALL OBJS |
| 104. | December 1993 Pembroke Pines Hospital Calendar of Events. | ALL OBJS |
| 105. | Unemployment job search lists. | R, A, H |
| 106. | Mary Kay awards and certificates. | R, A, H |
| 107. | Photographs of Plaintiff. | ALL OBJS |
| 108. | Blow-ups of exhibits for demonstrative purposes. | ALL OBJS |
| 109. | All documents on Defendant's Exhibit List. | ALL OBJS |
| 110. | All impeachment and rebuttal exhibits. | ALL OBJS |

Page 4.

I HEREBY certify that a true copy of the foregoing was faxed and mailed this 27th day of March, 2001 to: Alexander David Del Russo, Esq., CARLTON FIELDS, P.A., P.O. Box 150, West Palm Beach, Florida 33402-0150.

Roderick V. Hannah, Esquire
BECKER & POLIAKOFF, P.A.
Co-counsel for Plaintiff
P.O. Box 9057
Fort Lauderdale, Florida 33310-9057

JOHN F. JANKOWSKI, JR., ESQ., P.A.
Attorneys for Plaintiff
2 South University Drive
Suite 265
Plantation, Florida 33324
Tel: (954) 370-1026
Fax: (954) 382-4322

By: _____
John F. Jankowski, Jr., Esq.
FL Bar No.: 833533

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO-DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/

## DEFENDANT'S LIST OF TRIAL EXHIBITS

The Defendant, Galen Hospital-Pembroke Pines, Inc., f/d/b/a Pembroke Pines Hospital, while reserving all objections, hereby identifies the following exhibits which it may wish to use at trial:

OBJECTIONS

1. 10/21/91 Personnel Action Request — R, A
2. 10/28/91 Personnel Action Request — R, A
3. 1/31/92 memo Jackie Iaia to Jerry Sutphin
4. 1992 Evaluation (excerpt)
5. 12/14/92 Personnel Action Request — R, A
6. 7/27/93 Quarterly Activity Report
7. List of Employees Affected by 1993 Reduction in Force
8. Reduction in Force List showing severance pay
9. Printout of Employees Affected by Reduction
10. 11/11/93 Termination Memorandum

WPB#535265.01

EXHIBIT "B"

|  |  | PLAINTIFF'S OBJECTIONS |
|---|---|---|
| 11. | Severance Paychecks | R |
| 12. | 11/16/93 letter Jerry Sutphin to Whom it May Concern | |
| 13. | 11/22/93 insurance memo | R |
| 14. | 2/4/94 letter Jacqueline Iaia to Rick O'Connell | R |
| 15. | 2/14/94 letter Rick O'Connell to Jacqueline Iaia | R |
| 16. | 5/5/94 letter Paula Adamson to Jacqueline Iaia | |
| 17. | Unemployment transcript, Florida Department of Labor and Unemployment Security | R, H, UP, |
| 18. | 1993 Employment List for Pembroke Pines Hospital | A |
| 19. | 1994 Employee List for Pembroke Pines Hospital | A |
| 20. | 1993 W-2 Audit Report | A |
| 21. | 5/94 Chamber of Commerce Newsletter | R |
| 22. | 11/4/94 Charge of Discrimination | |
| 23. | Florida Commission Log of Complaint Activity (three pages) | |
| 24. | 6/27/95 letter Florida Commission to Jacqueline Iaia | |
| 25. | 6/26/96 Case Management and Development Log | |
| 26. | Individual Complaint Log | |
| 27. | 7/25/95 Amended Charge of Discrimination | |
| 28. | 3/20/96 letter Florida Commission to Jacqueline Iaia | |
| 29. | 9/26/97 letter EEOC (Florida Commission) to Pembroke Pines Hospital | |
| 30. | 9/26/97 Notice of Complaint of Discrimination to Pembroke Pines Hospital | |
| 31. | 10/8/97 letter Mark Edwards to Florida Commission | |
| 32. | 9/10/97 letter Jackie Iaia to Joseph Cash of Florida Commission | |
| 33. | 9/15/97 File Transmittal Form | |

2

PLAINTIFF
OBJECTION

34. Florida Commission Individual Complaint Log

35. 10/8/97 letter of Mark Edwards to Florida Commission

✓ 36. 1/2/98 letter Florida Commission to Mark Edwards

37. 11/21/97 letter Florida Commission to Jacqueline Iaia

✓ 38. 6/17/98 letter Florida Commission to Pembroke Pines Hospital

✓ 39. Resumes of Jacqueline Iaia

40. 6/17/98 Agreement between Galen Hospital-Pembroke Pines, Inc., and South Broward Hospital District    R, A, (
   Not Produce

✓ 41. Galen Manager's Manual

✓ 42. 1991 through current Federal Income Tax Returns and W-2 forms for Jacqueline Iaia

? 43. 8/20/90 Personnel Action Request for Monique Willenbrock    R

✓ 44. Application for Employment by Monique Willenbrock

✓ 45. 12/92 Evaluation Monique Monteiro

? 46. 11/17/93 Tuition Reimbursement Application–Monique Monteiro    R.

✓ 47. 1/11/94 Annual Evaluation–Monique Monteiro

✓ 48. 1/11/94 Personnel Action Request    R

✓ 49. 1/9/94 Personnel Action Request    R

✓ 50. 1/17/95 Annual Evaluation    R

✓ 51. Position Description for Director of Senior Friends/Public Relations

52. Position Description for Director of Senior Friends signed 1/11/94    R, A

53. 6/12/98 Diploma, South Florida Bible College    R

54. 1/26/99 Employee Evaluation, Living Water Counseling    R, A

55. 9/28/99 Employee Evaluation, Living Water Counseling    R, A

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/

## PLAINTIFF'S LIST OF TRIAL WITNESSES

Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, files her Witness List as follows:

1. Plaintiff Jacqueline Iaia

2. Pat Pierce
   1526 White Hall Drive
   Fort Lauderdale, Florida 33324

3. Connie Viera Lundstrom
   3333 N.E. 34th Street, Apt. 1219
   Ft. Lauderdale, Florida 33308

4. James Strait
   8321 S.W. 44th Place
   Davie, Florida 33328

5. Jerry Sutphin
   1348 Marshall Lane
   Virginia Beach, Virginia 23455

6. Linda Mathis
   Florida Commission of Human Relations
   325 John Knox Road
   Suite 240, Building F
   Tallahassee, Florida 32303-4149

7. Maria Lomaga
   Corporate Representative of Defendant
   c/o Defendant's counsel
   2201 45th Street
   West Palm Beach, Florida 33401



Page 2.

8. Monique Monteiro
   7923 N.W. 38th Ct.
   Davie, Florida 33024

9. Ronald A. Patella, CPA (expert)
   6150 S.W. 8th Court
   Plantation, Florida 33317

10. Ed Maas
    3 Old County Road
    East Orleans, MA 02653

11. All witnesses listed on Defendant's Witness List

12. Impeachment and Rebuttal witnesses.

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was faxed and mailed this 27th day of March, 2001 to: Alexander David Del Russo, Esq., CARLTON FIELDS, P.A., P.O. Box 150, West Palm Beach, Florida 33402-0150.

Roderick V. Hannah, Esquire
BECKER & POLIAKOFF, P.A.
Co-counsel for Plaintiff
P.O. Box 9057
Fort Lauderdale, Florida 33310-9057

JOHN F. JANKOWSKI, JR., ESQ., P.A.
Attorneys for Plaintiff
2 South University Drive
Suite 265
Plantation, Florida 33324
Tel: (954) 370-1026
Fax: (954) 382-4322

By: _____
John F. Jankowski, Jr., Esq.
FL Bar No.: 833133

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO-DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/

## DEFENDANT'S LIST OF TRIAL WITNESSES

The Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, pursuant to this Court's Scheduling Order dated August 18, 2000, hereby files this list of witnesses which it may wish to call at trial:

1.     All parties to this action.

2.     Records Custodian, Galen Hospital-Pembroke Pines, Inc.

3.     Joseph A. Cash
    Florida Commission of Human Relations
    325 John Knox Road, Suite 240, Building "F"
    Tallahassee, Florida 32303-4149

4.     Jerry Sutphin
    1348 Marshall Lane
    Virginia Beach, Virginia 23455

5.     Pam Corliss
    Chief Operating Officer
    Halifax Medical Center
    303 North Clyde Morris Boulevard
    Daytona Beach, Florida 32120

WPB#535580.01


EXHIBIT "D"

6.  Michael Scialdone
    Chief Financial Officer
    Oseceola Regional Medical Center
    700 West Oak Street
    Kissimmee, Florida 34741

7.  Paula Adamson
    Staff Link Health Sourcing
    150 South Pine Island Road
    Suite 100
    Plantation, Florida 33324

8.  Maria Lomaga
    Assistant Controller
    Columbia Hospital
    2201 45th Street
    West Palm Beach, Florida 33401

9.  Monique J. Monteiro
    7923 N.W. 38th Court
    Davie, Florida 33024

10. James R. (Rick) O'Connell
    Chief Executive Officer
    Penrose St. Frances Hospital
    P.O. Box 7021
    Colorado Springs, Colorado 80933

11. Toby Chabon-Berger (Expert Witness)
    Berke-Durant & Associates
    2600 N. Military Trail
    Suite 410
    Boca Raton, Florida 33431

12. James T. McClave, Ph.D. (Expert Witness)
    President, Info Tech
    5700 S.W. 34th Street, Suite 1235
    Gainesville, Florida 32608-5371

13. Marybeth Thompson, ARNP
    C/o Hahn & Adler Internal Medicine
    7390 N.W. 5th Street
    Suite 5
    Plantation, Florida 33317

WPB#535580.01

14. Donna Boyle
    Director, Human Resources
    Columbia Hospital
    2201 45th Street
    West Palm Beach, Florida 33407

15. Jacqueline Trice
    2501 Park Plaza
    Nashville, Tennessee 37203

16. All witnesses listed on Plaintiff's list of trial witnesses

17. All witnesses for impeachment or rebuttal purposes who are presently unknown to Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via facsimile and U. S. Mail this 23 day of March, 2001, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:    (561) 659-7070
Facsimile:    (561) 659-7368
Attorneys for Defendant

By: _____
Alexander D. del Russo
Florida Bar Number 350273

WPB#535580.01

3