UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/



## ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY AND ORDER DENYING MOTION FOR LEAVE TO TAKE DEPOSITION

THIS CAUSE came before the Court upon Plaintiff's Motion in *Limine* to Exclude Testimony of Pam Corliss or Alternative Motion for Leave to Take Deposition of Pam Corliss **(D.E. No. 82)**, filed on **February 7, 2001**.

THE COURT has considered the motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to exclude the testimony of Pam Corliss is DENIED. It is also

**ADJUDGED** that the motion to take the deposition of Pam Corliss is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of April, 2001.

                                        FEDERICO A. MORENO
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **00-6227-CIV-MORENO**

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/

## ORDER DENYING MOTION TO STRIKE

THIS CAUSE came before the Court upon Plaintiff's Motion to Strike Exhibit "4" of Defendants' Reply Memorandum in Support of its Motion for Summary Judgment **(D.E. No. 75)**, filed on **January 17, 2001**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2001.

                                                FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402