UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  00-6227-CIV-MORENO**

JACQUELINE IAIA,

     Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

     Defendant.

_____/



## OMNIBUS ORDER ON DEFENDANT'S MOTIONS IN *LIMINE*

THIS CAUSE came before the Court upon Defendant Galen Hospital's Motion in *Limine*

to Exclude Claims of Age Discrimination and Evidence **(D.E. No. 80)**, filed on **January 17, 2001**.

THE COURT has considered the motion and the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

     **ADJUDGED** as follows:

The Court reserves its ruling on whether to exclude agency determinations as well as position

statements submitted by Defendant.

The motion to exclude evidence of alleged sexually inappropriate behavior by Mr. Sutphin is

GRANTED.

The motion to exclude evidence of Plaintiff's rape prior to moving to Florida is GRANTED.

The motion to exclude testimony by Plaintiff regarding her ability or the performance of others is

DENIED.

The motion to exclude the grievances by other employees is GRANTED except as they relate to