UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  00-6227-CIV-MORENO**

JACQUELINE IAIA,

      Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

      Defendant.

_____/



FILED by _____ D.C.

APR 1 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER GRANTING REQUEST FOR PRETRIAL CONFERENCE

THIS CAUSE came before the Court upon Plaintiff's Renewed Request for Pretrial Conference **(D.E. No. 96)**, filed on **March 29, 2001**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  The pretrial conference is set <u>nunc pro tunc</u> for calendar call on April 3, 2001 at 2:00 p.m.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of April, 2001.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE



Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402