UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO

JACQUELINE IAIA,

       Plaintiff,

vs.

**SPECIAL VERDICT**



GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

       Defendant.

_____/

     1.  Do you find that the age of Plaintiff, JACQUELINE IAIA, was a substantial factor that motivated Defendant Galen Hospital to discharge the Plaintiff?

     Yes ___✓___             No _____

If you answered NO to Question No.1, then your verdict is for the defendant.  Please sign and date the verdict form.  If your answer is YES, your verdict is for the plaintiff.  Please proceed to question No. 2.

     2.  What is the amount of damages, if any, to be awarded to plaintiff to compensate her for the loss of wages and benefits through the date of trial.

$ *150,000.00*  ~~oo~~  One Hundred Fifty Thousand Dollars.

SO SAY WE ALL.

_____
     FOREPERSON'S SIGNATURE

_____4/12/01_____
     DATE