# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

J. Iaia
    Plaintiff(s)

vs.

Galen Hospital, etc
    Defendant(s)

Case No. 00-6227-CIV-FAM

FILED by __ D.C.
APR 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## Defendants RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
    Item Nos. _____

☒ Other (Explain): All Exhibits introduced at trial

☒ Attachments
    (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Henry Wulf
AGENCY OF FIRM: Carlton Fields
ADDRESS: P.O. Box 150, West Palm Beach, FL
TELEPHONE: 561-659-7070
DATE: 4/12/01

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

105

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO-DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/



## DEFENDANT'S LIST OF TRIAL EXHIBITS

The Defendant, Galen Hospital-Pembroke Pines, Inc., f/d/b/a Pembroke Pines Hospital, while reserving all objections, hereby identifies the following exhibits which it may wish to use at trial:

1. 10/21/91 Personnel Action Request
2. 10/28/91 Personnel Action Request
3. 1/31/92 memo Jackie Iaia to Jerry Sutphin
4. 1992 Evaluation (excerpt)
5. 12/14/92 Personnel Action Request
6. 7/27/93 Quarterly Activity Report
7. List of Employees Affected by 1993 Reduction in Force
8. Reduction in Force List showing severance pay
9. Printout of Employees Affected by Reduction
10. 11/11/93 Termination Memorandum

WPB#535268.01

✓ 11. Severance Paychecks    4/9/01

✓ 12. 11/16/93 letter Jerry Sutphin to Whom it May Concern   4/9/01

13. 11/22/93 insurance memo

14. 2/4/94 letter Jacqueline Iaia to Rick O'Connell

15. 2/14/94 letter Rick O'Connell to Jacqueline Iaia

✓ 16. 5/5/94 letter Paula Adamson to Jacqueline Iaia   4/9/01

17. Unemployment transcript, Florida Department of Labor and Unemployment Security

✓ 18. 1993 Employment List for Pembroke Pines Hospital   4/12/01

✓ 19. 1994 Employee List for Pembroke Pines Hospital   4/11/01

20. 1993 W-2 Audit Report

21. 5/94 Chamber of Commerce Newsletter

22. 11/4/94 Charge of Discrimination

23. Florida Commission Log of Complaint Activity (three pages)

24. 6/27/95 letter Florida Commission to Jacqueline Iaia

25. 6/26/96 Case Management and Development Log

26. Individual Complaint Log

27. 7/25/95 Amended Charge of Discrimination

28. 3/20/96 letter Florida Commission to Jacqueline Iaia

✓ 29. 9/26/97 letter EEOC (Florida Commission) to Pembroke Pines Hospital   4/10/01

30. 9/26/97 Notice of Complaint of Discrimination to Pembroke Pines Hospital

✓ 31. 10/8/97 letter Mark Edwards to Florida Commission   4/10/01

32. 9/10/97 letter Jackie Iaia to Joseph Cash of Florida Commission

33. 9/15/97 File Transmittal Form

2

34. Florida Commission Individual Complaint Log

35. 10/8/97 letter of Mark Edwards to Florida Commission

36. 1/2/98 letter Florida Commission to Mark Edwards

37. 11/21/97 letter Florida Commission to Jacqueline Iaia

38. 6/17/98 letter Florida Commission to Pembroke Pines Hospital

39. Resumes of Jacqueline Iaia

40. 6/17/98 Agreement between Galen Hospital-Pembroke Pines, Inc., and South Broward Hospital District  4/12/01

41. Galen Manager's Manual  4/9/01

42. 1991 through current Federal Income Tax Returns and W-2 forms for Jacqueline Iaia  4/9/01

43. 8/20/90 Personnel Action Request for Monique Willenbrock

44. Application for Employment by Monique Willenbrock  4/10/01

45. 12/92 Evaluation Monique Monteiro  4/9/01

46. 11/17/93 Tuition Reimbursement Application--Monique Monteiro  4/10/01

47. 1/11/94 Annual Evaluation--Monique Monteiro  4/11/01

48. 1/11/94 Personnel Action Request  //

49. 1/9/94 Personnel Action Request  //

50. 1/17/95 Annual Evaluation

51. Position Description for Director of Senior Friends/Public Relations

52. Position Description for Director of Senior Friends signed 1/11/94

53. 6/12/98 Diploma, South Florida Bible College

54. 1/26/99 Employee Evaluation, Living Water Counseling

55. 9/28/99 Employee Evaluation, Living Water Counseling

Scanned Image - 0:00CV6227 Document 93 page 3 Tue Mar 27 15:34:14 2001

56. Plaintiff's Answers to Interrogatories

57. All Exhibits listed on Plaintiff's Exhibit List

58. All Exhibits for impeachment and rebuttal purposes

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished via facsimile and U. S. Mail this 23rd day of March, 2001, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:    (561) 659-7070
Facsimile:    (561) 659-7368
Attorneys for Defendant

By: _____
Alexander D. del Russo
Florida Bar Number 350273

ODMA\PCDOCS\WPB\535071\1