UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/



FILED by ___ D.C.
APR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER REQUIRING RESPONSE REGARDING ISSUE OF REMITTITUR

THIS CAUSE came before the Court upon Defendant's Motion for Remittitur or Alternatively for New Trial **(D.E. No. 107)**, filed on **April 20, 2001**. Defendant brings this motion pursuant to Fed.R.Civ.P. 59(a) stating as grounds that Galen hospital ceased doing business as of June 30, 1995, and, therefore, Plaintiff is precluded from recovering damages after this date. Defendant submits that the amount of the jury verdict, $150,000.00, exceeded Plaintiff's damages through that date and that the proper amount of damages is $76,007.50.

The Eleventh Circuit has held that, "A court which believes the jury's verdict is excessive may order a new trial unless the plaintiff agrees to remit a portion of the jury's award." *Johansen v. Combustion Engineering, Inc.*, 170 F.3d 1320, 1328 (11th Cir. 1999) (citations omitted). The court may not substitute its own judgment for that of a jury, however, "[i]f the plaintiff does not consent to the remittitur, the court has no alternative but to order a new trial." *Id.* at 1329. As is required by the Eleventh Circuit, Ms. Iaia must be given the option of a new trial in lieu of remitting a portion of the jury award. Plaintiff shall respond no later than **May 14, 2001** regarding the issue of the

remittitur.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of April, 2001.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402