UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 00-6227-CIV-MORENO**

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/



FILED by ___ D.C.
MAY 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER GRANTING MOTION FOR CLARIFICATION

THIS CAUSE came before the Court upon Motion for Clarification or Reconsideration of its Order Requiring Response Regarding Issue of Remittitur **(D.E. No. 115)**, filed on **May 7, 2001**.

THE COURT has considered the motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion for reconsideration is DENIED. It is also

**ADJUDGED** that the motion for clarification is GRANTED. A clarification of the Court's April 30, 2001 Order Requiring a Response Regarding Issue of Remitittur is contained in this Court's Order Denying Motion for Remittitur or Alternatively for New Trial.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2001.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402