**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-6227-CIV-MORENO

JACQUELINE IAIA,

   Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

   Defendant.
_____/



FILED by ___ D.C.
MAY 15 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT
S. D. OF FLA.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the verdict rendered by the jury on **April 12, 2001**, judgment is entered in favor of the Plaintiff JACQUELINE IAIA and against Defendant GALEN HOSPITAL-PEMBROKE PINES, INC. f/d/b/a PEMBROKE PINES HOSPITAL on Count No. 1 in the amount of **$150,000.00**. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue. Accordingly it is

**ADJUDGED** that all pending motions are DENIED as moot.

DONE AND ORDERED in Open Court at Miami, Florida, this 15 day of May, 2001.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402