UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

        Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC.,d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

        Defendant.

_____/

## PLAINTIFF'S VERIFIED MOTION TO TAX ATTORNEY'S FEES AND COSTS AND TO AWARD PREJUDGMENT INTEREST WITH INCORPORATED SUPPORTING MEMORANDUM OF LAW

Plaintiff JACQUELINE IAIA, by and through her undersigned counsel, and pursuant to Southern District of Florida Local Rules 7.1 and 7.3, moves the Court for an award of her reasonable attorney's fees and taxable costs as the prevailing party on her claim against Defendant for violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §621 *et seq.* In additioin, Plaintiff moves for an award of prejudgment interest on her final judgment. In support of this Motion, Plaintiff states as follows:

1.    Following a jury trial on Plaintiff's ADEA claim against Defendant, this Court, on May 15, 2001, entered a final judgment in favor of Plaintiff in the amount of $150,000.00. A copy of that Final Judgment is attached as Exhibit "A".

### Attorney's Fees

2.    Plaintiff received legal representation in this case from the law firms of BECKER & POLIAKOFF, P.A. and THE LAW OFFICES OF JOHN F. JANKOWSKI, JR., P.A., *and the* individual lawyers from those firms, RODERICK V. HANNAH, ESQ., and JOHN F. JANKOWSKI, JR., ESQ. Such representation was pursuant to a contingency agreement under



which the law firms would be paid a total of 40% of any recovery through trial and final judgment. Said agreement also provided that if the Court awarded fees, then the value of the attorneys' time spent on the case for purposes of such an award would be $225.00 per hour. A copy of the contingency agreement is attached as Exhibit "B".

3.    In connection with the representation of Plaintiff, Plaintiff's counsel's time spent on this case up through entry of final judgment is set forth in the Affidavits of Roderick V. Hannah, Esq. and John F. Jankowski, Jr., Esq., attached respectively as Exhibits "C" and "D".

4.    Plaintiff is entitled to the recovery of her reasonable attorney's fees as the prevailing plaintiff in accordance with the requirements of 29 U.S.C. §§216(b) and 626(b). *See Hagelthorn v. Kennecot Corp.,* 710 F.2d 76 (2d Cir. 1983)(fees to a prevailing plaintiff under the statute are mandatory). Such fees include fees associated with the attorney's representation of the plaintiff in requisite administrative proceedings prior to the commencement of the federal suit. *Sullivan v. Hudson,* 490 U.S. 877, 887-88, 109 S. Ct. 2248, 2255-56, 104 L.Ed.2d 941 (1989); *Pierce v. F.R. Tripler & Co., Inc.,* 770 F. Supp. 118, 122-23 (S.D.N.Y. 1991). Based on the attached Affidavits (Exhibits "C" and "D"), Plaintiff is entitled to an award of her reasonable attorney's fees against Defendant in the total amount of $168,383.50.

### Costs

5.    In addition, Plaintiff as the prevailing party is also entitled to recover her taxable costs as set forth on the Bill of Costs, attached as Exhibit "E". Taxable costs are set forth in 28 U.S.C. §1920. In addition, costs are recoverable by a successful plaintiff under the ADEA pursuant to 29 U.S.C. §216(b) as part of Plaintiff's damages. Accordingly, under §216(b), Plaintiff is entitled to recover all reasonable and necessary costs expended.

6.    In addition to the costs recoverable under §1920, Plaintiff is entitled to recover her costs for court reporter and deposition transcription fees (*DiSoto College, Inc. v. Town of Howey in the Hills,* 718 F.Supp. 906, 912 (M.D. Fla. 1989), *aff'd,* 914 F.2d 26 (11th Cir. 1990));

2

expert witness fees (*West Virginia University Hospitals, Inc. v. Casey,* 885 F.2d 11, 31-35 (3d Cir. 1989), *aff'd,* 499 U.S. 83 (1991); *Becker v. ARCO Chemical Co.,* 15 F.Supp.2d 621 (E.D. Pa. 1998)); mediation costs (*Martineau v. City of Concord,* 1994 WL 587832 at *4 (D.N.H. 1994)); computerized legal research costs (*Tennes v. Commonwealth of Mass., Dep't of Revenue,* 745 F.Supp. 1352, 1363 (N.D. Ill. 1990), *aff'd,* 944 F.2d 372 (7th Cir. 1991); *Toys "R" Us, Inc. v. Abir,* 1999 WL 61817 at *5 (S.D.N.Y. 1999); *Dailey v. Societe Generale,* 915 F.Supp. 1315, 1322 (S.D.N.Y. 1996); *Pastre v. Webber,* 800 F.Supp. 1120, 1123 (S.D.N.Y. 1991)); travel costs for trial and deposition (*Harris v. Marhoeffer,* 24 F.3d 16, 19 (9th Cir. 1994); *Toys "R" Us, supra; Dailey, supra.; Pastre, supra*)); and postage, delivery, facsimile, long distance calls, and miscellaneous other expenses (*Dailey, supra; Pastre, supra; Thornberry v. Delta Air Lines,* 676 F.2d 1240, 1244-45 (9th Cir. 1982); *Commonwealth v. O'Neill,* 431 F.Supp. 700 (E.D. Pa. 1977), *aff'd,* 573 F.2d 1301 (3d Cir. 1978)). Pursuant to the statutes and authority, and as set forth in the attached verified Bill of Costs, Plaintiff is entitled to recover total costs in the amount of $18,239.77.

## Prejudgment Interest

7.    Furthermore, Plaintiff is entitled to recover prejudgment interest on the $150,000 final judgment. "Prejudgment interest, of course, is an element of complete compensation" in an employment discrimination case. *Loeffler v. Frank,* 486 U.S. 549, 559, 108 S.Ct. 1965, 1971, 100 L.Ed.2d 549 (1988). The Eleventh Circuit has squarely held that prejudgment interest may be awarded in ADEA cases. *See, e.g., Wilson v. S & L Acquisition Corp.,* 940 F.2d 1429 (11th Cir. 1991); *Lindsey v. American Cast Iron Pipe Co.,* 810 F.2d 1094 (11th Cir. 1987). Calculation of prejudgment interest is a ministerial task to be calculated by applying the applicable interest rate from the date the sum awarded was due. Here, the applicable interest rate that should be used is the IRS short-term interest rate for underpayment of taxes, compounded quarterly, as set forth in 26 U.S.C.A. §6621(b). *See, EEOC v. Guardian Pools, Inc.,* 828 F.2d 1507, 1512 (11th

3

Cir. 1987); *EEOC v. Joe's Stone Crab, Inc.,* 15 F.Supp.2d 1364, 1379 (S.D. Fla. 1998); and

*McKelvy v. Metal Container Corp.,* 125 F.R.D. 179, 181-82 (M.D. Fla. 1989). As set forth in the

attached Affidavit of Ronald Patella (Exhibit "F"), Plaintiff's damages expert at trial,

prejudgment interest calculated using the applicable interest rates for the period January 1, 1994

through the date of judgment, May 15, 2001, is $76,999.13.

### Attorney Certification

8.      By signing hereunder, Plaintiff's counsel certify that they have fully reviewed

their time records and all supporting data, and that this Motion and all attachments are well

grounded in fact and are justified.

WHEREFORE, Plaintiff requests this Court to award her $168,383.50 for reasonable

attorney's fees, $18,239.77 for her costs, and $76,999.13 for prejudgment interest.


Respectfully submitted,


BECKER & POLIAKOFF, P.A                  THE LAW OFFICES OF JOHN F.
Counsel for Plaintiff                              JANKOWSKI, JR., P.A.
3111 Stirling Road, P.O. Box 9057        Co-Counsel for Plaintiff
Fort Lauderdale, FL 33310-9057           2 South University Drive, Ste. 265
954/985-4145 (BR); 954/985-4176 (fax)    Plantation, FL 33324
                                                           954/370-1026 (BR); 954/382-4322


By                                                    By
    Roderick V. Hannah, Esq.                  John F. Jankowski, Jr., Esq.
    Florida Bar No. 435384                       Florida Bar No. 833533


4

CASE NO. 00-6227-CIV-MORENO

## VERIFICATION OF PLAINTIFF

Pursuant to Local Rule 7.3(a), Plaintiff JACQUELINE IAIA hereby verifies under oath and based upon her personal knowledge that all of the facts and statements set forth above are true and accurate.

_____
JACQUELINE IAIA

Richard R. Michelson
Commission # CC 764080
Expires Sep. 15, 2002
BONDED THRU
ATLANTIC BONDING CO., INC

_____
NOTARY PUBLIC, STATE OF FLORIDA

_____
**Printed Name of Notary Public**

My Commission Expires:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Counsel for Defendant, Carlton Fields, Esperante Building – Suite 1400, 222 Lakeview Avenue, West Palm Beach, FL 33402-0150, this 14 day of June, 2001.

By: _____
Roderick V. Hannah, Esq.

IAIA - MOTION TO TAX FEES AND COSTS.doc

**CLOSED
CIVIL
CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-6227-CIV-MORENO

JACQUELINE IAIA,

     Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

     Defendant.

_____/

FILED by ___ D.C.

MAY 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the verdict rendered by the jury on **April 12, 2001**, judgment is entered in favor of the Plaintiff JACQUELINE IAIA and against Defendant GALEN HOSPITAL-PEMBROKE PINES, INC. f/d/b/a PEMBROKE PINES HOSPITAL on Count No. 1 in the amount of **$150,000.00**. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue. Accordingly it is

**ADJUDGED** that all pending motions are DENIED as moot.

DONE AND ORDERED in Open Court at Miami, Florida, this 15 day of May, 2001.



FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

ATTACHMENT / EXHIBIT A

LAW OFFICES

# BECKER & POLIAKOFF, P.A.

Administrative Office:
3111 Stirling Road
Ft. Lauderdale, Florida 33312-6525

Mailing Address:
P.O. Box 9057
Ft. Lauderdale, Florida 33310-9057

Phone: (954) 987-7550  Fax: (954) 985-4176
Toll Free: (800) 432-7712
Internet: www.becker-poliakoff.com
Email: bp@becker-poliakoff.com

**Florida Offices**

Boca Raton*
Clearwater
Ft. Myers
Ft. Walton Beach
Hollywood
Melbourne*
Miami
Naples
Orlando
Port Charlotte*
St. Petersburg
Sarasota
Tallahassee
Tampa
West Palm Beach

*available for consultation
by appointment only*

**International Offices**

Beijing,
People's Republic
of China

Prague,
Czech Republic

Bern, Switzerland*

**Reply To:**

Roderick V. Hannah, Esq.
(954) 985-4145

### December 7, 1999

### HIGHLY CONFIDENTIAL
### ATTORNEY-CLIENT COMMUNICATION

Ms. Jacqueline Iaia
1113 S.W. 17th Street
Boca Raton, FL 33486

Re:  **Retainer Agreement**

Dear Ms. Iaia:

This letter will serve as a Retainer Agreement between you and Becker & Poliakoff ("B&P", "we" or "us").

B&P will represent you, as directed, specifically at this time to pursue claims of discrimination against Columbia Health Care Corporation d/b/a Pembroke Pines Hospital. In that regard, we will provide you with such legal advice and legal representation as may be required, as directed by you.

You have deposited a retainer of $1500.00 to be applied toward the costs to be advanced by B&P in this matter. This retainer may be deposited into the operating account maintained by B&P. This retainer represents the your maximum obligation for costs. Any costs incurred over and above the maximum will be advanced by the firm on your behalf. You agree to reimburse the firm for the additional costs over the maximum out of any recovery obtained on your behalf by way of judgment or settlement. In the event there is no recovery, you will not be obligated to reimburse B&P for costs advanced on your behalf above the $1500.00 maximum.

B&P will represent you in this matter on a contingency basis. In this regard, in the event any recovery is made on the claim either by judgment or settlement, you

1

ATTACHMENT / EXHIBIT _B_

hereby agree to pay B&P from the proceeds of such recovery, minus any costs, according to the following schedule:

    (a)    33-1/3% of any recovery from the inception of the representation through the time of filing of answer;

    (b)    40% from the time of filing an answer or the demand for appointment of arbitrators through the entry of judgment;

    (c)    An additional 5% of any recovery after notice of appeal is filed or post-judgment relief or action is required for recovery on the judgment.

In the event attorney's fees are awarded by the Court, any money collected pursuant to such award minus costs, shall be applied to the amount of fees agreed to be paid hereunder. Moreover, should the attorney's fee award be greater than the amount agreed to above, B&P would be entitled to the fees awarded by the Court in lieu of the above percentages. For purposes of claiming any fee award from the Court, you agree and acknowledge that B&P is representing you at the rate of $225.00 per hour for attorney time, and $100.00 per hour for paralegal time. If the case is settled and your recovery includes reinstatement of employment, then you agree to pay B&P based upon the fees and costs incurred on an hourly basis as set forth above.

You also understand and agree that, if investigation of the facts in this matter discloses a conflict of interest for B&P, or if differences (financial or otherwise) arise between you and the firm, or for any other reason B&P's representation of you would be improper, B&P may, in its discretion, withdraw from this agreement without penalty and upon written notice to you, in which event you shall be free to enter into a new arrangement with other counsel. In the event of a recovery, you understand and agree to a charging lien in favor of the firm for unpaid costs or fees incurred on your behalf to that date, and a retaining lien on your files until all fees and costs are satisfied. You shall remain responsible to satisfy any outstanding balance for fees and costs, including interest at 1 ½ percent per month on unpaid balances. You further agree to pay all costs of collection and enforcement, including reasonable attorney's fees.

In addition, you specifically acknowledge that John F. Jankowski, Jr. Esq., is the referring attorney to B&P, and will actively participate in your matter as co-counsel. As such, he will be entitled to receive one-half of all fees and compensation for all costs incurred.

You hereby expressly grant power to B&P to endorse and deposit into its trust account any checks in your name, authorize B&P to pay from any recovery made on your behalf all costs and expenses incurred in securing recovery on your claim, and reimburse B&P for all disbursements it has made or may make in the prosecution of this claim.

You further acknowledge that you have, before signing this contract, received and read the Statement of Client's Rights, and understand each of the rights set forth therein. You have

2

signed a Statement of Client's Rights and received a signed copy to refer to while being represented by us.

This contract may be cancelled by written notification to B&P at any time within three business days from the date the contract was signed, as shown below, and if cancelled, you shall not be obligated to pay any costs or fees to B&P for the work performed during that time.

In order to confirm our arrangement, we need your signature on the duplicate copy enclosed acknowledging your acceptance of the terms and conditions hereof and the return of the signed copy in the enclosed self-addressed stamped envelope.

We acknowledge and appreciate the confidence you have shown in our firm by your decision to retain us in this matter.

Very truly yours,

BECKER & POLIAKOFF, P.A.

By: _____
    Roderick V. Hannah

Reviewed, acknowledged, approved and agreed to this 24th day of January, 1999. 2000.

By: _____
    JACQUELINE IAIA

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

        Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC.,d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

        Defendant.

_____/

## AFFIDAVIT OF ATTORNEY'S TIME, FEES AND COSTS

STATE OF FLORIDA    :

COUNTY OF BROWARD  :

    RODERICK V. HANNAH, ESQUIRE, personally appeared before me this _14th_ day of _June_, 2001, and having taken an oath, he stated that the information contained herein is true and correct. He is personally known to me or has produced _____ as identification, and states as follows:

    1.    He is counsel for the Plaintiff in the above-styled case, and that he has personal knowledge of the facts set forth herein or incorporated by reference.

    2.    That Exhibit "1" attached hereto accurately reflects time and services reasonably and necessarily rendered by this law firm in pursuit of the above-styled matter, and that Plaintiff is indebted to counsel for legal services rendered in this action in the amount stated at the end of **Exhibit "1"**. In addition, necessary costs were incurred as set forth on **Exhibit "1"**.

ATTACHMENT / EXHIBIT _____

CASE NO. 00-6227-CIV-MORENO

FURTHER AFFIANT SAYETH NAUGHT.

_____
RODERICK V. HANNAH, ESQ.

SWORN TO AND SUBSCRIBED before me this _14_ day of _June_____, 2001, by
RODERICK V. HANNAH, ESQ.

_____
NOTARY PUBLIC, STATE OF FLORIDA

_Colleen LaPlant_____
**Printed Name of Notary Public**

My Commission Expires:

650002_1.DOC



Colleen LaPlant
MY COMMISSION # DD002321 EXPIRES
June 16, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

```
Client:  I19756    IAIA, JACQUELINE
Matter:  67321     V. COLUMBIA HEALTH CARE DBA PP
```

| DATE | TIME | DESCRIPTION OF WORK PERFORMED |
|------|------|-------------------------------|
| Jan 24/00 | 4.00 | PREPARE COMPLAINT; MEET WITH CLIENT AND CO-COUNSEL RE SAME |
| Jan 26/00 | 0.80 | REVISE COMPLAINT |
| Feb 25/00 | 0.20 | REVIEW ORDER RE REMOVAL ISSUES AND AGREED MOTION FOR ENLARGEMENT OF TIME |
| Mar 13/00 | 1.00 | REVIEW DEFENDANT'S ANSWER, MOTION TO STRIKE, AND REQUEST FOR PRODUCTION; TELEPHONE CALL WITH J. JANKOWSKI RE SAME |
| Mar 14/00 | 0.50 | REVIEW ORDERS FROM COURT SCHEDULING TRIAL AND PRE-TRIAL DEADLINES |
| Mar 15/00 | 3.80 | MEET WITH CO-COUNSEL AND PLAN DISCOVERY STRATEGY; REVIEW TRIAL ORDER AND INSTRUCTIONS |
| Mar 27/00 | 0.20 | REVIEW LETTER FROM OPPOSING COUNSEL RE SCHEDULING DEPOSITION |
| Apr 03/00 | 4.20 | REVIEW LETTER TO OPPOSING COUNSEL; TRAVEL TO AND MEET WITH CLIENT RE DISCOVERY COMPLIANCE |
| Apr 06/00 | 1.00 | REVIEW INTERROGATORIES AND LETTER RE DEPOSITION SCHEDULING; TELEPHONE CALL TO OPPOSING COUNSEL RE SAME; TELEPHONE CALL WITH CO-COUNSEL RE SAME |
| Apr 11/00 | 0.50 | REVIEW RESPONSE TO REQUEST FOR PRODUCTION; CONFER WITH CO-COUNSEL RE SAME |
| Apr 12/00 | 0.20 | REVIEW MOTION FOR CONTINUANCE |
| May 01/00 | 0.30 | REVIEW NEW TRIAL ORDER AND PRE-TRIAL DEADLINES |
| May 04/00 | 0.20 | DISCUSS STRATEGIC OPTIONS WITH CLIENT |
| May 18/00 | 0.40 | REVIEW DEFENDANT'S DISCOVERY RESPONSES |
| May 22/00 | 0.80 | TELEPHONE CALL WITH CO-COUNSEL RE DISCOVERY ISSUES; BEGIN REVIEW OF DEFENDANT'S COMPLIANCE |
| Jun 07/00 | 0.20 | TELEPHONE CALL WITH OPPOSING COUNSEL RE AMENDED ANSWER |
| Jun 12/00 | 0.40 | REVIEW NOTICES OF TAKING DEPOSITION |
| Jun 16/00 | 0.50 | REVIEW DEPOSITION NOTICES; TELEPHONE CALL WITH CO-COUNSEL RE SAME |

EXHIBIT

1

| | | |
|---|---|---|
| Jun 20/00 | 1.00 | REVIEW ADDITIONAL DISCOVERY REQUESTS, PLAN ADDITIONAL DISCOVERY |
| Jun 21/00 | 0.40 | TELEPHONE CALL WITH CO-COUNSEL RE ADDITIONAL DOCUMENTS; REVIEW EXPERT WITNESS INTERROGATORIES AND ADDITIONAL DEPOSITION NOTICES |
| Jun 22/00 | 4.00 | MEET WITH CO-COUNSEL AND CLIENT TO PREPARE CLIENT FOR DEPOSITION |
| Jun 23/00 | 4.00 | MEET WITH CO-COUNSEL AND PLAN STRATEGY, PREPARE 26.1 I LETTER, REVIEW DISCOVERY, RESEARCH REGARDING SPOLIATION ISSUES |
| Jun 24/00 | 0.40 | REVIEW AND FINALIZE 26.1 I LETTER |
| Jul 07/00 | 0.30 | REVIEW OPPOSING COUNSEL LETTER RE DISCOVERY COMPLIANCE |
| Jul 12/00 | 0.30 | REVIEW DEFENDANT'S RESPONSE TO GOOD FAITH DISCOVERY REQUEST |
| Jul 17/00 | 1.50 | REVIEW DOCUMENTS RECEIVED FROM EMPLOYER PER SUBPOENA; REVIEW CLIENT'S PERFORMANCE RECORDS |
| Jul 18/00 | 1.00 | TELEPHONE CALL WITH CO-COUNSEL RE DEPOSITIONS; MEET WITH CO-COUNSEL TO PLAN CONTINUING STRATEGY AND DEPOSITIONS |
| Jul 19/00 | 0.20 | TELEPHONE CALL TO OPPOSING COUNSEL RE MOTION FOR CONTINUANCE AND DEPOSITIONS |
| Jul 21/00 | 3.50 | PREPARE FOR DEPOSITION OF JERRY SUTPHEN; CONFER WITH CO-COUNSEL RE SAME; REVIEW DOCUMENTS RE SAME |
| Jul 24/00 | 9.50 | FINAL PREPARATION FOR SUTPHEN DEPOSITION; TRAVEL TO AND ATTEND DEPOSITION; RETURN TRAVEL TO FT. LAUDERDALE |
| Jul 25/00 | 1.40 | MEET WITH CO-COUNSEL TO PREPARE FOR PAT PIERCE AND CONNIE LUNDSTROM DEPOSITIONS; TELEPHONE CALL WITH CO-COUNSEL AND PAT PIERCE |
| Jul 26/00 | 0.30 | TELEPHONE CALL WITH CO-COUNSEL RE DEPOSITIONS OF PAT PIERCE AND CONNIE LUNDSTROM |
| Aug 09/00 | 0.50 | TELEPHONE CONFERENCE CALL WITH CO-COUNSEL AND DEFENSE COUNSEL RE DISCOVERY ISSUES AND MOTION FOR CONTINUANCE |
| Aug 10/00 | 1.50 | MEET WITH CO-COUNSEL TO DISCUSS AND PLAN DISCOVERY AND CASE STRATEGY; TELEPHONE CALL TO OPPOSING COUNSEL RE CONTINUANCE, ETC. |

| | | |
|---|---|---|
| Aug 14/00 | 2.50 | ATTEND TELEPHONE DEPOSITION OF JOE CASH OF FCHR; TELEPHONE CONFERENCE WITH CO-COUNSEL RE ADDITIONAL STRATEGY; BEGIN PREPARATION OF MOTION FOR CONTINUANCE |
| Aug 15/00 | 1.80 | PREPARATION OF MOTION FOR CONTINUANCE AND SUPPORTING AFFIDAVIT; TELEPHONE CALL WITH CO-COUNSEL RE SAME; REVIEW PROPOSED ANSWERS TO EXPERT INTERROGATORIES |
| Aug 23/00 | 2.90 | REVIEW ORDER CONTINUING TRIAL AND PRE-TRIAL DEADLINES; TRAVEL TO CO-COUNSEL'S OFFICE AND ATTEND STRATEGY AND DISCOVERY PLANNING MEETING; TELEPHONE CALL WITH PAT PIERCE RE SAME |
| Aug 24/00 | 0.20 | REVIEW LETTER FROM OPPOSING COUNSEL RE DEPOSITION OF EXPERT |
| Aug 31/00 | 1.20 | REVIEW DEFENDANT'S MOTION FOR RECONSIDERATION OF CONTINUANCE; PREPARE RESPONSE MEMORANDUM TO SAME |
| Sep 01/00 | 0.90 | PREPARATION, REVISION AND FINALIZATION OF MEMO OF LAW IN OPPOSITION TO MOTION FOR RECONSIDERATION |
| Sep 05/00 | 0.30 | REVIEW REPLY RE MOTION FOR RECONSIDERATION |
| Sep 11/00 | 0.70 | REVIEW LETTER FROM DEFENSE COUNSEL RE OWNERSHIP OF HOSPITAL ISSUE; REVIEW SECOND LETTER RE DEPOSITION SCHEDULING |
| Sep 12/00 | 0.50 | TELEPHONE CALL WITH CO-COUNSEL RE DISCOVERY ISSUES; REVIEW ORDER DENYING MOTION FOR RECONSIDERATION |
| Sep 14/00 | 0.30 | REVIEW LETTER AND NOTICE RE DEPOSITION OF RON PATELLA |
| Sep 18/00 | 0.40 | PREPARE LETTER IN RESPONSE TO LETTER FROM DEFENSE COUNSEL RE DEPOSITIONS |
| Sep 19/00 | 1.00 | TELEPHONE CALL WITH OPPOSING COUNSEL RE DEPOSITION SCHEDULING; PLAN ADDITIONAL DEPOSITIONS |
| Sep 26/00 | 2.60 | TRAVEL TO AND MEET WITH CO-COUNSEL RE DEPOSITION AND CASE STRATEGY |
| Sep 27/00 | 1.00 | PLAN AND PREPARE DEPOSITIONS |
| Oct 03/00 | 1.50 | PREPARE LETTER TO OPPOSING COUNSEL RE DEPOSITIONS AND OTHER ISSUES; PLAN AND NOTICE DEPOSITIONS; REVIEW DOCUMENTS RE WITNESS KNOWLEDGE |
| Oct 09/00 | 0.80 | TELEPHONE CALL WITH OPPOSING COUNSEL RE RESCHEDULING DEPOSITIONS; REVIEW INTERROGATORIES AND PRODUCTION REQUESTS |

Oct 16/00    3.90    PREPARE FOR DEPOSITION OF COLUMBIA/GALEN CORPORATE
                     REPRESENTATIVE; REVIEW DOCUMENTS RE SAME

Oct 19/00    5.00    PREPARE FOR DEPOSITIONS OF PAM CORLISS AND MICHAEL
                     SCIALDONE

Oct 20/00   13.50    TRAVEL TO DAYTONA BEACH AND KISSIMMEE FOR DEPOSITIONS;
                     TAKE DEPOSITION OF MICHAEL SCIALDONE; RETURN TRIP

Nov 02/00    0.30    TELEPHONE CALL WITH CO-COUNSEL RE STATUS AND STRATEGY

Nov 06/00    3.80    REVIEW DEFENDANT'S MOTION TO RECOVER FEES AND COSTS;
                     REVIEW DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; RESEARCH
                     CASES RE SAME

Nov 07/00    4.00    MEET WITH CO-COUNSEL TO DISCUSS RESPONSE TO MOTION FOR
                     SUMMARY JUDGMENT AND CONTINUING DISCOVERY; TELEPHONE CALL
                     WITH EXPERT RE ISSUES

Nov 08/00    3.00    RESEARCH RE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Nov 13/00    0.20    REVIEW COURT ORDER RE DEADLINE FOR SUMMARY JUDGMENT
                     RESPONSE

Nov 14/00    3.80    PREPARE RESPONSE TO MOTION TO RECOVER FEES AND COSTS;
                     PREPARE AFFIDAVIT RE SAME

Nov 15/00    3.00    CONTINUE RESEARCH FOR RESPONSE TO MOTION FOR SUMMARY
                     JUDGMENT; RESEARCH CASES CITED BY DEFENDANT

Nov 21/00    2.00    RESEARCH RFI CASELAW FOR RESPONSE TO SUMMARY JUDGMENT
                     MOTION

Nov 22/00    4.00    COMMENCE PREPARATION OF RESPONSE TO MOTION FOR SUMMARY
                     JUDGMENT; RESEARCH RE CASES ON SAME

Nov 27/00    1.20    CONTINUE PREPARATION OF RESPONSE TO MOTION FOR SUMMARY
                     JUDGMENT

Nov 28/00    4.00    TELEPHONE CONFERENCE WITH CLIENT, CO-COUNSEL AND EXPERT
                     RE CALCULATIONS OF DAMAGES; RESEARCH FOR SUMMARY JUDGMENT
                     RESPONSE; CONTINUE PREPARATION OF RESPONSE

Nov 29/00    6.20    MEET WITH CO-COUNSEL AND PLAN SUMMARY JUDGMENT RESPONSE;
                     REVIEW DEPOSITION TRANSCRIPT RE SAME

Nov 30/00    6.80    PREPARE MEMO OF LAW IN OPPOSITION TO MOTION FOR SUMMARY
                     JUDGMENT; ADDITIONAL RESEARCH RE SAME

| Dec 01/00 | 5.50 | REVISE MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; MEET WITH CO-COUNSEL TO REVIEW AND REVISE STATEMENT OF DISPUTED FACTS; PREPARE MOTION AND ORDER FOR ENLARGEMENT |
| --- | --- | --- |
| Dec 04/00 | 3.80 | CONTINUE PREPARATION OF MEMO OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; RESEARCH ADDITIONAL CASES FOR MEMORANDUM |
| Dec 05/00 | 3.90 | CONTINUE PREPARATION OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; RESEARCH CASES RE ADMISSION OF POSITION STATEMENT |
| Dec 06/00 | 2.60 | CONTINUE PREPARATION OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| Dec 08/00 | 9.40 | CONTINUE PREPARATION AND REVISION OF STATEMENT OF DISPUTED FACTS AND RESPONSE MEMORANDUM TO MOTION FOR SUMMARY JUDGMENT |
| Dec 09/00 | 4.50 | REVISE AND FINALIZE STATEMENT OF DISPUTED FACTS AND RESPONSE MEMORANDUM OF LAW; PREPARE APPENDIX FOR SAME |
| Jan 02/01 | 0.30 | TELEPHONE CALL WITH CO-COUNSEL RE STATUS, STRATEGY, AND PRE-TRIAL MOTIONS |
| Jan 03/01 | 0.10 | TELEPHONE CALL WITH EXPERT RE PRE-DEPOSITION MEETING |
| Jan 04/01 | 0.60 | REVIEW DEFENDANT'S REPLY MEMO OF LAW RE MOTION FOR SUMMARY JUDGMENT |
| Jan 12/01 | 2.50 | MEET WITH CO-COUNSEL; PREPARE MOTION AND MEMORANDUM OF LAW TO STRIKE EXHIBIT TO REPLY |
| Jan 15/01 | 0.70 | REVIEW AND REVISE MOTION TO STRIKE EXHIBIT TO REPLY |
| Jan 22/01 | 3.00 | TRAVEL TO PLANTATION AND MEET WITH EXPERT TO PREPARE FOR DEPOSITION; RETURN TO OFFICE |
| Jan 29/01 | 3.00 | TRAVEL TO AND MEET WITH JOHN JANKOWSKI RE PREPARATION OF MOTIONS IN LIMINE; PREPARE MOTION FOR ENLARGEMENT OF TIME TO FILE SAME; RETURN TO OFFICE |
| Feb 01/01 | 3.50 | PREPARATION OF MOTIONS IN LIMINE WITH SUPPORTING MEMORANDA OF LAW; TELEPHONE CALL WITH CO-COUNSEL RE SAME |
| Feb 02/01 | 4.50 | REVIEW DEFENDANT'S MOTION IN LIMINE; RESEARCH CASES RE SAME; REVISE AND FINALIZE PLAINTIFF'S MOTIONS IN LIMINE; MEET WITH CO-COUNSEL RE SAME |

```
Feb 05/01    1.20    RESEARCH CASES TO RESPOND TO MOTION IN LIMINE

Feb 13/01    0.80    REVIEW DEFENDANT'S RESPONSES TO MOTIONS IN LIMINE

Feb 14/01    3.00    PREPARE UNOPPOSED MOTION/ORDER FOR ENLARGEMENT OF TIME;
                     RESEARCH REGARDING MOTIONS IN LIMINE

Feb 15/01    1.50    RESEARCH RE RESPONSE TO MOTION IN LIMINE

Feb 16/01    3.00    BEGIN PREPARATION OF RESPONSE TO MOTION IN LIMINE

Feb 19/01    1.60    ADDITIONAL RESEARCH TO RESPOND TO MOTION IN LIMINE

Feb 23/01    4.90    PREPARE, REVISE AND FINALIZE MEMORANDUM OF LAW IN
                     OPPOSITION TO MOTION IN LIMINE; TELPEHONE CALL WITH
                     CO-COUNSEL RE SAME

Feb 28/01    0.20    TELPEHONE CALL WITH CO-COUNSEL RE RECENT MATTERS AND
                     DEADLINES

Mar 22/01    1.50    BEGIN PREPARATION OF WITNESS AND EXHIBIT LISTS

Mar 24/01    1.00    CONTINUE PREPARATION OF WITNESS AND EXHIBIT LISTS

Mar 26/01    1.60    REVIEW DEFENDANT'S WITNESS AND EXHIBIT LISTS; PREPARE
                     JOINT PRE-TRIAL STIPULATION

Mar 27/01    4.50    REVISE AND FINALIZE WITNESS AND EXHIBIT LIST; PLAN TRIAL
                     STRATEGY; PREPARE AND REVISE PRE-TRIAL STIPULATION;
                     TELEPHONE CALL

Mar 28/01    0.70    TELEPHONE CALL WITH CO-COUNSEL AND OPPOSING COUNSEL RE
                     PRE-TRIAL STIPULATION; REVIEW REVISED VERSION

Apr 02/01    2.00    PREPARATION FOR TRIAL; JURY INSTRUCTION AND OPENING
                     STATEMENT

Apr 03/01    3.00    TRAVEL TO MIAMI AND ATTEND CALENDAR CALL; REVIEW COURT
                     ORDERS, INCLUDING ORDER ON MOTION FOR SUMMARY JUDGMENT;
                     TELEPHONE CALL TO CO-COUNSEL RE SAME; RETURN TO OFFICE

Apr 04/01    4.00    TRIAL PREPARATION: DOCUMENT ORGANIZATION; PRE-TRIAL
                     RESEARCH RE EVIDENTIARY ISSUES AND MOTION IN LIMINE
                     ISSUES

Apr 05/01    6.00    PREPARE MOTION AND MEMORANDUM OF LAW TO STRIKE TRIAL
                     WITNESSES; BEGIN TRIAL PREPARATION

Apr 06/01   12.00    ATTEND MEDIATION; PREPARE FOR TRIAL; PREPARE JURY
                     INSTRUCTIONS AND VERDICT FORM, PREPARE WITNESS ISSUES AND
                     QUESTIONS; PREPARE OPENING STATEMENT
```

```
Apr 07/01   14.00   PREPARE FOR TRIAL; MEET WITNESSES, ORGANIZE EXHIBITS,
                    PLAN DEMONSTRATIVE EXHIBITS, OPENING STATEMENT
                    PREPARATION

Apr 08/01   15.00   PREPARE FOR TRIAL; JURY INSTRUCTIONS, VOIR DIRE
                    QUESTIONS, DIRECT EXAM; MEET WITH CLIENT AND PAT PIERCE
                    RE TESTIMONY

Apr 09/01   19.60   FIRST DAY OF TRIAL: JURY SELECTION; OPENING STATEMENTS,
                    VOIRE DIRE, ETC., RETURN TO OFFICE; MEET WITH R. PATELLA
                    RE TESTIMONY; RESEARCH TRIAL ISSUES

Apr 10/01   20.50   SECOND DAY OF TRIAL; COMPLETE PLAINTIFF'S CASE; RETURN TO
                    OFFICE; PREPARE FOR THIRD DAY OF TRIAL INCLUDING
                    CROSS-EXAMINATION OF DEFENDANT WITNESSES

Apr 11/01   20.00   THIRD DAY OF TRIAL: DEFENDANT'S CASE; RETURN TO OFFICE;
                    PREPARE FOR FINAL DAY OF TRIAL AND CLOSING ARGUMENTS

Apr 12/01   13.00   FOURTH DAY OF TRIAL, CROSS-EXAM OF WITNESSES, JURY
                    INSTRUCTIONS, RULE 50 MOTIONS, CLOSING STATEMENTS,
                    VERDICT

Apr 16/01    2.60   RESEARCH RE CUT-OFF OF BACK PAY DAMAGES FOR CLOSE OF
                    BUSINESS

Apr 17/01    3.00   REVIEW CASELAW RE FRONT PAY RECOVERY; CONTINUE RESEARCH
                    RE CUT-OFF OF BACK PAY DAMAGES; TELPEHONE CALL WITH
                    CLIENT RE SAME; TELEPHONE CALL WITH CO-COUNSEL RE SAME

Apr 18/01    2.00   CONTINUE RESEARCH RE PAST TRIAL MOTIONS

Apr 21/01    1.80   RESEARCH RE ENTITLEMENT TO FRONT PAY WHERE FAILURE TO
                    MITIGATE FOUND

Apr 23/01    5.90   REVIEW DEFENDANT'S MOTIONS FOR REMITTUR AND FOR J.N.O.V.;
                    RESEARCH RE SAME AND RESPONSE; BEGIN PREPARATION OF
                    RESPONSE

Apr 24/01    6.00   FINALIZE RESEARCH ON RESPONSE TO MOTION FOR REMITTITUR;
                    PREPARE AND REVISE RESPONSE

Apr 25/01    2.80   FINALIZE MEMO OF LAW IN RESPONSE TO MOTION FOR
                    REMITTITUR; RESEARCH RE RESPONSE TO MOTION FOR JUDGMENT
                    NOTWITHSTANDING VERDICT

Apr 26/01    5.00   CONTINUE RESEARCH RE MOTION FOR JNOV; PREPARE RESPONSE
                    MEMORANDUM OF LAW
```

```
Apr 27/01    5.50    PREPARE, REVISE AND FINALIZE MEMORANDUM OF LAW IN
                     RESPONSE TO MOTION FOR JNOV; TELEPHONE CALL WITH
                     CO-COUNSEL RE SAME; PREPARE AMENDED MEMORANDUM OF LAW RE
                     MOTION FOR REMITTITUR

May 03/01    3.00    REVIEW COURT ORDERS ON MOTION FOR JUDGMENT AS A MATTER OF
                     LAW AND MOTION FOR REMITTITUR; PREPARE MOTION FOR
                     CLARIFICATION OR TO ALTER JUDGMENT

May 08/01    1.00    REVIEW DEFENDANT'S RESPONSE TO MOTION FOR CLARIFICATION;
                     PLAN RESPONSE; TELEPHONE CALL WITH CO-COUNSEL RE SAME

May 09/01    2.50    MEET WITH CLIENT RE STATUS AND FINAL STRATEGY; PLAN
                     REMITTITUR DECISION

May 10/01    0.70    TELEPHONE CONFERENCE CALL WITH CLIENT AND CO-COUNSEL RE
                     REMITTITUR DECISION

May 14/01    1.40    TELEPHONE CALL WITH CLIENT REGARDING REMITTANCE ISSUE;
                     PREPARATION OF CORRESPONDENCE TO CLIENT REGARDING SAME;
                     PREPARATION OF RESPONSE TO COURT; TELEPHONE CALL WITH
                     CLERK REGARDING ORDER; TELEPHONE CALL WITH CLIENT
                     REGARDING SAME

May 16/01    0.80    REVIEW ORDER DENYING MOTION FOR REMITTITUR; REVIEW FINAL
                     JUDGMENT; PREPARATION OF CORRESPONDENCE TO CLIENT
                     REGARDING SAME

Jun 07/01    0.20    REVIEW NOTICE OF APPEAL; TELEPHONE CALL WITH CO-COUNSEL
                     RE SAME

Jun 08/01    4.00    MEET WITH CO-COUNSEL AND PREPARE MOTION TO TAX COSTS AND
                     ATTORNEY'S FEES; PREPARE AFFIDAVITS TO MOTION TO TAX
                     ATTORNEY'S FEES AND COSTS

Jun 11/01    3.90    PREPARATION, REVISION AND ADDITIONAL RESEARCH ON MOTION
                     FOR FEES, COSTS a& PREJUDGMENT INTEREST; PREPARE
                     AFFIDAVIT FOR EXPERT; TELEPHONE CALL WITH EXPERT RE
                     PREJUDGMENT INTEREST

Jun 12/01    3.50    REVISE AND FINALIZE MOTION FOR FEES; ADDITIONAL RESEARCH
                     RE RECOVERY OF FEES FOR ADMINISTRATIVE PROCESS; TELEPHONE
                     CALL WITH EXPERT RE INTEREST CALCULATIONS

Jun 13/01    4.50    TELEPHONE CALL WITH RON PATELLA RE PREJUDGMENT INTEREST
                     CALCULATIONS; REVISE PATELLA AFFIDAVIT; MEET WITH
                     CO-COUNSEL TO REVISE AND FINALIZE MOTION FOR FEES AND
                     COSTS
```

```
Jun 14/01     2.00     REVISE AND FINALIZE MOTION, MEMO OF LAW, AND SUPPORTING
                       AFFIDAVITS FOR ATTORNEY'S FEES, COSTS AND PREJUDGMENT
                       INTEREST

                -------  ---------
Matt Totals:      0.30   HOURS AT 165.00/HR = $        49.50
                396.40   HOURS AT 225.00/HR = $     89,190.00
                  0.20   HOURS AT 300.00/HR = $        60.00
                -------                       -----------------
                396.90   HOURS                $     89,299.50
```

651124_1.DOC

BECKER & POLIAKOFF. P.A.
Jun 14/01

Page:1
80.50.11

Client Cost Subsidiary Report
MATTER BILLING TIMEKEEPER ID:RVH

| Date | Cost Type | Description | Hold Date | Check# | Job/Seq# | Reference | -----Bill----- Number | Date | -------$Value------- Actual | Declared |
|------|-----------|-------------|-----------|--------|----------|-----------|----------------|------|----------------|----------|

CLIENT ID:I19756 - IAIA, JACQUELINE
MATTER ID:67321 - V. COLUMBIA HEALTH CARE DBA PP

| Date | Cost Type | Description | Hold Date | Check# | Job/Seq# | Reference | Number | Date | Actual | Declared |
|------|-----------|-------------|-----------|--------|----------|-----------|--------|------|--------|----------|
| Jan 28/00 | FFIL | FILING FEE | | 100403 | 23618 1 | 94339 | 2194555 | Mar 17/00 | 200.00 | 200.00 |
| | | Payee: CLERK OF COURT | | | | | | | | |
| | | Inv#: 012800  Vendor:CLERK OF THE COURT | | | | | | | | |
| Mar 15/00 | OFAX | FACSIMILE CHARGES | | | 23925 60 | | 2206607 | Jun 06/00 | 28.00 | 28.00 |
| | | ROD HANNAH | | | | | | | | |
| Apr 06/00 | OFAX | FACSIMILE CHARGES | | | 24050 23 | 04/10/00 | 2206607 | Jun 06/00 | 52.00 | 52.00 |
| | | ALEXANDER RUSSO | | | | | | | | |
| Apr 07/00 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 24041 178 | Ext:5145 | 2206607 | Jun 06/00 | 0.90 | 0.90 |
| Jun 26/00 | OFAX | FACSIMILE CHARGES | | | 24509 131 | | | | 6.00 | 6.00 |
| Jun 26/00 | OFAX | FACSIMILE CHARGES | | | 24509 180 | | | | 6.00 | 6.00 |
| Jun 27/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 24518 33 | | | | 2.00 | 2.00 |
| Jul 20/00 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 24638 83 | Ext:5124 | | | 0.63 | 0.63 |
| Aug 14/00 | OFAX | FACSIMILE CHARGES | | | 24806 84 | | | | 16.00 | 16.00 |
| Aug 15/00 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 24805 11 | Ext:5124 | | | 1.12 | 1.12 |
| Aug 15/00 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 24805 12 | Ext:5145 | | | 27.31 | 27.31 |
| Aug 15/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 24815 133 | | | | 9.00 | 9.00 |
| Aug 15/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 24815 158 | | | | 3.00 | 3.00 |
| Aug 15/00 | OFAX | FACSIMILE CHARGES | | | 24815 242 | | | | 14.00 | 14.00 |
| Aug 15/00 | OFAX | FACSIMILE CHARGES | | | 24815 262 | | | | 14.00 | 14.00 |
| Aug 18/00 | PTRV | TRAVEL EXPENSE | | 104718 | 24837 5 | 101416 | | | 283.00 | 283.00 |
| | | Payee: AMERICAN EXPRESS | | | | | | | | |
| | | Inv#: SAP JULY2000  Vendor:AMERICAN EXPRESS | | | | | | | | |
| Aug 30/00 | OFAX | FACSIMILE CHARGES | | | 24927 62 | | | | 8.00 | 8.00 |
| Aug 30/00 | OFAX | FACSIMILE CHARGES | | | 24927 63 | | | | 8.00 | 8.00 |
| Sep 08/00 | MISC | MISCELLANEOUS | | 105125 | 24962 5 | 102227 | | | 165.40 | 165.40 |
| | | Payee: ROD V. HANNAH | | | | | | | | |
| | | TRAVEL (TAXI) | | | | | | | | |
| | | Inv#: 08/00-EXP  Vendor:RODERICK V. HANNAH | | | | | | | | |
| Oct 03/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25140 839 | | | | 17.25 | 17.25 |
| Oct 03/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25140 849 | | | | 18.75 | 18.75 |
| Oct 03/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25140 854 | | | | 20.50 | 20.50 |
| Oct 04/00 | FSER | SERVICE OF PROCESS FEE | | 105744 | 25136 1 | 103226 | | | 45.00 | 45.00 |
| | | Payee: MICHAEL SCIALDONE | | | | | | | | |
| | | Inv#: 10/04/00  Vendor:MICHAEL SCIALDONE | | | | | | | | |
| Oct 04/00 | FSER | SERVICE OF PROCESS FEE | | 105725 | 25136 2 | 103227 | | | 45.00 | 45.00 |
| | | Payee: ROBERT CARREL | | | | | | | | |
| | | Inv#: 10/04/00  Vendor:ROBERT CARREL | | | | | | | | |
| Oct 04/00 | FSER | SERVICE OF PROCESS FEE | | 105740 | 25136 3 | 103228 | | | 45.00 | 45.00 |
| | | Payee: MONIQUE MONTEIRO | | | | | | | | |
| | | Inv#: 10/04/00  Vendor:MONIQUE MONTEIRO | | | | | | | | |

BECKER & POLIAKOFF, P.A.                                                                    Page:2
Jun 14/01                                                                                   80.50.11

                                        Client Cost Subsidiary Report
                                     MATTER BILLING TIMEKEEPER ID:RVH


|  |  |  |  |  |  |  | -----Bill----- |  | -------$Value------- |  |
| Date | Cost Type | Description | Hold Date | Check# | Job/Seq# | Reference | Number | Date | Actual | Declared |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct 04/00 | FSER | SERVICE OF PROCESS FEE | | 105728 | 25136 | 4 | 103229 | | | 45.00 | 45.00 |
| | | Payee: PAM CORLISS | | | | | | | | | |
| | | Inv#: 10/04/00  Vendor:PAM CORLISS | | | | | | | | | |
| Oct 04/00 | FSER | SERVICE OF PROCESS FEE | | 105730 | 25136 | 5 | 103231 | | | 45.00 | 45.00 |
| | | Payee: ALEXANDER DEL RUSSO | | | | | | | | | |
| | | Inv#: 10/04/00  Vendor:ALEXANDER DEL RUSSO | | | | | | | | | |
| Oct 04/00 | FSER | SERVICE OF PROCESS FEE | | 105734 | 25136 | 16 | 103251 | | | 45.00 | 45.00 |
| | | Payee: MARIA LOMAGA | | | | | | | | | |
| | | Inv#: 10/04/00  Vendor:MARIA LURUAGA | | | | | | | | | |
| Oct 04/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25141 | 712 | | | | 0.50 | 0.50 |
| Oct 04/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25141 | 815 | | | | 4.00 | 4.00 |
| Oct 05/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25161 | 126 | | | | 17.75 | 17.75 |
| Oct 05/00 | OFAX | FACSIMILE CHARGES | | | 25161 | 152 | | | | 16.00 | 16.00 |
| Oct 05/00 | OFAX | FACSIMILE CHARGES | | | 25161 | 172 | | | | 16.00 | 16.00 |
| Oct 05/00 | OFAX | FACSIMILE CHARGES | | | 25161 | 175 | | | | 6.00 | 6.00 |
| Oct 09/00 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 25160 | 42 | Ext:5145 | | | 2.39 | 2.39 |
| Oct 10/00 | FSER | SERVICE OF PROCESS FEE | | 105730 | 25173 | 1 | 103231 | | | 45.00- | 45.00- |
| | | Payee: ALEXANDER DEL RUSSO | | | | | | | | | |
| | | Inv#: 10/04/00  Vendor:ALEXANDER DEL RUSSO | | | | | | | | | |
| Oct 10/00 | FSER | SERVICE OF PROCESS FEE | | 105734 | 25174 | 1 | 103251 | | | 45.00- | 45.00- |
| | | Payee: MARIA LOMAGA | | | | | | | | | |
| | | Inv#: 10/04/00  Vendor:MARIA LURUAGA | | | | | | | | | |
| Oct 11/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25195 | 759 | | | | 9.00 | 9.00 |
| Oct 16/00 | OFAX | FACSIMILE CHARGES | | | 25215 | 109 | | | | 6.00 | 6.00 |
| Oct 17/00 | OFAX | FACSIMILE CHARGES | | | 25223 | 22 | | | | 8.00 | 8.00 |
| Oct 18/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25230 | 122 | | | | 97.25 | 97.25 |
| Oct 23/00 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 25247 | 3 | Ext:5124 | | | 0.28 | 0.28 |
| Oct 23/00 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 25247 | 13 | Ext:5124 | | | 0.97 | 0.97 |
| Nov 06/00 | MISC | MISCELLANEOUS | | 106497 | 25339 | 4 | 104336 | | | 2,500.00 | 2,500.00 |
| | | Payee: BUSINESS VALUATION SYSTEMS. INC. | | | | | | | | | |
| | | Inv#: 110600  Vendor:BUSINESS VALUATION SYSTEMS. IN | | | | | | | | | |
| Nov 06/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25343 | 39 | | | | 4.50 | 4.50 |
| Nov 08/00 | FREP | COURT REPORTING FEE | | 106527 | 25352 | 2 | 104453 | | | 691.65 | 691.65 |
| | | Payee: CAPITAL REPORTING SERVICE CORPORATION | | | | | | | | | |
| | | Inv#: 110800  Vendor:CAPITAL REPORTING SERVICE | | | | | | | | | |
| Nov 08/00 | FSER | SERVICE OF PROCESS FEE | | 106535 | 25352 | 5 | 104455 | | | 61.00 | 61.00 |
| | | Payee: LANG DETECTIVE AGENCY INC. | | | | | | | | | |
| | | Inv#: 103601  Vendor:LANG DETECTIVE AGENCY INC | | | | | | | | | |
| Nov 10/00 | PTRV | TRAVEL EXPENSE | | 106647 | 25376 | 11 | 104568 | | | 11.65 | 11.65 |
| | | Payee: ROD V. HANNAH | | | | | | | | | |
| | | Inv#: 10/2000 EXP  Vendor:RODERICK V. HANNAH | | | | | | | | | |

BECKER & POLIAKOFF, P.A.
Jun 14/01

Page:3
80.50.11

Client Cost Subsidiary Report
MATTER BILLING TIMEKEEPER ID:RVH

| Date | Cost Type | Description | Hold Date | Check# | Job/Seq# | Reference | Bill Number | Bill Date | $Value Actual | $Value Declared |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov 14/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25405 137 | | | | 10.00 | 10.00 |
| Nov 29/00 | FDEP | DEPO TRANSCRIPTION FEE | | 107020 | 25474 1 | 105480 | | | 530.20 | 530.20 |
| | | Payee: CAPITAL REPORTING SERVICE CORPORATION | | | | | | | | |
| | | Inv#: 979953  Vendor:CAPITAL REPORTING SERVICE | | | | | | | | |
| Nov 29/00 | FREP | COURT REPORTING FEE | | 107043 | 25474 3 | 105483 | | | 60.53 | 60.53 |
| | | Payee: VOLUSIA REPORTING COMPANY | | | | | | | | |
| | | Inv#: 56580  Vendor:VOLUSIA REPORTING COMPANY | | | | | | | | |
| Nov 29/00 | FTRA | TRANSCRIPTION FEE | | 107029 | 25474 4 | 105484 | | | 1,203.89 | 1,203.89 |
| | | Payee: JOHN JANKOWSKI | | | | | | | | |
| | | Inv#: 112900  Vendor:JOHN JANKOWSKI | | | | | | | | |
| Nov 29/00 | FTRA | TRANSCRIPTION FEE | | 107019 | 25474 5 | 105485 | | | 276.65 | 276.65 |
| | | Payee: ASSOCIATED COURT REPORTERS | | | | | | | | |
| | | Inv#: 2037  Vendor:ASSOCIATED COURT REPORTERS | | | | | | | | |
| Nov 30/00 | CCLR | COMPUTERIZED LEGAL RESEARCH W | | | 25545 7 | 121200 | | | 511.39 | 511.39 |
| Dec 01/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25502 103 | | | | 5.50 | 5.50 |
| Dec 08/00 | OFAX | FACSIMILE CHARGES | | | 25538 112 | | | | 48.00 | 48.00 |
| Dec 08/00 | OFAX | FACSIMILE CHARGES | | | 25538 131 | | | | 12.00 | 12.00 |
| Dec 18/00 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 25592 105 | Ext:2075 | | | 0.25 | 0.25 |
| Dec 29/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25663 33 | | | | 87.50 | 87.50 |
| Dec 29/00 | ODOD | DUPLICATION OF DOCUMENTS | | | 25663 51 | | | | 40.00 | 40.00 |
| Feb 15/01 | OFAX | FACSIMILE CHARGES | | | 25964 64 | | | | 8.00 | 8.00 |
| Feb 15/01 | OFAX | FACSIMILE CHARGES | | | 25964 73 | | | | 8.00 | 8.00 |
| Feb 15/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 25964 84 | | | | 4.50 | 4.50 |
| Feb 22/01 | FSER | SERVICE OF PROCESS FEE | | 108915 | 25992 4 | 108357 | | | 340.00 | 340.00 |
| | | Payee: ESQUIRE DEPOSITION SERVICE | | | | | | | | |
| | | Inv#: 02/20/01  Vendor:ESQUIRE DEPOSITION SERVICES | | | | | | | | |
| Feb 22/01 | FTRA | TRANSCRIPTION FEE | | 108918 | 25992 8 | 108360 | | | 963.72 | 963.72 |
| | | Payee: JOHN JANKOWSKI | | | | | | | | |
| | | Inv#: 02/20/01  Vendor:JOHN JANKOWSKI | | | | | | | | |
| Feb 22/01 | FWIT | WITNESS FEE | | 108912 | 25992 9 | 108361 | | | 2,006.25 | 2,006.25 |
| | | Payee: BUSINESS VALUATION SYSTEMS, INC. | | | | | | | | |
| | | Inv#: 02/20/01  Vendor:BUSINESS VALUATION SYSTEMS, IN | | | | | | | | |
| Apr 01/01 | CCLR | COMPUTERIZED LEGAL RESEARCH W | | | 26454 123 | 050401 | | | 519.01 | 778.52 |
| Apr 02/01 | OFAX | FACSIMILE CHARGES | | | 26233 689 | | | | 36.00 | 36.00 |
| Apr 03/01 | OFAX | FACSIMILE CHARGES | | | 26239 729 | | | | 28.00 | 28.00 |
| Apr 05/01 | FWIT | WITNESS FEE | | 109770 | 26245 1 | 109941 | | | 45.00 | 45.00 |
| | | Payee: MARIA LOMAGA | | | | | | | | |
| | | Vendor:MARIA LOMAGA | | | | | | | | |
| Apr 05/01 | FWIT | WITNESS FEE | | 109769 | 26245 2 | 109942 | | | 45.00 | 45.00 |
| | | Payee: CONNIE VIERA LUNDSTROM | | | | | | | | |
| | | Vendor:CONNIE VIERA LUNDSTROM | | | | | | | | |

BECKER & POLIAKOFF, P.A.
Jun 14/01

Client Cost Subsidiary Report
MATTER BILLING TIMEKEEPER ID:RVH

| Date | Cost Type | Description | Hold Date | Check# | Job/Seq# | Reference | Bill Number | Bill Date | $Value Actual | $Value Declared |
|------|------|-------------|-----------|--------|----------|-----------|--------|------|--------|----------|
| Apr 05/01 | FWIT | WITNESS FEE | | 109772 | 26245 3 | 109943 | | | 45.00 | 45.00 |
| | | Payee: PAT PIERCE | | | | | | | | |
| | | Vendor:PAT PIERCE | | | | | | | | |
| Apr 05/01 | FWIT | WITNESS FEE | | 109771 | 26245 4 | 109944 | | | 45.00 | 45.00 |
| | | Payee: MONIQUE MONTEIRO | | | | | | | | |
| | | Vendor:MONIQUE MONTEIRO | | | | | | | | |
| Apr 05/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26248 57 | | | | 12.00 | 12.00 |
| Apr 05/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26248 59 | | | | 3.25 | 3.25 |
| Apr 05/01 | OFAX | FACSIMILE CHARGES | | | 26248 72 | | | | 16.00 | 16.00 |
| Apr 05/01 | OFAX | FACSIMILE CHARGES | | | 26248 73 | | | | 16.00 | 16.00 |
| Apr 06/01 | OFAX | FACSIMILE CHARGES | | | 26260 70 | | | | 6.00 | 6.00 |
| Apr 09/01 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 26259 18 | Ext:5283 | | | 2.06 | 2.06 |
| Apr 09/01 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 26259 20 | Ext:5283 | | | 0.62 | 0.62 |
| Apr 09/01 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 26259 21 | Ext:5283 | | | 0.91 | 0.91 |
| Apr 09/01 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 26259 24 | Ext:5283 | | | 0.33 | 0.33 |
| Apr 09/01 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 26259 25 | Ext:5283 | | | 0.62 | 0.62 |
| Apr 09/01 | OLDT | LONG DISTANCE TELEPHONE CHARGE | | | 26259 26 | Ext:5283 | | | 0.91 | 0.91 |
| Apr 11/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26301 211 | | | | 2.25 | 2.25 |
| Apr 11/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26301 212 | | | | 0.50 | 0.50 |
| Apr 16/01 | CCLR | COMPUTERIZED LEGAL RESEARCH W | | | 26542 58 | 051701 | | | 572.98 | 859.47 |
| Apr 17/01 | FWIT | WITNESS FEE | | 110111 | 26309 1 | 110622 | | | 1,175.00 | 1,175.00 |
| | | Payee: BUSINESS VALUATION SYSTEMS, INC. | | | | | | | | |
| | | Inv#: 041701  Vendor:BUSINESS VALUATION SYSTEMS, IN | | | | | | | | |
| Apr 17/01 | FSER | SERVICE OF PROCESS FEE | | 110113 | 26309 2 | 110623 | | | 97.00 | 97.00 |
| | | Payee: LANG DETECTIVE AGENCY INC. | | | | | | | | |
| | | Inv#: 3849.3787  Vendor:LANG DETECTIVE AGENCY INC | | | | | | | | |
| Apr 25/01 | FEWI | EXPERT WITNESS FEE | | 110213 | 26408 16 | 110788 | | | 575.00 | 575.00 |
| | | Payee: BUSINESS VALUATION SYSTEMS, INC. | | | | | | | | |
| | | Vendor:BUSINESS VALUATION SYSTEMS, IN | | | | | | | | |
| Apr 26/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26425 53 | | | | 14.25 | 14.25 |
| Apr 27/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26425 936 | | | | 12.00 | 12.00 |
| Apr 27/01 | OFAX | FACSIMILE CHARGES | | | 26425 940 | | | | 16.00 | 16.00 |
| Apr 27/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26425 944 | | | | 10.50 | 10.50 |
| Apr 27/01 | CCLR | COMPUTERIZED LEGAL RESEARCH W | | | 26533 15 | 051601 | | | 599.87 | 899.81 |
| May 03/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26474 952 | | | | 22.50 | 22.50 |
| May 03/01 | CCLR | COMPUTERIZED LEGAL RESEARCH W | | | 26553 36 | 051801 | | | 77.61 | 116.42 |
| May 17/01 | ODOD | DUPLICATION OF DOCUMENTS | | | 26545 22 | | | | 21.50 | 21.50 |
| May 17/01 | OFAX | FACSIMILE CHARGES | | | 26545 79 | | | | 4.00 | 4.00 |
| Jun 08/01 | PTRV | TRAVEL EXPENSE | | 111192 | 26666 45 | 112372 | | | 41.50 | 41.50 |
| | | Payee: ROD V. HANNAH | | | | | | | | |
| | | Inv#: 05/2001-EXP  Vendor:RODERICK V. HANNAH / APRIL 3,9,10,11,12 PARKING | | | | | | | | |

MATTER ID:67321 - V. COLUMBIA HEALTH CARE DBA PP TOTAL                                                                    14,714.35    15,599.10

```
BECKER & POLIAKOFF, P.A.                                                              Page:1
Jun 14/01                                                                             60.32.0
                          T r u s t   S u b s i d i a r y   R e p o r t
```

```
Client ID/  Name/                         Current        Tran  C/R# or
Matter ID   Description       Trst# Bank   Balance Date   Type  Check#      Amount  Comments
==================================================================================================
119756      IAIA, JACQUELINE
67321         V. COLUMBIA HEALTH CARE DBA P
                              1 CPTFTL            Jun 06/00 ADJ               80.90  ADJUSTING ENTRY
                                                                                    From Clnt:119756 Mtr:67321
                                                                                    Tr#:2
                                                 Jun 12/00 W/D  59249        80.90- CHECK WRITTEN
                                                                                    BECKER & POLIAKOFF, P.A.
                                                                                    MAY COSTS REIMB.
                                                    Total                     0.00

                              2 CPTFTL      0.32  Feb 09/00 DEP  715811      500.00  DEPOSIT RECEIVED
                                                                                    Job: 36102  Seq: 5  Ref:
                                                                                    DEP#4093
                                                                                    CL CK#784
                                                                                    CLR 02/14/00
                                                                                    RVH/CM
                                                 Feb 09/00 DEP  715812      300.00  DEPOSIT RECEIVED
                                                                                    Job: 36102  Seq: 6  Ref:
                                                                                    DEP#4093
                                                                                    CL CK#104
                                                                                    CLR 02/16/00
                                                                                    RVH/CM
                                                 Mar 17/00 W/D  58500       200.00- CHECK WRITTEN
                                                                                    BECKER & POLIAKOFF, P.A.
                                                                                    COST\TUFFORD
                                                 Jun 06/00 ADJ               80.90- ADJUSTING ENTRY
                                                                                    To Clnt:119756 Mtr:67321
                                                                                    Tr#:1
                                                 Aug 07/00 W/D  59828        99.28- CHECK WRITTEN
                                                                                    VIDEO LITIGATION, INC.
                                                                                    VIDEOGRAPHER
                                                                                    RVH
                                                 Aug 07/00 W/D  59829       276.65- CHECK WRITTEN
                                                                                    ASSOCIATED COURT REPORTERS
                                                                                    REPORTING FEES
                                                                                    RVH
                                                 Sep 28/00 W/D  60323        20.85- CHECK WRITTEN
                                                                                    LEVY, KNEEN, MARIANI, CURTIN,
                                                                                    COPIES INVOICE
                                                                                    RVH/TAMMY
                                                 Nov 08/00 W/D  60660       122.00- CHECK WRITTEN
                                                                                    LANG DETECTIVE AGENCY INC.
                                                                                    INV#104214,104421,104166,10434
                                                                                    2,
                                                                                    103548,102766,103338,103456,10
                                                                                    2905
```

BECKER & POLIAKOFF, P.A.                                                                    Page:2
Jun 14/01                                                                                   60.32.0
                                Trust  Subsidiary  Report

| Client ID/ Matter ID | Name/ Description | Trst# Bank | Current Balance Date | Tran Type | C/R# or Check# | Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Total | | 0.32 | |
| | Matter Totals | | 0.32 | | | 0.32 | |
| | SubTotals | | 0.32 | | | 0.32 | |
| | Grand Totals | | 0.32 | | | 0.32 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

      Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC.,d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

      Defendant.

_____/

## AFFIDAVIT OF ATTORNEY'S TIME

STATE OF FLORIDA   :

COUNTY OF BROWARD   :



     JOHN F. JANKOWSKI, JR., ESQUIRE, personally appeared before me this 14th day of June, 2001, and having taken an oath, he stated that the information contained herein is true and correct. He is personally known to me or has produced _____ as identification, and states as follows:

     1.    He is co-counsel for the Plaintiff in the above-styled case, and that he has personal knowledge of the facts set forth herein and Exhibits attached hereto which are incorporated herein by reference. Affiant has been a member in good standing of the Bar for the United States District Court, Southern District of Florida, since 1989.



CASE NO. 00-6227-CIV-MORENO

2.    That Exhibit "A" attached hereto accurately reflects the time and services reasonably and necessarily rendered by this law firm in pursuit of the above-styled matter, and that Plaintiff is indebted to counsel for legal services rendered in this action in the amount stated at the end of **Exhibit "A"**.

FURTHER AFFIANT SAYETH NAUGHT.



_____
JOHN F. JANKOWSKI, JR., ESQ.

SWORN TO AND SUBSCRIBED before me this _14th_ day of _June_, 2001, by JOHN F. JANKOWSKI, JR., ESQ.

_____
NOTARY PUBLIC, STATE OF FLORIDA

_____
**Printed Name of Notary Public**

My Commission Expires:

DONNA LEE AVERY
COMMISSION # CC833622
EXPIRES JUL 13, 2003
BONDED THROUGH
ADVANTAGE NOTARY

JFJ 2IAIA AFFIDAVIT - ATTORNEY'S TIME.wpd

# John F. Jankowski, Jr., Esq., P.A.
### 2 South University Drive
### Suite 265
### Plantation, FL  33324
### (954) 370-1026

June 13, 2001

Jacqueline Iaia
1113 S.W. 17th Street
Boca Raton FL 33486-6707

## STATEMENT

FOR PROFESSIONAL SERVICES RENDERED IN
CONNECTION WITH THE REFERENCED MATTER

Invoice #    13600

Litigation suit

Professional Services

| | | | Hours |
|---|---|---|---|
| 10/4/99 | JJ | Office conference with client; review documentation and investigation records of Florida Commission. | 5.00 |
| 10/5/99 | JJ | Letter to EEOC accepting conciliation and requesting mediation. | 0.30 |
| 10/29/99 | JFJ | Letter to EEOC, District Director, Frederico Costales. | 0.40 |
| 11/23/99 | JJ | Conference with client regarding file and communications with EEOC relative to conciliation. | 0.30 |
| 12/2/99 | JJ | Receipt and review correspondence from EEOC; advise client of status. | 0.20 |
| 12/3/99 | JJ | Fax to EEOC;  Sonia Alvarez. | 0.20 |
| 12/6/99 | JJ | Meeting with client regarding substantive issues and back-up documentation for damages. | 3.00 |
| 12/9/99 | JJ | Receipt and review of EEOC correspondence; forward same. | 0.20 |
| 12/11/99 | JFJ | Meeting with CPA regarding damage matrix for conciliation. | 1.50 |
| 12/15/99 | JJ | Receipt and review correspondence from EEOC; Forward copy to Rod Hannah. | 0.20 |
| 12/16/99 | JJ | Review letter, dated December 15, 1999 from Adrienne Stein, Investigator and follow-up telephone conference. | 0.50 |



Jacqueline Iaia
Page 2

| | | Hours |
|---|---|---|
| 12/28/99 JJ | Receipt and review correspondence from EEOC "Notice of Right to Sue"; docket dates; follow-up conferences with Rod Hannah and client. | 0.80 |
| 1/3/00 JJ | Conference with client regarding EEOC and issues surrounding non-conciliation. | 0.50 |
| 1/24/00 JJ | Meeting with client and Rod Hannah; outline allegations for the complaint; research damages under state and federal law. | 4.30 |
| 1/27/00 JJ | Prepare and forward affidavit for verification of complaint; research corporate identity and registered agent information for service of process; revise complaint. | 1.50 |
| 2/7/00 JJ | Facsimile letter to Mark Edwards, Esq. regarding EEOC correspondence and filing of lawsuit together with damages matrix preliminary calculations following telephone conversation. | 0.50 |
| 2/17/00 JFJ | Receipt and review Defendant's Notice of Removal by Defendant, and Notice of Removed Action | 0.20 |
| 2/23/00 JFJ | Conference with defense counsel regarding extension of time and corporate identity; receipt and review of confirming letter; Agreed Motion and proposed order. | 0.50 |
| 2/24/00 JFJ | Receipt and review Notice of Court Practice in Removal Cases. | 0.20 |
| 3/1/00 JFJ | Receipt and review Order Granting Defendant's Motion for 10 day Enlargement; docket dates. | 0.20 |
| 3/2/00 JFJ | Receipt and review Rule 45 Notice of Subpoena for State of Florida, Department of Labor and Subpoena. | 0.20 |
| 3/6/00 JJ | Receipt and review Defendant's letter regarding scheduling Plaintiff's deposition; letter to client regarding same. | 0.40 |
| 3/7/00 JJ | Receipt and review of Defendant's Answer and Affirmative Defenses, Removal status Report, First Request for Production and Motion to Strike Portions of Complaint, research issues raised; letter to client. | 1.50 |
| 3/10/00 JFJ | Receipt and review order Setting Trial and Order of Referral to mediation; docket dates and letter to client. | 0.50 |
| 3/14/00 JJ | Prepare discovery. Prepare first set of interrogatories and outline request for production of documents. | 3.50 |

Jacqueline Iaia
Page 3

| | | Hours |
|---|---|---|
| 3/15/00 JJ | Office conference with client and Attorney Hannah regarding deadlines, discovery issues and depositions of potential witnesses, and evidence needed for trial; attempts to contact Attorney del Russo. | 3.80 |
| 3/20/00 JJ | Meeting with client and review boxes of documents, awards, publications, etc. pertaining to Defendant's discovery requests. | 4.50 |
| 3/24/00 JJ | Receipt and review Defendant letter regarding setting client's deposition; contact client to verify available dates. | 0.30 |
| 3/27/00 JFJ | Revise and amend Plaintiff's First Request for Production of Documents. | 2.30 |
| 3/28/00 JJ | Receipt and review letter from Attorney del Russo; finalize Plaintiff's First Set of Interrogatories and First Request for Production of Documents. | 0.80 |
| 3/29/00 JFJ | Receipt and review order Granting Defendant's Motion to Strike. | 0.20 |
| 3/30/00 JJ | Conference with client re: additional documents; organize documents, photographs, and exhibits; note objections to discovery. | 2.50 |
| 3/31/00 JJ | Draft Response to Request for Production of documents letter to Attorney del Russo regarding setting deposition of Plaintiff and mediation. | 1.50 |
| 4/3/00 JJ | Telephone conference with client, office conference with client and Attorney Hannah regarding document production. | 3.50 |
| 4/4/00 JJ | Conference call with attorney Del Russo re: extension request of Defendants for 60 days and corporation identities of Defendant; Follow up conference with Rod Hannah | 0.70 |
| 4/6/00 JJ | Telephone conference regarding scheduling of depositions. | 0.40 |
| JJ | Receipt and review Defendant's First Set of Interrogatories and letter regarding Plaintiff's deposition with Notice; forward same to client with letter. | 0.50 |
| 4/7/00 JJ | Revise Plaintiff's Response to Defendant's First Request to Produce; categorize and bate-stamp documents and exhibits. | 3.20 |
| 4/10/00 JJ | Finalize response to Request to Produce and file same; preparation of letter to opposing counsel | 0.80 |
| 4/11/00 JFJ | Receipt and review letter from Defendant's counsel with proposed Motion for continuance; conference with co-counsel. | 0.50 |

**Jacqueline Iaia**
**Page 4**

| | | | Hours |
|---|---|---|---|
| 4/12/00 | JFJ | Conference with Attorney del Russo regarding document production and omitted items; receipt of confirming letter. | 0.40 |
| 4/13/00 | JFJ | Letter to opposing counsel with executed Joint Motion and request for deposition dates. | 0.30 |
| 4/17/00 | JFJ | Conference with opposing counsel regarding Joint Motion for Sixty-Day continuance; documents produced and deposition dates. | 0.50 |
| 4/24/00 | JFJ | Letters to opposing counsel regarding discovery and mediation; coordinate copying of documents with IKON. | 0.80 |
| 5/1/00 | JJ | Receipt and review new Trial Order and docket dates; Advise client. | 0.30 |
| 5/3/00 | JFJ | Conference with opposing counsel regarding Defendant's Agreed Motion for Enlargement of Time regarding Discovery; review Motion and proposed Order. | 0.30 |
| 5/9/00 | JJ | Office conference with client re: Interrogatories | 1.80 |
| 5/18/00 | JJ | Receipt and review Defendant's Responses and Objections to Request for production of Documents and Answers to interrogatories. | 0.70 |
| 5/22/00 | JJ | Conference with co-counsel regarding discovery objections | 0.40 |
| 6/1/00 | JFJ | Draft Plaintiff's Supplemental Response to Request to Produce. | 0.30 |
| 6/5/00 | JFJ | Receipt and review letter with proposed dates for Plaintiff's deposition; advise client. | 0.20 |
| 6/16/00 | JJ | Receipt and review of Notices of Taking Deposition; docket same and conference with co-counsel regarding same. | 0.40 |
| 6/17/00 | JFJ | Receipt and review additional Notices and Subpoenas for taking out-of-town depositions; docket same and memo to co-counsel. | 0.30 |
| 6/20/00 | JJ | Coordinate additional discovery requests. | 0.80 |
| 6/21/00 | JFJ | Telephone conference with Pat Pierce regarding facts of case; Conference with co-counsel regarding same and expert witness interrogatories and additional depositions. | 1.50 |
| | JFJ | Receipt and review documents produced by Defendant under Amended Response to First Request to Produce with letter and Stipulation for Confidentiality regarding Monique Monteiro. | 3.80 |

Jacqueline Iaia
Page 5

| | | | Hours |
|---|---|---|---|
| 6/22/00 | JFJ | Meet with client in preparation of her deposition; finalize answers to interrogatories; discuss additional witnesses. | 4.00 |
| | JFJ | Receipt and review letter from opposing counsel regarding interrogatories. | 0.20 |
| 6/23/00 | JJ | Meeting with co-counsel in preparation of discovery demand letter under Rule 26.1; Research adverse inference issues. | 3.50 |
| 6/27/00 | JFJ | Office conference with client to prepare for deposition; prepare Notice of Service of Interrogatories. | 2.50 |
| | JFJ | Prepare Joint Motion for Thirty-Day Continuance to Amend Pleadings and Join Additional Parties; forward to defense counsel. | 1.00 |
| 6/28/00 | JFJ | Travel to and attend deposition of client. | 8.00 |
| | JFJ | Letter to Attorney del Russo with additional documents under continuing discovery; revise and file Joint Motion and proposed Order. | 0.80 |
| 6/29/00 | JFJ | Receipt and docket re-notices for out-of-town depositions. | 0.20 |
| 7/7/00 | JJ | Receipt and review Defendant's counsel's response to Rule 26.1 letter. | 0.30 |
| 7/17/00 | JFJ | Receipt and review Defendant's letter regarding Supplemental Responses to Plaintiff's Interrogatories and additional 139 pages of documents under continuing discovery and second letter regarding moving for a continuance. | 0.80 |
| | JFJ | Review and docketing of Court's Revised Scheduling order and Continuance of Pre-trial Deadlines. | 0.30 |
| 7/18/00 | JJ | Office conference with Rod Hannah regarding client deposition and upcoming depositions, Plaintiff request for extension and issues surrounding expert witnesses; review of subpoenaed documents and performance records. | 2.00 |
| 7/20/00 | JJ | Office conference with Ron Patella, CPA regarding representation and appearance as expert witness and discuss substantive issues of the case. | 2.50 |
| 7/22/00 | JJ | Office conference with client regarding critical documents and preparation of questions for Jerry Sutphin's deposition. | 1.50 |
| 7/24/00 | JJ | Conference with client re: supplemental Interrogatories. | 0.40 |
| 7/25/00 | JFJ | Meet with co-counsel regarding Pierce and Lundstrom depositions; Telephone conference with Pat Pierce regarding deposition. | 1.50 |

Jacqueline Iaia
Page 6

| | | | Hours |
|---|---|---|---|
| 7/26/00 | JFJ | Travel to and attend depositions of Pat Pierce and Connie Lundstrom. | 4.00 |
| 7/27/00 | JFJ | Office conference with client regarding Answers to Defendant's Second Set of Interrogatories with supporting documents; discuss status of case. | 1.80 |
| 8/5/00 | JFJ | Receipt and review Defendant's Motion For Leave To File Amendment To Answer and Memorandum of Law. | 0.40 |
| 8/9/00 | JFJ | Receipt and review Defendant's Supplemental Responses to Plaintiff's Interrogatories and Supplemental Response to Production Request (Manager's Manual); Defendant's Motion for Leave with Supporting Affidavit from defense counsel, Alexander del Russo, and proposed order. | 2.80 |
| 8/10/00 | JJ | Office conference with Ronald Patella, CPA, regarding expert Witness report. | 2.00 |
| | JJ | Meet with co-counsel regarding expert's opinion; discovery; conference call with opposing counsel regarding continuance. | 1.50 |
| | JFJ | Conference with and letter to Defendant's counsel regarding Plaintiff's expert witness, Ronald Patella, CPA (with C.V.) and witness Ron Hoffman. | 0.50 |
| 8/11/00 | JJ | Prepare Motion for Enlargement of Time. | 0.30 |
| | JFJ | Receipt and review Defendant's letter in response and objection to expert witness. | 0.20 |
| 8/14/00 | JJ | Conference with counsel for the Defendant's office re: FCHR deposition; Office conference with client re: deposition and errata sheet; Motion for extensions of time and continuance, damages, mediation and trial. | 2.20 |
| | JFJ | Receipt and review Mr. Patella's proposed answers to expert interrogatories; follow-up conference. | 0.40 |
| 8/15/00 | JJ | Prepare Supplemental responses and finalize Motion for Continuance and Enlargement of Time; draft expert responses. | 1.50 |
| 8/16/00 | JJ | Conference with Rod Hannah regarding Motion for Continuance; finalize answers to interrogatories. | 1.00 |
| | JJ | Prepare Notice for Pre-Trial conference and Plaintiff's Supplemental Answers to Defendant's First and Second Interrogatories and Request for Production of Documents. | 0.50 |

Jacqueline Iaia
Page 7

| | | | Hours |
|---|---|---|---|
| 8/21/00 | JJ | Receipt and review Defendant's response, Memo of Law in Opposition of Continuance. | 0.30 |
| 8/23/00 | JJ | Receipt and review Order continuing trial and pre-trial deadlines; docket dates; meet with co-counsel. | 2.50 |
| 8/24/00 | JJ | Receipt and review letter from Attorney del Russo regarding expert deposition; telephone call to expert. | 0.30 |
| 8/25/00 | JFJ | Receipt and docket order Setting Pre-trial Conference. | 0.20 |
| 8/31/00 | JFJ | Receipt and review Defendant's Motion for Reconsideration of order Granting Plaintiff's Motion for continuance and Motion to Transfer Trial to West Palm Beach Division. | 0.40 |
| 9/1/00 | JJ | Revise and finalize Plaintiff's Memo of Law in Response to Defendant's Motion for Reconsideration. | 1.00 |
| | JFJ | Receipt and review Defendant's Motion for Reconsideration; revise and amend Plaintiff's Memo of Law in Opposition. | 0.70 |
| 9/5/00 | JFJ | Receipt and review Defendant's Reply in Support of Motion for Reconsideration. | 0.20 |
| | JFJ | Conference with Mr. Patella regarding questions and comments regarding available documentation. | 1.00 |
| | JFJ | Receipt and review Defendant's Reply Memorandum | 0.20 |
| 9/9/00 | JFJ | Receipt and review Court Order grating transfer and denying reconsideration. | 0.20 |
| 9/11/00 | JJ | Receipt and review Defendant's letter and affidavit of David G. Anderson regarding Defendant owners;  check public records regarding same. | 1.50 |
| 9/20/00 | JJ | Receipt and review letter regarding deposition scheduling of Mr. Patella and follow-up. | 0.30 |
| 9/26/00 | JJ | Office conference with Rod Hannah to schedule depositions and prepare additional discovery. | 1.50 |
| 10/4/00 | JJ | Draft second set of Interrogatories and Second Request for Production. | 1.80 |
| 10/5/00 | JJ | Receipt and review correspondence from attorney del Russo and follow up conference with Mr. Hannah. | 0.30 |

**Jacqueline Iaia**
**Page 8**

| | | | Hours |
|---|---|---|---|
| 10/6/00 | JJ | Finalize discovery, locate Ed Maas, prepare Supplemental Response. | 1.30 |
| 10/16/00 | JJ | Office conference with Rod Hannah and prepare for depositions of Defendant's witnesses and corporate representative. | 2.50 |
| 10/17/00 | JJ | Prepare for Montiero deposition. | 2.80 |
| | JFJ | Receipt and review Defendant's objection to Plaintiff's discovery requests. | 0.30 |
| 10/18/00 | JJ | Conference with client regarding deposition , prepare additional exhibits. | 1.50 |
| | JJ | Office conference with client and Rod Hannah; take Deposition of Monique Montiero. | 4.00 |
| 10/31/00 | JJ | Conference with Attorney Hannah regarding Motion to Compel | 0.40 |
| 11/6/00 | JJ | Receipt and review Motion for Summary Judgment; Outline points of response. | 1.50 |
| 11/7/00 | JJ | Office conference with client and Rod Hannah regarding Response to Motion for Summary Judgment together with affidavit of Pam Corliss and open discovery issues. | 3.30 |
| 11/17/00 | BZ | Prepared letter to client. | 0.20 |
| 11/27/00 | JJ | Research relative to Summary Judgment issues. | 3.00 |
| 11/28/00 | JJ | Meet with client and with expert. | 2.50 |
| 11/30/00 | JJ | Prepare Response to Summary Judgment and Memorandum of Law. | 5.50 |
| 12/6/00 | JJ | Prepare Response to Summary Judgment and Statement of Disputed Facts. | 3.50 |
| 12/8/00 | JJ | Further drafting and revisions to Statement of Disputed Facts and memorandum. | 8.50 |
| 1/2/01 | JJ | Conference call with Attorney Hannah regarding status of case and pre-trial motions. | 0.30 |
| 1/5/01 | JFJ | Receipt and review Defendant's Reply Memorandum regarding Summary Judgment Motion with exhibits. | 1.50 |
| 1/12/01 | JFJ | Office conference with Attorney Hannah regarding motion and memo to strike agreement as exhibit to Reply Memo of Law | 2.00 |

Jacqueline Iaia
Page 9

|  |  |  | Hours |
|---|---|---|---|
| 1/22/01 | JJ | Office conference with damage expert and co-counsel in preparation of deposition; address issues relative to Motion(s) in Limine. | 2.00 |
| 1/24/01 | JJ | Travel to and attend Deposition of Ronald Patella in Deerfield Beach. | 4.00 |
| 1/29/01 | JJ | Outline issues for Motions in Limine and office conference with Rod Hannah | 2.50 |
| 2/2/01 | JFJ | Revise and amend Plaintiff's Motion in Limine to strike agreement with Memorandum of Law; receipt and review of Defendant's Motions in Limine. | 3.50 |
| 2/5/01 | JFJ | Finalize Motion in Limine following research. | 1.80 |
| 2/13/01 | JFJ | Receipt and review Defendant's Responses to Motions in Limine. | 0.50 |
| 2/23/01 | JFJ | Revise and amend Memorandum of Law in Opposition to Defendant's Motion in Limine. | 2.50 |
| 2/28/01 | JFJ | Conference with Attorney Hannah regarding status and deadlines. | 0.20 |
| 3/14/01 | JJ | Draft Witness and Exhibit List. | 5.50 |
| 3/26/01 | JFJ | Draft renewed Motion for Status Conference following conference with Judge's clerk; revise and amend Pre-trial Stipulation, note objections to Defendant's exhibits. | 3.70 |
| 3/27/01 | JJ | Revise and finalize Plaintiff's Witness List and List of Exhibits; conferences with co-counsel and opposing counsel. | 4.80 |
| 3/28/01 | JFJ | Conference call regarding pre-trial stipulation and coordination for filing. | 0.50 |
| 4/2/01 | JFJ | Prepare trial exhibits, synopsize depositions. | 5.50 |
| 4/4/01 | JFJ | Trial preparation, review deposition transcripts and draft questions for trial. | 4.50 |
| 4/5/01 | JFJ | Conferences with client, co-counsel and expert witness regarding mediation preparation; organize trial evidence; revise Motion and Memorandum of law to Strike. | 6.30 |
| 4/6/01 | JFJ | Meet with client prior to mediation; travel to and attend mediation. | 4.00 |
|  | JFJ | Prepare for trial; deposition synopsis of transcript and video. | 5.50 |
| 4/7/01 | JFJ | Prepare for trial and exhibits for blow-up; travel to Kinko's | 12.00 |

Jacqueline Iaia
Page 10

| | | | Hours |
|---|---|---|---|
| 4/8/01 | JFJ | Prepare for trial and pending motions and jury instructions; meet with client and witnesses regarding trial testimony. | 14.50 |
| 4/9/01 | JFJ | Travel to and pick up exhibits and attend trial in Miami; prepare for following day of trial. | 18.00 |
| 4/10/01 | JFJ | Travel to and attend trial in Miami; prepare for following day of trial. | 18.00 |
| 4/11/01 | JFJ | Attend trial in Miami; prepare for following day, including drop-off of additional blow-up exhibits for closing arguments and Rule 50 Motion. | 18.00 |
| 4/12/01 | JFJ | Travel to and pick up trial exhibits, blow-ups and attend trial through jury deliberations. | 13.00 |
| 4/17/01 | JFJ | Review of research and conference regarding back pay damages issue. | 2.50 |
| 4/23/01 | JFJ | Receipt and review Defendant's Motions for Remittitur and Judgment JNOV; review research on issues; outline response. | 3.50 |
| 4/24/01 | JFJ | Revise and amend Plaintiff's Response to Defendant's Motion for Remittitur and for Judgment JNOV. | 3.30 |
| 4/27/01 | JFJ | Revise and finalize Memo of Law to support Plaintiff's response. | 2.80 |
| 5/3/01 | JFJ | Receipt and review Court Orders and conference with co-counsel regarding ambiguity and further need for clarification; review and revise motion. | 0.80 |
| 5/8/01 | JFJ | Receipt and review Defendant's Response to Motion for clarification an/or Reconsideration; conference with Attorney Hannah. | 0.50 |
| 5/10/01 | JFJ | Conference with Attorney Hannah and follow-up conference with client regarding available options regarding remittitur. | 0.70 |
| 5/11/01 | JFJ | Conference call with client and co-counsel regarding pending Motion for Remittitur. | 0.60 |
| 5/14/01 | JFJ | Second conference call with Attorney Hannah and client regarding available options regarding remittitur. | 0.50 |
| 5/16/01 | JFJ | Receipt and review Final Judgment and order Denying Motion for Remittitur; advise client. | 0.30 |
| 6/8/01 | JFJ | Research issues pertinent to post trial motions for fees, costs and pre-judgment interest; conference with expert witness. | 3.80 |

Jacqueline Iaia
Page 11

| | | | Hours |
|---|---|---|---|
| 6/11/01 | JFJ | Office conference with client and co-counsel for preparation of various affidavits and bill of costs. | 3.00 |
| | JFJ | Finalize fees and costs statement; prepare affidavit and Bill of Costs. | 2.50 |
| 6/12/01 | JFJ | Preparation of affidavits and finalization of fees and costs. | 2.00 |
| 6/13/01 | JFJ | Finalizations of post trial motions for fees and costs; conference with Ronald Patella, CPA; review of affidavit and exhibits. | 3.50 |

| | | | Amount |
|---|---|---|---|
| | Total Attorneys' Fees:<br>Additional charges: | 351.60 | $79,084.00 |
| 1/1/00 | Long Distance | | 0.24 |
| 1/12/00 | Photocopies. | | 0.80 |
| 2/1/00 | Long Distance | | 0.18 |
| 3/3/00 | Postage | | 1.00 |
| | Photocopies | | 0.40 |
| 3/8/00 | Photocopies | | 3.40 |
| | Postage | | 1.00 |
| 3/15/00 | Photocopies | | 6.00 |
| | Postage | | 1.00 |
| 3/30/00 | Photocopies | | 0.40 |
| | Postage | | 1.00 |
| 4/1/00 | Long Distance | | 0.40 |
| 4/7/00 | Photocopies | | 3.00 |
| | Postage | | 1.00 |

**Jacqueline Iaia**
**Page 12**

|  |  | Amount |
|---|---|---|
| 5/12/00 | Paul V. Clough, P.A. - damage matrix. | 375.00 |
| 6/1/00 | Long Distance | 1.85 |
|  | Photocopies | 13.00 |
| 6/28/00 | Parking for depositions. | 20.00 |
| 7/1/00 | Long Distance | 0.51 |
|  | Photocopies | 48.60 |
| 7/26/00 | Parking for depositions. | 6.50 |
| 8/1/00 | Photocopies | 9.80 |
|  | Postage | 5.29 |
|  | Long Distance | 3.02 |
| 10/1/00 | Photocopies | 45.80 |
|  | Postage | 3.44 |
| 10/31/00 | Long Distance | 9.79 |
| 11/30/00 | Facsimile | 1.00 |
|  | Photocopies | 10.60 |
|  | Long Distance | 0.20 |
| 12/30/00 | Photocopies | 103.60 |
|  | Long Distance | 0.41 |
| 1/31/01 | Postage | 2.42 |
|  | Photocopies | 33.20 |
|  | Long Distance | 1.17 |
| 2/28/01 | Photocopies | 10.00 |

**Jacqueline Iaia**
**Page 13**

| | | Amount |
|---|---|---:|
| 2/28/01 | Facsimile | 1.00 |
| | Facsimile | 2.00 |
| | Long Distance | 0.42 |
| 3/31/01 | Facsimile | 1.34 |
| | Postage | 2.00 |
| | Photocopies | 10.00 |
| | Facsimile | 1.50 |
| | Postage | 2.65 |
| | Photocopies | 13.60 |
| | Facsimile | 1.50 |
| | Photocopies | 1.40 |
| | Long Distance | 3.98 |
| 4/9/01 | Kinko's - Trial Exhibit blow-ups. | 284.61 |
| | Miscellaneous - Kinko's | 284.61 |
| 4/12/01 | Kinko's - Trial Exhibits. | 120.84 |
| 4/30/01 | Postage | 1.44 |
| | Photocopies | 8.60 |
| 5/9/01 | Parking tolls during trial. | 11.00 |
| 5/10/01 | Parking tolls during trial. | 11.00 |
| 5/11/01 | Parking tolls during trial. | 11.00 |
| 5/12/01 | Parking tolls during trial. | 11.00 |
| 5/31/01 | Facsimile | 4.00 |

**Jacqueline Iaia**
**Page 14**

|  |  | Amount |
|---|---|---|
| 5/31/01 | Postage | 6.04 |
|  | Photocopies | 6.20 |
| 6/13/01 | Photocopies | 12.80 |
|  | Postage | 1.36 |
|  | Total costs | $1,540.91 |
|  | Total amount of this bill | $80,624.91 |
| 12/10/99 | Payment - Check #761   Thank you | ($500.00) |
| 3/30/00 | Payment - Check #811 -  Thank you | ($200.00) |
|  | Total payments and adjustments | ($700.00) |
|  | Balance due | $79,924.91 |

BALANCE DUE UPON RECEIPT.  THANK YOU.

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Barbie Zide | 0.20 | 95.00 | $19.00 |
| John F. Jankowski, Jr., Esq. | 213.50 | 225.00 | $48,037.50 |
| John Jankowski | 137.90 | 225.00 | $31,027.50 |

Thank you for your business and prompt payment!
Outstanding amounts not paid within 30 days
are subject to 1 1/2% interest charge per month.

MasterCard and Visa now accepted!

# United States District Court

SOUTHERN ──────────── **DISTRICT OF** ──────── FLORIDA

JACQUELINE IAIA
      PLAINTIFF

**V.**

GALEN HOSPITAL-PEMBROKE PINES
      DEFENDANT

## BILL OF COSTS

Case Number: 00-6227-CIV-MORENO

Judgment having been entered in the above entitled action on <u>May 15, 2001</u> against <u>Defendant</u> .
                                               Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 200.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 800.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . . . . . . . | 0 |
| Fees and disbursements for printing . . .(Kinko's). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 405.45 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 135.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . | 799.04 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . . . . . . | 0 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15,900.28 |
| TOTAL $ | 18,239.77 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Alexander del Russo
<u>Carlton Fields, Esperante Building - Suite 1400, 222 Lakeview Ave., West Palm Beach, FL 33402</u>

Signature of Attorney: _____

Name of Attorney: <u>Roderick V. Hannah/John F. Jankowski, Jr.</u>

For: <u>Jacqueline Iaia</u>                           Date: <u>June 14, 2001</u>
         Name of Claiming Party

ATTACHMENT / EXHIBIT C

Costs are taxed in the amount of _____ and included in the judgement.

                     By: _____

      Clerk of Court                            Deputy Clerk                        Date

## ITEMIZED LIST
## OF
## OTHER COSTS

|  | Cost | Amount |
|---|---|---|
| 1. | Mediation | $   262.50 |
| 2. | Computerized Legal Research | $ 3,165.61 |
| 3. | Travel, Parking and Toll Expenses (Depositions/Trial) | $   572.05 |
| 4. | Telefax Charges | $   332.34 |
| 5. | Long Distance Calls | $     60.57 |
| 6. | Videographer (Deposition of Jerry Sutphin) | $     99.28 |
| 7. | Deposition Costs | $ 4,003.29 |
| 8. | Postage | $     29.64 |
| 9. | Expert Witness Fees | $ 7,375.00 |
|  | **TOTAL** | **$15,900.28** |

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

      Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC.,d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

      Defendant.

_____/

### AFFIDAVIT OF RONALD PATELLA IN SUPPORT OF PREJUDGMENT INTEREST

STATE OF FLORIDA   :
COUNTY OF BROWARD  :

    RONALD PATELLA personally appeared before me this 13th day of June, 2001, and having taken an oath, he stated that the information contained herein is true and correct. He is personally known to me, and that he has personal knowledge of the matters set forth herein, as follows:

    1.    I was the accountant expert retained by Plaintiff in this case and gave expert damage testimony at trial upon which Plaintiff's back pay award is based.

    2.    I have calculated the amount of prejudgment interest on the $150,000 back pay damages awarded to Plaintiff based on the interest rates calculation formula set forth in 26 U.S.C.A. §6621(b), as adopted by the Eleventh Circuit and federal courts in Florida in *E.E.O.C. v. Guardian Pools, Inc.,* 828 F.2d 1507, 1512 (11th Cir. 1987), and *McKelvy v. Metal Container Corp.,* 125 F.R.D. 179, 181-82 (M.D. Fla. 1989). A shown on my calculation sheet attached hereto as Exhibit "1", and based on the assumptions set forth therein based on applicable case law, the total prejudgment interest due on Plaintiff's judgment is $76,999.13.



ATTACHMENT / EXHIBIT

CASE NO. 00-6227-CIV-MORENO

FURTHER AFFIANT SAYETH NAUGHT.

_Ronald Patella_

RONALD PATELLA

SWORN TO AND SUBSCRIBED before me this _15_ day of _June_, 2001, by

_Ronald PATELLA_

NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

Printed Name of Notary Public

DIANE M. MARTEL
Notary Public, State of Florida
My Commission Exp. May 9, 2003
No. CC 814886

653456_1.DOC

# JACQUELINE IAIA
## CALCULATION OF PREJUDGMENT INTEREST
### CASE NO. 00-6227-CIV-MORENO

| Quarter Ending | Rate | 1994 Damages ($10,811) | | | | 1995 Damages ($16,058) | | | | 1996 Damages ($10,631) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/94 | 7.00% | $94.60 | | | | | | | | | | | |
| 6/30/94 | 7.00% | $189.20 | $94.60 | | | | | | | | | | |
| 9/30/94 | 8.00% | $216.22 | $216.22 | $108.11 | | | | | | | | | |
| 12/31/94 | 8.00% | $216.22 | $216.22 | $216.22 | $108.11 | | | | | | | | |
| 3/31/95 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $180.65 | | | | | | | |
| 6/30/95 | 10.00% | $270.28 | $270.28 | $270.28 | $270.28 | $401.45 | $200.72 | | | | | | |
| 9/30/95 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $180.65 | | | | | |
| 12/31/95 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $180.65 | | | | |
| 3/31/96 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $119.60 | | | |
| 6/30/96 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $119.60 | | |
| 9/30/96 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $119.60 | |
| 12/31/96 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $119.60 |
| 3/31/97 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 6/30/97 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 9/30/97 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 12/31/97 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 3/31/98 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 6/30/98 | 8.00% | $216.22 | $216.22 | $216.22 | $216.22 | $321.16 | $321.16 | $321.16 | $321.16 | $212.62 | $212.62 | $212.62 | $212.62 |
| 9/30/98 | 8.00% | $216.22 | $216.22 | $216.22 | $216.22 | $321.16 | $321.16 | $321.16 | $321.16 | $212.62 | $212.62 | $212.62 | $212.62 |
| 12/31/98 | 8.00% | $216.22 | $216.22 | $216.22 | $216.22 | $321.16 | $321.16 | $321.16 | $321.16 | $212.62 | $212.62 | $212.62 | $212.62 |
| 3/31/99 | 7.00% | $189.20 | $189.20 | $189.20 | $189.20 | $281.01 | $281.01 | $281.01 | $281.01 | $186.04 | $186.04 | $186.04 | $186.04 |
| 6/30/99 | 8.00% | $216.22 | $216.22 | $216.22 | $216.22 | $321.16 | $321.16 | $321.16 | $321.16 | $212.62 | $212.62 | $212.62 | $212.62 |
| 9/30/99 | 8.00% | $216.22 | $216.22 | $216.22 | $216.22 | $321.16 | $321.16 | $321.16 | $321.16 | $212.62 | $212.62 | $212.62 | $212.62 |
| 12/31/99 | 8.00% | $216.22 | $216.22 | $216.22 | $216.22 | $321.16 | $321.16 | $321.16 | $321.16 | $212.62 | $212.62 | $212.62 | $212.62 |
| 3/31/00 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 6/30/00 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 9/30/00 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 12/31/00 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 3/31/01 | 9.00% | $243.25 | $243.25 | $243.25 | $243.25 | $361.30 | $361.30 | $361.30 | $361.30 | $239.20 | $239.20 | $239.20 | $239.20 |
| 6/30/01 | 8.00% | $216.22 | $216.22 | $216.22 | $216.22 | $321.16 | $321.16 | $321.16 | $321.16 | $212.62 | $212.62 | $212.62 | $212.62 |
| **Quarterly Totals** | | $6,797.55 | $6,608.35 | $6,405.64 | $6,175.90 | $8,811.76 | $8,430.38 | $8,049.01 | $7,687.71 | $4,850.39 | $4,624.49 | $4,398.58 | $4,159.38 |

**GRAND TOTAL.**  $76,999.13

# JACQUELINE IAIA
## SUMMARY OF ASSUMPTIONS
## CASE No. 00-6227-CIV-MORENO

1) - Total damages which form the basis of the pre-judgment interest calculation are $150,000.

2) - Interest calculations are compounded quarterly.

3) - Since damages are in the form of lost wages, they are assumed to be earned ratably throughout the quarter.

4) - Interest rates were obtained from Frank Andreacchi of the Internal Revenue Service and represent the rate applicable to underpayment of taxes.