UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE
PINES, INC. d/b/a PEMBROKE
PINES HOSPITAL, a foreign corporation

    Defendant.
_____/

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge Dubé

### NOTICE OF UNAVAILABILITY

The undersigned hereby serves notice that he will be unavailable between June 22, 2001 through July 6, 2001, and July 20, 2001 through August 3, 2001. The undersigned will be out of town, and requests that no hearings, depositions or discovery be set during that period of time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this /2 day of June, 2001, a true and correct copy of the foregoing was served by mail to: Alexander David Del Russo, Esquire, LEVY, KNEEN, MARIANI, CURTIN, KORNFIELD & DEL RUSSO, P.A., Attorneys for Defendant, 1400 Centrepark Boulevard, Suite 1000, West Palm Beach, Florida 33401.

John F. Jankowski, Jr., Esq., P.A.
Attorneys for Plaintiff
2 South University Drive, Suite 265
Plantation, Florida 33324
Tel: (954) 370-1026
Fax: (954) 382-4322

By: _____
John F. Jankowski, Jr.
Fla. Bar No. 833533