UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **00-6227-CIV-MORENO**

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/

FILED by _____ D.C.

JUN 1 9 2001

CLARENCE MADDOX
CLER. U S DIST. CT.
S D. OF FLA.

### ORDER OF REFERRAL TO MAGISTRATE JUDGE DUBÉ REGARDING PLAINTIFF'S MOTION FOR ATTORNEY FEES & COSTS

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Robert L. Dubé** to submit an Order to this Court on **Plaintiff's Verified Motion to Tax Attorney's Fees and Costs and to Award Prejudgment Interest (D.E. No. 120), filed on June 14, 2001**.

All motions for extension or enlargement of time that relate to such motion are included with this referral. Under no circumstances shall a pretrial deadline or trial date set by a District Judge be extended, or otherwise modified, by virtue of an order entered by the Magistrate Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and



submissions pertaining to the referenced matters the name of Magistrate Judge Robert L. Dubé. An additional courtesy copy of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge Dubé's Chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2001.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Robert L. Dubé

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402