

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION

                CASE NO.:   00-CV-6227-FAM
```

JACQUELINE IAIA,

        PLAINTIFF,
                          MIAMI, FLORIDA
  VS.                         APRIL 9, 2001

GALEN HOSPITAL-PEMBROKE PINES, INC.,

        DEFENDANT.

---

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS - VOLUME 1B
BEFORE THE HONORABLE FEDERICO A. MORENO,
UNITED STATES DISTRICT JUDGE**

APPEARANCES:

| | |
|---|---|
| FOR THE PLAINTIFF: | **RODERICK V. HANNAH, ESQ.**<br>*BECKER & POLIAKOFF*<br>3111 STIRLING ROAD<br>FT LAUDERDALE, FL 33310 - 954-985-4133 |
| FOR THE DEFENDANT: | **ALEXANDER D. DEL RUSSO, ESQ.**<br>*CARLTON, FIELDS & WARD*<br>222 LAKEVIEW AVENUE - SUITE 1400<br>WEST PALM BEACH, FL 33402 - 561-659-7070 |
| REPORTED BY: | **RANDALL J. BELSVIK, RPR**<br>*OFFICIAL COURT REPORTER*<br>99 N.E. FOURTH STREET, SUITE 1027<br>MIAMI, FL 33132 - 305-523-5178 |



**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**