```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA      FILED by _____ D.C.
                        MIAMI DIVISION            APPEAL
                                                  JUN 2 5 2001
                                                  CLARENCE MADDOX
                                                  CLERK U.S. DIST. CT.
                                                  S.D. OF FLA. MIAMI
```

JACQUELINE IAIA,

                Case 00-6227-CIV-FAM

    Plaintiff,

  vs.                    MIAMI, *FLORIDA*
                        APRIL 10, 2001

GALEN HOSPITAL-PEMBROKE
PINES, INC., f/d/b/a PEMBROKE
PINES HOSPITAL,

    Defendants.

---

      TRANSCRIPT OF JURY TRIAL PROCEEDINGS
    BEFORE THE HONORABLE FEDERICO A. MORENO,
        UNITED STATES DISTRICT JUDGE

                VOLUME II

APPEARANCES:

FOR THE PLAINTIFF:

        RODERICK HANNAH, ESQ.
        and JOHN F. JANKOWSKI, ESQ.

FOR THE DEFENDANTS:

        ALEXANDER DEL RUSSO, ESQ.
        and HENRY WOLFE, ESQ.

REPORTED BY:

        ANTON B. SCHWARTZ, RPR-CP
        *Official Federal Court Reporter*
        Federal Justice Building, Ste. 1061
        99 Northeast 4th Street
        Miami, FL  33132 - 305/523-118