Page 1 of 156

FILED by _____ D.C.
APPEAL

JUN 2 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JACQUELINE IAIA,

            Plaintiff,

  vs.

GALEN HOSPITAL-PEMBROKE
PINES, INC., f/d/b/a PEMBROKE
PINES HOSPITAL,

            Defendants.

Case 00-6227-CIV-FAM

MIAMI, FLORIDA
APRIL 11, 2001

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE FEDERICO A. MORENO,
UNITED STATES DISTRICT JUDGE

VOLUME III

APPEARANCES:

FOR THE PLAINTIFF:

    RODERICK HANNAH, ESQ.
    and JOHN F. JANKOWSKI, ESQ.

FOR THE DEFENDANTS:

    ALEXANDER DEL RUSSO, ESQ.
    and HENRY WOLFE, ESQ.

REPORTED BY:

    ANTON B. SCHWARTZ, RPR-CP
    *Official Federal Court Reporter*
    Federal Justice Building, Ste. 1061
    99 Northeast 4th Street
    Miami, FL  33132 - 305/523-118