```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
```

FILED by _____ D.C.
APPEAL
JUN 2 5 2001
CLARENCE MADDOX
CLERK U.S. DIS. CT.
S.D. FLA. MIAMI

```
 4
     JACQUELINE IAIA,
 5                                        Case 00-6227-CIV-FAM
                Plaintiff,
 6
        vs.                               MIAMI, FLORIDA
 7                                        APRIL 12, 2001
     GALEN HOSPITAL-PEMBROKE
 8   PINES, INC., f/d/b/a PEMBROKE
     PINES HOSPITAL,
 9

10
                Defendants.
11   _____

12          TRANSCRIPT OF JURY TRIAL PROCEEDINGS
         BEFORE THE HONORABLE FEDERICO A. MORENO,
13              UNITED STATES DISTRICT JUDGE

14                       VOLUME IV

15   APPEARANCES:

16
     FOR THE PLAINTIFF:
17
                         RODERICK HANNAH, ESQ.
18                       and JOHN F. JANKOWSKI, ESQ.

19   FOR THE DEFENDANTS:

20                       ALEXANDER DEL RUSSO, ESQ.
                         and HENRY WOLFE, ESQ.
21
     REPORTED BY:
22
                         ANTON B. SCHWARTZ, RPR-CP
23                       Official Federal Court Reporter
                         Federal Justice Building, Ste. 1061
24                       99 Northeast 4th Street
                         Miami, FL  33132 - 305/523-118
25
```