UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

COLUMBIA HEALTHCARE
CORPORATION d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH LOCAL RULE 7.3 GOOD FAITH CONFERENCE WITH OPPOSING COUNSEL

Plaintiff, JACQUELINE IAIA, by and through her undersigned counsel, and pursuant to Local Rule 7.3 hereby gives notice that on Monday, June 18, 2001 her counsel conferred in good faith with counsel for defendant in an effort to reach agreement regarding Plaintiff's claims for attorneys fees and costs. However, no agreement has been reached.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to: Alexander D. del Russo, Esq., Carlton, Fields, et al., Counsel for Defendant, P.O. Box 150, West Palm Beach, FL 33402-0150; and John F. Jankowski, Jr., Esq., Co-Counsel for Plaintiff, 2 South University Drive, Plantation, FL 33324, this 20th day of June, 2001.

    **BECKER & POLIAKOFF, P.A.**
    Attorneys for Plaintiff
    3111 Stirling Road
    Ft. Lauderdale, FL 33312
    Tel. (954) 985-4145

    By: _____
    Roderick V. Hannah, Esq.
    Fla. Bar No. 435384

285896_1.DOC