UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO/ DUBÉ



NIGHT BOX
FILED
JUN 2 6 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.

_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO TAX ATTORNEYS' FEES

The Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL, through undersigned counsel, and pursuant to Rules 6(e) and 54(d)(2) of the Federal Rules of Civil Procedure, hereby requests that this Court grant it a twenty (20) day enlargement of time within which to respond to Plaintiff's Motion to Tax Attorneys' Fees. The grounds for this Motion are fully set forth in the attached Memorandum of Law.

### Memorandum of Law

This is an action for age discrimination brought under the Age Discrimination and Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.* Following a jury trial, this Court entered Final Judgment in favor of Plaintiff in the amount of $150,000, on May 15, 2001. Thereafter, on



June 14, 2001, Plaintiff filed her verified motion to tax attorneys fees.[1] Defendant's response to this motion is presently due on June 29, 2001, and therefore this Motion is timely filed.

Plaintiff's Motion to Tax Attorneys' Fees raises substantial issues and will require Defendant to review and present evidence (if appropriate) in opposition to the requested award. To do so, Defendant intends to engage outside counsel to review pertinent documents and time entries in order to submit an opinion as to the reasonable and appropriate scope of attorneys' fees. Accordingly, Defendant is in need of an additional twenty (20) days time to fully review and respond to Plaintiff's Motion. Defendant requests this Court grant a twenty (20) day enlargement of time, so that its response will be **due on July 19, 2001**.

The undersigned has contacted the offices of Roderick V. Hannah, Esq., as counsel for Plaintiff, who has indicated that he has no opposition to the relief sought in this Motion.

Accordingly, Defendant requests that this Court grant this Motion and enlarge the time within which Defendant must respond to Plaintiff's Motion to Tax Attorneys' Fees until **July 19, 2001**.

---

[1] Although the Certificate of Service erroneously states that service was made on Defendant "by mail and facsimile," the document was never sent via telefax to defense counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was mailed this 26th day of June, 2001, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:(561) 659-7070
Facsimile:      (561) 659-7368
Email: adelrusso@carltonfields.com
Attorneys for Defendant

By: _____
Alexander D. del Russo
Florida Bar Number 350273