UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO/DUBÉ

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a/ PEMBROKE PINES HOSPITAL

    Defendant.

_____/



## ORDER ON MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion to Tax Attorney's Fees (D.E. #131). Upon review of the motion and the file in this cause, it is **ORDERED and ADJUDGED** as follows:

Defendant's Motion for Enlargement of Time (D.E. #131) is **GRANTED**. Defendant shall have up through and until **July 19, 2001** within which to file its response to Plaintiff's Motion to Tax Attorney's Fees. A copy of the Response shall be delivered directly to the chambers of Magistrate Judge Dubé within the time provided in this Order.

**DONE AND ORDERED** this 28th day of June, 2001.

                              ROBERT L. DUBÉ
                              UNITED STATES MAGISTRATE JUDGE

cc: Honorable Federico A. Moreno
    Attached Service List

SERVICE LIST

CASE NO. 00-6227-CIV-MORENO/DUBÉ

**Jacqueline Iaia V. Galen Hospital-Pembroke Pines, Inc.,
F/d/b/a/ Pembroke Pines Hospital**

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
P.O. Box 9057
Ft. Lauderdale, Florida 33310-9057

John F. Jankowski, Jr., Esq.
John F. Jankowski, Jr., P.A.
2 South University Drive
Suite 265
Plantation, Florida 33324

Alexander D. del Russo, Esq.
Carlton Fields, P.A.
P.O. Box 150
West Palm Beach, Florida 33402-0150