# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX  
Clerk of Court

Appeals Section

Date: 7/9/2001

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

**COR/ROA**

IN RE: District Court No: 00-06227-CV - FAM

U.S.C.A. No: 01-13135-J

Style: IAIA V. COLUMBIA HEALTHCARE

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 4 Volume(s) of pleadings
- 5 Volume(s) of Transcripts

Exhibits: 0 boxes; 2 folders;  
0 envelopes; 0 PSIs (sealed)  
other: _____  
other: _____  
✓ Other: (2) acc folders containing Depo's 55-58 & DE 68

Sincerely,

Clarence Maddox, Clerk of Court  
By: _____  
Deputy Clerk

Attachment  
c: court file

S/F A-15  
Rev. 10/94

| 301 N. Miami Avenue | 299 E. Broward Boulevard | 701 Clematis Street |
|---|---|---|
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |



```
                                                    RLD      CLOSED
                                                    APPEAL
              U.S. District Court
     Southern District of Florida (FtLauderdale)

        CIVIL DOCKET FOR CASE #: 00-CV-6227
```

Iaia v. Columbia Healthcare                              Filed: 02/16/00
Assigned to: Judge Federico A. Moreno       Jury demand: Both
Demand: $0,000                              Nature of Suit: 442
Lead Docket: None                           Jurisdiction: Federal Question
Dkt # in 17th Jud. Circuit : is 00-001709-04

Cause: 28:1443cv Notice of Removal - Civil Rights Cases


JACQUELINE IAIA                    John F. Jankowski, Jr.
    plaintiff                      954-370-1026
                                   Suite 220
                                   [COR LD NTC]
                                   1200 S Pine Island Road
                                   Plantation, FL 33324

                                   Roderick Victor Hannah
                                   FTS 985-4176
                                   [COR LD NTC]
                                   Becker & Poliakoff
                                   3111 Stirling Road
                                   PO Box 9057
                                   Fort Lauderdale, FL 33310-9057
                                   954-985-4133


    v.


GALEN HOSPITAL-PEMBROKE PINES,     Alexander D. Del Russo
INC., a foreign corporation        FTS 659-7368
dba                                [COR LD NTC]
Pembroke Pines Hospital            Carlton Fields Ward Emmanuel
aka                                Smith & Cutler
Columbia Healthcare                222 Lakeview Avenue
Corporation                        Suite 1400 PO Box 150
    defendant                      West Palm Beach, FL 33402-0150
                                   561-659-7070


Docket as of July 9, 2001 1:57 pm              Page 1

[Stamp: Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida By [signature] Deputy Clerk Date 7/9/01]

```
Proceedings include all events.                                    RLD
0:00cv6227 Iaia v. Columbia Healthcare                      CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 2/16/00 | 1 | NOTICE OF REMOVAL with copy of Verified Complaint and Jury Trial Demand attached from: 17th Judicial Circuit Court. FILING FEE $150.00  RECEIPT # 518574  RLD  A-7 (el) *Begin Vol 1* |
| 2/16/00 | -- | Magistrate identification: Magistrate Judge Robert L. Dube (el) |
| 2/22/00 | 2 | NOTICE OF COURT PRACTICE IN REMOVAL CASES  ( Signed by Judge Federico A. Moreno on 2/22/00) CCAP [EOD Date: 2/23/00] (sk) [Entry date 02/23/00] |
| 2/28/00 | 3 | MOTION by Galen Hospital to extend time to 3/4/00 to respond to complaint (sk) |
| 2/29/00 | 4 | ORDER granting [3-1] motion to extend time to 3/4/00 to respond to complaint  reset answer due for 3/4/00 for Galen Hospital ( Signed by Judge Federico A. Moreno on 2/29/00) CCAP [EOD Date: 3/1/00] (hr) [Entry date 03/01/00] |
| 3/9/00 | 5 | ANSWER to Complaint by Galen Hospital (sk) |
| 3/9/00 | 6 | MOTION by Galen Hospital to strike portions of complaint (sk) |
| 3/9/00 | 7 | STATUS REPORT by Galen Hospital (sk) |
| 3/10/00 | 8 | SCHEDULING ORDER setting Jury trial set for 10/9/00 Calendar call set for 2:00 10/3/00 ( Signed by Judge Federico A. Moreno on 3/9/00) CCAP [EOD Date: 3/13/00] CCAP (sk) [Entry date 03/13/00] |
| 3/10/00 | 9 | ORDER referring case to mediation.  15 days to appoint mediator ( Signed by Judge Federico A. Moreno on 3/9/00) CCAP [EOD Date: 3/13/00] (sk) [Entry date 03/13/00] |
| 3/10/00 | 10 | PRETRIAL ORDER filed: Scheduling Conference deadline: 4/14/00 ( Signed by Judge Federico A. Moreno on 3/9/00) CCAP [EOD Date: 3/13/00] (sk) [Entry date 03/13/00] |
| 3/10/00 | 11 | SCHEDULING ORDER setting Discovery cutoff 6/16/00 ; ( Signed by Judge Federico A. Moreno on 3/9/00) CCAP [EOD Date: 3/13/00]  CCAP (sk) [Entry date 03/13/00] |
| 3/27/00 | 12 | ORDER granting [6-1] motion to strike portions of complaint ( Signed by Judge Federico A. Moreno on 3/27/00) CCAP [EOD Date: 3/28/00] (sk) [Entry date 03/28/00] |
| 4/3/00 | 13 | INTERROGATORIES propounded by Jacqueline Iaia to Galen Hospital (sk) [Entry date 04/05/00] |
| 4/3/00 | 14 | REQUEST for Production of Documents by Jacqueline Iaia (sk) [Entry date 04/05/00] |
| 4/20/00 | 15 | JOINT MOTION by Jacqueline Iaia, Galen Hospital to continue trial by 60 days (sk) [Entry date 04/21/00] |

Proceedings include all events.                                                RLD
0:00cv6227 Iaia v. Columbia Healthcare                                   CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 8/16/00 | 30 | ORDER granting [28-1] motion for leave to file amendment to answer ( Signed by Judge Federico A. Moreno on 8/14/00) CCAP [EOD Date: 8/17/00] (sk) [Entry date 08/17/00] |
| 8/16/00 | 31 | AMENDMENT by Columbia Healthcare to: [5-1] answer (sk) [Entry date 08/17/00] |
| 8/16/00 | 32 | MOTION by Jacqueline Iaia to continue trial and pretrial deadlines (sk) [Entry date 08/18/00] |
| 8/16/00 | 33 | NOTICE of Unavailability by Jacqueline Iaia (sk) [Entry date 08/18/00] |
| 8/18/00 | 34 | MOTION by Jacqueline Iaia for pretrial conference (sk) [Entry date 08/21/00] |
| 8/18/00 | 35 | MOTION by Jacqueline Iaia to extend time of pretrial deadlines, and to continue trial (sk) [Entry date 08/21/00] |
| 8/18/00 | 36 | MEMORANDUM by Columbia Healthcare in opposition to [35-1] motion to extend time of pretrial deadlines, [35-2] motion to continue trial (sk) [Entry date 08/21/00] |
| 8/21/00 | 37 | MEMORANDUM by Columbia Healthcare in opposition to second [35-2] motion to continue trial, [35-1] motion to extend time of pretrial deadlines (sk) [Entry date 08/22/00] |
| 8/21/00 | 38 | ORDER OF CONTINUANCE granting [35-1] motion to extend time of pretrial deadlines, granting [35-2] motion to continue trial, mooting [34-1] motion for pretrial conference, mooting [32-1] motion to continue trial and pretrial deadlines  set scheduling order deadlines: Jury Trial 4/9/01 Calendar Call set for 2:00 4/3/01 ( Signed by Judge Federico A. Moreno on 8/18/00) CCAP [EOD Date: 8/22/00] (sk) [Entry date 08/22/00] |
| 8/25/00 | 39 | ORDER granting [34-1] motion for pretrial conference setting pretrial conference for 9:15 9/13/00 before Judge Federico A. Moreno ( Signed by Judge Federico A. Moreno on 8/24/00) CCAP [EOD Date: 8/28/00] (lk) [Entry date 08/28/00] |
| 8/25/00 | 40 | ADMINISTRATIVE ORDER denying as moot [35-1] motion to extend time of pretrial deadlines, denying [35-2] motion to continue trial. ( Signed by Judge Federico A. Moreno on 8/24/00) CCAP [EOD Date: 8/28/00] (lk) [Entry date 08/28/00] |
| 9/1/00 | 41 | MOTION by Columbia Healthcare to transfer trial to West Palm Beach Division (sk) [Entry date 09/05/00] |
| 9/1/00 | 42 | MOTION by Columbia Healthcare for reconsideration of [38-2] ORDER OF CONTINUANCE granting [35-1] motion to extend time of pretrial deadlines, granting [35-2] motion to continue trial (sk) [Entry date 09/05/00] |

*[handwritten: Vol I cont'd]*

```
Proceedings include all events.                                    RLD
0:00cv6227 Iaia v. Columbia Healthcare              CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 11/3/00 | 55 | DEPOSITION of Jacqueline Iaia (sk) [Entry date 11/06/00] |
| 11/3/00 | 56 | DEPOSITION of Jerry Sutphin (sk) [Entry date 11/06/00] |
| 11/3/00 | 57 | DEPOSITION of Joseph Cash (sk) [Entry date 11/06/00] *see all fol 1 for exhibits* |
| 11/3/00 | 58 | DEPOSITION of Monique Monteiro (sk) [Entry date 11/06/00] *see all. fol 2 for exhibit* |
| 11/6/00 | 59 | MOTION with memorandum in support by Galen Hospital for recovery of attorney fees, and to Tax Costs (sk) [Entry date 11/07/00] *vol 2 cont'd* |
| 11/8/00 | 60 | TWENTY DAY NOTICE OF CONSIDERATION OF [49-1] motion for summary judgment ( Signed by Judge Federico A. Moreno on 11/7/00) CCAP [EOD Date: 11/9/00] (sk) [Entry date 11/09/00] |
| 11/15/00 | 61 | MEMORANDUM by Jacqueline Iaia in opposition to [59-1] motion for recovery of attorney fees, [59-2] motion to Tax Costs (sk) [Entry date 11/16/00] |
| 11/22/00 | 62 | REPLY by Galen Hospital to response to [59-1] motion for recovery of attorney fees, [59-2] motion to Tax Costs (sk) [Entry date 11/27/00] |
| 11/30/00 | 63 | ORDER OF REFERENCE Referring Motion(s) [59-1] motion for recovery of attorney fees referred to Magistrate Judge Robert L. Dube, [59-2] motion to Tax Costs referred to Magistrate Judge Robert L. Dube ( signed by Judge Federico A. Moreno on 11/30/00) [EOD Date: 12/4/00] (gp) [Entry date 12/04/00] |
| 12/4/00 | 64 | ORDER denying [59-1] motion for recovery of attorney fees, denying [59-2] motion to Tax Costs ( Signed by Magistrate Judge Robert L. Dube on 12/4/00) CCAP [EOD Date: 12/5/00] (gp) [Entry date 12/05/00] |
| 12/4/00 | 65 | Unopposed MOTION by Jacqueline Iaia to extend time to Respond to Motion for Summary Judgment (gp) [Entry date 12/06/00] |
| 12/11/00 | 66 | Statement of material facts which demonstrate the existence of issues of material facts by Jacqueline Iaia in opposition to [49-1] motion for summary judgment (dg) [Entry date 12/13/00] |
| 12/11/00 | 67 | MEMORANDUM by Jacqueline Iaia in opposition to [49-1] motion for summary judgment (dg) [Entry date 12/13/00] |
| 12/11/00 | 68 | APPENDIX in support of [67-1] opposition memorandum by Jacqueline Iaia (dg) [Entry date 12/13/00] *see all fol 2* |