UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO/ DUBÉ

JACQUELINE IAIA,

Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

Defendant.
_____/



### NOTICE OF FILING AFFIDAVIT IN OPPOSITION
### TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES

The Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a, PEMBROKE PINES HOSPITAL, hereby gives notice of the filing of the attached Affidavit of **Susan N. Eisenberg, Esq.,** in opposition to Plaintiff's Motion for Award of Attorneys' Fees.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was mailed this 19th day of July, 2001, to Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South



University Drive, Suite 265, Plantation, Florida 33324; and to Magistrate Judge Robert L. Dubé, 300 N.E. First Avenue, Room 236, Miami, Florida 33132.

        CARLTON FIELDS, P.A.
        P.O. Box 150
        West Palm Beach, FL 33402-0150
        Telephone:(561) 659-7070
        Facsimile: (561) 659-7368
        Email: adelrusso@carltonfields.com
        Attorneys for Defendant

        By: _____
        Alexander D. del Russo
        Florida Bar Number 350273