UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES, INC., d/b/a PEMBROKE PINES HOSPITAL, a foreign corporation,

    Defendant.

_____/



### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO TAX ATTORNEY'S FEES

Plaintiff JACQUELINE IAIA, by and through her undersigned counsel, moves this Court for a 20-day enlargement of time – until August 16, 2001 – in which to submit her Reply Memorandum of Law in support of her Motion to Tax Attorney's Fees (D.E. 120). In support of this Motion, Plaintiff states as follows:

1. Plaintiff's Reply is presently due on or before July 27, 2001.

2. As a result of scheduling backlogs in other matters, and the need for Plaintiff to support her Reply with expert evidence (in the form of affidavits) to respond to the expert affidavit of an attorney filed by Defendant in connection with its Response memorandum of law, Plaintiff requires an additional 20 days – until August 16, 2001 – in which to prepare and submit her Reply.

3. The undersigned has conferred with counsel for Defendant regarding the requested enlargement, and counsel for Defendant has no opposition thereto.

4. This Motion is not being interposed for purposes of delay, and the requested enlargement of time will not prejudice any of the parties hereto.



CASE NO. 00-6227-CIV-MORENO

WHEREFORE, Plaintiff requests that this Motion be granted and that she be given until August 16, 2001, in which to submit her Reply in support of her Motion for Attorney's Fees. A proposed Order granting this Motion is attached.

Respectfully submitted,

| | |
|---|---|
| BECKER & POLIAKOFF, P.A<br>Counsel for Plaintiff<br>3111 Stirling Road, P.O. Box 9057<br>Fort Lauderdale, FL 33310-9057<br>954/985-4145 (BR); 954/985-4176 (fax)<br><br>By _____<br>Roderick V. Hannah, Esq.<br>Florida Bar No. 435384 | THE LAW OFFICES OF JOHN F.<br>JANKOWSKI, JR., P.A.<br>Co-Counsel for Plaintiff<br>2 South University Drive, Ste. 265<br>Plantation, FL 33324<br>954/370-1026 (BR); 954/382-4322<br><br>By _____<br>John F. Jankowski, Jr., Esq.<br>Florida Bar No. 833533 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Counsel for Defendant, Carlton Fields, Esperante Building – Suite 1400, 222 Lakeview Avenue, West Palm Beach, FL 33402-0150, this 26th day of July, 2001.

By _____
Roderick V. Hannah, Esq.

658870_1 DOC