UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO/DUBÉ

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a/ PEMBROKE PINES HOSPITAL

    Defendant.
_____/

FILED by ___ D.C.
MAG. SEC.

AUG 1 - 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Submit Reply in Support of Motion to Tax Attorney's Fees (Filed July 26, 2001). Upon review of the motion and the file in this cause, it is **ORDERED and ADJUDGED** as follows:

Plaintiff's July 26, 2001 Motion for Enlargement of Time is **GRANTED**. Plaintiff shall have up through and until **August 16, 2001** within which to file its reply in support of the Motion to Tax Attorney's Fees. A copy of the Reply shall be delivered directly to the chambers of Magistrate Judge Dubé within the time provided in this Order.

**DONE AND ORDERED** this 31st day of July, 2001.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Federico A. Moreno
    Attached Service List

SERVICE LIST

CASE NO. 00-6227-CIV-MORENO/DUBÉ

**Jacqueline Iaia V. Galen Hospital-Pembroke Pines, Inc.,
F/d/b/a/ Pembroke Pines Hospital**

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
P.O. Box 9057
Ft. Lauderdale, Florida 33310-9057

John F. Jankowski, Jr., Esq.
John F. Jankowski, Jr., P.A.
2 South University Drive
Suite 265
Plantation, Florida 33324

Alexander D. del Russo, Esq.
Carlton Fields, P.A.
P.O. Box 150
West Palm Beach, Florida 33402-0150