UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/

### PLAINTIFF'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO TAX ATTORNEY'S FEES

Plaintiff JACQUELINE IAIA, by and through her undersigned counsel, moves this Court for an additional enlargement of time until August 27, 2001 in which to submit her Reply Memorandum of Law in support of her Motion to Tax Attorney's Fees (D.E. 120). In support of this Motion, Plaintiff states as follows:

1. Plaintiff's Reply is presently due on or before August 16, 2001.

2. As a result of Plaintiff's counsel being called to a jury trial in Miami-Dade County Circuit Court commencing Monday, August 20, 2001, and the need for Plaintiff's counsel to devote full time to prepare for that trial, as well as scheduling backlogs in other matters and the need for Plaintiff to support her Reply with expert evidence (in the form of affidavits) to respond to the expert affidavit of an attorney filed by Defendant in connection with its Response memorandum of law, Plaintiff requires an enlargement of time to August 27, 2001 in which to prepare and submit her Reply.

3. The undersigned has conferred with counsel for Defendant regarding the requested enlargement, and counsel for Defendant has no opposition thereto. However, because

Plaintiff will be submitting additional affidavits in connection with her Reply, counsel for the Defendant wishes the opportunity to file a Surreply memorandum of law, if he should deem it necessary. Plaintiff's counsel has no objection to the filing of a Surreply.

4.   This Motion is not being interposed for purposes of delay, and the requested enlargement of time will not prejudice any of the parties hereto.

WHEREFORE, Plaintiff requests that this Motion be granted and that she be given until August 27, 2001, in which to submit her Reply in support of her Motion for Attorney's Fees. A proposed Order granting this Motion, and permitting Defendant to file a Surreply, should it so desire, is attached.

Respectfully submitted,

BECKER & POLIAKOFF, P.A
Counsel for Plaintiff
3111 Stirling Road, P.O. Box 9057
Fort Lauderdale, FL 33310-9057
954/985-4145 (BR); 954/985-4176 (fax)

By _____
Roderick V. Hannah, Esq.
Florida Bar No. 435384

THE LAW OFFICES OF JOHN F.
JANKOWSKI, JR., P.A.
Co-Counsel for Plaintiff
2 South University Drive, Ste. 265
Plantation, FL 33324
954/370-1026 (BR); 954/382-4322

By _____
John F. Jankowski, Jr., Esq.
Florida Bar No. 833533

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Counsel for Defendant, Carlton Fields, Esperante Building – Suite 1400, 222 Lakeview Avenue, West Palm Beach, FL 33402-0150, this 15th day of August, 2001.

By: _____
Roderick V. Hannah, Esq.