UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO/DUBÉ

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a/ PEMBROKE PINES HOSPITAL

    Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.

AUG 21 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER ON MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court on Plaintiff's Second Unopposed Motion for Enlargement of Time to Submit Reply in Support of Plaintiff's Motion for Attorney's Fees (D.E. #142). Upon review of the motion and the file in this cause, it is **ORDERED and ADJUDGED** as follows:

Plaintiff's Motion for Enlargement of Time is **GRANTED**. Plaintiff shall have until **2:00 p.m. August 27, 2001** within which to file and serve its reply in support of the Motion for Attorney's Fees. Defendant shall have until **2:00 p.m. September 7, 2001** to file and serve any surreply. A copy of the Reply and Surreply shall be delivered directly to the chambers of Magistrate Judge Dubé within the time provided in this Order.

    **DONE AND ORDERED** this 21st day of August, 2001.

                                                             _____
                                                              ROBERT L. DUBÉ
                                                              UNITED STATES MAGISTRATE JUDGE

cc: Honorable Federico A. Moreno
     Attached Service List



SERVICE LIST

CASE NO. 00-6227-CIV-MORENO/DUBÉ

**Jacqueline Iaia V. Galen Hospital-Pembroke Pines, Inc.,
F/d/b/a/ Pembroke Pines Hospital**

Roderick V. Hannah, Esq.
Becker & Poliakoff, P.A.
P.O. Box 9057
Ft. Lauderdale, Florida 33310-9057

John F. Jankowski, Jr., Esq.
John F. Jankowski, Jr., P.A.
2 South University Drive
Suite 265
Plantation, Florida 33324

Alexander D. del Russo, Esq.
Carlton Fields, P.A.
P.O. Box 150
West Palm Beach, Florida 33402-0150