UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6227-CIV-MORENO/DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/



FILED by SC D.C.

SEP 28 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER APPROVING SUPERSEDEAS BOND
## AND FOR STAY PENDING APPEAL

This cause has come before the Court upon Defendant's Motion for approval of its Supersedeas Bond and for stay pending appeal. Upon consideration, it is hereby

ORDERED as follows:

1. This Court approves of the Supersedeas Bond filed by Defendant with its Motion, in the principal amount of $150,000, and

2. Enforcement of this Judgment is stayed pending conclusion of Defendant's appeal.

DONE and ORDERED in Chambers, in Miami, Florida, this 28th day of September, 2001.

_____
Federico A. Moreno
United States District Court Judge

Copies furnished to:

Alexander D. del Russo, Esq., Carlton Fields, P.A., P.O. Box 150, West Palm Beach, FL 33402-0150

Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, 3111 Stirling Road, Ft. Lauderdale, FL 33312

John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, FL 33324

WPB#542572.01