UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/

FILED by ___ D.C.

NOV 2 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER ADOPTING IN PART MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER AWARDING FEES, COSTS, AND PREJUDGMENT INTEREST

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Verified Motion to Tax Attorney's Fees and Costs and to Award prejudgment Interest **(D.E. No. 120)**, filed on **June 14, 2001**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 146)** on **September 21, 2001**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Robert L. Dubé's Report and Recommendation **(D.E. No. 120)** on **September 21, 2001** is **AFFIRMED IN PART** and **ADOPTED as follows**. Accordingly, it is

**ADJUDGED** that:

    (1)    As Defendant has not objected to the sections of Magistrate Judge Dubé's report and

151

recommendation dealing with fees and costs, this Court AFFIRMS and ADOPTS these sections of the report and recommendation. Accordingly, this Court awards Plaintiff the sum of $105,079.00 as fees, and $3,204.98 as costs for a total of $108,283.98 in fees and costs.

(2)     Defendant has filed an objection to the award of prejudgment interest. Defendant asks that the Court's in its discretion not award prejudgment interest or alternatively to award back pay in the amount of $16,743.50, reflecting the period from termination until Plaintiff returned to school in August, 1996 and ceased mitigating her damages. This Court agrees with the report and recommendation and in the exercise of its discretion finds that it is appropriate to award prejudgment interest. Defendant's objection, however, on the amount of prejudgment interest is well taken.

Accordingly, this Court AFFIRMS and ADOPTS IN PART the report and recommendation as to prejudgment interest and awards prejudgment interest in the amount of $16,743.50.

(3)     Plaintiff shall recover from Defendant attorney's fees and costs in the amount of $108,283.98; and pre-judgment interest in the amount of $16,743.50; for a sum total of **$125,027.48**. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2001.

_____
FEDERICO A. MORENO

UNITED STATES DISTRICT JUDGE

Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402