UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

        Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

        Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING ORIGINAL TRIAL EXHIBITS

    Plaintiff JACQUELINE IAIA, pursuant to Order of the United States Court of Appeals for the Eleventh Circuit granting Appellant's Motion to Supplement the Record, dated November 14, 2001, hereby gives notice of the filing of the attached original trial exhibits introduced into evidence by Plaintiff at the trial of the above-styled case. This Court has been directed to forward to the appellate court a supplemental certificate of readiness with the attached exhibits.

    Respectfully submitted,

| | |
|---|---|
| BECKER & POLIAKOFF, P.A<br>Counsel for Plaintiff<br>3111 Stirling Road, P.O. Box 9057<br>Fort Lauderdale, FL 33310-9057<br>954/985-4145 (BR); 954/985-4176 (fax)<br><br>By _____<br>    Roderick V. Hannah, Esq.<br>    Florida Bar No. 435384 | THE LAW OFFICES OF JOHN F.<br>    JANKOWSKI, JR., P.A.<br>Co-Counsel for Plaintiff<br>2 South University Drive, Ste. 265<br>Plantation, FL 33324<br>954/370-1026 (BR); 954/382-4322 (fax)<br><br>By _____<br>    John F. Jankowski, Jr., Esq.<br>    Florida Bar No. 833533 |

CASE NO. 00-6227-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to: Alexander D. del Russo, Esq., Counsel for Defendant, Carlton Fields, Esperante Building – Suite 1400, 222 Lakeview Avenue, West Palm Beach, FL 33402-0150, this 26th day of November, 2001.

By: _____
Roderick V. Hannah, Esq.

681733_1.DOC

# Additional Attachments Not Scanned

☐ Legal Size Document

☐ Large Exhibit

☐ Double Sided

☐ Extradition Papers

☒ Other _____