UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/



NIGHT BOX FILED
NOV 28 2001
CLARENCE
CLERK, USDC/SDF

## NOTICE OF FILING DEFENDANT'S TRIAL EXHIBITS IN COMPLIANCE WITH ORDER GRANTING MOTION TO SUPPLEMENT RECORD ON APPEAL

Defendant/Appellant, GALEN HOSPITAL-PEMBROKE PINES, INC., f/d/b/a PEMBROKE PINES HOSPITAL ("GALEN"), by and through undersigned counsel, hereby files its original trial exhibits, in accordance with the November 14, 2001, Order of the United States Court of Appeals for the Eleventh Circuit, which granted GALEN's Motion to Supplement the Record, requiring the filing of the original trial exhibits with this Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was mailed this 28th day of November, 2001, to Diane H. Tutt, Esq., Diane H. Tutt, P.A., 8211 W. Broward Blvd., Suite 420, Plantation, Florida 33324; Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale,

WPB#545447.01

Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

          CARLTON FIELDS, P.A.
          222 Lakeview Avenue, Suite 1400
          West Palm Beach, FL  33401-6149
          Telephone:         (561) 659-7070
          Facsimile: (561) 659-7368

By: _____
          Alexander D. del Russo
          Florida Bar Number 350273
          Email: adelrusso@carltonfields.com
          Michael J. Compagno
          Florida Bar Number 886084
          Email: mcompagno@carltonfields.com
          Counsel for Defendant/Appellant

B. PERFORMANCE CHARACTERISTICS

| RATE THE FOLLOWING | CODE | COMMENTS |
|---|---|---|
| 1. PROFICIENCY IN FIELD/SPECIALTY — Degree of competence. Professional manner. | 3.5 | Has developed well in field. |
| 2. ADMINISTRATIVE EFFECTIVENESS — Skill in planning, organizing and implementing work assignments or projects. | 3.5 | Good organizational skills. |
| 3. LEADERSHIP — Skill in getting work done through formal or informal direction of others. | 3 | Very Good at organizing events (Blood Drives) and employee activities. |
| 4. JUDGEMENT/DECISION MAKING — Degree of analysis, objectivity and foresight used to make decisions. | 3 | Seeks input. Objective in making decisions |
| 5. RELATIONSHIPS — Ability to work with subordinates, peers and superiors. | 4 | Works well with all concerned |
| 6. INITIATIVE & RESOURCEFULNESS — Amount of drive and creativity. Ability to start and accomplish work. Degree of supervision needed. | 4 | Very persistent in accomplishing tasks assigned. |
| 7. SUPERVISORY SKILL — Demonstrated ability to select, train, motivate and develop subordinates. Degree of sustained contribution from work group. | N/A | |
| 8. COMMUNICATION — Expression of ideas verbally or written. Method and manner of speaking. Ability to observe and listen. | 4 | Has good written and verbal skills |
| 9. PROFESSIONAL DEVELOPMENT — Commitment to professional growth through development of skills and knowledge. | 4 | Very active in professional organization |
| 10. ADAPTABILITY — Efficiency under stress. Receptiveness to change/new ideas. Poise and/or courtesy in tough situations. | 4 | Handles most situations very well. |
| 11. ATTITUDE & COOPERATION — Degree to which employee is supportive of organization's objectives, decisions and policies. Accepts and profits from constructive criticism. | 4 | Very supportive of organizations goals. |
| OVERALL RATING | 3.7 | |

C00022

Iaia v. Galen Hospital-Pembroke Pines, Inc.; Case No. 00-6227-Civ-Moreno
Defendant's Exhibit 4

## C. DEVELOPMENT SUMMARY

| SUMMARY OF STRENGTHS | SUMMARY OF DEVELOPMENTAL NEEDS |
|---|---|
| A. See Notes below <br> B. <br> C. | A. <br> B. <br> C. |

**Action to be taken to correct performance deficiencies where appropriate**

Jackie does an excellent job in promoting the facility through the Chamber of Commerce and other local organizations. Needs to continue to develop relationships with media and other organizations to promote and enhance the hospital's image within the community.

| No. of In-Service Programs attended. | DID EMPLOYEE ATTEND ▶ | Safety Program ☐ YES ☐ NO | CPR ☐ YES ☐ NO | Infection Control ☐ YES ☐ NO | No. of Cont. Ed. Prog. Attended | Contact Hrs |
|---|---|---|---|---|---|---|
| The position description for this employee has been reviewed and is current. | | ☐ YES ☐ NO | A revised position description has been attached. | | ☐ YES ☐ NO | |

## D. EMPLOYEE COMMENTS

Do you have any comments concerning this appraisal?
☐ YES ☐ NO

1998

C0023

57

Iaia v. Galen Hospital-Pembroke Pines, Inc.; Case No. 00-6227-Civ-Moreno
Defendant's Exhibit 7

NAME  Severence  X  Hours per wk

sep. from Full → Part → Per Diem    sep Transfer

| Employee Name | Department/Position Title | Hire Date | Annual/HR | Severence | Reg FTE |
|---|---|---|---|---|---|
| Beale, Rosemary  810 | Housekeeping | 12/88 | last hired in | 4 wks. | |
| Norma Cronoff  810 | OR Clerk | 4/79 | | 8 wks. | 1.0 |
| Arthur Stephens  830 | Engineering | 6-26-79 | | 8 wks. | 1.0 |
| Jonathan Bailey  712 | Pharmacy Tech. | 93 | Per Diem | ok No Severance | P.D. |
| Thomas Bohan  712 | Pharmacy Tech | | limited availability Per Diem | ok No Severance | P.D. |
| Angela Goodman  712 | Pharmacy Tech | 2-22-83 | | ok 8 wks | 1.0 |
| Gisselle Pean  712 | Pharmacy | 4-13-92 | | 2 wks. | 1.0 |
| Emilia (illegible) | Pharmacist | | | | 1.0 |
| Ed Murphy  712 | Pharmacy Marketing | Not Replacing Pos. 12/1 | | N/A - Transf. to other Hosp | 1.0 |
| Jacqueline Iaia  920 | Dir Mar/Com. Rel. | 2-5-74 | 38,900/18.7019 | 8 wks. | 1.0 |
| Adelaide Murray  917 | Nursing Infection Control | 9-7-93 | 40,000/19.2308 | 2 wks. | 1.0 |
| Julie Odessky  917 | Dir Hosp. Qual. Manage | 1-6-87 | 41,500/19.9519 | N/A - Transfer to Aventura | 1.0 |
| Melva Williams  615 | Nursing 11-7 Unit Secret. | 2- -80 | /8.49 | 8 wks | .8 |
| Bernadette Mercon  614 | Nursing RN 11-7 | 12- -89 | /14.79 | 4 wks | 1.0 |
| Cheryl DeWitt  614 | Nursing RN 11-7 | 6. To P.D. -93 | /12.20 | 2 wks | 1.0 |
| Beryl Gregory  615 | Nursing RN 3-11 | numerous events 4- -88 | /16.22 | 6 wks | .8 |
| Holton Elizabeth  615 | Nursing RN 3-11 | 4 To P.D. 91 -79 | /16.54 | 4 wks. | .8 |
| Uba Ploche  614 | Nursing LPN 3-11 | 2- -84 | /8.50 | 6 wks. | 1.0 |
| Sutherland Marie  615 | Nursing | 10- 87 | | 6 wks | 1.0 |
| Roslyn Eisler  615 | Nursing LPN 3-11 | 1- To P.D. -76 | /11.76 | 8 wks | 1.0 |
| Marlenie Ellis  615 | Nursing RN 7-3 | 3. To P.D. -86 | /20.51 | 6 wks | 1.0 |
| Canal, Teresa  614 | Nursing LPN 3-11 | 11 To P.D 86 | /10.65 | 6 wks | 1.0 |
| Gladys Troop-Hopkins | | | | | |
| Judith Udvarhley  614 | Nursing LPN 7-3 | 9- -71 | /12.66 | 8 wks | .8 |
| Gloria Hughes  615 | Nursing PCA 7-3 | 10- -92 | /7.43 | 2 wks | 1.0 |
| Betty Costello  630 | Nursing LPN 7-3 | 9. To P.D 89 | /11.42 | 4 wks | 1.0 |
| (crossed out)  630 | Nursing 3-11 Unit Sec. | 3- -93 | /6.20 | 2 wks | .8 |
| Yvonne Fulmore  653 | Nursing 3-11 Unit Sec | 3- -93 | /6.20 | 2 wks | 1.0 |
| Mary Glaesner  650 | Nursing 3-11 Unit Sec. | 8- -80 | /8.59 | 8 wks. | 1.0 |
| (crossed out)  630 | Nursing | -91 | | | |

| EMPLOYEE NAME | DEPARTMENT/ POSITION TITLE | HIRE DATE | ANNUAL/HR. | SEVERANCE | RED FTE |
|---|---|---|---|---|---|
| Bernice Pilon 800 | Dietary Cafeteria Aide | 1-22-81 | | 8 wks. | .4 |
| Saliamma Varghese 136 | Laboratory Phlebotomy | 1-13-89 | | 4 wks. | 1.0 |
| Sosamma Varghese 136 | Laboratory Phlebotomy | 7-1-89 | | 6 wks | 1.0 |
| Sebert Miller | Laboratory 11-7 Phleb | 5-15-89 | | 4 wks | 1.0 |
| Jeanne Larrabee | Laboratory Secretary | 8-30-91 | | 4 wks | 1.0 |
| Donna Levit | Laboratory Charter | 12-21-92 | | 2 wks | 1.0 |
| Muhammad Ashraf | Laboratory Phleb | 1-24-90 To P.D. | | | 1.0 |
| Marilyn Fitzgerald | Laboratory Histo Tech | 4-20-92 To P.D. | | | .5 |
| Claire Fitch | Laboratory Lab Supv. | Paperwork to P.D. | Empl. resigned | no severance. | 1.0 |
| Sheila Telford 754 | Cardiopulmonary CRT | 4-20-90 | | 4 wks | 1.0 |
| Harold Singh 754 | Cardiopulmonary CRT | 4-18-89 | | 4 wks | 1.0 |
| Mary Brogan 754 | Cardiopulmonary CRT | 1-27-89 | | 4 wks | 1.0 |
| Wanda Yates 754 | Cardiopulmonary Registered T | 2-19-83 | | 160/wk. | PT .4 |
| Jackie Lake 744 | EKG | | Per Diem | no sev | P.D. |
| Pat Bachoo 744 | EKG | 11-12-84 | | 6 wks. 1.0 | 1.0 |
| Karen Bermudez 744 | EKG | | Per Diem | no sev | P.D. |
| Patty Maeko 744 | EKG | | Per Diem | no sev | P.D. |
| Rudolf Halac 763 | Nuclear Med. | 6-14-93 | $31,200/$15.00 | Offer Per 2 wks. Diem. | 1.0 |
| Roy Metzka 128 | Radiology 3-11 Supervisor | 3-12-80 | $32,802/15.77 | 8 wks. | 1.0 |
| Andrew Forbes 128 | Radiology WE Supervisor | 4-15-85 | $28,654/$17.22 | 6 wks. | .8 |
| Jason Espada 128 | Radiology Transporter | 5-6-92 | Per Diem | No Severance | .5 |
| Maureen Pagano 128 | Radiology Secretary | 1-2-90 | | 4 wks. | 1.0 |
| | Radiology Secretary | — Reduction of Hours — | | | .4 |
| Lizabeth Rodnick 128 | Radiology Secretary | Transfer to B.O. Billing | | N/A | 1.0 |
| Delma Guillen | Radiology Special Proc Tech | 1-10-79 | $24,398/$15.64 | From Full time To Part time .4 | 8 wks. .6 |
| Dominique Valbrun | Nursing Unit Sec. 3-11 | 3- -92 | /8.07 | 2 wks. | .8 |

| Employee Name | Department/Position Title | Hire Date | Annual/Hr | Severance | Redu FTE |
|---|---|---|---|---|---|
| Elaine Riley 786 | Nursing RN 7-3 | 2-5-90 | | 4 wks. | 1.0 |
| Evvie Hallin 733 | Nursing RN | 5-1-89 | | Reduce to .5 | .5 |
| Shari Feinberg 640 | Nursing Peds. | 10-8-93 | | 2 wks | 1.0 |
| Hazel Sinclair 640 | Nursing LPN Peds | 4-15-91 | | 4 wks | .9 |
| Theresa Martarano 640 | Nursing RN Peds. | 7-9-79 | | 8 wks. | .9 |
| Shelly Octelli | Nursing Secretary | 12-27-86 | transfer to Administration | | 1.0 |
| Trevor Fletcher | Dietary | | — No Green card — | | 1.0 |
| Medical Records | / PBX | reduction of hours. | | | 1.0 |
| Enriquette Navarette | 614 RN | 5-3-93 | | 2 wks. | |
| Lois Burfeindt | Nursing Staffing Coord. | 10-25-75 | /11.93 | 8 wks | 1.0 |

# Reduction In Work Force

| Employee Name | Dept # | Severance | X Hours Per Wk | Total Hrs Paid |
|---|---|---|---|---|
| Rosemary Beale | 810 | 4 wks | 40° | 160 |
| ~~Norma Orloff~~ | ~~810~~ | ~~8 wks~~ | ~~40°~~ | ~~320~~ |
| ~~Arthur Stephens~~ HOLD | ~~830~~ | ~~8 wks~~ | ~~40°~~ | ~~320~~ |
| Angela Goodman | 712 | 8 wks | 40° | 320 |
| Gisselle Pean | 712 | 2 wks | 40° | 80 |
| Jacqueline Tata (38,900) Ct#93 | 920 | 8 wks | 40° | 320 Hours |
| Adelaide Murray | 917 | 2 wks | 40° | 80 Hours |
| Melva Williams | 615 | 8 wks | 32° | 256 |
| ~~Bernadette Mercon~~ | 614 | 4 wks | 40° | 160 |
| Beryl Gregory | 615 | 6 wks | 32° | 192 |
| Ula Ploche | 614 | 6 wks | 32° | 192 |
| Maxine Sutherland | 615 | 6 wks | 40° | 240 |
| Judith Udvarhley | 614 | 8 wks | 32° | 256 |
| Gloria Hughes | 615 | 2 wks | 40° | 80 |
| Yvonne Fulmore | 653 | 2 wks | 40° | 80 |
| Mary Glaessner | 650 | 8 wks | 40° | 320 |
| Elaine Riley | 786 | 4 wks | 40° | 160 |
| Shari Feinberg | 640 | 2 wks | 40° | 80 |
| Hazel Sinclair | 640 | 4 wks | 36° | 144 |
| Theresa Martarano 640 | 640 | 8 wks | 36° | 288 |
| Lois Burfeindt | 601 | 8 wks | 40° | 320 |
| Bernice Pilon | 800 | 8 wks | 16° | 128 |
| Salianna Varghese | 736 | 4 wks | 40° | 160 ToP |
| Terrin Thomas | 736 | 4 wks | 40° | 160 ToP |
| Sebert Miller | 736 | 4 wks | 40° | 160 ToP |

Iaia v. Galen Hospital-Pembroke Pines, Inc., Case No. 00-6227-Civ-Moreno  Exhibit 8

## Reduction In Work Force

| Employee Name | Dept # | Severance | X Hours Per wk | Total Hrs Paid | |
|---|---|---|---|---|---|
| Jeanne Larrabee | 736 | 4 wks | 40° | 160 | |
| Donna Levit | 736 | 2 wks | 40° | 80 | |
| Sheila Telford | 754 | 4 wks | 40° | 160 | |
| Harold Singh | 754 | 4 wks | 40° | 160 | |
| Jose Basto | 754 | 4 wks | 40° | 160 | To P. |
| Wanda Yates | 754 | 8 wks | 16° | 128 Hours. | |
| Joe Bachio | 744 | 6 wks | 35° | 210 | To P.I |
| Roy Metzka | 728 | 8 wks | 40° | 320 | |
| Andrew Forbes | 728 | 6 wks | 32° | 192 | |
| Maureen Pagano | 728 | 4 wks | 35° | 140 | To P.D |
| Dominique Valbrun | 612 | 2 wks | 32 | 64 | |
| Gladys Troop Hopkins | 614 | 6 wks | 40° | 240 | |
| Joseph Gatto | 810 | 4 wks | 20° | 80 | |
| Estrella Suarez | 810 | 8 wks | 20° | 160 | |
| Walter Courtney | 830 | 8 wks | 40° | 320 | |

## Employee Status Change to Per Diem

| Employee Name | Dept # | Severance | X Hours Per Wk | Total Hrs Paid | Status Change |
|---|---|---|---|---|---|
| Cheryl DeWitt (Mercon VSD) | 614 | 2 wks | 40° | 80 | TO P. |
| ~~Senior Horton~~ | 615 | ~~4 wks~~ | ~~32°~~ | ~~128~~ | TO P. |
| Rostyn Custer (Term) | 615 | 8 wks | 24° | 192 | TO P. |
| Marlenie Ellis (USA) | 614 | 6 wks | 40° | 240 | TO P. |
| ~~Teresa Canal~~ | ~~615~~ | ~~6 wks~~ | ~~40°~~ | ~~240~~ | TO P. |
| Muhammad Ashraf | 736 | 4 wks | 40° | 160 | TO P. |
| Marilyn Fitzgerald | 732 | 2 wks | 20° | 40 | TO P. |
| Rudolf Halac | 763 | 2 wks | 40° | 80 | TO P. |
| Betty Costello | 630 | 4 wks | 40° | 160 | TO P. |
| ~~Triquetti Nannetti~~ | ~~614~~ | ~~2 wks~~ | ~~29~~ | | ~~TO P.~~ |

## Employee Status Change to Part Time

- Severance if position Not Accepted -

| | | | | | |
|---|---|---|---|---|---|
| A letter Idelma Guillen | 727 | 8 wks | 30° / 240 | To P.D. | From FT |
| Evvie Kallin | 733 | 4 wks | 40° / 160 | | From FT to PT |

## Employee Job Class Change

| | | | | |
|---|---|---|---|---|
| Cherry Ortelli | 630 | from Nursing Secretary to Administrative Secretary | Dept. Head Secretary 95K → 9.00 | |
| Elizabeth ~~Rodnick~~ Rodemick | 728 | from Radiology Secretary to Billing Clerk in Business office 95K → | NM 6 6.60 – 10.10 9.27 (7-26-93) NM 7 7.10 – 10.90 less .50/hr. downgrade of transfer | |

ELIMINATION OF PER DIEM EMPLOYEES.

| Employee Name | Dept # | |
|---|---|---|
| Jason Espado | 728 | no severance |
| Patty Marko | 744 | no severance |
| Karen Bermudez | 744 | no severance |
| Jackie Lake | 744 | no severance |
| Jonathan Bailey | 712 | no severance |
| Thomas Bohan | 712 | no severance |


| EMPLOYEE NAME | DEPT. | HIRE DATE | HRS/WK | WKS. SEV. | STATUS | Notes |
|---|---|---|---|---|---|---|
| S. VARGHESE | 736 | 11/13/89 | 40 | 4 | FT - LOA | |
| T. THOMAS | 736 | 08/07/89 | 40 | 4 | FT - LOA | |
| S. MILLER | 736 | 05/15/89 | 40 | 4 | FT - LOA | |
| J. LARRABEE | 736 | 08/30/91 | 40 | 4 | FT - LOA | |
| D. LEVIT | 736 | 12/21/92 | 40 | 2 | FT - LOA | |
| M. ASHRAF | 736 | 01/24/90 | 40 | 4 | FT - VSP | |
| S. TELFORD | 754 | 04/20/90 | 40 | 4 | FT - LOA | |
| H. SINGH | 754 | 04/18/89 | 40 | 4 | SFTS - LOA | |
| W. YATES | 754 | 02/19/83 | 16 | 8 | PT - LOA | |
| J. BASTO | 754 | 09/07/91 | 40 | 4 | FT - VSP | |
| R. METZKA | 728 | 03/12/80 | 40 | 8 | FT - LOA | |
| A. FORBES | 728 | 04/15/85 | 32 | 6 | FT - LOA | |
| M. PAGANO | 728 | | | | FT ADMIN. | |
| I. GUILLEN | 728 | 01/10/79 | 30 | 8 | FT - LOA | |
| J. ESPADA | 728 | 05/06/92 | 0 | 0 | VSP - TERM | |
| D. VALBRUN | 612 | 03/30/92 | 32 | 2 | FT - LOA | |
| G. TROOP-HOPKINS | 614 | 10/11/86 | 40 | 6 | FT - LOA | |
| J. UDVARHELY | 614 | 09/07/91 | 32 | 8 | FT - LOA | |
| U. PLOCHE | 614 | 02/06/84 | 32 | 6 | PT - LOA | |
| B. MERCON | 614 | 12/11/89 | 40 | 4 | FT - VSP | |
| M. ELLIS | 614 | 03/17/86 | 40 | 6 | SFTS - VSP | Resigned 1/29/94 |
| C. DEWITT | 614 | 06/07/93 | 40 | 2 | FT - LOA | |
| H. SINCLAIR | 640 | 04/15/91 | 36 | 4 | FT - LOA | |
| T. MARTORANO | 640 | 07/09/79 | 36 | 8 | FT - LOA | |
| S. FEINBERG | 640 | 10/08/93 | 40 | 2 | SFTS - LOA | |
| ★ L. BURFEINDT | 601 | 10/25/75 | 40 | 8 | FT - LOA | accepted FT position in Food Serv. 12/ |
| B. PILON | 800 | 01/22/81 | 16 | 8 | PT - LOA | |
| M. SUTHERLAND | 615 | 11/02/87 | 40 | 6 | FT - LOA | |
| G. HUGHES | 615 | 10/01/92 | 40 | 2 | FT - LOA | |
| M. WILLIAMS | 615 | 02/40/80 | 32 | 8 | FT - LOA | accepted VSP 1/94 |
| B. GREGORY | 615 | 04/28/88 | 32 | 6 | FT - LOA | |
| R. EISLER | 615 | 01/06/76 | 24 | 8 | FT - LOA | |
| Y. FULMORE | 653 | 03/08/93 | 40 | 2 | FT - LOA | |
| M. GLAESNER | 650 | 08/04/80 | 40 | 8 | FT - LOA | |
| E. RILEY | 786 | 02/05/90 | 40 | 4 | FT - LOA | |
| ✗ J. IAIA | 920 | 02/05/74 | 40 | 8 | FT - LOA | |
| A. MURRAY | 917 | 09/07/93 | 40 | 2 | FT - LOA | |
| R. BEAL | 810 | 12/16/88 | 40 | 4 | FT - LOA | |
| E. SUAREZ | 810 | 03/31/80 | 20 | 8 | PT - LOA | |
| J. GATTO | 810 | 02/27/89 | 20 | 4 | PT - LOA | |
| A. GOODMAN | 712 | 02/22/83 | 40 | 8 | FT - LOA | |
| G. PEAN | 712 | 04/13/92 | 40 | 2 | FT - LOA | |
| J. BAILEY | 712 | 07/12/93 | | | VSP - TERM | |
| E. KALLIN | 733 | 05/01/89 | 40 | 4 | SFTS - PT | |
| R. HALAC | 763 | 06/14/93 | 40 | 2 | FT - LOA | Transferred to MHI |
| M. FITZGERALD | 732 | 04/20/92 | 20 | 2 | PT - VSP | |
| B. COSTELLO | 630 | 09/24/89 | 40 | 4 | FT - VSP | |
| W. COURTNEY | 830 | 08/02/82 | 40 | 8 | FT - LOA | |
| P. BACHOO | 744 | 11/12/84 | 35 | 6 | FT - LOA | |
| K. BERMUDEZ | 744 | 05/25/88 | | | VSP - TERM | |
| C. HANNING | 916 | 10/03/88 | 40 | 6 | FT - LOA | |

★ effective date 11/5

000004

Iaia v. Galen Hospital-Pembroke Pines, Inc.; Case No. 00-6227-Civ-Moreno
Defendant's Exhibit 9

EFFECTIVE DATE FOR ALL OF THE ABOVE IS 11/11/93 WITH THE EXCEPTION
OF I. GUILLEN AND W. COURTNEY WHOSE EFFECTIVE DATE IS 11/12/93
C. HANNING EFFECTIVE DATE IS 11/19/93

| | | | | | |
|---|---|---|---|---|---|
| G. CLARK | 701 | 06/23/85 | 40 | 6 | OR - ER |
| M. MERRITT | 701 | 08/23/93 | 40 | 2 | FT - LOA |
| B. J. SMITH | 757 | 11/02/81 | 40 | 8 | CENTRAL STERILE TO CENTRAL SERVICES |

EFFECTIVE DATE IS 11/30/93. M. MERRITT
EFFECTIVE DATE IS 12/1/93 FOR SMITH & CLARK

| | | | | | |
|---|---|---|---|---|---|
| P. BELLAVITA | 728 | 11/11/88 | 40 | 6 | FT - TERM |

EFFECTIVE DATE IS 12/22/93

000005

# Pembroke
# Pines Hospital

Memo to: Jacqueline Iaia

Copy to:

From: Paula Adamson, Director of Human Resources

Date: November 11, 1993

Subject: Termination of Employment

---

As was discussed with you, due to the recent reorganization and low census at Pembroke Pines Hospital, we are unable to place you in an appropriate position. As a result, regretfully, your employment as Director Marketing/Community Relations is terminated effective today.

You will be placed on an involuntary leave of absence (non-paid) for a period of six (6) months. If, at the end of the six (6) months, you are not recalled, your name will be removed from our employment records. At that time you will be eligible for reemployment at Pembroke Pines Hospital based upon your qualifications and positions available.

You have already received a check for 8 weeks of severance pay based on your years of service. Monies paid will be based on your normal scheduled work week.

Regular pay through pay period ending 11/13/93, any unused vacation time and/or float holiday if applicable, less appropriate deductions, and any balances owed to the Hospital for Uniform Sale, Employee loans, Garnishments, or Hospital bill will be mailed certified to your home on 11/18/93.

You are responsible for returning all Pembroke Pines Hospital property in your possession including Picture Identification, Keys, Beepers, Parking Permit, Backbelts, etc. to your Department Manager or Human Resources. Any items not returned (i.e. backbelts and beepers) will be deducted from your final paycheck.

Page 2

If you are a member of the Eastern Credit Union, it is your responsibility to contact the Credit Union (Telephone: 305-966-6500) to make the necessary arrangements.

MEDICAL INSURANCE COVERAGE

You may continue your medical coverage by paying the full premium for the six (6) months you are on LOA status. If you continue your coverage for the six (6) months, you will be eligible to continue medical coverage for 18 months under the Consolidated Omnibus Budget Reconciliation Act of 1986 (COBRA). After the six (6) month LOA, during which you have continued making payments for medical, you may contact Human Resources for information to continue medical coverage under COBRA. Failure to make the premium payment within ten (10) days of the due date, will cause your coverage to cease on the last day that payment was made. If coverage is not in effect at the time you are placed on a LOA or terminated, you are not eligible to enroll and continue coverage.

DENTAL INSURANCE COVERAGE

You may convert your dental insurance by following the same instructions as under Medical Insurance Coverage.

LIFE INSURANCE

If you are a participant, Life Insurance plans will continue for the six (6) months you are on a LOA at no cost to you. After the six (6) months, you can elect to continue coverage in an amount up to but not exceeding the amount of coverage you had under the group life insurance plan. The cost of this coverage will depend upon the type of individual policy selected and its rate for a person in your age group. You may convert your Group Life Insurance to an individual policy by completing and mailing the Notice of Conversion Privilege Form to the insurance company within 31 days of your last day of employment. This form may be obtained from the Human Resources Department. The insurance company will then provide specific information concerning rates and types of policies available.

00217

Page 3

RETIREMENT AND 401-K SAVINGS PLAN

If you have been a participant in either the Retirement Plan and/or the 401-K Savings Plans, you are able to receive a distribution from the Plan as follows:

- You may elect to have your final distribution now. By doing so, your termination date will be the last day of employment and you will not be placed on an unpaid leave of absence for six (6) months. You will also forfeit your recall rights. This final distribution will be made in accordance with Federal Regulations governing final distributions.

- If you remain on the six (6) months leave of absence and maintain your recall rights, your termination date will be at the end of the six (6) month period. During this six (6) month LOA, you may obtain a withdrawal by requesting an "Inservice Withdrawal" by using the Info Express Line. Should we not be able to place you within the six (6) month period, final distributions can be requested in accordance with Federal Regulations governing final distributions.

If you choose to have the final distribution now, please complete the enclosed form to acknowledge understanding of your decision and forfeiture of your recall rights.

The necessary form for final distributions can be obtained from the Human Resources Department. The completed form must be returned to the Human Resources Department for submission to the Plan Administrator.

As of January 1, 1993, a mandatory 20% income tax is to be withheld from distributions paid directly to participants. To avoid this 20% tax, you may choose a direct rollover to an IRA or to another employer plan that accepts rollovers. We have enclosed the IRS Special Tax Notice for your reference. However, it is not intended as legal advise, and it is recommended that you contact your tax advisor.

00216

Page 4

I acknowledge receipt of this letter explaining my termination and benefits.

_____   11-11-93
Employee                          Date

_____   11-11-93
Witness                           Date

00210

17

Page 5

I acknowledge understanding that to receive a final distribution from the Retirement and/or 401-K Savings Plan now, my termination date will be effective immediately, I will not be placed on an unpaid leave of absence, and I will forfeit recall rights.

_____        _____
Employee                                Date


_____        _____
Witness                                 Date

00220

18

# Additional Attachments Not Scanned:

[x] **Legal Size Document**

[ ] **Large Exhibit**

[ ] **Double Sided**

[ ] **Extradition Papers**

[ ] **Other** _____