# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

FILED ___ D.C.
APPEAL
DEC 1 3 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Date: 12/13/2001

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**1st Supplement**

IN RE:  District Court No: 00-06227-CV - FAM

U.S.C.A. No: 01-13135-J

Style: IAIA V. COLUMBIA HEALTHCARE

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

_____ Volume(s) of pleadings

__0__ Volume(s) of Transcripts

Exhibits: __0__ boxes;  __1__ folders;

__0__ envelopes;  __0__ PSIs (sealed)

☐ other: _____

☐ other: _____

☑ Other: (1) Accordian Folder containing Exhibit DE # 153

☐ Other: _____

Sincerely,
Clarence Maddox, Clerk of Court

By: _[signature]_
Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408



```
                                                    RLD        CLOSED
                                                    APPEAL
                       U.S. District Court
             Southern District of Florida (FtLauderdale)

             CIVIL DOCKET FOR CASE #: 00-CV-6227


Iaia v. Columbia Healthcare                        Filed: 02/16/00
Assigned to: Judge Federico A. Moreno              Jury demand: Both
Demand: $0,000                                     Nature of Suit:  442
Lead Docket: None                                  Jurisdiction: Federal Question
Dkt # in 17th Jud. Circuit : is 00-001709-04

Cause: 28:1443cv Notice of Removal - Civil Rights Cases


JACQUELINE IAIA                      John F. Jankowski, Jr.
     plaintiff                       954-370-1026
                                     Suite 220
                                     [COR LD NTC]
                                     1200 S Pine Island Road
                                     Plantation, FL 33324

                                     Roderick Victor Hannah
                                     FTS 985-4176
                                     954-985-4145
                                     [COR LD NTC]
                                     Becker & Poliakoff
                                     3111 Stirling Road
                                     PO Box 9057
                                     Fort Lauderdale, FL 33310-9057
                                     954-985-4133


     v.


GALEN HOSPITAL-PEMBROKE PINES,       Alexander D. Del Russo
INC., a foreign corporation          FTS 659-7368
dba                                  [COR LD NTC]
Pembroke Pines Hospital              Carlton Fields Ward Emmanuel
aka                                  Smith & Cutler
Columbia Healthcare                  222 Lakeview Avenue
Corporation                          Suite 1400 PO Box 150
     defendant                       West Palm Beach, FL 33402-0150
                                     561-659-7070


Docket as of December 13, 2001  9:47 am             Page 1
```

Certified to be a true and correct copy of the document on f
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Cl
Date 12/13/01

```
Proceedings include events between 11/28/01 and 11/28/01.                    RLD
0:00cv6227 Iaia v. Columbia Healthcare                              CLOSED APPEAL
```
*Begin Vol. 1 of 1st Supp*

| | | |
|---|---|---|
| 11/28/01 | 153 | Notice of filing TRIAL EXHIBITS in compliance with order granting motion to supplement record on appeal by Galen Hospital (sk) [Entry date 11/29/01] |

*End Vol. 1 of 1st Supp*