UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that JACQUELINE IAIA, Plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Adopting in Part Magistrate's Report and Recommendation and Order Awarding Fees, Costs, and Prejudgment Interest dated November 19, 2001 (D.E.151) and its Order Denying Motion for Reconsideration of Order Adopting in Part Magistrate's Report and Recommendation and Order Awarding Fees, Costs, and Prejudgment Interest dated December 14, 2001 (D.E. 156).

BECKER & POLIAKOFF, P.A
Counsel for Plaintiff
3111 Stirling Road, P.O. Box 9057
Fort Lauderdale, FL 33310-9057
954/985-4145 (BR); 954/985-4176 (fax)

By _____
    Roderick V. Hannah, Esq.
    Florida Bar No. 435384

THE LAW OFFICES OF JOHN F.
JANKOWSKI, JR., P.A.
Co-Counsel for Plaintiff
2 South University Drive, Ste. 265
Plantation, FL 33324
954/370-1026 (BR); 954/382-4322

By _____
    John F. Jankowski, Jr., Esq.
    Florida Bar No. 833533

CASE NO. 00-6227-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Counsel for Defendant, Carlton Fields, Esperante Building – Suite 1400, 222 Lakeview Avenue, West Palm Beach, FL 33402-0150, this 21ST day of December, 2001.

By: _____
Roderick V. Hannah, Esq.

686446_1.DOC