UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT SUPPLEMENTAL MOTION TO TAX ATTORNEY'S FEES

Plaintiff JACQUELINE IAIA, by and through her undersigned counsel, moves this Court for an enlargement of time until January 18, 2002 in which to submit her Supplemental Motion to Tax Attorney's Fees. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's is entitled to recover her reasonable attorney's fees incurred in securing the order and award of attorney's fees following her successful verdict and judgment at trial.

2. Plaintiff needs to file a supplemental motion for attorney's fees within 14 days from the date this Court denied Plaintiff's Motion for Rehearing on the Order awarding attorney's fees (D.E. 156). Plaintiff's supplemental motion for attorney's fees is thus due on or before December 28, 2001.

3. Undersigned counsel for Plaintiff will be out of the state until December 31, 2001, and thereafter is scheduled to commence a five-day jury trial in state circuit court in the case of Geevarghese v. Aranmulathu, Case No. 99-08547 CACE 25. Undersigned counsel thus has insufficient time and opportunity to prepare and complete Plaintiff's supplemental motion for attorney's fees by the present due date of December 28, 2001. Plaintiff therefore requires an

enlargemnt of time until January 18, 2002 to file her supplemental motion for attorney's fees with this Court.

4. The undersigned has conferred with counsel for Defendant regarding the requested enlargement, and counsel for Defendant has no opposition thereto.

5. This Motion is not being interposed for purposes of delay, and the requested enlargement of time will not prejudice any of the parties hereto.

WHEREFORE, Plaintiff requests that this Motion be granted and that she be given until January 18, 2002, in which to submit her Supplemntal Motion for Attorney's Fees. A proposed Order granting this Motion is attached.

Respectfully submitted,

| | |
|---|---|
| BECKER & POLIAKOFF, P.A<br>Counsel for Plaintiff<br>3111 Stirling Road, P.O. Box 9057<br>Fort Lauderdale, FL 33310-9057<br>954/985-4145 (BR); 954/985-4176 (fax)<br><br>By: _____<br>Roderick V. Hannah, Esq.<br>Florida Bar No. 435384 | THE LAW OFFICES OF JOHN F.<br>JANKOWSKI, JR., P.A.<br>Co-Counsel for Plaintiff<br>2 South University Drive, Ste. 265<br>Plantation, FL 33324<br>954/370-1026 (BR); 954/382-4322<br><br>By: _____<br>John F. Jankowski, Jr., Esq.<br>Florida Bar No. 833533 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Counsel for Defendant, Carlton Fields, Esperante Building – Suite 1400, 222 Lakeview Avenue, West Palm Beach, FL 33402-0150, this 28th day of December, 2001.

By: _____
Roderick V. Hannah, Esq.