UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/



FILED by SC D.C.
JAN 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES

THIS CAUSE, having come before the Court upon the Plaintiff's Unopposed Motion for Enlargement of Time to submit her Supplemental Motion for Attorney's Fees, and the Court, having reviewed the Motion and the record herein, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion be GRANTED. Plaintiff shall have until January 18, 2002, in which to submit her Supplemental Motion for Attorney's Fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of January, 2002.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Roderick V. Hannah, Esq.
John F. Jankowski, Jr., Esq.;
Alexander del Russo, Esq.

686827