UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

    Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC.,d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

    Defendant.
_____/

## PLAINTIFF'S SUPPLEMENTAL MOTION TO TAX ATTORNEY'S FEES WITH INCORPORATED SUPPORTING MEMORANDUM OF LAW

Plaintiff JACQUELINE IAIA, by and through her undersigned counsel, moves this Court to award her an additional $11,429.00 in attorney's fees, and in support thereof states as follows:

1. As a result of a favorable jury verdict, Plaintiff is entitled to recover her reasonable attorney's fees pursuant to 29 U.S.C. §§216(b) and 626(b). *See Hagelthorn v. Kennecot Corp.*, 710 F.2d 76 (2d Cir. 1983)(fees to a prevailing plaintiff under the statute are mandatory).

2. It is well established that not only is Plaintiff entitled to recover her reasonable attorney's fee through the time of trial, but she is also entitled to recover her reasonable attorney's fees for post-judgment proceedings. *See, Jones v. Giles*, 741 F.2d 245, 250 (9th Cir. 1984)(affirming award of post-trial attorney's fees under 29 U.S.C. §216(b)); *Johnson v. University College of the University of Alabama in Birmingham*, 706 F.2d 1205, 1207 (11th Cir. 1983)(civil rights plaintiffs are entitled to recover attorney's fees for time spent litigating fee question); *Tobin v. Haverford School*, 936 F. Supp. 284 (E.D. Pa. 1996)(involving supplemental

motion for attorney's fees for post-trial proceedings in ADEA case, and finding that cases interpreting 42 U.S.C. §1988 can be applied to 29 U.S.C. §626(b) as well.). Such fees include those incurred in securing the order and award of prejudgment interest and attorney's fees following Plaintiff's successful verdict and judgment at trial, as well as the time spent in preparing the instant supplemental motion for attorney's fees. *Id.*.

3. Pursuant to the Report and Recommendation of Magistrate Judge Dube (D.E. 146), as adopted in part by subsequent Order of this Court (D.E. 151), the lodestar figures established for the award of attorney's fees to Plaintiff's attorneys in this case, Mssrs. Hannah and Jankowski, are, respectively, $200.00 per hour and $190.00 per hour.

4. As set forth on the attached (Exhibit "A") Affidavit of Roderick V. Hannah (Exhibit "A"), and as based on the attorney's fee breakdowns attached thereto, Plaintiff's total attorney's fees incurred in connection with securing an award of prejudgment interest and attorney's fees, and in preparing and bringing the instant motion, are $11,429.00. The Court will find that the time spent on the matters described in the attorney's fee breakdowns was necessary and reasonable, given the novelty and complexities of the issues involved.

WHEREFORE, Plaintiff requests that this Motion be granted and that she be awarded an additional $11,429.00 in attorney's fees.

Respectfully submitted,

| | |
|---|---|
| BECKER & POLIAKOFF, P.A<br>Counsel for Plaintiff<br>3111 Stirling Road, P.O. Box 9057<br>Fort Lauderdale, FL 33310-9057<br>954/985-4145 (BR); 954/985-4176 (fax) | THE LAW OFFICES OF JOHN F.<br>JANKOWSKI, JR., P.A.<br>Co-Counsel for Plaintiff<br>2 South University Drive, Ste. 265<br>Plantation, FL 33324<br>954/370-1026 (BR); 954/382-4322 |
| By _____<br>Roderick V. Hannah, Esq.<br>Florida Bar No. 435384 | By _____<br>John F. Jankowski, Jr., Esq.<br>Florida Bar No. 833533 |

CASE NO. 00-6227-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and facsimile to: Alexander D. del Russo, Esq., Counsel for Defendant, Carlton Fields, Esperante Building – Suite 1400, 222 Lakeview Avenue, West Palm Beach, FL 33402-0150, this _18th_ day of January, 2002.

By: _____
Roderick V. Hannah, Esq.

691093_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6227-CIV-MORENO
Magistrate Judge: Dube

JACQUELINE IAIA,

        Plaintiff,

v.

GALEN HOSPITAL-PEMBROKE PINES,
INC., d/b/a PEMBROKE
PINES HOSPITAL, a foreign
corporation,

        Defendant.
_____/

## AFFIDAVIT OF RODERICK V. HANNAH IN SUPPORT OF ATTORNEY'S SUPPLEMENTAL TIME AND FEES

STATE OF FLORIDA    :

COUNTY OF BROWARD  :

    RODERICK V. HANNAH, ESQUIRE, personally appeared before me this 18th day of January, 2002, and having taken an oath, he stated that the information contained herein is true and correct. He is personally known to me or has produced ___N/A___ as identification, and states as follows:

    1.    He is lead counsel for the Plaintiff in the above-styled case, and that he has personal knowledge of the facts set forth herein or incorporated herein by reference.

    2.    That Exhibit "1" attached hereto accurately reflects time and services reasonably and necessarily rendered by Mr. Hannah and the law firm of Becker & Poliakoff, P.A., in the handling of post-trial matters, including the preparation and defense of Plaintiff's post-trial


EXHIBIT A

motion for prejudgment interest, costs and attorney's fees (D.E. 120, 136, 144); the preparation of Plaintiff's response to Defendant's objections to the Report and Recommendation of Magistrate Judge Dube (D.E. 150), Plaintiff's motion for re-hearing/reconsideration of the Court's Order adopting in part the Magistgrate Judge's Report and Recommendation (D.E. 154), and Plaintiff's supplemental motion for attorney's fees. Attached as Exhibit "2" is the supplemental attorney's fee breakdown for Plaintiff's co-counsel, John F. Jankowski, Jr., Esq., for his assistance and input in handling the aforementioned matters.

3. Given the complexity of the issues involved and the need to research and prepare detailed memoranda of law with supporting affidavits, and the need to research case law and respond to memoranda of law in opposition filed by Defendant, the amount of time spent by Mssrs. Hannah and Jankowski, as described on the attached summaries, was necessary and reasonable.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RODERICK V. HANNAH, ESQ.

SWORN TO AND SUBSCRIBED before me this 18th day of January, 2002, by RODERICK V. HANNAH, ESQ.

_____
NOTARY PUBLIC, STATE OF FLORIDA

Rebeca T. Steele
**Printed Name of Notary Public**

My Commission



REBECA T. STEELE
MY COMMISSION # DD 052097
EXPIRES: October 22, 2005
Bonded Thru Notary Public Underwriters

691106_1.DOC

IAIA, JACQUELINE v. COLUMBIA HEALTH CARE DBA PP

SUPPLEMENTAL ATTORNEY'S FEE SUMMARY - RVH

| | | |
|---|---|---|
| 6/14/01 | 2.00 | REVISE AND FINALIZE MOTION, MEMO OF LAW AND SUPPORTING AFFIDAVITS FOR ATTORNEY'S FEES, COSTS AND PRE-JUDGMENT INTEREST |
| 6/28/01 | 1.30 | REVIEW AND ANALYZE MEMO OF LAW IN OPPOSITION TO MOTION FOR COSTS AND PREJUDGMENT INTEREST; BEGIN TO RESEARCH CASES RE SAME |
| 7/2/01 | 3.00 | RESEARCH CASES RE COSTS AND PREJUDGMENT INTEREST FOR REPLY MEMO OF LAW |
| 7/5/01 | 2.50 | BEGIN PREPARATION OF REPLY MEMO OF LAW RE MOTION FOR COSTS AND PREJUDGMENT INTEREST |
| 7/6/01 | 4.00 | PREPARE, REVISE AND FINALIZE REPLY MEMO OF LAW RE PREJUDGMENT INTEREST AND COSTS; CONFER WITH CO-COUNSEL RE CHANGES TO SAME |
| 7/23/01 | 1.00 | DETAILED REVIEW AFFIDAVIT OF SUSAN EISENBERG IN OPPOSITION TO MOTION FOR ATTORNEY'S FEES |
| 7/25/01 | 1.50 | REVIEW MEMO OF LAW IN OPPOSITION TO MOTION FOR ATTORNEY'S FEES; REVIEW CASE LAW CITED THEREIN |
| 7/26/01 | 1.30 | PREPARE MOTION FOR ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF ATTORNEY'S FEES; CONTINUE RESEARCH OF CASE LAW CITED BY DEFENDANT |
| 8/20/01 | 1.00 | PREPARE ATTORNEY'S FILE FOR AFFIDAVIT FOR REPLY MEMO OF LAW |
| 8/22/01 | 2.80 | BEGIN PREPARATION OF REPLY MEMO OF LAW FOR ATTORNEY'S FEES; RESEARCH CASES CITED IN DEFENDANT'S MEMO OF LAW |
| 8/24/01 | 4.20 | PREPARE REPLY MEMO OF LAW IN SUPPORT OF MOTION FOR ATTORNEY'S FEES; REVIEW WILLIAM BELL AFFIDAVIT; CALL TO BELL RE SAME; PREPARE NEW ATTORNEY'S FEE AFFIDAVITS |
| 8/27/01 | 2.00 | REVISE AND FINALIZE REPLY MEMO OF LAW AND SUPPORTING AFFIDAVITS IN SUPPORT OF MOTION FOR ATTORNEY'S FEES |
| 10/16/01 | 0.70 | BEGIN PREPARATION OF SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES |
| 10/22/01 | 1.30 | PREPARE RESPONSE TO GALEN'S OBJECTION TO MAGISTRATE JUDGE'S REPORT; TELEPHONE CALL WITH CO-COUNSEL REGARDING SAME AND BRIEF CHANGES |



| Date | Hours | Description |
|---|---|---|
| 11/12/01 | 1.50 | PREPARATION OF SUPPLEMENTAL M( FEES |
| 11/27/01 | 2.00 | RESEARCH AND PREPARE MOTION PREJUDGMENT INTEREST |
| 11/28/01 | 2.00 | PREPARATION AND REVISION OF MOTI⌐ |
| 1/16/02 | 1.00 | CONTINUE PREPARATION OF SUPPLEMENTAL M⌐ ATTORNEY'S FEES |
| 1/18/02 | 2.00 | REVISE AND FINALIZE SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES; PREPARE SUPPORTING AFFIDAVIT REGARDING SAME; TELEPHONE CALL WITH CO-COUNSEL REGARDING ATTORNEY TIME; REVIEW CO-COUNSEL'S FEES REPORT |

**Total:    37.10 HOURS @ $200.00 per hour = $7,420.00**

690457_1.DOC

# John F. Jankowski, Jr., Esq., P.A.
2 South University Drive
Suite 265
Plantation, FL 33324
(954) 370-1026

December 31, 2001

Jacqueline Iaia
1113 S.W. 17th Street
Boca Raton FL 33486-6707

## STATEMENT

FOR PROFESSIONAL SERVICES RENDERED IN
CONNECTION WITH THE REFERENCED MATTER

Invoice #    13827

Litigation suit

Professional Services

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | | Hours |
| 6/14/01 | JFJ | Revise Motion For Fees and Costs. | 1.30 |
| 7/5/01 | JFJ | Receipt and review Defendant's Memorandum of Law in Opposition to Plaintiff's Motion To Tax Costs and Prejudgment Interest, and Motion For Extension of time; receipt of 11th Circuit's Memorandum to Counsel with Amendments to Rules; conference with Attorney Hannah regarding Response. | 1.20 |
| 7/6/01 | JFJ | Review and revise Plaintiff's Reply Memo of Law For Costs and Pre-Judgment interest. | 1.50 |
| 7/21/01 | JFJ | Conference with Attorney William G. Bell regarding appearance for reasonable attorney's fees motion and issues in case. | 0.50 |
| 7/23/01 | JFJ | Receipt and review Affidavit of Susan Eisenberg in Opposition to Plaintiff's Motion for Attorney's Fees and Costs. | 1.00 |
| | JFJ | Receipt and review Defendant's Memo in Opposition to Plaintiff's Motion for Attorney's Fees. | 0.80 |
| 8/20/01 | JFJ | Conference with Attorney Sharon Blake regarding review of file for purposes of affidavit. | 0.50 |
| 8/23/01 | JFJ | Prepare file and Affidavit in support of attorney's fees. | 1.50 |
| | JFJ | Prepare Plaintiff's Reply Memorandum of Law. | 2.20 |



Jacqueline Iaia
Page 2

|  |  |  | Hours |
|---|---|---|---|
| 8/24/01 | JFJ | Office conference with Attorney Blake in review of file in Miami office; revise and finalize affidavit. | 6.80 |
| 8/27/01 | JFJ | Revise and finalize Plaintiff's Reply Memorandum. | 1.50 |
| 9/14/01 | JFJ | Receipt and review Report and Recommendation of U.S. Magistrate Dube; conference with co-client and client regarding same. | 0.60 |
| 10/22/01 | JFJ | Revise and finalize Plaintiff's Response to Defendant's Objection. | 0.40 |
| 11/26/01 | JFJ | Receipt and review Court Order Adopting in Part Magistrate's Report and Recommendation; follow-up with client. | 0.40 |
| 12/4/01 | JFJ | Assist in preparation of Plaintiff's Motion For Rehearing. | 0.70 |
| 12/19/01 | JFJ | Receipt of Court Order Denying Plaintiff's Motion for Rehearing. | 0.20 |

|  |  | Amount |
|---|---|---|
| Total Attorneys' Fees: | 21.10 | $4,009.00 |
| Additional charges: |  |  |
| 6/30/01 Long Distance |  | 3.73 |
| 7/31/01 Facsimile |  | 1.00 |
| Postage |  | 0.34 |
| Photocopies |  | 0.40 |
| Postage |  | 1.34 |
| Photocopies |  | 5.40 |
| 8/31/01 Facsimile |  | 2.00 |
| Long Distance |  | 3.02 |
| 9/30/01 Facsimile |  | 1.00 |
| Total costs |  | $18.23 |
| Interest on overdue balance |  | $7,922.42 |

John F. Jankowski, Jr., Esq., P.A.
2 South University Drive
Suite 265
Plantation, FL 33324

Jacqueline Inia
Page 3

|  | Amount |
|---|---|
| Total amount of this bill | $11,949.65 |
| Previous balance | $79,924.91 |
| Balance due | $91,874.56 |

BALANCE DUE UPON RECEIPT. THANK YOU.
YOUR ACCOUNT IS 120 DAYS OR MORE PAST DUE AND IS IN DEFAULT. UNLESS PAYMENT IS RECEIVED IN FULL OR SUITABLE ARRANGEMENTS FOR PAYMENT HAVE BEEN MADE WITH OUR OFFICE, YOUR ACCOUNT WILL BE TURNED OVER FOR COLLECTIONS.

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John F. Jankowski, Jr., Esq. | 21.10 | 190.00 | $4,009.00 |

Thank you for your business and prompt payment!
Outstanding amounts not paid within 30 days
are subject to 1 1/2% interest charge per month.

MasterCard and Visa now accepted!