UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-6227-CIV-MORENO

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/



FILED by SC D.C.
MAR 1 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER GRANTING IN PART MOTION TO TAX ATTORNEY'S FEES

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Supplemental Motion to Tax Attorney's Fees **(D.E. No. 162)**, filed on **January 22, 2002**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 166)** on **February 21, 2002**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Robert L. Dubé's Report and Recommendation **(D.E. No. 166)** on **February 22, 2002** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff shall be awarded **$2,860.00** as supplemental fees. For which

sums let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of March, 2002.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402