UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  00-6227-CIV-MORENO**

JACQUELINE IAIA,

      Plaintiff,

vs.

GALEN HOSPITAL -PEMBROKE PINES, INC.
f/d/b/a PEMBROKE PINES HOSPITAL,

      Defendant.

_____/



## ORDER GRANTING MOTION TO VACATE AWARD OF PREJUDGMENT INTEREST FOR LACK OF SUBJECT MATTER JURISDICTION

THIS CAUSE came before the Court upon Defendant's Motion to Vacate the Award of Prejudgment Interest for Lack of Subject Matter Jurisdiction **(D.E. No. 168)**, filed on **May 2, 2002**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED in accordance with the Eleventh Circuit Order of April 12, 2002 reiterating that a court lacks jurisdiction to consider an untimely filed motion for an award of prejudgment interest. *See Osterneck v. Ernst & Whinney*, 489 U.S. 169, 176 (1989). Therefore, it is also

**ADJUDGED** that the award to Plaintiff of prejudgment interest in the amount of $16,743.50, as set forth in this Court's Order Awarding Fees, Costs and Prejudgment Interest **(D.E. No. 151)**,

issued on **November 19, 2001**, is hereby VACATED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2002.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Roderick V. Hannah, Esq.
**BECKER & POLIAKOFF, P.A.**
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

John F. Jankowski, Jr., Esq.
2 South University Drive
Plantation, FL 33324

Alexander D. del Russo, Esq.
**CARLTON FIELDS**
Esperante Building - Suite 1400
222 Lakeview Avenue
West Palm Beach, FL 33402