# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

June 04, 2002

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128



FILED by _____ D.C.
APPEAL

JUN 1 0 2002

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

RE: 02-10051-JJ     Jacqueline Iaia v. Galen Hospital
DC DKT NO.: 00-06227 CV-FAM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: April Richards (404) 335-6179

Encl.



DIS-4 (2-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
                    FILED
              U.S. COURT OF APPEALS
                ELEVENTH CIRCUIT

                  JUN 0 4 2002

                 THOMAS K. KAHN
                     CLERK
```

No. 01-13135-JJ

JACQUELINE IAIA,

                        Plaintiff-Appellee,

versus

GALEN HOSPITAL-PEMBROKE PINES, INC.,
a foreign corporation
d.b.a. Pembroke Pines Hospital,
a.k.a. Columbia Healthcare Corporation,

                        Defendant-Appellant.

No. 02-10051-JJ

JACQUELINE IAIA,

                        Plaintiff-Appellant,

versus

GALEN HOSPITAL-PEMBROKE PINES, INC.,
a foreign corporation,
d.b.a. Pembroke Pines Hospital,
a.k.a. Columbia Healthcare Corporation,

                        Defendant-Appellee.

On Appeal from the United States District Court for the
Southern District of Florida

BEFORE: TJOFLAT and BIRCH, Circuit Judges.

BY THE COURT:

    Jacqueline Iaia's motion to dismiss her appeal, No. 02-10051, with prejudice, is GRANTED. This Order shall not affect No. 01-13135.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By April Richards
Deputy Clerk
Atlanta, Georgia