UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6227-CIV-MORENO/DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/

### NOTICE OF FILING ORIGINAL SATISFACTIONS OF JUDGMENT

The Defendant, GALEN HOSPITAL-PEMBROKE PINES, INC., by and through its undersigned counsel, hereby gives notice of the filing of the following original Satisfactions of Judgment in this cause:

1. September 30, 2002 Satisfaction of the Final Judgment rendered by this Court on May 15, 2001, in the amount of One Hundred Fifty Thousand and 00/100 ($150,000.00) dollars.

2. September 30, 2002, Satisfaction of the Order Awarding Fees, Costs, and Pre-Judgment Interest rendered by this Court on November 19, 2001, in the amount of One Hundred Eight Thousand, Two Hundred Eighty-Three and 98/100 ($108,283.98) dollars.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was mailed this 21st day of October, 2002, to: Roderick V. Hannah, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Ft. Lauderdale, Florida 33310-9057; and to John F. Jankowski, Jr., Esq., John F. Jankowski, Jr., P.A., 2 South University Drive, Suite 265, Plantation, Florida 33324.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
Email: adelrusso@carltonfields.com
Attorneys for Defendant

By: _____
Alexander D. del Russo
Florida Bar Number 350273