UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO/DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES
HOSPITAL,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS:

That JACQUELINE IAIA, the Plaintiff in the above-styled cause, wherein a Final Judgment was rendered on the 15th day of May, A.D. 2001 in the above-named Court for ONE HUNDRED FIFTY THOUSAND DOLLARS and 00/100 ($150,000.00) against GALEN HOSPITAL-PEMBROKE PINES, INC. f/d/b/a PEMBROKE PINES HOSPITAL, the Defendant therein, said Judgment being duly recorded in the minutes of said Court hereby acknowledge full payment and satisfaction thereof and hereby consents that the same shall be satisfied of record.

WITNESS my hand and seal, this 5TH day of September, A.D., 2002.

_Cynthia L. Alt_
(Signature – Witness 1)

JACQUELINE IAIA

Cynthia L. Alt
18400 Via Di Regina
Boca Raton, FL 33496
(Print or Type Name and Address of Witness 1)

_____
(Signature – Witness 2)

[illegible]
2 [illegible] Univ. Dr. #265
Plantation, FL 33324
(Print or Type Name and Address of Witness 2)

NIGHT BOX FILED
OCT 21 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA