UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6227-CIV-MORENO/DUBÉ

JACQUELINE IAIA,

    Plaintiff,

vs.

GALEN HOSPITAL-PEMBROKE PINES,
INC., f/d/b/a PEMBROKE PINES HOSPITAL,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS:

That JACQUELINE IAIA, the Plaintiff in the above-styled cause, wherein an Order Awarding Fees, Costs, and Prejudgment Interest was rendered on the 19th day of November, A.D. 2001 in the above-named Court for ONE HUNDRED EIGHT THOUSAND, TWO HUNDRED EIGHTY-THREE DOLLARS and 98/100 ($108,283.98) against GALEN HOSPITAL-PEMBROKE PINES, INC. f/d/b/a PEMBROKE PINES HOSPITAL, the defendant therein, and an Order Granting in Part Motion to Tax Attorney's Fees was rendered on the 12th day of March, A.D. 2002 in the above-named Court for TWO THOUSAND, EIGHT HUNDRED SIXTY DOLLARS and 00/100 ($2,860.00) against GALEN HOSPITAL-PEMBROKE PINES, INC. f/d/b/a PEMBROKE PINES HOSPITAL, the Defendant therein, said Judgments being duly recorded in the minutes of said Court, does hereby acknowledge full payment and satisfaction thereof and hereby consents that the same shall be satisfied of record.

WITNESS my hand and seal, this 35th day of September, A.D., 2002.

_____
(Signature – Witness 1) Cynthia L. Alt
18400 Via Di Regina
Boca Raton FL 33496
(Print or Type Name and Address of Witness 1)

_____
JACQUELINE IAIA

_____
(Signature – Witness 2)
2 So. Univ. Dr. #265
Plantation, FL 33324
(Print or Type Name and Address of Witness 2)

174